

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

August 1, 2016

Box 1 of 4

Clerk, United States District Court
Northern District, Dallas Division
1100 Commerce Street, Room 1452
Dallas, TX 75242



RECEIVED
AUG - 2 2016
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Re: *Mark Anthony Soliz v Lorie Davis, Dir., TDCJ-CID*
Civil Action No. **3:14-cv-04556-K**

Dear Clerk,

Enclosed please find a copy of the petitioner's state court records for the above referenced case, which consists of fourteen volumes of direct appeal records, one volume of state writ records, and twenty-three exhibit CDs (all contained in four boxes), as well as one complete copy on one CD.
Please indicate the date of filing of these records on the enclosed copy of the letter and return it in the postage-paid envelope provided.

Sincerely yours,

/S/ Jay Clendenin

JAY D. CLENDENIN
Assistant Attorney General
Criminal Appeals Division
(512) 936-1400

JDC/ebk
Enclosure

CC:   Seth Kretzer                           Carlo D'Angelo
      440 Louisiana, Suite 200                100 East Ferguson Street
      Houston, TX 77002                       Tyler, TX 75702
      (LETTER ONLY)                           (LETTER ONLY)

Post Office Box 12548, Austin, Texas 78711-2548 • (512) 463-2100 • www.texasattorneygeneral.gov