```
1              REPORTER'S RECORD

2           VOLUME 58 OF 75 VOLUMES

3        TRIAL COURT CAUSE NO. F45059

4     COURT OF CRIMINAL APPEALS NO. AP-76,768

5  STATE OF TEXAS            )      IN THE DISTRICT COURT
                             )
6  VS.                       )      JOHNSON COUNTY, TEXAS
                             )
7  MARK ANTHONY SOLIZ        )      413TH JUDICIAL DISTRICT
   ---------------------------------------------------------
8                          EXHIBITS

9  ---------------------------------------------------------

10             I, Pamela K. Waits, Official Court Reporter
11  in and for the 413th District Court of Johnson County,
    Texas, do hereby certify that the following exhibits
12  constitute true and complete duplicates of the original
    exhibits, excluding physical evidence, offered into
13  evidence during the Trial in the above-entitled and
    numbered cause as set out hereinbefore the Honorable
14  William C. Bosworth, Jr., Judge of the 413th District
    Court of Johnson County, Texas.

15             WITNESS MY OFFICIAL HAND on this the  15
16  day of ___January___, 2013.

17
                   Pamela Waits
18  _____
    Pamela K. Waits, Texas CSR #4991
19  Expiration Date:  12/31/13
    Official Court Reporter
20  413th Judicial District
    Johnson County, Texas
21  204 S. Buffalo Avenue
    Cleburne, Texas 76033
22  (817) 556-6041

23        FILED IN                    ORIGINAL
    COURT OF CRIMINAL APPEALS
24
        JAN 2 2 2013
25
```

Abel Acosta, Clerk

```
 1 |                         EXHIBIT INDEX
   |                          VOLUME 58
 2 | STATE'S
   | EXHIBIT
 3 | NO.   DESCRIPTION                       OFFER ADMIT VOL.
   | 1     DVD of interview of Mark Soliz      73    73    5
 4 | 1A    Transcript of interview of Mark    74    75    5
   |       Soliz          (Demonstrative only)
 5 | 2     First typewritten statement of    190   194    5
   |       Mark Soliz (signed in red)         150   151   41
 6 | 3     Second typewritten statement of   190   194    5
   |       Mark Soliz (initialed)            150   151   41
 7 | 4     Photograph                          9     9    6
   | 5     Photograph                          9     9    6
 8 | 6     Photograph                          9     9    6
   | 7     Magistrate Warning                 62    62    6
 9 | 8     Probable Cause Affidavit           62    62    6
   | 9     Photo board (18x12)                63    63   38
10 | 10    Photo board (18x24)                63    63   38
   | 11    Photo board (18x24)                63    63   38
11 | 12    Photo board (18x24)                63    63   38
   | 13    Photo board (18x24)                63    63   38
12 | 14    Photo board (18x24)                63    63   38
   | 15    Photo board (18x24)                63    63   38
13 | 16    Photo board (18x24)                63    63   38
   | 17    Photo board (18x24)                63    63   38
14 | 18    Photo board (18x24)                63    63   38
   | 19    Photo board (18x24)                63    63   38
15 | 20    Photo board (18x24)                63    63   38
   | 21    Photo board (18x24)                63    63   38
16 | 22    Photo board (18x24)                63    63   38
   | 23    Photo board (18x24)                63    63   38
17 | 24    Photo board (18x24)                63    63   38
   | 25    Photo board (18x24)                63    63   38
18 | 26    Photo board (18x24)                63    63   38
   | 27    Photo board (18x24)                63    63   38
19 | 28    Photo board (18x24)                93    93   38
   | 29    9 mm Hi-Point                      97    98   38
20 | 29A   Box                (Record Only)   98    98   38
   | 30    Black powder rifle                 97    98   38
21 | 30A   Box                (Record Only)   98    98   38
   | 31    Remington Shotgun                  97    98   38
22 | 31A   Box                (Record Only)   98    98   38
   | 32    Property Transmittal Form         111   112   38
23 | 33    Latent Print Lab Report           111   112   38
   | 34    Latent Print Lab Report           111   112   38
24 | 35    Statement of Ramon Morales        143   143   38
   | 36    Reporter's Record; Morales        144   145   38
25 | 37    FWPD Print Lineup pg 1            199   199   38
```

| | | | | | |
|---|---|---|---|---|---|
| 38 | FWPD Print Lineup pg 2 | | 199 | 199 | 38 |
| 39 | FWPD Print Lineup pg 3 | | 199 | 199 | 38 |
| 40 | FWPD Print Lineup pg 4 | | 199 | 199 | 38 |
| 41 | FWPD Print Lineup pg 5 | | 199 | 199 | 38 |
| 42 | FWPD Print Lineup pg 6 | | 199 | 199 | 38 |
| 43 | Drivers license, Lughod | | 200 | 201 | 38 |
| 44 | Visa card, Lughod | | 200 | 201 | 38 |
| 45 | MasterCard, Lughod | | 200 | 201 | 38 |
| 46 | Social Security card, Lughod | | 200 | 201 | 38 |
| 47 | Photo board (18x12) | | 208 | 208 | 38 |
| 48 | Photo board (24x36) | | 220 | 220 | 38 |
| 49 | Photo board (24x36) | | 221 | 221 | 38 |
| 50 | Aerial Map (56x38) | | 257 | 257 | 38 |
| 51 | Photo board (18x24) | | 270 | 270 | 38 |
| 52 | Photo board (18x24) | | 270 | 270 | 38 |
| 53 | Photo board (18x24) | | 274 | 274 | 38 |
| 54 | Photo board (24x36) | | 26 | 26 | 39 |
| 55 | Photo board (24x36) | | 26 | 26 | 39 |
| 56 | Photo board (24x36) | | 184 | 184 | 39 |
| 57 | Photo board (24x36) | | 184 | 184 | 39 |
| 58 | Photo board (24x36) | | 184 | 184 | 39 |
| 59 | Photo board (24x36) | | 184 | 184 | 39 |
| 60 | Photo board (24x36) | | 184 | 184 | 39 |
| 61 | Photo board (24x36) | | 184 | 184 | 39 |
| 62 | Photo board (24x36) | | 184 | 184 | 39 |
| 63 | Photo board (24x36) | | 184 | 184 | 39 |
| 64 | CD Timeline | (Demonstrative) | 35 | 36 | 39 |
| 65 | Photo board (24x36) | | 207 | 207 | 39 |
| 66 | Photo board (18x24) | | 78 | 78 | 39 |
| 67 | Photo board (18x24) | | 78 | 78 | 39 |
| 68 | Photo board (18x24) | | 78 | 78 | 39 |
| 69 | Photo board (18x24) | | 78 | 78 | 39 |
| 70 | Photo board (18x24) | | 78 | 78 | 39 |
| 71 | Photo board (18x24) | | 78 | 78 | 39 |
| 72 | Photo board (18x24) | | 78 | 78 | 39 |
| 73 | Envelope | (Record only) | 194 | 194 | 39 |
| 73-A | Bullet | | 194 | 194 | 39 |
| 74 | Envelope | (Record only) | 194 | 194 | 39 |
| 74-A | Bullet | | 194 | 194 | 39 |
| 75 | Envelope | (Record only) | 194 | 194 | 39 |
| 75-A | 9 mm Magazine | | 194 | 194 | 39 |
| 76 | Photo board (24x36) | | 210 | 210 | 39 |
| 77 | Photo board (24x36) | | 210 | 210 | 39 |
| 78 | Photo board (24x36) | | 210 | 210 | 39 |
| 79 | Photo board (24x36) | | 210 | 210 | 39 |
| 80 | Photo board (24x36) | | 210 | 210 | 39 |
| 81 | Photo board (24x36) | | 210 | 210 | 39 |
| 82 | Blue Bandana | | 217 | 217 | 39 |
| 82-A | Sack | (Record only) | 217 | 217 | 39 |

```
83    White Towel                              217    217    39
84    Label Maker                             219    219    39
84-A  Box                     (Record only)   219    219    39
85    Latent Lift Card                        220    220    39
85-A  Envelope                (Record only)   220    220    39
86    Small envelope with swab 1              225    225    39
86-A  Large & medium envelope (Record only)   225    225    39
87    Small envelope with swab 2              225    225    39
87-A  Large & medium envelope (Record only)   225    225    39
88    Small Envelope with swab 3              225    225    39
88-A  Large & medium envelope (Record only)   225    225    39
89    Photo board (24x36)                     254    254    39
90    Photo board (24x36)                     254    254    39
91    Photo board (24x36)                     254    254    39
92    Photo board (24x36)                     254    254    39
93    Photo board (24x36)                     254    254    39
94    Envelope                (Record only)   256    256    39
94-A  5 swabs                                 256    256    39
95    Envelope                (Record only)   261    262    39
95-A  6 bags/6 bullet fragments E,F,G,H,I,J   261    262    39
96    4 shell casings                          13     13    40
96-A  Envelope                (Record Only)    13     13    40
97    Photo Board (18x24)                      14     15    40
98    Photo Board (18x24)                      14     15    40
99    Photo Board (18x24)                      14     15    40
100   Photo Board (18x24)                      14     15    40
101   Photo Board (18x24)                      14     15    40
102   Photo (8x10)                             17     17    40
103   Photo (8x10)                             17     17    40
104   Photo (8x10)                             17     17    40
105   Photo (8x10)                             17     17    40
106   Photo (8x10)                             17     17    40
107   Photo (8x10)                             17     17    40
108   Photo (8x10)                             17     17    40
109   Photo (8x10)                             17     17    40
110   Photo (8x10)                             17     17    40
111   Photo (8x10)                             17     17    40
112   Photo (8x10)                             17     17    40
113   Photo (8x10)                             17     17    40
114   Photo (8x10)                             17     17    40
115   Photo (8x10)                             17     17    40
116   Photo (8x10)                             17     17    40
117   Photo (8x10)                             17     17    40
118   Photo (8x10)                             22     23    40
119   Photo (8x10)                             22     23    40
120   Photo (8x10)                             22     23    40
121   Photo (8x10)                             22     23    40
122   Photo (8x10)                             22     23    40
123   Photo (8x10)                             22     23    40
```

```
 1  124    Photo (8x10)                                    22   23   40
    125    Photo Board (18x24)                             28   28   40
 2  126    Photo Board (18x24)                             28   28   40
    127    Photo Board (18x24)                             28   28   40
 3  128    Photo Board (18x24)                             28   28   40
    129    Photo Board (18x24)                             28   28   40
 4  130    2 shell casings                                 30   30   40
    130-A   Large envelope       (Record Only)            30   30   40
 5  131-A   Large Envelope       (Record Only)            37   37   40
    131-A-1   Large envelope     (Record Only)            37   37   40
 6  131-A-1-A   4 dobbers                                 38   38   40
    131-A-2   Large envelope     (Record Only)            37   37   40
 7  131-A-2-A   2 dobbers                                 38   38   40
    131-A-3   Large envelope     (Record Only)            37   38   40
 8  131-A-3-A   4 dobbers                                 38   38   40
    132    Black shorts                                    42   42   40
 9  132-A   Sack                 (Record Only)            42   42   40
    133    White sleeveless shirt                          44   44   40
10  133-A   Sack                 (Record Only)            44   44   40
    134    Black t-shirt                                   45   45   40
11  134-A   Sack                 (Record Only)            45   45   40
    135    Black shirts                                    46   46   40
12  135-A   Sack                 (Record Only)            46   46   40
    136    Black denim                                     47   47   40
13  136-A   Sack                 (Record Only)            47   47   40
    137    Photo Board (18x24)                             76   76   40
14  138    Photo Board (18x24)                             76   76   40
    139    Photo Board (18x24)                             76   76   40
15  140    Photo (8x10)                                    79   79   40
    141    Photo (8x10)                                    79   79   40
16  142    Photo (8x10)                                    79   79   40
    143    Photo (8x10)                                    79   79   40
17  144    Photo (8x10)                                    79   79   40
    145    Photo (8x10)                                    79   79   40
18  146    Photo (8x10)                                    79   79   40
    147    Photo (8x10)                                    79   79   40
19  148    Photo (8x10)                                    79   79   40
    149    Photo (8x10)                                    79   79   40
20  150    Photo (8x10)                                    79   79   40
    151    Photo (8x10)                                    79   79   40
21  152    Photo (8x10)                                    79   79   40
    153    Photo (8x10)                                    79   79   40
22  154    Photo (8x10)                                    79   79   40
    155    Photo (8x10)                                    79   79   40
23  156    Photo (8x10)                                    79   79   40
    157    Photo (8x10)                                    79   79   40
24  158    Photo (8x10)                                    79   79   40
    159    Photo (8x10)                                    79   79   40
25  160    Photo (8x10)                                    79   79   40
```

| | | | | |
|---|---|---|---|---|
| 1 | 161 | Photo (8x10) | 79 | 79 | 40 |
| | 162 | Photo (8x10) | 79 | 79 | 40 |
| 2 | 163 | Photo (8x10) | 79 | 79 | 40 |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |





Barry G. Dickey, DABRE, FACFE

Forensic Audio/Video Analysis
506 Marquis Lane
Mansfield, Texas 76063



# Interview ▪ Fort Worth PD:  Soliz
## Tarrant County District Attorney

### QA-4M ▪ { 5:14:50 – 6:06:45 }

{ 5:14:50 ▪ Recording starts}
{Detectives and Soliz enter }

00:00  PO:  Have a seat in there... lock it and come on... those cuffs... they aren't tight on you... no they're... they're perfect... shouldn't get any tighter... but... you can take those handcuffs off him... let the officer... already done that... oh man...

PO:  You awake... got to wake up... alright... you got to turn your chair this way and face the table... you got to wake up... alright...

MS:  Ahhh...

PO:  I'm Detective Boetcher... this is Detective Payne... we're from the Fort Worth Police Department... alright... he investigates robberies... look up... I investigate murders... alright... I want to talk to you about some things that have happened... alright... how long you been out of jail...

MS:  About a month... month and a half...

PO:  Okay... use any drugs of any type...

MS:  Just uh... methamphetamine...

PO:  Just crank or ice...

MS:  Ice...

PO:  Ice... alright... okay... I want to advise you of the right to remain silent and not make any statement at all... and any statement you make may be used against you at your trial... any statement you make may be used as evidence against you in court... you have the right to have a lawyer present to advise you prior to or during any questioning... if you are unable to employ a lawyer... you have the right to have a lawyer appointed to advise you prior to or during any questioning... and your right to... to terminate the interview at any time... okay... do you understand those rights...

MS:  Yes sir...

PO:  Okay... you've heard them before... correct...

MS:  Uh-huh...

PO:     Alright... knowing that these are your rights... are you willing to talk to us...

MS:     Alright...

PO:     Okay... yes... okay... um... let me get your... your uh... you got to speak up though so I can hear you... alright... what's your last name...

MS:     Soliz (phonetic)...

PO:     S-o-l-i-s...

MS:     A z...

PO:     Oh... I'm sorry... and your uh... first name...

MS:     Mark Anthony (phonetic)...

PO:     They call you Kilo... and your uh... home address...

MS:     Uh... I don't have no home... I don't have a home address... but... the one that I'm using is on Benita Drive (phonetic)... River Oaks... my aunt's address...

PO:     Benito... how do you spell it... do you know...

MS:     No...

PO:     Is it Benito or Benita...

MS:     It's Benita (phonetic)...

PO:     B-e-i-t-t-a... and what's her name...

MS:     Sharon...

PO:     Sharon...

MS:     Prego (phonetic)...

PO:     Okay... what's your birth date...

MS:     January 1982...

PO:     20...

MS:     January 27th... 82...

PO:     82... okay... and you've been out for about... you said about a month...

MS:     Yes sir...

PO:     What were you in jail for... what were you in prison for...

MS:     It was uh... auto theft...

PO:    For auto theft... how much ice do you think you use a day...

MS:    Probably about... about a 50 or 60...

PO:    Fifty or sixty dollars... alright... I'm investigating a shooting that happened early this morning... where a Budweiser delivery truck driver was shot... okay... you heard about it...

MS:    Yeah... we seen it... when we drove through...

PO:    You did... were you just passing by...

MS:    Yes sir...

PO:    Who was with you...

MS:    Me and a friend of mine...

PO:    What's his name...

MS:    Uh... Joe...

PO:    Joe... y'all were just passing by and... were you... driving or walking...

MS:    We were driving...

PO:    Who's car were you in...

MS:    The car that we uh... crashed in...

PO:    Okay... both were in the car... whose car is that... do you know...

MS:    Um... we just seen it with keys in it...

PO:    Okay... you saw it with some keys in it...

MS:    Yeah...

PO:    How long have you had it...

MS:    Probably about... probably about... a week... week and a half...

PO:    Where have you been parking it...

MS:    What do you mean... where we were parking...

PO:    Where have you been hiding it...

MS:    I wasn't...

PO:    You was just parking it anywhere... okay... what did... what did you see when you seen the Budweiser deal... what was the deal... what did you see...

MS:   A lot of cops and paramedics there...

PO:   Saw the cops... so the police were already there...

MS:   Yes sir...

PO:   What did you... and I guess Joe do... that night... let's go that route... the night that this truck driver got shot...

MS:   Well the same night... we went to go buy some cigarettes... and after that we drove back... and we forgot something... so we went back to go back up there... and all of a sudden we seen a lot of paramedics there... and we... we drove through... cause we weren't stolen car in the car... we're asking for trouble is all... and we thought the car was still hot...

PO:   And that was at... early that morning...

MS:   Yes sir...

PO:   Okay... before that... what did you do before that...

MS:   What do you mean... before that...

PO:   Before like... that was at five in the morning... what did you do at four... or three...

MS:   Four or three... I was sleeping...

PO:   Where were you sleeping at...

MS:   Over at a friend's house...

PO:   Who's house was it...

MS:   My friend Rosie...

PO:   Rosie's... so you were at Rosie's house asleep...

MS:   Yes...

PO:   What time did you get to Rosie's that night...

MS:   Well I didn't get there... I was there all day...

PO:   Okay... you don't know where Rosie lives... do you... what street...

MS:   Yeah... but I don't know it...

PO:   Okay... so you woke up at Rosie's... it would have been on Monday night... correct...

MS:   Right...

PO:   And you spent all day Monday there...

MS:   Yeah... because somebody had took the car and didn't bring it back to me...

4

PO:   What time did you leave Rosie's house Monday...

MS:   I don't remember...

PO:   Okay... so you're there all day Monday... and you... you... do you know if you left after dark... or before dark...

MS:   I left like in the morning...

PO:   So you left early... early in the morning on Tuesday... where did you go...

MS:   Uh...

PO:   Once you left Rosie's...

MS:   I went to a friend's house... took a shower...

PO:   Uh-huh...

MS:   And uh... after that I went back over there... ate... chilled and... in the room...

PO:   When did you see the Budweiser guy shot...

MS:   That night we had to go to the store to get some cigarettes...

PO:   So you're saying Monday you woke up and you spent the night at Rosie's... all night...

MS:   I didn't know what... I didn't know what day it was...

PO:   Okay... well you spent the... let's go the day before the shooting at the Budweiser's... truck driver... okay... the day before the shooting at the... the Budweiser... alright... the shooting was at like four or five in the morning...

MS:   Okay... we went up there to go get some cigarettes... I know that there was two uh... trucks there...

PO:   Uh-huh...

10:00   MS:   And after that... we left... went back... we forgot a lighter... so we went back up there and we seen a lot of cops and everything... and we were like damn... what the hell... and uh... we seen some... somebody laying down... and after that I'm like... well man... he was like... man no... don't go... don't go... I said alright... then so... I turned and went back and everything... and so after I said there were some people... there was cops and uh... a dude laying down and everything... I'm like... okay so I'm not associated... we don't know...

PO:   Okay... and before that... before that... you went.... before you seen the Budweiser... and the guy laying on the parking lot... what did you do before that... like an hour before... what were you doing...

MS:   Shit... I was at the house...

PO:   Nothing... you at the house...

5

MS:     I was at the house...

PO:     By yourself...

MS:     Well I was over there with a friend and everything...

PO:     With what friend...

MS:     With Rosie and a friend of mine... that's it...

PO:     What's the friends name...

MS:     Huh...

PO:     Besides Rosie... what's the friend's name...

MS:     That was her friend... but I call him home boy (phonetic)...

PO:     Home boy...

MS:     Yeah...

PO:     That's it...

MS:     Yeah... I don't know his name...

PO:     What do you think should happen to you... you think you did anything wrong...

MS:     I mean...

PO:     In the past couple of days... do you think you've done anything wrong...

MS:     Besides having a stolen car and having ice on me... uh... no I don't...

PO:     Okay... do you think you are responsible for anyone getting hurt over the past couple of days...

MS:     Do what now...

PO:     Do you think that you're responsible for anyone getting hurt... either shot... beat up... robbed...

MS:     Uh... no... well why should I... I don't... I didn't do it...

PO:     You didn't... what if we say that we... you've been identified in two robberies in the past couple of days... as people that are involved in robberies... look at me... you've been identified as being involved in two robberies in the past couple of days...

MS:     I've been identified...

PO:     Uh-huh...

6

MS:   I don't know what to say on that... I don't know... I don't see how I've been identified and... and how they said it was me...

PO:   Okay... well... what we routinely do is we take a series of photographs... I'm sure you've seen it on TV and stuff... and we basically show the people the photographs... and say do you recognize the person that robbed you... and then they identified you... you on probation or parole...

MS:   No sir...

PO:   You're totally clean...

MS:   Yes sir...

PO:   And uh... how... how much time did you say you served...

MS:   Uh... three years... and I did a couple of months...

PO:   Okay... are you a member of any gang activity or anything...

MS:   No sir...

PO:   So the only thing you do is you just do... you use ice...

MS:   Yeah...

PO:   And your girlfriend's name is...

MS:   Uh... she just left... hey but it's a start...

PO:   Okay... she says that you don't have anything special going with her...

MS:   She what...

PO:   She says you don't have anything special going with her...

MS:   Well she you know... we just barely hooked up... we just started talking...

PO:   Okay... the Miller truck... the Miller truck driver... that was shot this morning... he's on life support... you know what that means... that means that if he sneezes he's gonna die... alright...

MS:   Huh...

PO:   And uh... you're gonna end up in trouble for it... you know that...

MS:   I don't know what to say... I don't want to take no ride for nobody... but...

PO:   Who... for what's his name...

MS:   Uh-huh...

PO:   Jose... or what...

MS:     Probably him...

PO:     So you're not taking a ride for nobody... what's that mean...

MS:     I mean... if they say it was me... then I... you know I'd like for them to prove it was me... but... I know damn good and well it wasn't...

PO:     When was the last time you used some ice...

MS:     Uh... about a day and a half...

PO:     Why were you running from the police tonight...

MS:     Because I had some ice on me...

PO:     And that's the only reason...

MS:     Yeah... and I also had a gun...

PO:     Whose gun is that...

MS:     Somebody that I borrowed from...

PO:     Who'd you borrow it from...

MS:     A friend of mine...

PO:     How long have you had the gun...

MS:     No more than probably about... what... a day... a day and a half...

PO:     A day... day and a half... okay... and you didn't fire a gun at all over the past day...

MS:     Yeah I fired it...

PO:     You did... where did you fire it...

MS:     Just to see if it worked...

PO:     Where did you fire it at...

MS:     On the highway...

PO:     Which part... which highway...

MS:     On thirty five... going around from... twenty around...

PO:     Okay... do you have a relative or somebody that lives in the country...

MS:     Uh... no...

PO:     No relatives who lives off of... uh... Jacksboro... over by the... Lake Worth... or you hang out over there at all...

8

MS:     No...

PO:     Okay... so what do you think should happen to you... if you've been identified as being involved in a shooting... and somebody says that's the guy that I seen shoot somebody... what should happen to you... would you disregard it...

MS:     I don't know...

PO:     Should we just say... well they... they don't know what they're talking about... they're lying... we believe him...

MS:     If they... if they say it was me... then you know... and... I mean... I can't... I can't say that... you know... I can't say that... you know... well basically if they say it was me... then you know... I'd like to prove to you... that it... that... you know it was me... but I say it wasn't me... you know...

PO:     Okay... and your explanation is... from where you were... was you were at home in bed...

MS:     Yes sir...

PO:     At Rosie's place... but you don't know where Rosie lives...

MS:     That's it...

PO:     You don't know how to find Rosie...

MS:     Well yeah...

PO:     How can I find her...

MS:     She's at home...

PO:     You know her phone number...

MS:     Well I got it in here... 817-696-1603...

PO:     Okay... and she'd be able to say where you were...

MS:     Yes sir... unless she say something else... don't really jive...

PO:     Why would she say something else...

MS:     Huh...

PO:     Why would she say something else...

MS:     Because she get paranoid...

PO:     So... she'd be paranoid about you being at her house...

MS:     Um... no...

PO:     Then what would she be paranoid about...

9

MS:     Just the simple fact... that she's trying to stay out of trouble herself... and she ain't trying to be involved in anything...

PO:     So you think Rosie would actually lie... and say you weren't at her house...

MS:     No...

PO:     Well what... if she doesn't say the truth... what is... the only thing opposite of the truth is a lie...

MS:     No... I don't think she would...

PO:     Huh... well you've been identified as being involved in probably four or five shootings in the past two days... alright... I wouldn't laugh... cause you're in...

MS:     I mean... I'm laughing because...

PO:     You're in a bit of trouble...

MS:     I'm looking at it like... four or five shootings...

PO:     Yeah...

MS:     Damn... damn it... that's a lot of fucking shootings...

PO:     Yeah... and you're saying you didn't take any part in any of it...

MS:     Unt-uh...

PO:     No...

MS:     That's right...

PO:     Alright... you got a mom don't you...

MS:     Yeah...

PO:     What's her name...

MS:     Donna Sue Soliz (phonetic)...

PO:     Do you think that Donna is proud of you... your mom...

MS:     As far as I know... yeah... but... until she finds out that... y'all tell her that I was in a shooting... and what... and... something else... then you know... no she won't...

PO:     Does she think that you're kind of wild...

MS:     No...

PO:     No...

MS:   She knows that I ain't no... I go jack and you know steal cars... and you know just to make money and everything... and she ain't proud of it... but you know... I don't know...

PO:   You said you jacked... you jack and steal cars and everything... and she knows you do that... but she's not proud of it...

MS:   Uh-huh...

PO:   But you said you don't do that no more...

MS:   Well I didn't say I stopped...

20:00   PO:   Oh... okay... so you periodically will play...

MS:   Excuse me...

PO:   You'll periodically be involved in something...

MS:   Well if I need money... yeah... but... something like that... no... that's...

PO:   When was the last time you robbed somebody... or tried to rob somebody...

MS:   Probably like... I don't know...

PO:   Well was it a couple of days ago... month ago...

MS:   Probably like... probably like about a week... week and a half ago...

PO:   About a week... week and half ago...

MS:   Uh-huh...

PO:   Was that when you got that Stratus...

MS:   Now what...

PO:   Is that when you found the keys in the Dodge...

MS:   Yeah...

PO:   Where was that car when you found it...

MS:   It was at a store in uh... Riverside (phonetic)...

PO:   A store on Riverside... just sitting there or what...

MS:   Yes sir...

PO:   Okay... and then you said it had the keys in it...

MS:   Uh-huh...

PO:   Were you by yourself... or were you with somebody...

11

MS:    I was at a friend's house... and I needed a ride home...

PO:    And you seen the car...

MS:    Uh-huh...

PO:    So you took it by your... you were by yourself at that time...

MS:    Yes sir...

PO:    Alright... did you take the car from any particular person... or just see it there with the keys in it...

MS:    Just seen it with the keys in it...

PO:    Alright... there was a shooting last night... or early this morning at Lowe's... do you know where the Lowe's is over off of Jacksboro...

MS:    Jacksboro...

PO:    Lowe's or a Home Depot...

PO:    820... Jacksboro...

MS:    Yeah... I know where that's at... this morning I... yeah I know where you're talking about...

PO:    Alright... and what happened that day... what happened at Lowe's...

MS:    Shit... nothing... cause I was never at Lowe's...

PO:    You weren't at Lowe's this morning...

MS:    No...

PO:    So you never left at all... you stayed... you spent the night at Rosie's...

MS:    Uh-huh...

PO:    All night...

MS:    Yeah...

PO:    Well you're gonna go to jail for robberies... okay...

PO:    Mark I got... see these... these are offense reports... these are all offense reports related to you... recently... there's ten of them... okay... see all those... that's hours and hours and hours and hours and hours of my work... filing all these... it's like Detective Boetcher said... these are all what people have said... yeah... it was that guy... yeah... it was that guy...

PO:    Each one of those carries a thirty to forty year sentence... okay...

PO:    Now I know you said you weren't at the Lowe's... but we're not really here to talk anymore about whether you were there or not... because we know already that you were there... we know that Joe was already there... my question is... why...

MS:    Well I know if I say it like that... then I know it will put me in a position thinking I did it...

PO:    Mark... nobody in this room can change anything that has happened...

MS:    You're right... you can't... but then again...

PO:    But... but the one thing you can do...

MS:    It is someone else saying the words that put you in a position that... you know... that'll add fuel to the fire... you know...

PO:    Well let me... let me say this... Mark... if I said... did something... if I made a bad choice... if I made a mistake... and I didn't say anything about it... people are gonna think I got stuff to hide... people are gonna think I'm... I'm a bad person because I don't feel sorry about what happened... if I talk about it... and I show some remorse about what happened... and I say... I feel bad I'm sorry that I got a drug habit... I'm sorry that I... that I needed the money... and I'm sorry for what I did... I can understand that a little bit better than I can somebody that sits there and says... it wasn't me... it wasn't me... you are gonna have to prove it... Mark we got no reason... we ain't got no problem proving that... not... all of these... all ten of them Mark... here they all are... right there... all ten of them...

PO:    Look at me... the ballistics on that gun that was in that car... it's gonna be compared... alright... you watch enough CSI... and Court TV and stuff to know what happens...

MS:    Good shows...

PO:    Yeah... and the ballistics are gonna match on that gun that you had in your car... I'll bet money to at least two to three of those shootings last night... and the gun is in the car with you and nobody else...

MS:    I don't know...

PO:    Yeah you do know...

MS:    I would tell you what I know... but you know...

PO:    Okay Mark look at me... what... what... what difference do you think it makes by you saying you're sorry... if one of your friends took some of your... your dope... took some of your shit from your house... and you knew it was him... you knew it was him because your next door neighbor said... I saw that son of a bitch come out of this... your house... with your TV... if you confronted him on the street... and he said... wasn't me... but you knew it was him... you got any respect for him... or does he deserve a beat down... huh... or what if he hangs his head and says Mark... you're right... I'm sorry...

MS:    Yeah... I'd be angry... but...

PO:    You got a little more respect for somebody that says I'm sorry... no...

MS:   Well yeah... basically...

PO:   So what kind of respect... do you want respect from us... do you want respect from people that are gonna be looking at these cases down the road... or do you want everybody to look at you like... he don't give a shit... he must do that shit for fun... because a person that just goes and does it for... for the hell of it... is a bad person Mark...

MS:   Huh... okay...

PO:   But if there's some reasons behind it... need to pay some bills... I got this bad dope...

MS:   Still don't make that a good reason...

PO:   And you're right... it's not the right choice... but it explains a mistake... you understand the difference...

MS:   I understand it...

PO:   So Mark... well here's what you get to do right here... right now... is decide how people are gonna judge you... how people are gonna look at you... this is where... where all that comes into play right now... it's either... Mark says... you know what... I made bad choices... they were wrong and I feel bad about them... or Mark says... whatever... those are the two people... two differences that we're looking at today... and if you want to be that... that second one... if you don't care... then I don't care... if you want me to care and listen to your reasons and explain some of it... then now's the time to do it and I'd be willing to listen to that...

MS:   It wasn't all me though...

PO:   Well... I know that... and I know it wasn't always Jose... I know there was other people... but you're the one sitting here right now...

MS:   Is it I got caught with the gun...

30:00   PO:   No... do you think I was out all day looking for you just for that gun... no... I was out looking for you all day because of this right here... I've been here since very early this morning... and I'm gonna tell you why... I ain't got a lot of more time left in my patience... but you if you want to talk and get... get the record straight... cause I'm gonna tell you this Mark... you don't need to let other people decide your fate... because not telling your story... you're letting other people decide your story... whether they say it was Mark's idea... whether they say... I didn't pull the trigger... Mark pulled the trigger... all those people have gotten to tell their story... now we're sitting here with the last lone person... and I guess that's what you want... you want... you want to go spend the... the rest of the... time... and let us just base the end of this investigation... all of these investigations on what they say... is that how you want it to end... I wouldn't want it to end that way... because I want people to know who I am... I want people to know if I feel sorry for what I've done... but you know what... if you don't feel sorry for it Mark... then I'd just as soon get up and leave... because I don't... I don't waste time with people who don't feel sorry...

MS:   I wish I could get up and leave... but I can't... guys got me shackled here...

PO:   I said I...

MS:   Oh...

PO:   Am gonna get up and leave... because I don't waste time on people that don't feel sorry... so... we'll start with... the house on Pearl...

PO:   Why are you pissed at that person...

MS:   It wasn't me... I was just the driver...

PO:   I know... well... okay... why... why was he mad at them...

MS:   Because... dude uh...

PO:   What...

MS:   Dude had problems with his mom when he was locked up...

PO:   Oh... that's what it was... so it is over that guy's mom... the guy... the brother... the son actually is... he's still locked up... ain't he...

MS:   No he's out...

PO:   Oh... he's out...

MS:   So I... I don't even know him...

PO:   Joshua (phonetic)...

MS:   Uh... the one that was here...

PO:   No... the guy who is... Joshua is the one that's locked up...

MS:   No... I don't know him...

PO:   You don't know him...

MS:   No...

PO:   Okay... well... why did you go by there and shoot up that... why did... what are you saying... Joe did it...

MS:   I didn't go by there...

PO:   Who went by there...

MS:   I was the driver... that's it...

PO:   Okay... and who was with you...

MS:   Um... Joe...

PO:   And then what... he... he just shot up the house... cause he was mad at her for what happened to his relatives...

15

MS:    I guess...

PO:    How many times did he shoot it up...

MS:    I don't know...

PO:    Four or five...

PO:    A hundred...

MS:    More than... shit... I don't know... but I believe it was fourteen... fifteen times...

PO:    Whose gun is it... his or yours... or what... or one you borrowed or shared...

MS:    It was his...

PO:    It was his gun... what kind is it...

MS:    A nine millimeter...

PO:    Okay... is that the one that was in your car...

MS:    Huh...

PO:    Is that the one that was in your car...

MS:    Yeah...

PO:    Alright... so... and when the car was taken back... back on to 26th...

PO:    24th...

PO:    The 24th... the Dodge Stratus... did you find the keys in it... or did you take it from some woman... cause I think the report... we got the report here...

MS:    Huh...

PO:    Or from some man...

PO:    Or from a man...

MS:    Yeah it was a dude...

PO:    What kind... white... black... Hispanic...

MS:    Arabian...

PO:    Arabian...

PO:    He was at the gas station wasn't he... getting gas...

MS:    No... he was just out there... there wasn't no gas station...

PO:     Oh... okay...

PO:     Get anything else from him...

MS:     His wallet and all that...

PO:     Okay... did you have the gun... huh... was that yes...

MS:     Yeah...

PO:     Were you by yourself...

MS:     Yeah...

PO:     How did you get over there... were you across the street over at...

MS:     At a friend's house...

PO:     Navarro's (phonetic) house... at 605... huh...

MS:     What's his first name...

PO:     Who... your buddy... Navarro... lived across from where you... where you got the car from... right...

MS:     I don't know his last name...

PO:     But he lives across the street... right...

MS:     Yeah...

PO:     Okay... what about the uh... hold on... let me dig through all these here... alright... that was at... about nine o'clock at night... right... was that right... late at night... what about a few hours before that... over on Belknap... Dodge pickup... green...

MS:     Yeah man...

PO:     Huh... what happened...

MS:     Needed a ride and some money...

PO:     Needed a ride and some money...

MS:     Yeah...

PO:     Guy or girl...

MS:     A guy...

PO:     White... black... hispanic...

MS:     Hispanic...

PO:     Okay... did you have the gun then...

MS:     Yeah...

PO:     What did you... what did you get from him...

MS:     Truck and his money...

PO:     His wallet... where did you take the truck when you got done with it...

MS:     To see some... a block away from uh... friend's house...

PO:     Fuzzie's (phonetic) house...

MS:     Yeah...

PO:     Over on Nichols... okay... um... alright... let's go back to earlier in that morning... before
        you got that car... were you rolling around in Maria's (phonetic) car... the Sentra...

MS:     In the black one...

PO:     Yeah... you were rolling around in it...

MS:     Uh-huh...

PO:     Did you ever go to Ridgemar Mall... parking lot... the parking lot of Ridgemar Mall...
        were you rolling around by yourself... or was Maria with you... Maria was with you...

MS:     No... she wasn't with me...

PO:     That... cause y'all went and used a credit card at the gas station on Lackland (phonetic)...

MS:     Maria... Maria (unintelligible)...

PO:     The girl that owns the car...

MS:     (unintelligible)...

PO:     Okay... was that the Green Oaks (phonetic) one...

PO:     Uh-huh...

PO:     What day was that...

PO:     The 24th... that's the one with the debit card... have you ever tried to use a debit card from
        any of those people...

MS:     Uh... from the... the one that I sold... yeah...

PO:     Which one...

MS:     The debit card...

PO:     You sold it...

MS:     I didn't have nothing but that one I think... and I try to check the cards that I get from other people and everything... you know...

PO:     What... what about the... did Joe... was that his girlfriend... Maria...

MS:     Yeah...

PO:     Okay... did you have her car that morning...

MS:     Yeah...

PO:     Okay... well her car is on video at Ridgemar Mall at 8:00 in the morning... and there's also video in the store...

PO:     And who's on it...

PO:     Maria... and you... right...

MS:     I don't remember doing none of that sir...

PO:     Alright well let me ask you this... at 8... 8:40... about 8:30 did you go visit a friend over on south side...

MS:     Yeah I did...

PO:     What happened over there...

MS:     I went over there to buy some ice... the dude started talking shit...

PO:     Uh-huh...

MS:     I know about that one...

PO:     Okay... what happened...

MS:     Dude started talking shit and... started calling me all kinds of names and all kind of shit...

PO:     Who did you go to visit over there...

MS:     Uh... I don't know their name... I don't even know...

PO:     White guy... black guy...

MS:     Mexican guy...

PO:     Okay... so you went over there to score some ice...

MS:     Yeah...

PO:     Do you remember what street it was on...

19

MS:   No...

PO:   If I told you the name would you remember it...

MS:   Probably not...

PO:   Woodland (phonetic)... was there anybody else over there at the house...

MS:   Just him and his girl and his uh... I think it's the girls' parents...

PO:   Okay... so what happened...

MS:   While I was in there the dude started talking shit... and he came and started banging on the window... and talking shit...

PO:   Where were you at...

MS:   I was inside like by the window... my car was on...

PO:   You were inside the house...

MS:   And uh... started talking shit... I went out... I told him what... you want me to go get him wet... or what... he said yeah... so I went out there... and I said hey what you doing and everything...

PO:   What does that mean... go get him wet...

MS:   Like... like... you know...

PO:   That means shoot him...

MS:   No... I... tell them what's up and everything...

PO:   Huh... okay...

MS:   Well I went out there... and he was like... what the fuck... you know... what you doing man... and he like... who the fuck are you dude... he goes what's up with my money... I go shit... you know... damn... I don't know... and after that... shit... started talking shit and everything...

PO:   Uh-huh...

MS:   So I had raised my shirt and everything to let him know that I... that I was... you know... I had a gun...

PO:   Uh-huh...

40:00   MS:   And then he went... ah... and then he shut it up... well someone said something about police... and I better leave... and uh...I was about to leave and everything...

PO:   Uh-huh...

MS:  I told a friend of mine... go get my money and all that... they go get my money... my cigarettes and everything... and I said... you know what... we need to leave so...

PO:  Was that Jamie (phonetic)...

MS:  Yeah... and uh... they had a fight... so I ran out there...

PO:  Who's they...

MS:  Him and that dude... I ran out there... I'm like you know what... okay... and uh... old boy came... and I ran up there... and I was like what the fuck... so I ran up there and I had pulled it out a strap... you know raise it up...

PO:  Uh-huh...

MS:  And when I did like that... it slid in my hand...

PO:  Finger hit the trigger...

MS:  Hit the trigger and hit him in the neck...

PO:  Hit him in the neck...

MS:  Well that's what they said...

PO:  Did he die...

MS:  Well man I... well shit... I don't know... even know if it hit him or not...

PO:  Oh... okay... so... you didn't see any blood...

MS:  No...

PO:  Well why do you think you hit him in the neck then...

MS:  Dude was then hollering... bitching... all kinds of shit...

PO:  Bleeding... come on man... don't be...

MS:  I swear to God I didn't see no blood...

PO:  Okay... alright... alright... well you were driving the same car...

MS:  Yes...

PO:  Okay... and it happened thirty minutes after the Ridgemar Mall deal... you remember the Ridgemar Mall deal now... the parking lot...

MS:  I remember being picked up and going to the store... and somebody trying to work a card and everything...

PO:  Okay... you don't remember... you don't remember a guy in the mall parking lot... parked in front of uh... by the Penney's and Old Navy...

21

MS:    Uh no...

PO:    You don't remember that... okay... what about... did you go down... down the road uh... after... after you went to Woodland... did you come back over in that area... and then go down over off El Campo (phonetic) and... where a guy... y'all tried to get a saw...

MS:    Get a what...

PO:    Like a skill saw... or some kind of tools from a dude...

MS:    Skill saw...

PO:    Yeah... you don't remember that...

MS:    No sir I don't...

PO:    It was a hand held... like grinding saw...

MS:    No...

PO:    You don't remember that...

MS:    Unt-uh...

PO:    I'm trying to look and see what business it was... the Transition Center (phonetic)... the Fort Worth ISD parking lot... you don't remember that... alright... alright what about uh... the night before last... that would be uh... like Monday night... like around midnight... were you over off of Azle Avenue...

PO:    Guy coming out to go to work...

PO:    No... not that one...

PO:    At the bar...

MS:    No... do I remember...

PO:    Yeah... remember the little bar... uh... it's called... hold on...

MS:    Is there like two bars across the street...

PO:    Yeah... right up the street from the Texaco...

MS:    Like...

PO:    Do you remember being up there...

MS:    Uh-huh...

PO:    What happened...

MS:    We needed some money and uh... we went out and jacked...

PO:     Who's we...

MS:     Me and Joe...

PO:     You and Joe... what all did y'all get...

MS:     Two wallets and... that's it...

PO:     Two wallets and that's it...

MS:     Uh-huh...

PO:     Guys or girls...

MS:     Two guys...

PO:     Two guys... white... black... hispanic...

MS:     Hispanic...

PO:     What did you do with the wallets... all these wallets and stuff you got... where are they at...

MS:     Shit... we throw them away...

PO:     Just throw them on the side of the road or whatever...

MS:     A field...

PO:     Oh I got you...

PO:     Okay... alright... then the next night... which would be earlier this morning... you know what I'm talking about... when... when... when you said Joe shot up that house... okay... now we're back to where Joe shot that house up... what did y'all do after that...

MS:     Shit... I had to go on back...

PO:     Went back where...

MS:     To a friend's house...

PO:     Nah... the guy coming out of his house... getting ready to go to work... the driveway... on 26th street... right around that corner from Maria's house... or her parent's house... right there on 24th... remember... the guy was coming out... tried to get his wallet...

PO:     Yesterday morning... before the Budweiser man...

PO:     Look man... I'm just telling you...

MS:     And I'm telling you it wasn't me...

PO:     Okay... I'll skip that... we'll come back to that... Budweiser... what happened...

23

MS:    Wasn't me man...

PO:    What happened... I mean...

PO:    There's a video on the outside of the store... okay... why do you think I took your shoes...

PO:    So...

PO:    Why do you think we took your pants...

PO:    What happened... what went wrong... something went wrong...

PO:    Now I'm gonna have the ballistics on the gun checked to the ballistics that are on him... so... come on now... you were creeping by the dumpster... I seen you over there... I saw you on the video... so... so who went over there...

PO:    Mark... don't... don't fall down this slippery slope here... I see you pulling back... I see you not wanting to say... the problem is Mark... you ain't go to say it... everybody else is saying it...

MS:    What is everybody saying...

PO:    Everybody else is... everybody's saying... everybody else is saying it... I'm gonna go kill that mother fucker... my thing is... is... I don't really think that it's logical that somebody beforehand... if they're just gonna go get a wallet... beforehand actually said... I'm gonna kill this mother fucker... but if that's the story that we need to go with... then you know... we'll go with that story... but... if something went wrong... and the gun accidentally went off... maybe that's a different story... maybe we can talk about that and figure things out... but... I'm gonna kill this mother fucker... before it happens... there ain't a lot of explaining to do that... that's... that's what they call premeditated... that means you planned it out... and intended to do that... did you intend to kill that guy... huh... is that what the plan was from the beginning... to kill him so he wouldn't recognize you...

MS:    Uh... no...

PO:    Okay... so was it an accident... was it intentional or was it an accident... there's only two options...

MS:    It was an accident...

PO:    Okay... did he... was he struggling with you and the gun went off...

MS:    No...

PO:    Okay... how did it go off...

MS:    The fucking trigger...

PO:    Did you get nervous...

MS:    Sort of... kind of...

PO:     Sort of... kind of... kind of got scared... a little freaked out maybe... was he giving you any problems...

MS:     No...

PO:     He wasn't... did he give you... did you get anything from him...

MS:     Just a wallet...

PO:     What did the wallet look like...

MS:     I don't know... cause I didn't have the wallet...

PO:     Who had the wallet...

MS:     Joe...

PO:     Where was Joe at...

MS:     By the phone...

PO:     By the pay phone...

MS:     Uh-huh...

PO:     Okay... so... when the guy took his wallet out... who did he give it to...

MS:     Joe...

PO:     What were you doing...

MS:     Just waiting to make sure he gave it...

PO:     Just holding the gun on him... did he jump or something that made you pull the trigger by accident or something...

MS:     No...

PO:     Your finger just slip or what... was it that same gun that was in your car... huh...

PO:     How far away were you when you shot him...

MS:     About the same distance right here...

PO:     About three or four feet... did he... did he give you the wallet or... and then he was shot or what... or did you take the wallet...

MS:     No... I didn't take nothing...

PO:     Did Joe...

PO:     Okay... did he give it to Joe... or did Joe take it off of him after he got shot...

25

MS:    He gave it to Joe... and when I got him I had him like that... and...

PO:    So you had a hold of him... so you were only about an arms length away like this... did you have him by the shirt...

MS:    Yeah...

PO:    Okay... did he pull or something from you... did he say anything to you... huh...

MS:    Yeah just enough... he said that's all I got... that's all I got...

PO:    Did he talk to you about... did he have some phones with him... what did he say about the phones...

MS:    He was like my phones... you can have my phone...

PO:    Did he say anything about... what this phone... why he had two phones... did he mention any difference in the phones...

MS:    I didn't know he had two phones...

PO:    Oh okay... alright... uh... what did you do with that wallet...

MS:    I didn't have nothing to do with it...

PO:    Okay... what did Joe do with that wallet...

MS:    I guess he threw it away...

PO:    Where at... the dumpster... or...

PO:    Threw it away where...

MS:    I don't know where...

PO:    Side of the road or what...

MS:    I don't know where he threw it away...

PO:    Okay... well you're...

MS:    Might have been on the side of the road... cause when I seen him next again... he didn't have it...

PO:    Okay... so when y'all left out of there which way did y'all go...

MS:    Went back to Rosie's house...

PO:    Okay... well actually now let's back up for a second... when y'all went up to that store... where did y'all... were you driving or was Joe driving...

MS:    I was driving...

PO:     You were driving... okay... where did you guys park at...

MS:     On the side of that street...

PO:     On what street...

MS:     Made the block...

PO:     So you have Azle and Long... and you have the store... so back over here... or at the other end... like away from Long...

PO:     Past the vacant field...

MS:     Yeah...

PO:     Okay...

50:00   PO:     Did you run through the field when y'all went over there... did he follow you... he said he was back up or something...

MS:     No... I followed him...

PO:     You followed him...

PO:     Followed Joe... alright... and... did y'all have to wait for a little bit once you got to the store... had to sit behind the dumpster for a minute...

MS:     Yeah...

PO:     Y'all were fixing to hit those other people in the van... weren't you... there were some people that pulled up... right by the dumpster... and y'all kind of step out... but then you see another car pull up... and you back... back behind the dumpster again... right...

MS:     Ah... well I did that because... see there was that dude coming...

PO:     Okay... so you were... so you were...

MS:     I had no intention... I had no intention in hitting them dudes...

PO:     Okay... well let me ask you this...

MS:     I was a little bit worried...

PO:     I... and this is just pure curiosity... okay... why the Budweiser man...

MS:     Supposedly he got paid...

PO:     For the delivery...

MS:     Yeah...

27

PO:     So you... you were expecting him to have money from the delivery... okay... how did you... well how did you know that he would do that... do you know somebody that does that... or... is that just what you heard... or what...

MS:     Yeah... I guess...

PO:     They don't ever have money... for future reference...

PO:     Yeah they... they... they... it's all invoice stuff... they do it through the checks and stuff... okay... so you...

PO:     What do you think you're responsible for...

MS:     What I'm responsible for...

PO:     Out of all of this...

MS:     Shit... basically having a gun and pulling it out...

PO:     Okay... so you're responsible for robbing people... alright... do you think you're... did you shoot anybody...

MS:     Yeah...

PO:     Which ones did you shoot...

MS:     The Budweisers... the dude in the south...

PO:     The what...

PO:     The Budweiser dude...

MS:     Yeah...

PO:     Now who's the other one...

MS:     The dude in the south...

PO:     On the south... over off Woodland...

MS:     Yeah...

PO:     Okay... what about after you left the Budweiser guy... y'all went up to the Lowe's... were you driving or was Joe driving...

MS:     I was driving...

PO:     Okay... what happened... were y'all trying to get his truck and his wallet... or just his wallet...

MS:     Just the man's wallet...

PO:     Just his wallet... okay... did you get out or did Joe get out...

28

MS:    I got out...

PO:    Okay... did you have the gun...

MS:    (unintelligible)...

PO:    Okay... and when you left there where did you go...

MS:    We went back...

PO:    Okay...

PO:    What... back home...

MS:    Yes...

PO:    Do you want to get the... type it out...

PO:    That would probably be better... than...

PO:    Uh-huh...

PO:    You know... yeah...

PO:    Probably would be... alright... let's do this... let's get this stuff typed out and then we'll talk some more...

PO:    Come on this way...

PO:    Come on... you want some more water or something...

MS:    Can I get some pants...

PO:    Huh...

MS:    Can I get some pants...

PO:    Yeah... soon as we get downstairs they'll give you some... some long pants... you want some more water... or

{Detectives and Soliz exit }

{ Recording Ends • 6:06:45}

**Total Elapsed Time QA-4: 0:53:40.747**


MS:    Mark Soliz
PO:    Fort Worth PD – Detective Boetcher
        Fort Worth PD – Detective Payne

## QA-Sup 20.2 ▪ { 6:06:45 – 6:47:00}

{Detectives and Soliz exit room }

PO:     Or you want to... here you go... or do you want a soft drink...

MS:     It really don't matter to me...

PO:     Yeah it does matter... I'm offering which ever one you want... do you want Coke... Dr. Pepper...

MS:     Some Dr. Pepper...

PO:     Alright... go ahead... I'll go get it while you're doing that... go ahead and have a seat... gonna ask you some questions...

MS:     You know... the bottom line... all I'll be able to give you is a statement... you know...

PO:     It seems to not fit with what we know...

MS:     Different facts or something...

PO:     Was... is Anthony (unintelligible)...

{unintelligible conversation}

PO:     Did you mean to do it...

{unintelligible conversation}

PO:     You went and drove up there...

MS:     Yeah... I went... that's what I was telling her...

PO:     What were y'all doing to make you want to go out there...

MS:     I don't know...

PO:     You just got out the first of June... when did you get out of jail...

MS:     I don't even know... I got out of prison May of this year...

PO:     You got out of prison in May...

MS:     I don't think (unintelligible)...

PO:     You got out of prison in May...

MS:     Yeah... probably I'm sure...

PO:     Look... I ain't here to condemn you... I don't get paid extra to get you in trouble... my reputation is more than you are... so you got out of jail in May... correct...

MS: I got out of jail the first of June... probably...

PO: When you got out where did you move to...

MS: Uh... stayed with my friends... I stayed with my cousin (unintelligible)... a little house on (unintelligible) is where I stayed at... we decided to (unintelligible)...

PO: When did you meet up with Joe (phonetic)...

MS: Well my cousin... well my cousin knew this guy named Joe...

PO: He has the same name as you... right Kilo...

MS: He has the same nick name as me... his friends call him Kilo...

PO: Did you become friends with him...

MS: Yeah...

PO: You did...

MS: Became friends with him through (unintelligible)...

PO: The first... first robbery that I guess that you two were involved in would be the one with the guy that's the Iranian or middle eastern guy... is that correct... where you took the car... whose idea was that...

MS: Supposed to be a robbery... turned into...taking his car... and just...

PO: Was he at a store... or where was he at...

MS: He was at (unintelligible)... a little grocery store...

PO: He had something to drink... right...

MS: Right...he had something to drink...

PO: He had a car correct... what kind of car did he have...

MS: He had a Dodge... Dodge Stratus (phonetic)...

PO: He had a Dodge Stratus... what color was it...

MS: I can't remember... but I'm pretty sure it was a Dodge Stratus...

PO: Did you have a gun...

MS: I had a...

PO: What kind gun did you have... 9mm...

MS: I had a 9mm with me...

PO:    You were walking up to him or what...

MS:    Yeah... just walked up to him...

PO:    What did you say to him...

MS:    I just told him to get out of his car...

PO:    What did he say...

MS:    He said alright... and he got out of his car... uh... gave me his keys...

PO:    Did you ask for his wallet...

MS:    Yeah... I took his wallet...

PO:    And then what did you do after that... leave... how much money did you get from him...

MS:    Just a couple of bucks from him...

PO:    And you've had that car ever since... right...

MS:    I've had that car every since... I just hit him... I didn't shoot...

PO:    Oh... but he didn't ever provoke you...so everything here is correct...but was there anything prior to the first robbery that you tried... the one... the first robbery that...

MS:    I did it okay... you want me to admit it...

PO:    Okay...

MS:    The robberies I did I'll admit it...

PO:    Okay...

PO:    And then the next time apparently was... on east Belknap... the one with the Dodge pickup... don't you remember the Dodge pickup... and who was with you on that one...

MS:    Joe... there was a man in a Dodge pickup...

PO:    What color was it... do you know...

MS:    It was green (phonetic)...

PO:    Was he at a store... or where was he at...

MS:    He was at a store...

PO:    He was at a store...

MS:    It was a...

PO:    He was at the Quick Stop convenience store...

32

MS:    I'm not sure...

PO:    He was at a store... was he a white guy or a Mexican...

MS:    He was a Hispanic guy...

PO:    Did you... did you catch him outside... or what... how did you get his truck...

MS:    He was walking to his truck and he walked up to me... I walked up to him...

PO:    What did you say to him... do you speak Spanish...

MS:    Told the guy to give me his keys and his wallet...

PO:    Did he give them to you... did you have a gun on you...

MS:    I had a 9mm...

PO:    Same gun...

MS:    Pretty sure... brought out the gun and he gave me his keys and his wallet...

PO:    And you took off in his truck... what did you do with his truck...

MS:    Um... I parked the truck a block away from...

PO:    Rosie's (phonetic) house... right... the pickup... right... how much money did you get from him...

MS:    A couple of bucks...

PO:    Didn't get much...

MS:    He only had a couple of bucks...

PO:    Okay... this next one... there was a shooting on Woodland (phonetic)... where your friend got shot... or something... the guy that got shot in the ear...

MS:    Got shot in the ear...

PO:    Was that... was that over...

MS:    Just some jerk kept hollering...

PO:    And that was over there on Woodland (phonetic) right... whose house was that...

MS:    (unintelligible) that... I was just over at that house... on Woodland...

PO:    Whose house is it...

MS:    I don't know whose house it is...

PO:     Whose house is it...

MS:     Uh... it's just a friend of mines house... took me to...

PO:     Who was talking shit... the guy that got shot... what's his name...

MS:     Just a guy... if you showed me a face...

PO:     Do you know... do you know that guy by name... or is it a friend of yours... or what...

MS:     (unintelligible)...

PO:     Daniel (unintelligible)... is it a friend of yours...

MS:     A friend of mine knows (unintelligible)...

PO:     Okay... what was the argument about...

MS:     Looking for the girl... he was banging on door... banging on windows...

PO:     And you were doing it...

MS:     No he was doing it...

PO:     So you were over there visiting... and this guy come over there
        banging on the door or window...wanted to talk to her... what happened next...

MS:     Tried leaving... they started fighting... they were just fighting... I tried to leave and they
        followed me... and uh... pulled a gun out...

PO:     He followed you... or what...

MS:     Pointed the gun... probably too fast... my finger was on the trigger...I raised it up and
        that was enough... when I raised it up... the gun went off...

PO:     You know where it hit him right...

MS:     No... he just went down...

PO:     You hit him in his ear...

MS:     When I pulled it up... my finger was on the trigger...

PO:     The next one was the one at Ridgemar Mall... the debit card... remember... what was the
        deal on that one... you said you were involved in this one...

MS:     The one that was on video...

PO:     Yeah... it was on video...

MS:     Yeah... that was the guy that... I didn't want his car... I was gonna get... I just wanted
        his... I told him to give me his wallet and debit card...

PO:     Okay... as he was getting out of his car... a Hispanic male roughed him up... and pointed a gun to his face... and demanded his money and his debit card... the victim complied... and handed over the items... but for the debit card... the guy gave you a false number... remember that... it was a long time ago... I don't know if all these were you... just trying to close some... were you alone on that one... or was somebody with you... your girlfriend was with you wasn't it... there was a girl with you... were you alone or was your girlfriend with you...

MS:     Girl was with me in the car...

PO:     Alright... the next time was... was he at Ridgemar Mall or what... at Penney's...

MS:     A man was walking with packages...

PO:     Was he going to his car or what...

MS:     I saw this man at his car...

PO:     Do you know what kind of car it was...

MS:     No... I don't remember what kind of car... he was getting his car keys...

PO:     Did you go up to him and point a gun at him and tell him you wanted his card or what... I mean what happened...

MS:     I walked up to him...

PO:     You point a gun at him...

MS:     He was standing there... I just walked up to him... pointed the gun... and I demanded his wallet...

PO:     Did you tell him you wanted his debit card number...

MS:     I told him I wanted his debit card number...

PO:     Did you go try to use it after that... find out it was bad... or what...

MS:     I tried...

PO:     Where did you try to use it at...

MS:     I'm not sure...

PO:     It was like a convenience store or something...

MS:     No... after he gave it to me... the card and the number... I went to the store and tried to use it... it was the wrong number he gave me...

PO:     Okay the next one is apparently... I think it was a construction worker... worked on El Campo (phonetic)... remember that one... he was at the Transition Center for Fort Worth School parking lot... he was like at a school parking lot... where they were doing remodeling at a school... and...

MS:    The one with the saw...

PO:    He observed the vehicle while in the parking lot... he says that he was out there working... and apparently he was going to get a saw... went to his vehicle to get a tool... a guy walked up to him with a gun... pulled it out of his waste band... pointed it at the ground... there was a Hispanic female with him with a small child... was that a friend of yours... a Spanish female with a small child... approximately two years old... you were doing these with a kid... hang on...

{Pause in conversation}

PO:    Another one on Kearney... you know where Kearney is...

MS:    No...

PO:    Says...they were over there on Kearney... and a Hispanic male got out of a (unintelligible) Dodge Stratus... pointed his gun at... there were two Hispanic guys... while they walked... there was another guy with you... and you took the wallet from the two guys... helicopter started looking for you over in... apparently they got a helicopter that was looking for you... they never found you... never found...and you were in the Stratus... because they got a license plate (unintelligible)... it was 2800 Azle... it was a bar or something...yeah... this would have been the night of... the night of the robbery that... it would be the night of the robbery...it would be the night of the robbery... this is kind of important guy... okay... it's kind of important okay... this is going to be the night of the shooting... at the Budweiser... it was the 2800 Tierney... and it was like four or five... they were out by a car... bunch of white guys... 2800 Azle... a couple of blocks down... like in a parking lot or something...

MS:    I guess I was...

PO:    Did you pull straight up... it says... I think it was (unintelligible)... George Amono (phonetic)... Chavez (phonetic)... Soto (phonetic)... Maria (phonetic)... Reyes (unintelligible)... they were all headed back to their car at 2800 Kearney... a green Dodge Stratus traveling westbound stopped... passenger was described as a Hispanic male... wearing a white T shirt... and (unintelligible) pants... on the passenger side of the Stratus... pulled a gun... pointed the gun and then he said give me your wallets... do you remember that... (unintelligible)... this would have been the night of the Budweiser thing... right... before that... right... it was before the Budweiser shooting... were they coming from a bar... or what...

MS:    We decided that... we were driving down Azle...

PO:    Who was driving... you or...

MS:    I was riding... he was driving... drove up on the passenger side...

PO:    So there were about four or five people... right... coming out of the bar... you hadn't seen them before they were coming out of the bar...

MS:    They were coming... three or four people...

PO:    In the parking lot... or what...

36

MS:    In the parking lot of the bar...

PO:    Who had the gun... who has it now... was it you or Joe...

MS:    (unintelligible)... Joe (phonetic) had the gun... (unintelligible)... he went up towards the car... went up behind them... then he walked...

PO:    Did you get out and help him or something...

MS:    I got out of the car and helped him to get the (unintelligible)...

PO:    How much money did you get from that...

MS:    I think we got (unintelligible)...

PO:    What did you do with all the money...

MS:    Spent it...

PO:    How could you just spend seventeen hundred dollars... and (unintelligible)... and then you go do the Budweiser... five dollar bill... I'm just curious...

MS:    (unintelligible)...

PO:    So now you hit another one... now you got about seventeen hundred dollars... did you split it up even or what...

MS:    We just split it even...

PO:    Do you know what you did with any of those wallets... did you just throw them out on the side of the road or...

MS:    We just looked through their wallets and just chunked them...

PO:    Are you saying you didn't do the one where the guy came out... to go to work in the morning...

MS:    Guy that said he left his keys...

PO:    There was a guy shot five times...still trying to (unintelligible)...you didn't do that one... on the morning... were y'all trying to get some cigarettes or something and you seen the Budweiser truck...

MS:    We were just driving around... try to get some cigarettes...

PO:    Who was driving...

MS:    I was driving...he was the passenger...

PO:    Did you think that it might be a good lick...possibly... you could have got the truck... well you just said... you were gonna go get cigarettes... why didn't you just go in and get cigarettes... instead of rob him...

MS: I don't know... we just drove... thought it was good idea to rob the delivery...

PO: Cause he had a bunch of money from the delivery... is that what Joe (phonetic) said...

MS: Joe said he probably had a whole bunch of money...

PO: Who had the gun...

MS: I did...

PO: Did Joe park the car...

MS: Joe parked the car... we got out of the car with the gun...

PO: Joe was supposed to follow you... right... he was gonna follow you...

MS: (unintelligible)....

PO: When you got up to the store... what did you do... was the beer guy outside or inside...

MS: He was on the inside...

PO: He was on the inside...you stayed by the dumpster...

MS: I stayed by the dumpster... Joe was supposed to (unintelligible)...

PO: The delivery man came out... back outside... what happened next... when he came out what happened...

MS: He went around to the drivers side of the car...

PO: Then you came out from the dumpster to him... right...

MS: I came from the dumpster... I said give me your wallet...

PO: What did you say... did you point the gun at him...

MS: I said I want your money...

PO: Did you point the gun at him...

MS: I said dude where's the money...

PO: Did you point the gun at him...

MS: I pointed the gun...I told him to give it to me... the money...

PO: What did he say...

MS: He said he didn't have any money... they don't have money...

PO: What happened next...

38

MS:     I grabbed his (unintelligible)...

PO:     Did you grab him by the shirt...

MS:     I grabbed him and pushed him... I grabbed him by the shirt...

PO:     To back him up... is that correct...

MS:     I grabbed him by the shirt... and he started backing up to get away...

PO:     Did he give you his wallet...

MS:     No... he didn't give it to me...

PO:     He didn't give it to you... try to give you his phone or something...

MS:     He didn't give me his wallet... tried to give me his phone... and I was like...

PO:     So while he was backing up... backing and stuff... you were pointing the gun at him and the gun goes off...

MS:     When he was pulling back... the gun went off...

PO:     Where did it hit him...

MS:     Head area...

PO:     Head area...

MS:     The gun went off...

PO:     When you had pointed it at him... where was it pointed... high or low...

MS:     It was pointed... just pointed average height... it just went off...

PO:     Did you take his wallet...

MS:     I didn't...

PO:     Someone took it... do you know who took it...

MS:     Said he gave it to (unintelligible)...

PO:     Oh he did...

MS:     He wanted to (unintelligible)...

PO:     Is that what he said... I didn't see that part...before...so how... he gave the wallet to Joe...

MS:     Before all this happened the Budweiser driver gave his wallet to Joe... just handed it to him...

PO: Why did he keep backing up... he already gave the wallet up... he was afraid...

MS: I don't know...

PO: You don't know... is there anything else that you can think of... oh uh... we didn't do the Lowes... the guy at the Lowes... right... this morning... uh... why did y'all go over there... why over there... just a different area...

MS: It was morning... we were trying to get some money... try to get some money... we took that exit... ended up over there...

PO: You remember it... they issued a report...we can't go by just whatever they tell them...

MS: Going by the report... it's stated whatever they told them...

PO: No... I'm trying to go by you... not by the report... you know...

MS: I don't know what day it was...

PO: That's part of my purpose... trying to get answers...but I don't know exactly where it happened... that's why I want you to remember...

MS: That's some shit...

PO: Come on now ... you got to remember...

MS: Shit... it's there in your report...

PO: I can't go by the report...

MS: Why you can't go by the report if you got it...

PO: Because it's got to be what you said happened... not by what these people say happened... this ain't their words... this is your word...

MS: No... if they say that's what happened... then I know what I did... and I know what I didn't do...

PO: Right...

MS: And that report would have that day on there...

PO: Yeah... but it's got to be your words... who was with you that day... you and Joe again...

MS: I'm protected... even though I'm still a criminal...

PO: You'll get a court appointment... you don't want to be the one to talk...

MS: Trust me... that's the way it's done...

PO: You just want to argue... why...

40

MS:  I ain't telling you I want it... I mean... you know everything... it's over... you keep saying we... I feel like something ain't right here...

PO:  What's not right...

MS:  Supposed to be... it's supposed to be on the thing... when... what happened...

PO:  Listen to me... listen... we would have said...

MS:  If y'all would of... their words... they... they done put it in the thing... I think it should have showed time and day that it happened...

PO:  But you don't remember when it happened...

MS:  Yes I do...

PO:  That's why he asking... cause see this is your statement... this is your statement...

MS:  I know it's my statement... but the thing is what I'm saying is that... that paper is you know... it is...

PO:  If you want to put it in there... I'll give you a report with your words in it... I'll just put... put anything in there you want...

MS:  Shit... I know which one it is... I told you...

PO:  Here's the thing we got... this is only the Lowe's report... though it's not the whole report... you can take it off... whatever you want to put in there... I'm not trying to trick you into something... fair... report date... report time... you can put whatever you want... say on (unintelligible)... report date (unintelligible)... who were you with...

MS:  I was with Joe...

PO:  Whose car was it... Stratus...

MS:  Dodge Stratus... we were in the Dodge Stratus...

PO:  Who was driving...

MS:  I was driving... we wanted to go try to get some money...

PO:  Who had the gun...

MS:  Joe did... Joe had the gun... no I take it back... I think I had the gun... I had to (unintelligible)...

PO:  What did you do... just see this guy... pull up or something...

MS:  I guess... we seen there was...

PO:  White boy...

MS:  We seen him... pulled up... in the parking lot...

PO:   You pointed him out or did Joe... said there's somebody or what... who pointed him out... you or Joe...

MS:   No... we both did... we both saw him... and we parked...

PO:   What happened next... did you get out of the car... who got out of the car...

MS:   Got out of the car... walked over... he walked...

PO:   Did you show him that you had a gun...

MS:   I showed him I had a gun...

PO:   Did you point it to the ground or what...

MS:   I pointed it to the ground...

PO:   What did he do...

MS:   He turned around (unintelligible)... took off running...

PO:   Did you shoot at him...

MS:   Shot at the ground cause I didn't want to hit him... bullets (unintelligible)... right beside the ground...

PO:   Couple of times... anything else... that's it...

MS:   That's it...

PO:   Do you want to go ahead and (unintelligible)... that's great...did you call down to the jail to get him some (unintelligible) pants... or send an officer down there to get them... so that we... and some flip flops... is that okay... Read the whole thing and make sure true and correct before you sign it...alright...he's going to get them...
{Pause in conversation}

{Detecives and Soliz enter room}

{ Recording Segment Ends • 6:47:00 }

**Total Elapsed Time QA-20.2:       0:41:15.739**

MS:      Mark Soliz
PO:      Fort Worth PD – Detective Boetcher
         Fort Worth PD – Detective Payne


**QA-5M • { 6:47:00 – 6:57:15 }**

{ 6:47:00 ▪ **Recording starts**}

{Detectives and Soliz enter }

PO:    There's one other thing that we need to discuss... uh... and it's something that... that has come into light recently... we recovered a pickup over there on Hutchins... a green Ford... I think it's a four door pickup... newer model... and uh... it's from Johnson County... do you know where Johnson County is...

MS:    Yeah... but I stay in... in Texas...

PO:    Yeah... that's where...and it belongs to a woman out there... uh... and... basically she's been shot...

MS:    I didn't do it...

PO:    What happened...

PO:    Did Joe do it...

MS:    I know I didn't do it... I know that...

PO:    Okay... well... I know I didn't do it... Mark... just like everything else... doesn't say much for you... okay...

PO:    I mean you've been cooperative all along... you know...

MS:    Yeah I know... I... I was there...

PO:    Uh-huh...

MS:    But I didn't do it...

PO:    Okay... well then... turn around here... and let's talk about what happened...

PO:    What happened...

PO:    What happened...

MS:    Well we searched through some stuff... and...

PO:    Wait... let's back up... how did you end up at her house...

MS:    We drove down there...

PO:    All the way down there...

MS:    Uh-huh...

PO:    Like out in the middle of the country...

MS:    Uh-huh...

PO:     Okay... alright... so y'all drove down there just looking for something to hit... hit a lick down there or something...

MS:     Uh-huh...

PO:     Alright... so what happened... saw this house...

MS:     Yeah...

PO:     Okay...

MS:     Where's the report on this one...

PO:     Do what...

PO:     Well... it's...

PO:     Johnson County...

MS:     Basically... y'all don't have a report... y'all are telling me... okay...

PO:     That really is...

PO:     Mark... if you want to go down this road... we'll go down it like that... okay... that's fine... but I'm telling you right now... two of the Detectives that were here... are on their way to Godley Texas to that woman's house... and they're meeting Johnson County down there...

PO:     Just be cooperative...

PO:     The ballistics from that...

MS:     I am being cooperative... if I wasn't I wouldn't be sitting in here doing...

PO:     Listen... Mark... Mark... Mark... Mark listen to me... okay... you know as well as I do... the ballistics from that are gonna match up with the gun that's in your car... okay... now... you're the one with the gun in your car tonight... right... is that the way you want to end it... that lady... shot with a bullet that came out of the gun that's in your car... did you shoot her...

MS:     No...

PO:     Okay... then what happened...

MS:     Well we just searched through her stuff... and... all of a sudden we're about to leave... and I was getting in the car... and I heard the truck cranked up... all of a sudden I heard... pow... like that... and I said damn it... and uh... we just drove off...

PO:     Okay...

MS:     That's the only thing happened in Godley...

44

PO: Okay... alright... well then... let's... I need a little more... you kind of jumped around from... we were there to get the stuff... I heard a pow... and we left... alright... was she home when y'all got there... okay... did y'all knock on the door... okay... did she answer the door... what did y'all tell her...

MS: Direction on the street...

PO: Trying to ask her for directions...

MS: That we was lost...

PO: Okay... and who had the gun when y'all went up to her...

MS: I did...

PO: You had the gun...

MS: Uh-huh...

PO: Okay... so how did y'all get into the house...

MS: She opened the door...

PO: Okay... but how did you actually get physically... get into the house... did she invite you in...

MS: No... she didn't...

PO: Okay... did y'all force your way in...

MS: Yeah...

PO: Okay... how did you do that...

MS: Just by pulling out the gun...

PO: Okay... showing it to her... alright... so... did she get scared and back up... or...

MS: Yeah...

PO: Okay... did y'all push her... or shove her back or anything...

MS: Nah... I just put my hand on her... I said just don't say nothing... everything gonna be alright... just sit down... sit down... everything is gonna be alright...

PO: Okay... where did she sit down at...

MS: On the couch...

PO: Okay... in the living room... alright... did you stay with her with the gun...

MS: Yeah...

PO:     Okay... what was Joe doing...

MS:     Searched through everything...

PO:     Okay... did he find some stuff...

MS:     Yeah...

PO:     So what all did he find...

MS:     TV... other stuff... and then I saw this other stuff... I sat the...

PO:     Do what...

MS:     Search through everything... and I sat the gun down... and then I said... Joe came in the room again... and I said... oh what's up... I said where's she at... she's in the room... I said man I left the gun in there... he went in there and got it...

PO:     Uh-huh... where did you leave the gun at...

MS:     On the table...

PO:     Like in front of the couch... where she was sitting... now why would you do that...

MS:     I wasn't even thinking...

PO:     You're a smart man... you've been through this game a hundred times... Mark look at me... you know I find that hard to believe that you would lay a gun in front of a lady... and that you two would walk off into the room... Mark that's not what happened...

MS:     That's what happened... man...

PO:     I find it very hard to believe that you laid a gun down and then both of y'all walked out of the room... what if she'd of picked up the gun and shot y'all...

MS:     She was too...

PO:     That's what I would have done...

MS:     She's was too afraid to even look up...

PO:     Okay... alright... I'll give it to you... so... Joe goes back in there... okay... and what are you doing at this time...

MS:     Looking through everything... he's telling me... where was the money (unintelligible)... he just found these quarters and everything...

PO:     Found what...

MS:     Quarters and everything...

PO:     Quarters... okay... did y'all take anything out of the house...

46

MS:     Yeah...

PO:     What'd you take...

MS:     TV and everything...

PO:     TV... what's... like a big screen TV... or what...

MS:     Yeah... two big screen TV's... computer and all that...

PO:     Computer and all that... anything else... computer... TV's... what else...

MS:     Thinking that's it...

PO:     Okay... what did you do with it...

MS:     We sold it...

PO:     Well...but... when you're at the house... how did you get it... how did you get it back this way...

MS:     In the truck...

PO:     Her truck... okay... alright... so who loaded the TV's in there...

MS:     He did...

PO:     Joe did... okay... and then... then what happened...

MS:     Then we left...

PO:     Okay...

MS:     I went to the car... he goes... I'm driving the truck... I said alright... I'll drive the car... so... I got in the car... started it up... and I was like... alright... and all of a sudden... he goes hold on... and I heard the truck start... got out of the car and... I heard the gun go off...

PO:     So basically you heard him start the truck...

MS:     Yeah...

PO:     And then you weren't paying attention... and then you heard the uh... the gun shot... was the gun shot inside the house... or outside of the house...

MS:     Inside the house...

PO:     It was inside the house... did you go in... did you ask Joe what happened... you didn't ask him... did he ever tell you what happened...

MS:     He didn't have to tell me... I just heard it...

PO:     I know... but... I mean he didn't tell you... you know... I had to go in there and finish her off... or I had to go make sure she didn't call nobody or nothing... okay... so what happened to the TV's and the computer...

MS:     We sold them...

PO:     All of them...

MS:     Yeah...

PO:     What if I told you I knew there's one still floating around and where it's at... maybe at Yolanda's (phonetic) apartment... so your telling me if I go to Yolanda's apartment I'm not gonna find that... one of those flat screens over there....

MS:     Well she may have one...

PO:     Huh...

MS:     She may have one...

PO:     But if I... but if I go and I find the serial number... match up that serial number to the one that was purchased by that lady... it ain't gonna be that one... and... and...

MS:     No...

PO:     And... and Mark I'm telling you...

MS:     I don't know who Joe sold it to...

PO:     Okay... well... but Yolanda's your friend... not Joe's friend...

MS:     Yolanda's my cousin...

PO:     Or your cousin... whatever... she's your... she's your people... not Joe's people... okay... so why would she have a TV that Joe sold her... that Joe's not even... kin to...

MS:     But she already had a screen... she already had a screen TV...

PO:     Okay... so basically let me ask you this... straight forward... is one of those TV's over at Yolanda's house...

MS:     Not that I know... but she already gots one... one that don't work...

PO:     Okay... does she have one that works now...

MS:     Not that I know... cause I haven't been to visit her in a while...

PO:     Okay... if I go over there and she tells me that she got that TV from you and Joe... is that possible...

MS:     Not from me... no way...

48

PO:     Alright Mark... let me... let me go over this one more time... because... I'm gonna be honest with you... I feel like you've been honest with me... up until this point... alright... and I'm gonna be straight with you... I don't believe the part... I believe the part about you going out there... I believe the part about you forcing your way in... I believe the part that you had the gun... but I don't believe that you laid it down on the table and left it... and left it there... okay... Joe come on... look at me... put yourself in... as the public... trying to decide this thing... do you... do you think that seems realistic...

MS:     I know it sounds...

PO:     I'll tell you... I'll tell you this... that story... I'll tell you this Mark... the story that's already been told... is a hundred percent more believable... Mark it doesn't make a difference... all of it's done... okay... if you're in for a penny... you're in for a pound... okay... it's just like if you go... if you two guys go into a bank... and y'all go in there and y'all rob this bank... and Joe shoots somebody... depends you know... it's all the same... it doesn't matter...

10:00   MS:     Well I know it sounds crazy and everything... but you know... it's... it's the truth... that's what... exactly what I did...

PO:     Okay...

PO:     So you're saying you sat the gun down and Joe shot her...

MS:     I told him to get the gun...

PO:     And then you heard the gun go off...

MS:     Yes sir...

PO:     That's fine... we need to talk... come on... you want something to drink...

MS:     No... I'm alright...

{Detectives and Soliz exit }

{ **Recording Ends** ▪ 6:57:15}

**Total Elapsed Time QA-5:  0:10:41.172**

MS:     Mark Soliz
PO:     Fort Worth PD – Detective Boetcher
        Fort Worth PD – Detective Payne

## QA-Sup 20.3 ▪ { 6:57:15 – 7:06:30}

{ 6:57:15 ▪ **Recording starts**}
{Detectives and Soliz exit}

PO:     Sit right here…

{unintelligible conversation}

PO:     Why did decide to go out there… were you familiar with that area…

MS:     We just drove… got lost… we were lost…

PO:     Oh you were lost… why were you driving out there…

MS:     Went out that way… just driving around…

PO:     Just driving around… looking for some way to get some money…

MS:     Basically yeah…

PO:     Who was driving…

MS:     (unintelligible) was driving…

PO:     He was driving you… he was driving… you said you were familiar with that area…

MS:     Man I was just… looking for a house…

PO:     Now did you find houses to break into… or just rob…

MS:     Just a bunch of houses…

PO:     A house out of nowhere…

MS:     Just a house…

PO:     Who came up with the idea to go ask her for directions…

MS:     Joe… (unintelligible) went up to the door… knock and ask for directions…

PO:     Did you park in the driveway or in the street…

MS:     We parked down at the end of the driveway… and went up to the house…

PO:     Was it just you or both of you…

MS:     We both went up to the house… knocked on the door…

PO:     Was she white… black… elderly… or what…

MS:     She was white female…

50

PO:     Was she elderly... older lady...

MS:     A white lady... elderly lady...

PO:     Who asked her for directions... you or Joe...

MS:     Joe asked her for directions... (unintelligible)...

PO:     Then he was kind of pushing her in... right...

MS:     Yeah... he pushed her inside...

PO:     Inside... what did she do then...

MS:     She got down on the floor... went back to (unintelligible)... looking to see what we could (unintelligible)...

PO:     How long do you think you stayed there...

MS:     Probably about (unintelligible)... started robbing this old lady... he said sit down...

PO:     Tell her to sit down on the couch or the floor... or where...

MS:     Told her to sit down... (unintelligible).... told her she (unintelligible)...

PO:     What'd you take...what did you find...

MS:     TV...

PO:     Flat screen...

MS:     Flat screen TV...

PO:     Flat screen TV... what else did you get...

MS:     Computer...

PO:     Was it a laptop... or regular...

MS:     You know... a computer...

PO:     Computer... what else... any money...

MS:     Quarters...

PO:     Is that all you took out of there...

MS:     Yeah...

PO:     You said you were loading stuff into her truck right... and what happened next...

MS:     We were getting ready to leave... and the old lady... she started tripping... I put the gun down... started (unintelligible)...

PO:    Right by the coffee table... (unintelligible) on the couch...

MS:    (unintelligible)... in there on the dining room chair...

PO:    And then what happened...

MS:    I said let's go... went in... and I started talking to her...she was praying to God... I mean I (unintelligible)...

PO:    What happened next...

MS:    (unintelligible) the gun...

PO:    Were you loading stuff in the truck...

MS:    I was putting stuff in the truck...

PO:    How did y'all... you said you were putting stuff in the truck... right...

MS:    Joe was... Joe was inside the house...

PO:    I know... but you said at some point the gun just went off... and you said you were out by the truck...

MS:    I was in the truck...

PO:    Okay... you're out by the car... and that's when the gun went off... right...

MS:    I was out by the car... and then the gun went off...

PO:    Was Joe in the house you think...

MS:    He was (unintelligible)...

PO:    So Joe was in the house when the gun went off...

MS:    Yeah...

PO:    Joe was up in the house when the gun went off... were the keys in the truck... did the truck (unintelligible)...

MS:    I don't (unintelligible)... he had them...

PO:    And then where did you go... you left... did you lock the house up... or just close the door... you just closed the door and just left...

MS:    Joe was the last one... he just closed the door...

PO:    Anything else you can think of...

MS:    Pretty much told you everything...

{Conversation between Officers in background}

52

PO:     You can read it... do you want to read it...

MS:     (unintelligible)...

{Conversation between Officers in background}

{Detectives and Soliz enter}
{ **Recording Ends • 07:06:30**}

**Total Elapsed Time QA-20.3:        0:09:15.613**

MS:        Mark Soliz
PO:        Fort Worth PD – Detective Boetcher
           Fort Worth PD – Detective Payne

**THE STATE OF TEXAS** )( **Report #**

Page 1 of 2

THE COUNTY OF TARRANT )(

STARTING TIME:06:08am .

I _Mark Soliz___, prior to making any statement, having been duly warned by __Det. T. Boetcher #1795 ___, the person to whom this statement is made; understand that (1) I have the right to remain silent and not make any statement at all, and that any statement that I make may be used against me at my trial; (2) Any statement I make may be used as evidence against me in court; (3) I have the right to have a lawyer present to advise me prior to and during any questioning; (4) If I am unable to employ a lawyer, I have the right to have a lawyer appointed to advise me prior to and during any questioning; and (5) I have the right to terminate the interview at any time. Having been informed of these, my rights, and understanding same, I hereby freely, intelligently, voluntarily, and knowingly waive these rights and not desiring a lawyer, voluntarily choose to make the following statement:

MY FULL NAME IS Mark Anthony Soliz. I AM 28 YEARS OF AGE. MY DATE OF BIRTH IS 01/27/82. I LIVE AT-not available . MY CONTACT TELEPHONE NUMBER IS 817-806-8069. I HAVE COMPLETED 9 YEARS OF SCHOOL. I CAN READ, WRITE, AND UNDERSTAND THE ENGLISH LANGUAGE.

I got out of prison in May of this year. I stayed with my cousin, Yolanda, off Berry by riverside in those apartments. My cousin knew this guy named Joe and he had the same nickname as me, Kilo and we became friends and started hanging out. The first robbery that I tried to do was getting this car from this man, he was at a little grocery store, he was getting something to drink and he had a car, dodge/saurn, tourquize green, I had a gun, 9mm pistol and I walked up to him and told him to get out of the car and gimme the keys and he said alright and he got out of the car and gave me the keys and I asked for his wallet, got no more than a couple bucks and we left and I have had that car ever since. The next time was on East Belknap, man with a dodge pickup, also me by myself, it was green in color, he was at a store, he was a Hispanic guy, he was walking to his truck and I walked up to him and I told the guy to give me his keys and wallet and I have the same gun with me as before and he gave me his keys and wallet and I took off in his truck, parked it about a block away from Fuzzy's house on Nichol's, got a couple bucks only from him also. The next thing I was involved in was a shooting on Woodland, a friend's house, a female, he was making too much noise and banging on the window's and asking for money, I was over there visiting when the guy started and I tried to leave and they started fighting and I ran up to them with the gun on them and raised it up in the air and it went off and I did not know where it hit him, I was not aiming to hit him. The next one at Ridgmar Mall, you say you have me on video and I was not even there but now I remember, I was alone, a man by Penny's he was in his car and I do not remember what kind of car and I walked up to him and I pointed the gun and I demanded his wallet and I told him that I wanted his debt card number and I tried to use it at a store down the street and found out it was fake. The next one was on the 28th June at 2800 Azle Ave, it was before the busweiser shooting, they were coming out of a bar – we were driving down Azle Ave, I was driving the green dodge stratis and Joe was in the passenger side and we saw about 4 people in the parking lot of the bar, Joe had the gun as he was on the passenger side and he went up to the people and demanded their wallets, I got out of the car to help him collect the wallets, all together we got about $1700 dollars. We split it up in half, we trashed the wallets, we did not keep them.

The morning of the Budweiser shooting we were driving around and I was driving the dodge stratis and we were passing by the Texico station to get some cigarettes, and Joe came up with the idea to rob the beer man, Joe said he thought they would have a bunch of money from the delivery, I had the gun and I parked the car in the next block and got out of the car with the gun and I followed Joe as he went up to the

1

store , the beer guy was inside and I stayed by the dumpster's and Joe was supposed to go by the payphones, the beer man came back outside, I went around to the drivers side of his truck, I came out from behind the dumpster to where he was, I pointed the gun at home and told him to come here, don't go nowhere, he said alright, alright and then I grabbed him by the shirt sleeve and the gun went off, he did not give me his wallet, he tried to give me his phone, while I am pulling him on the shirt, the gun went off, when I had the gun pointed at him, it was pointed high, before all this happened the Budweiser driver gave his wallet to Joe who was standing by the payphone. On the report date of 06/29/10 at 6:29am I was with Joe and we were in the dodge stratis and I was driving and we wanted to go try and make some money, I had the gun and I seen this white guy pull up into the parking lot of Lowe's, we both saw him and we parked next to him and the dude did not want to give me his wallet, I got out of the car and went to the dude and said gimme your wallet and I showed him my gun and pointed it to the ground and the guy turned around and started running and I shot at the ground a couple times as his ran away.

Making a false statement to a police officer is a violation of the Texas Penal Code and is punishable by imprisonment, fine, and or both.  Knowing this I make the above statement freely and willing and state that it is true and correct to the best of my knowledge as I have told the Detective Boetcher #1795

**ENDING TIME 06:44am HRS**

Signature: _____

Witness: _____

Witness: _____

2

THE STATE OF TEXAS                    )(        Report #
                                                      Page 1 of  1
THE COUNTY OF TARRANT       )(

STARTING TIME:06:57am .

    I _Mark Soliz___, prior to making any statement, having been duly warned by __Det. T. Boetcher #1795 ___, the person to whom this statement is made; understand that (1) I have the right to remain silent and not make any statement at all, and that any statement that I make may be used against me at my trial; (2) Any statement I make may be used as evidence against me in court; (3) I have the right to have a lawyer present to advise me prior to and during any questioning; (4) If I am unable to employ a lawyer, I have the right to have a lawyer appointed to advise me prior to and during any questioning; and (5) I have the right to terminate the interview at any time.  Having been informed of these, my rights, and understanding same, I hereby freely, intelligently, voluntarily, and knowingly waive these rights and not desiring a lawyer, voluntarily choose to make the following statement:

MY FULL NAME IS Mark Anthony Soliz.  I AM 28  YEARS OF AGE.  MY DATE OF BIRTH IS 01/27/82.  I LIVE AT-not available .  MY CONTACT TELEPHONE NUMBER  IS 817-806-8069. I HAVE COMPLETED  9 YEARS OF SCHOOL.  I CAN READ, WRITE, AND UNDERSTAND THE ENGLISH LANGUAGE.

We were just driving around, until we got the idea to get some money , I was driving the green dodge stratis and we ended up out in Godley, I was familiar with that area and we found this house out in the middle of no-where, Joe said we could just go up to the door and ask for directions and we parked the dodge in the driveway and went up to the house, we both went up to the front door and knocked on the door, it was a white female, elderly, opened the door, Joe asked her for directions and I had the gun and I raised it up and kinda walked in the house as she backed up and just told her to sit down on the couch and me and Joe started looking for things to take, we found 2-flat screen tv's, a computer and some quarters.  I was looking for stuff too and I set the gun down on the dining room table and I started looking for stuff and I asked Joe what's she doing since I left the gun on the table and Joe went in there and got the gun, I was still looking for things and that was it and time to go.  I was out by the car and then the gun went off, Joe was the one in the house when the gun went off and Joe closed the garage door and we left and came back to Ft Worth.

MAS  *It was me that Shot the women!!! MAS*

Making a false statement to a police officer is a violation of the Texas Penal Code and is punishable by imprisonment, fine, and or both.  Knowing this I make the above statement freely and willing and state that it is true and correct to the best of my knowledge as I have told the Detective Boetcher #1795

**ENDING TIME 07:04am HRS**

Signature: _Mark Soliz_

Witness:_____

Witness:_____

1

User: JDAVIS

**Mansfield Police Department**

01/05/12 03:14:38

SOLIS, MARK ANTHONY



Photo Date: 06/30/10

Photo Date: 06/30/10

SOLIS, MARK ANTHONY W M 01/27/1982

r_photo2

| User: JDAVIS | **Mansfield Police Department** | 01/05/12 03:16:36 |

### SOLIS, MARK ANTHONY




Photo Date: 06/30/10

SOLIS, MARK ANTHONY W M01/27/1982

| User: JDAVIS | **Mansfield Police Department** | 01/05/12 03:16:12 |

# SOLIS, MARK ANTHONY



Photo Date: 06/30/10

SOLIS, MARK ANTHONY W M 01/27/1982



12056

AGENCY (out of town only)

Booking No.
Service No. ___1068309___
Warrant No. _____

## MAGISTRATE WARNING

THE STATE OF TEXAS
COUNTY OF TARRANT

Before me, the undersigned magistrate of the State of Texas, on this day personally appeared the accused,

___soliz,mark___, Race ___w___, Sex ___m___, DOB ___01271982___, and said person was given the following warning by me:

(1)   You are charged with the offense of ___aggravated Robbery___. An affidavit charging you with this offense has / has not been filed in the court.
(2)   You have the right to hire a lawyer and have him or her present prior to and during any interview and questioning by peace officers or attorneys representing the state.
(3)   If you cannot afford a lawyer, you have the right to request the appointment of a lawyer to be presented prior to and during any such interview and questioning and you have the right to have a lawyer appointed to represent you if you cannot afford a lawyer. This means you may obtain your own lawyer or have a lawyer appointed for you by the court. You may have reasonable time and opportunity to consult your lawyer if you desire. In the event you want a lawyer appointed for you, you will be asked to complete a written form that contains questions about your financial resources. You will be provided with the forms needed to make a request for a lawyer. If you need help completing the forms, reasonable assistance will be provided to you.
(4)   You have the right to remain silent. You do not have to speak to the police.
(5)   You are not required to make a statement. Any statement you do make can and may be used against you in court.
(6)   You have the right to stop any interview or questioning at any time.
(7)   You have the right to an examining trial.
(8)   If you are not a citizen of the United States, you have the right to contact your consulate. Depending on the nature of the charge, you could be deported or have your residency status revoked.

THE ACCUSED  DOES   DOES NOT  WANT TO REQUEST A COURT APPOINTED LAWYER.

___18369___
MAGISTRATE

X _____
PERSON WARNED

Your are remanded without bond. _____

Your bond is set at $ ___200,000___

WITNESS: _____

Place of warning: ___FW - Jail___

Time: ___6:40 PM___

Date: ___6/30/10___

## PROBABLE CAUSE DETERMINATION
## AND COMMITMENT ORDER

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS
~~TO THE SHERIFF OF TARRANT COUNTY:~~

Sufficient facts have been presented to me under oath by affidavit, sworn testimony, or otherwise, to show that probable cause exists for the continued detention of the accused, ___Soliz, Mark___,

as to the following charge: ___Aggravated Robbery___. You are hereby ORDERED to take into custody and safely keep the accused in your jail and hold him/her in your jail to be held to answer to the assigned court of jurisdiction. INSTANTER: Municipal Court of ___FW, TX___, the Tarrant County Criminal Court or the Tarrant County District Court in the current term of said court.

Signed this ___30___ day of ___June___, 20___16___.

Signature: _____

Print Name: _____

Magistrate for Tarrant County, Texas







STATE'S
EXHIBIT
10



STATE'S
EXHIBIT
11

STATE'S
EXHIBIT
72

STATUS
CODES
13



STATE'S
EXHIBIT
17

STATE'S
EXHIBIT
18











STATE'S
EXHIBIT
25





STATE'S
EXHIBIT
26













**EVIDENT**
Crime Scene Products
www.evidentcrimescene.com
1-800-576-7606

**RIFLE BOX**



STATE'S
EXHIBIT
31A

# PROPERTY TRANSMITTAL FORM
## FORT WORTH POLICE DEPARTMENT

| Division | | |
|---|---|---|
| ☐ Central FOB  ☐ North FOB  ☐ East FOB  ☐ South FOB  ☒ West FOB  ☐ Traffic | | |
| ☐ Homicide  ☐ SOD  ☐ Sexual Assault  ☐ Fraud  ☐ Other: | | |

| Property | | |
|---|---|---|
| ☒ Evidence  ☐ Recovered  ☐ Pending Seizure  ☐ Personal | | |

| Offense/Incident | | |
|---|---|---|
| Offense # / Supplement<br>1000659797/-0005 | Offense Type:<br>Burg. of habitation | Location:<br>5317 El Campo |
| Reported Stolen on Offense # | | Agency: FWPD |
| Submitted By Officer:<br>2370 - WILSON,J | Unit:<br>CSSU-Crime Scene | Date/Time:<br>07/08/2010 19:27 |

| Person Summary |
|---|
| No person information on report |

### Items Submitted

| Item # | Invl | Value | Brand | Desc. / Model (ARTICLES) | Serial # | Location |
|---|---|---|---|---|---|---|
| 1 | EVD | | | 1 finger print card containin 2 lifts | | |

| Stamp |
|---|
| |

| Property Room | | |
|---|---|---|
| | | Date/Time: |
| Received By (Name/IDNO): | | |
| Tag #: 100008868 | Offense #: 100065979 | |



STATE'S
EXHIBIT
32

PENGAD 800-631-6989

F45054

 **FORT WORTH**

## FORT WORTH POLICE DEPARTMENT
### CRIME LABORATORY
3616 E. LANCASTER AVE.
FORT WORTH, TX 76103-2506



# LATENT PRINT UNIT
# LABORATORY REPORT

**DATE:** March 24, 2011
**LABORATORY #:**   FW10-04468-5
**SUBJECT(S):**   VICTIM(S)
                            CIRCELLI, VINCENT (DOB: 03/27/1983)

**CASE #:**   10-065979
**SUSPECT(S)**
RAMOS, JOSE C JR. (DOB: 07/22/1983)
SOLIZ, MARK ANTHONY (DOB: 01/27/1982)
MORALES, RAMON AUGUSTINE JR (DOB:
          10/09/1979)

**OFFENSE:**      BURGLARY, BREAKING AND ENTERING
**INVESTIGATING OFFICER(S):**      S PHILLIPS
**IN SECTION DATE:**          JULY 9, 2010

**EVIDENCE RECEIVED:**

Item retrieved from latent print unit file storage by T. Ekis on 3/14/11 at 8:48 a.m.:

    Item # 8868-01: 1 finger print card containing 2 lifts

    Lift     Location
    1         exterior glass of left gun cabinet door
    2         exterior glass of left gun cabinet door

The 1 card with 2 lifts contains 2 latent palm prints of comparable value.

Major case exemplars of CIRCELLI, VINCENT (DOB: 03/27/83) were received from TCDA investigator Danny
McCormick.

**PURPOSE:** Latent Print Comparison

**RESULTS/CONCLUSION(S):**

Latents were identified as follows:
- Lift # 1, print A: CIRCELLI, VINCENT - right palm
- Lift # 2, print B: CIRCELLI, VINCENT - right palm

**REMARKS/DISPOSITION OF EVIDENCE:**

See also report dated 8/30/10.

Item 8868-01 was retained in LPU Files


STATE'S
EXHIBIT
33

LABORATORY REPORT          CASE #:   10-065979     LAB #:   FW10-04468-5     DATE:   March 24, 2011

Thomas R. Ekis

Thomas Ekis
Latent Print Examiner
Latent Print Unit
E-mail: Thomas.ekis@fortworthgov.org

 **FORT WORTH POLICE DEPARTMENT**
**CRIME LABORATORY**
3616 E. LANCASTER AVE.
FORT WORTH, TX 76103–2506 

## LATENT PRINT UNIT
## LABORATORY REPORT

DATE: August 30, 2010
LABORATORY #:   FW10-04468-2
SUBJECT(S):   VICTIM(S)
          CIRCELLI, VINCENT (DOB: 03/27/1983)

CASE #:   10-065979
SUSPECT(S)
RAMOS, JOSE C JR. (DOB: 07/22/1983)
SOLIZ, MARK ANTHONY (DOB: 01/27/1982)
MORALES, RAMON JR. (DOB: 10/09/1979)

OFFENSE:   BURGLARY, BREAKING AND ENTERING
INVESTIGATING OFFICER(S):   STEPHANIE A PHILLIPS
IN SECTION DATE:   JULY 9, 2010

### EVIDENCE RECEIVED:

Item submitted by J. Wilson on July 9, 2010 at 7:15 a.m.:

  Item # 8868-01: 1 finger print card containing 2 lifts

    Lift    Location
    1       exterior glass of left gun cabinet door
    2       exterior glass of left gun cabinet door

The 1 card with 2 lifts contains 2 latent palm prints of comparable value.

The following exemplars were obtained and compared:
   Tenprint and palms of Ramos, Jose C Jr. (CID  0618074)
   Tenprint and palms of Soliz, Mark Anthony (CID 0535268)
   Major case prints of  Morales, Ramon Jr. ( TRN  9133157847)

### PURPOSE: Latent Print Comparison

### RESULTS/CONCLUSION(S):

Latent lift # 1, print A was:
- not identified as result of comparison for Ramos, Jose C Jr.
- not identified as result of comparison for Soliz, Mark Anthony
- not identified as result of comparison for Morales, Ramon Jr.

Latent lift # 2, print B was:
- not identified as result of comparison for Ramos, Jose C Jr.
- not identified as result of comparison for Soliz, Mark Anthony
- not identified as result of comparison for Morales, Ramon Jr.

### REMARKS/DISPOSITION OF EVIDENCE:

Item 8868-01 is retained in LPU Files



LABORATORY REPORT          CASE #:   10-065979      LAB #:   FW10-04468-2      DATE:   August 30, 2010

*Thomas R. Ekis*

Thomas Ekis
Latent Print Examiner
Latent Print Unit
E-mail: Thomas.ekis@fortworthgov.org


STATE'S
EXHIBIT
35

PENGAD 800-631-6989
F45059

COUNTY OF TARRANT }{
THE STATE OF TEXAS}{          Service # 10-65979

I, Ramon Morales Jr. _____, PRIOR TO MAKING ANY STATEMENT,
HAVING BEEN DULY WARNED BY, Sophillis 2682 _____, THE
PERSON TO WHOM THIS STATEMENT IS MADE; THAT I HAVE THE RIGHT TO REMAIN SILENT
AND NOT MAKE ANY STATEMENT AT ALL AND THAT ANY STATEMENT I MAKE MAY BE USED
AGAINST ME AT MY TRIAL; THAT ANY STATEMENT I MAKE MAY BE USED AS EVIDENCE
AGAINST ME IN COURT; THAT I HAVE THE RIGHT TO HAVE A LAWYER TO ADVISE ME PRIOR
TO AND DURING ANY QUESTIONING; THAT IF I AM UNABLE TO EMPLOY A LAWYER, I HAVE
THE RIGHT TO HAVE A LAWYER APPOINTED TO ADVISE ME PRIOR TO AND DURING ANY
QUESTIONING; AND THAT I HAVE THE RIGHT TO TERMINATE THE INTERVIEW AT ANY TIME.
HAVING BEEN INFORMED OF THESE, MY RIGHTS, AND UNDERSTAND SAME, I HEREBY
FREELY, INTELLIGENTLY, VOLUNTARILY AND KNOWINGLY WAIVE THESE RIGHTS AND NOT
DESIRING A LAWYER, VOLUNTARILY CHOOSE TO MAKE THE FOLLOWING STATEMENT;

BEGINNING TIME: 1420

I purchased these guns from 2 guys I did not
Know. I've seen them once before I did not speak
with them. The second time I seen them was 3
in the morning. They had 4 shotguns and 1 pistol
I bought 3 shotguns. When I ask how much for
the other shotgun and pistol he said he was
keeping them. I went to my girlfriend friend
Kathy and the 2 guys that woke there were called
Kilo and Joe I purchased the weapons for 100
the 3 shotguns only.

Ending Time: 1               Ramon Morales Jr.
                             (Signature)

2

```
 1              A P P E A R A N C E S

 2

 3        Ms. Christy Jack, Assistant

 4        Criminal District Attorney

 5        Tarrant County

 6        SBOT No. 10445200

 7        Tim Curry Justice Center

 8        401 W. Belknap

 9        Fort Worth, Texas   76196-0201

10        ATTORNEY FOR STATE

11

12

13        Mr. John Johnson

14        Attorney at Law

15        SBOT No. 24033623

16        314 S. Main Street

17        Fort Worth, Texas   76104

18        ATTORNEY FOR DEFENDANT

19

20

21

22

23

24

25
```

KIM CHERRY, OFFICIAL COURT REPORTER

3

VOLUME 1

GUILTY PLEA

February 22, 2011                                     PAGE    VOL.

Guilty plea by the defendant.....................   4      1


| STATE'S WITNESSES: | Direct | Cross | Voir Dire | Vol. |
|---|---|---|---|---|
| Ramon Morales, Jr. | 5 | | | 1 |


State rests.......................................  12      1

Defendant rests..................................  12      1

Sentencing of the defendant......................  12      1

Court reporter's certification...................  14      1

KIM CHERRY, OFFICIAL COURT REPORTER

4

P R O C E E D I N G S

(Open court, defendant present.)

THE COURT: Mr. Morales, you signed some paperwork here today dealing with two cases; is that correct?

THE DEFENDANT: Yes, sir.

THE COURT: In each of these cases you've indicated to me that you're aiming to enter a plea of guilty; is that correct?

THE DEFENDANT: (Nods head up and down.)

THE COURT: You need to answer out, she --

MR. JOHNSON: She's taking notes.

THE DEFENDANT: Yes.

THE COURT: And by the paperwork you've signed, you've indicated that you have no questions of myself, your attorney, and that this is a free and voluntary plea; is that correct?

THE DEFENDANT: Yes.

THE COURT: To each of those cases, how do you plead, guilty or not guilty?

THE DEFENDANT: Guilty.

THE COURT: Okay. If you'll raise your right hand, please.

(Witness sworn.)

THE COURT: Okay. Thank you.

MS. JACK: May I proceed, Your Honor?

5

```
 1              THE COURT:  You may.
 2                   RAMON MORALES, JR.,
 3   having been first duly sworn, testified as follows:
 4                   DIRECT EXAMINATION
 5   BY MS. JACK:
 6        Q.   Okay.  Good morning.  How are you doing?
 7        A.   How are you doing, ma'am?
 8        Q.   All right.  You and I have met before?
 9        A.   Yes.
10        Q.   You understand that my name is Christy Jack?
11        A.   Yes, ma'am.
12        Q.   And I'm an Assistant District Attorney for Tarrant
13   County.
14        A.   Uh-huh.
15        Q.   And that I'm the prosecutor assigned to both of
16   your cases.
17        A.   Yes, ma'am.
18        Q.   You and I have spoken at length a matter of weeks
19   ago; is that right?
20        A.   Yes, ma'am.
21        Q.   And it concerned your knowledge and your
22   relationship with Mr. Soliz and a Mr. Ramos?
23        A.   Yes, ma'am.
24        Q.   Okay.  And among the many things that we discussed
25   was how you came into possession of these three weapons?
```

6

1          A.    Yes, ma'am.

2          Q.    Okay.  And, if you would, for purposes of the

3     record, what were the three weapons that you came into

4     possession?

5          A.    Three shotguns.

6          Q.    Okay.  Can you describe them a little bit more for

7     me?

8          A.    I believe one was, I guess, a powdered one, a black

9     powder shotgun.  These were -- these were hunting shotguns as

10    well.

11         Q.    Okay.

12         A.    One of them, I believe, had a scope on it.  And the

13    other two were just regular -- I don't remember if they were

14    pump or not, but I know that they were hunting, hunting --

15         Q.    Were there three in total?

16         A.    Three total.

17         Q.    And where did you get those weapons?

18         A.    From Mark Soliz and Joe Ramos.

19         Q.    All right.  And how did you -- how did you acquire

20    them?

21         A.    I acquired them from, I guess, Kathy's house where

22    I met up with these guys, first time I met them.

23         Q.    Would that be Kathy Richardson?

24         A.    Yes, ma'am, Kathy Richardson.  And I purchased them

25    for $100, all three shotguns.  I stayed with them shotguns

7

1   throughout the night and took them to the pawnshop first

2   thing in the morning when they opened up.

3        Q.   Do you recall the name of the pawnshop?

4        A.   A-1 Pawnshop off of Hemphill.

5        Q.   Is that here in Fort Worth, Texas?

6        A.   Yes, ma'am, yes, ma'am.   I think it's the 4200

7   block, I believe, if I remember.   Yeah.

8        Q.   Okay.   And so the weapons were inside of the

9   residence where Kathy Richardson was staying?

10        A.   Yes, ma'am.

11        Q.   Okay.   And do you recall where those weapons were;

12   in other words, what room?

13        A.   They were in the closet in, I guess, well, Kathy

14   and Cheryl's residence.   They both shared a room, but it was

15   just a one-bedroom apartment.   And three shotguns were in

16   there as well as a pistol and another rifle.   There were five

17   total.

18        Q.   Okay.   And there was a pistol and?

19        A.   Another rifle, ma'am.

20        Q.   Another rifle.   And do you recall what kind of

21   pistol it was?

22        A.   Small automatic, don't really know the model of it.

23   I just know it was a small handgun, automatic.

24        Q.   Are you familiar with 9mm?

25        A.   Yes.   And it looked like a small 9mm.

8

1      Q.   And when -- was it Mr. Soliz or Mr. Ramos who was

2   doing most of the talking concerning the weapons?

3      A.   Mr. Soliz.

4      Q.   And what did you call him?

5      A.   Kilo.

6      Q.   All right.  What did he say about the guns?

7      A.   Basically he didn't say where he got them from or

8   anything, just that he was selling them three shotguns and

9   the other two he said he had plans for.  And as far as that

10   went, I kind of --

11      Q.   So there were five in total?

12      A.   Yes.  My guns that I had bought, you know, after he

13   had said that about the other two, it was time for me to go.

14   I didn't know what he was going to do with them.

15      Q.   So there were five in total?

16      A.   Five total, yes, ma'am.

17      Q.   Kilo was the one doing the talking?

18      A.   All the talking, uh-huh.

19      Q.   All right.  And he said the three of the five were

20   for sale?

21      A.   Uh-huh.

22      Q.   Is that "yes"?

23      A.   Yes.  I'm sorry.

24      Q.   That's okay.  She just can't take your uh-huhs.

25      A.   Yeah.  Yes, ma'am.

9

1      Q.    And that he had plans for the remaining two guns?

2      A.    Yes.

3      Q.    And he did not say what those plans were?

4      A.    No.  He just kind of flashed it and kind of --

5      Q.    Okay.  Now, you're doing something on the record

6  and I want you to describe what you're doing, if you can.

7  Because you just did something with your hand demonstrating

8  how he was holding, I take it, the pistol given how you were

9  just showing.

10     A.    Right.  He had the pistol in his -- in his right

11 hand and had his finger placed in the -- where the trigger

12 was at and kind of looked at the handgun and kind of pointed

13 it straight forward in front of his body and said that, I

14 have plans for this, this one here.

15     Q.    All right.

16     A.    He had that one and then the --

17     Q.    Is that the one you described as looking similar to

18 or consistent with a small 9mm?

19     A.    Yes.

20     Q.    And the way you just demonstrated for the record,

21 did you show it him holding it sideways?

22     A.    It was more looking at it in his right hand.  He

23 was looking at it.

24     Q.    Okay.

25     A.    And then from there pointed it outward in front of

10

1    his body.

2         Q.   With his arms straight?

3         A.   Yes.

4         Q.   Okay.  And do you know whether or not the pistol

5    was loaded?

6         A.   I believe it was loaded.

7         Q.   Okay.  Why do you believe that?

8         A.   I asked him -- I asked him if any of the guns were

9    loaded and he said, no, that it was just the handgun.

10        Q.   All right.  Just the handgun was loaded?

11        A.   Just the handgun was loaded.  All the others didn't

12   have any ammunition or anything like that.

13        Q.   Did you check the three that you purchased to see

14   whether or not they were loaded?

15        A.   No, he showed me.  He had showed that there was no

16   ammunition in there.

17        Q.   Was he familiar with guns in the way he was

18   handling them?

19        A.   Very familiar, yes.

20        Q.   Okay.  Now, you're laughing when you say that.  Why

21   do you say that?  Why do you say it like that?

22        A.   I mean, you can -- I guess you know when somebody

23   has been around guns a lot.

24        Q.   And it was clear from the way he was handling

25   them --

11

1    A.   Yes, yes.  And that's why --

2    Q.   -- he was comfortable with them?

3    A.   Comfortable with them, exactly.

4    Q.   Okay.  And you took them to the pawnshop the next

5  morning, as I understand, or the next day?

6    A.   Uh-huh.  It was in the morning, early morning when

7  I bought it.  I guess it was, you know, after midnight or

8  whatever, 2:00 in the morning or so.  And as soon as the

9  pawnshop opened up, I took them there.

10   Q.   Okay.  So if our records indicate a date of June

11 the 23rd of 2010, would that be consistent with what you

12 recall?

13   A.   Yes.

14   Q.   All right.  So you would have purchased these three

15 weapons sometime after midnight on -- well, the same day,

16 June the 23rd?

17   A.   Right, right.  We would consider it the 22nd, you

18 know, still being up or whatever, but the 23rd.

19   Q.   Early morning hours of the 23rd?

20   A.   Uh-huh, yes, correct.

21   Q.   All right.  And you understand that as part of your

22 plea bargain of three years on each of these cases, that you

23 will be required, if necessary, to testify in the trial of

24 Mark Anthony Soliz and Mr. Ramos as well?

25   A.   Yes, ma'am.

12

1      Q.   You understand what's expected of you?

2      A.   Yes, ma'am.

3      Q.   And that is to give truthful testimony regarding

4   these matters?

5      A.   Yes, ma'am.

6           MS. JACK:  That's all I have, Your Honor.

7           THE COURT:  Okay.  Anything from either side?

8           MR. JOHNSON:  None, Your Honor.

9           THE COURT:  Okay.  I do want y'all to know

10  that I did change the dates on these to the 22nd day of

11  February, okay.

12          MR. JOHNSON:  Because we signed it earlier.

13          THE COURT:  You signed them as of the 14th, so

14  I just changed those dates with y'all's approval.

15          With your plea of guilty, I'll find that

16  there's sufficient evidence to find you guilty in each of

17  these cases, and I'll set your punishment at three years in

18  the Institutional Division of the Texas Department of

19  Criminal Justice.

20          I'm going to give you credit for any time

21  you've been in custody going back to your date of arrest.

22          THE DEFENDANT:  Thank you, Your Honor.

23          THE COURT:  Since I followed the plea

24  agreement, you will not have a right to appeal.

25          Any questions about what happened here today?

13

1          THE DEFENDANT:  No, no, sir.

2          THE COURT:  And I believe for the record you

3    had already signed, but you are a U.S. citizen; is that

4    correct?

5          THE DEFENDANT:  Yes, sir.

6          THE COURT:  Thank you very much.

7          MS. JACK:  Thank you, Your Honor.

8          (Whereupon, the proceedings were concluded.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

14

1  THE STATE OF TEXAS        ) (

2  COUNTY OF TARRANT         ) (

3

4        I, Kim Cherry, Official Court Reporter in and for

5  the Criminal District Court Number 4 of Tarrant County, State

6  of Texas, do hereby certify that the above and foregoing

7  contains a true and correct transcription of all portions of

8  evidence and other proceedings requested in writing by

9  counsel for the parties to be included in this volume of the

10  Reporter's Record, in the above-styled and numbered cause,

11  all of which occurred in open court or in chambers and were

12  reported by me.

13        I further certify that this Reporter's Record of

14  the proceedings truly and correctly reflects the exhibits, if

15  any, admitted by the respective parties.

16        I further certify that the total cost of the

17  preparation of this Reporter's Record is $___*56*⁰⁰_____ and

18  was paid/will be paid by ___*Tarrant County*_____.

19        WITNESS MY OFFICIAL HAND this the *24th* day of

20  *February*_____, 20*16*.

21

22        _____*Kim Cherry*_____
          KIM CHERRY, Texas CSR #4650
23        Expiration Date: 12/31/11
          Official Court Reporter, CDC4
24        Tarrant County, Fort Worth, Texas
          401 W. Belknap, 8th Floor
25        Fort Worth, Texas 76196
          (817) 884-2597

KIM CHERRY, OFFICIAL COURT REPORTER

# Fort Worth Police Department

CASE #_____ VIEWED BY_____ DETECTIVE_____

COMMENTS_____DATE_____



20100628-0070-1



# Fort Worth Police Department

CASE #_____ VIEWED BY_____ DETECTIVE_____

COMMENTS_____DATE_____



20100628-0070-2

STATE'S
EXHIBIT
38

PENGAD 800-631-6989

# Fort Worth Police Department

CASE #_____ VIEWED BY_____ DETECTIVE_____

COMMENTS_____DATE_____



20100628-0070-3



# Fort Worth Police Department

CASE #_____ VIEWED BY_____ DETECTIVE_____

COMMENTS_____DATE_____



20100528-0070-4



# Fort Worth Police Department

CASE # 10-66795 VIEWED BY Abu·Lughod, Sammy  DETECTIVE L.P. Tracy

COMMENTS_____DATE June 28, 2010



G.A.   6/28/2010

20100628-0070-5



STATE'S
EXHIBIT
41

PENGAD 800-631-6989

905b0547bff42429

# Fort Worth Police Department

CASE #_____ VIEWED BY_____ DETECTIVE_____

COMMENTS_____DATE_____



20100628-0070-6





PENGAD 800-631-6989

**STATE'S
EXHIBIT**

43

**RESTRICTIONS**
No Restrictions

**ENDORSEMENTS**
No Endorsements

☐ **Directive to physician
has been filed at tel #**

☐ **Emergency
contact number**

☐ **Allergic reaction
to drugs**

TEXAS ROADSIDE ASSISTANCE 1-800-525-5555



# TEXAS
## DEPARTMENT OF PUBLIC SAFETY
### DRIVER LICENSE

DIRECTOR

**CLASS: C**       **DL:** 19857128
**DOB:** 10-06-82       **HT:** 5-07
**EXPIRES:** 10-06-13 **EYES:** HZL
**REST:**                **SEX: M**
**END:**

**ABU-LUGHOD,SAMMY HISHAM**
**4600 PARKVIEW LANE**
**FORT WORTH TX 76137**









this card is the official verif. that your Social Security number.
Please sign it right away. Keep it in

Improper use of this card or number
imprisonment or both:

This card belongs to the Social Secu.
return it if we ask for it.

If you find a card that isn't yours, pl
Social Security Adminis
P.O. Box 17087, Baltimore, MD 21235

For any other Social Security business/information, contact your
local Social Security office. If you write to the above address for any
business other than returning a found card, it will take longer for us
to answer your letter.

**Social Security Administration**
**Form SSA–3000** (1–94)(Formerly OA–702)   **C 9 0 1 2 8 1 9 3**

STATE'S
EXHIBIT
46

PENGAD 800-631-6989



























































































SX-8













**Fort Worth Police D...**
Latent Lift Card

Offense# 10-066785 Offense Type: AGG. ROBB.

Offense Location: 604 NOrTH RiVERSide

Lift/Photo By: T.C. Lee 252)

Lift/Photo Date: 07/14/10

Lift/Photo From: ① FroNT
EXTERIOR OF LArGE (
MAKER PACKAGE

STATE
EXHIBIT
35

FORT WORTH

**Fort Worth Police Latent Envelope**

STATE'S EXHIBIT 85A

DIVISION

North FOB
East FOB
West FOB
Homicide
NOD
Traffic
Sexual Assault
Fraud
Family Violence
Other

**Property Room use:**

Invoice No: *10000910 2*          Location:

Service #: *10-066785*          Date:

Offense type: *AGGRAVATED*

Offense location: *604   NORTH RIVERSIDE*

Victim: *ABU-LUGHOD, FABEVE*          Race/Sex: *jm*   DOB: *160*

(Circle one) AP/Susp: _____          Race/Sex: _____   DOB: _____

(Circle one) AP/Susp: _____          Race/Sex: _____   DOB: _____

(Circle one) AP/Susp: _____          Race/Sex: _____   DOB: _____

Identified by: *T.C. LEE*          ID # *2327*

Date submitted: *07/14/2010*   # of cards *2*

Latent Unit Use:

## Evidence Chain of Custody

Received by: _____   Time: _____
Date: _____

Received by: _____   Time: _____
Date: _____

Received by: _____   Time: _____
Date: _____

Received by: _____   Time: _____
Date: _____

Received by: _____   Time: _____
Date: _____

Received by: _____   Time: _____
Date: _____

Received by: _____   Time: _____
Date: _____

Received by: _____   Time: _____
Date: _____

Received by: _____   Time: _____
Date: _____

Received by: _____   Time: _____
Date: _____

Received by: _____   Time: _____
Date: _____





59/02

BIOHAZARD

11-0483.1

EVIDENCE TRANSFER

Suspect: 10-066785

Offense:

Victim:

Location:

PKG 10 OF 12 TOTAL PKG

Submitted By: T.C. Lee ID 2527

Date: 8/14/2010 Time:

Item: SWAB 1

FW10-01242 sc
3-15-11

STATE'S
EXHIBIT
36 A

| Released by: | Received by: | Pkgs | Items |
|---|---|---|---|
| | PO 1051 | 12 | |
| | Sgal 539 | | |
| | JS Mills | 1 | # 10 |
| | FS0 2h2 | | |
| | Hy 1029 | 1 | #10 |
| | | | |
| | | | |



11-0483.1





C

TAG:109/02

11-0483.2

## EVIDENCE TRANSFER

Service# _10-066785_
Offense: _____
Victim: _____
Location: _____
PKG# _11_ OF _11_ TOT
Released By: T.C. ID
Date: _07/19/2012_ Time
Content: _Sealed_





STATE'S
EXHIBIT
38 A



TAG: 10 9/02

11-0483.3

**EVIDENCE TRANSFER**

Service# _10-066785_
Offense: _____
Victim: _____
Location: _____
PKG# _12_ OF _12_ TOTAL
Released By: T.C. Lee ID#__
Date: _07/14/2010_ Time ___
Content: _Swabs___











# PROPERTY CONT

STATE'S
EXHIBIT
94

**INVOICE NO:**

## 10-8616

**LOC** 100

**SERVICE NO.:** 100 66736

5 SWABS
   A) STEERING WHEEL
   B) GEAR SHIFT
   C) DRIVER'S INTERIOR DOOR HANDLE
   D) FRONT PASSENGER INTERIOR DOOR HANDLE
   E) ALUMINA TEA CAN

**NO. PKGS.:** _____ **SEALED:** ✓

**RECEIVED FROM:** RJ PRASNER 2032

**RECEIVED BY:** CROBERTS M165

**DATE:** 7/9/10

11-0482.1

## FOR PROPERTY ROOM

| DATE | TIME | RELEASED BY | RECEIV |
|------|------|-------------|--------|
| 3-15-11 | 1015 | AOM256 | Shor |
| 7/11/11 | 1600 | WM1647 | CN |
| 12-15-11 | 0930 | Qcs68 | |
| 12-16-2011 | 1045 | RJP 2032 | |

11—0482.1



# PROPERTY C...

STATE'S
EXHIBIT
45

**INVOICE NO:**
10 - 8410

LOC...
10...

SERVICE NO.: 10068302          LAB NO.:

Six projectiles

NO. PKGS.: 2 of 2          SEALED: ✓
RECEIVED FROM: RJ PRASNEY 2022
RECEIVED BY: V Bus
DATE: 6-29-10

## FOR PROPERTY ROOM U...

| DATE | TIME | RELEASED BY | RECEIVED BY |
|------|------|-------------|-------------|
| 9/17/10 | 1605 | ORVEMLES | MLA92 |
| 10/5/10 | 1425 | MLA92 | |
| 9/29/11 | 1141 | JWE 1575 | |
| 9/24/11 | 1137 | Ray M'Ford | |
| | | | |
| | | | |
| | | | |







# PROPERTY

STATE'S
EXHIBIT
96A

**INVOICE NO:**

## 10 - 8410

**SERVICE NO.:** 1006 8302

Four F.C. 9mm Luger cartridges

**NO. PKGS.:** 1 of 2      **SEALED:**

**RECEIVED FROM:**

**RECEIVED BY:**

**DATE:** 6-29-10

## FOR PROPERTY ROOM

| DATE | TIME | |
|------|------|---|
|  |  |  |
|  |  |  |
|  |  |  |















PENGAD 800-631-6989

STATE'S
EXHIBIT
102

P45059



PENGAD 800-631-6989

STATE'S
EXHIBIT
103

F45059



PENGAD 800-631-6989

STATE'S
EXHIBIT
104

F45059



PENGAD 800-631-6389

STATE'S
EXHIBIT
205

F45059



PENGAD 800-631-6989

STATE'S
EXHIBIT
106

F45059



PENGAD 800-631-6989

STATE'S
EXHIBIT
202

F45059

STATE'S
EXHIBIT
108

P45059

PENGAD 800-031-6989



PENGAD 800-631-6989

STATE'S
EXHIBIT
104

F45059

PENGAD 800-631-6989

STATE'S
EXHIBIT

Q1

F45059



G

PENGAD 800-631-6989

STATE'S
EXHIBIT

F45059

6446



PENGAD 800-631-6959

STATE'S
EXHIBIT
112

F45059



PENGAD 800-631-6329

STATE'S
EXHIBIT
113

FHS059



PENGAD 800-631-6989

STATE'S
EXHIBIT
115

F45059



PENGAD 800-631-6989

STATE'S
EXHIBIT

116

F45059

PENGAD 800-631-6989

STATE'S
EXHIBIT

F45059



STATE'S
EXHIBIT
118
F45059





PENGAD 800-631-6989

STATE'S
EXHIBIT



PENGAD 800-631-6989

STATE'S
EXHIBIT
120

F4D05

STATE'S
EXHIBIT
121
F45059





PENGAD 800-631-6989

STATE'S
EXHIBIT
123

F-4520-59



PENGAD 800-631-6989

STATE'S
EXHIBIT
123

F-45059



PEN3AD 800-631-6589

STATE'S
EXHIBIT
124

F45059









SX-128





STATE'S
EXHIBIT
130

PENGAD 800-631-6989

# PROPERTY CONTROL

**INVOICE NO:**

## 10-8510

**LOC:** IDC-50

STATE'S EXHIBIT 130-A

SERVICE NO.: 10068316   LAB NO.:

### ITEMS

Two Fc. 9mm Luger Cartridge Casings

NO. PKGS.:   SEALED: ✓   UNSEALED:

RECEIVED FROM: P.J. Presnex 2032

RECEIVED BY: _____

DATE: 7/1/   TIME: 14:11

## FOR PROPERTY ROOM USE ONLY

| DATE | TIME | RELEASED BY | RECEIVED BY | PKGS. | BOX |
|------|------|-------------|-------------|-------|-----|
|      | 1105 | QNPM165 | MMC492 |  |  |
| 5/10 | 1425 | MMC492 | MPH/PROSE |  |  |
| 4/29/11 | 1139 | MMC475 | Dan McCal |  |  |
| 4/24/11 | 1138 | Dan McCal |  |  |  |



STATE'S
EXHIBIT
131A



LOC.
10-11395

Case ID: 1105282
Exhibit #:        3
Deceased Name:              County: Tarrant
Item Description: sealed envelope c/two GSR stubs from
Dodge Stratus TX Lic# HG8-006
(PWPD-11395-01)

TAG#_____

**EVIDENCE TRANSFER**

SERVICE # _100660795_
OFFENSE: _Murder_
VICTIM: _____
LOCATION: _Auto Pound_
PKG # _____ OF _____ TOTAL PKGS
RELEASED BY: _____
DATE: _____ TIME: _____
CONTENTS:

FORT WORTH POLICE DEPARTMENT
SEM/GUNSHOT RESIDUE KIT

Donor/Surface: _Interior of Vehicle_
Location: _Auto Pound_
Date: _8-27-10_ Time: _1010_

Control Number# TCME 012/22/2009



STATE'S
EXHIBIT
31-A1

TCME 1105282
#3A KB
8-15-11

Includes:
LEFT REAR DOOR (INTERIOR)
LEFT REAR SEAT
RIGHT REAR DOOR (INTERIOR)
RIGHT REAR SEAT

GSR













































PENGAD 800-631-6989

STATE'S
EXHIBIT



PENGAD 800-631-6989

STATE'S
EXHIBIT

141

P45069



PENGAD 800-631-6989

STATE'S
EXHIBIT
42

F45059

STATE'S
EXHIBIT
14-3



PENGAD 800-631-6989

STATE'S
EXHIBIT

44

F465059



PENGAD 800-631-6989

STATE'S
EXHIBIT
145

F45059



PENGAD 800-631-6989

STATE'S
EXHIBIT
146

F450169



PENGAD 800-631-6989

STATE'S
EXHIBIT
147

F45059



PENGAD 800-631-6989

STATE'S
EXHIBIT

F460059



STATE'S
EXHIBIT
49
F45059



PENGAD 800-631-6989

STATE'S
EXHIBIT
150
F45057



PENGAD 800-631-6989

STATE'S
EXHIBIT
15

F45059



STATE'S
EXHIBIT
152

F45059

PENGAD 800-631-6989



PENGAD 800-631-6989

STATE'S
EXHIBIT
153

F45059



PENGAD 800-631-6989

STATE'S
EXHIBIT
154

F45059



PENGAD 800-631-6989

STATE'S
EXHIBIT

155

F45059



PENGAD 800-631-6989

STATE'S
EXHIBIT
156

P45059




PENGAD 800-631-6989

STATE'S
EXHIBIT
157

F45059

PENGAD 800-631-6989

STATE'S
EXHIBIT
158

F45059

PENGAD 800-631-6989

STATE'S
EXHIBIT
159

F-45059

PENGAD 600-631-6989

STATE'S
EXHIBIT

P45059



PENGAD 800-631-6989

STATE'S
EXHIBIT

16

F43059



PENGAD 800-631-6989

STATE'S
EXHIBIT
62

F45059



24:40

PENGAD 800-631-6989

STATE'S
EXHIBIT

63

F45059