```
 1              REPORTER'S RECORD

 2           VOLUME 66 OF 75 VOLUMES

 3         TRIAL COURT CAUSE NO. F45059

 4      COURT OF CRIMINAL APPEALS NO. AP-76,768

 5  STATE OF TEXAS          )      IN THE DISTRICT COURT
                            )
 6  VS.                     )      JOHNSON COUNTY, TEXAS
                            )
 7                          )
    MARK ANTHONY SOLIZ      )      413TH JUDICIAL DISTRICT
 8  ------------------------------------------------------

 9

10                         EXHIBITS

11  ------------------------------------------------------

12

13
            I, Pamela K. Waits, Official Court Reporter
14  in and for the 413th District Court of Johnson County,
    Texas, do hereby certify that the following exhibits
15  constitute true and complete duplicates of the original
    exhibits, excluding physical evidence, offered into
16  evidence during the Trial in the above-entitled and
    numbered cause as set out hereinbefore the Honorable
17  William C. Bosworth, Jr., Judge of the 413th District
    Court of Johnson County, Texas.
18
            WITNESS MY OFFICIAL HAND on this the 15
19
    day of January , 2013.
20

21  _____
                  Pamela K. Waits, Texas CSR #4991
22                Expiration Date:  12/31/13
                  Official Court Reporter
23                413th Judicial District
                  Johnson County, Texas
24                204 S. Buffalo Avenue
                  Cleburne, Texas 76033
25                (817) 556-6041
```

FILED IN
COURT OF CRIMINAL APPEALS

JAN 2 2 2013

Abel Acosta, Clerk

ORIGINAL

```
 1                         EXHIBIT INDEX
                            VOLUME 66
 2   DEFENSE
     EXHIBIT
 3
     NO.   DESCRIPTION                        OFFER  ADMIT  VOL.
 4
     64-1A Business Records/CPS                 71    72      52
 5        *Pages 298 - 420 only
          *Pages 1 - 297 contained in Vol. 65
 6
     64-1B Business Records/CPS                 71    72      52
 7        *Pages 421 - 595 only
          *Pages 596 - 850 contained in Vol. 67
 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



# TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES

COMMISSIONER
Anne Heiligenstein

My name is _Zahira  Sims_____. (Please print)
On _May 6, 2010_____, the Childcare Licensing
Division of the Texas Department of Family and Protective Services
(DFPS) sought permission to interview the following child or
children during an investigation of a childcare operation:

_Lifeline Children Services (Zahira Sims home)_.

My relationship with these children is as follows:

_my daughters  Zavier Sims,  Zaire Sims_.

Although the above-identified child/children is/are not in care of
the childcare operation, the investigator seeks to interview the
child/children in an effort to find information relevant to the
investigation of the childcare operation.  I understand that I do
not have to give DFPS permission to interview the above-identified
child/children.  But I understand that in the event that I do not
give DFPS such permission, DFPS may seek a court order to conduct
an interview.

INITIAL as appropriate:

__✓____    I **GIVE** permission for the DFPS investigator to interview·
the above-identified child/children.

_____    I **DO NOT GIVE** permission for the DFPS investigator to
interview the above-identified child/children.

_____        _5/6/2010_
Signature of Person who provided or refused consent        Date

_Penelope Baldwin_  _____        _5/6/2010_
Name and Signature of Investigator who sought consent        Date

298

# DRIVING RECORD STATEMENT—Foster Parent

Date: *5/18/07*                    Foster Parent Name: *Zahira Sims*

Foster Parent's Driver's License Number_____ Date of Birth: *11/07/1965*

I, *Zahira Sims*_____, understand that:

    A.  It is necessary to have use of driving skills in order to perform the job for which I am currently employed.
    B.  My safe driving record must be maintained in order to remain employed in my current capacity.
    C.  If I drive my personal vehicle in the course of business, I must maintain minimum liability insurance as required by state law.

It is with the acknowledgment and understanding of the Standards listed below that I hereby attest that I have had____0____ tickets which involved accidents within the last three years.

I understand that if my driving record is outside the Company Standards, I will be terminated from my current position. I also understand that if a driver's license check reveals a driving record that differs from what is reported here, I will be terminated.

_____          *5/18/07*_____
Foster Parent Signature                                    Date

_____          _____
Supervisor's Signature                                      Date

## Lifeline Children & Family Services Driving Standards

    A.  All Foster Parents who drive a *Lifeline Children & Family Services* vehicle or their own vehicle in the course and scope of employment must meet certain driving record standards, as defined by vehicle insurance requirements. Prospective Foster Parents who do not meet these standards will not be eligible for employment with *Lifeline Children & Family Services Minimum Standards* for employment:
        1.  All drivers must be 19 years old as of last birthday and must have a valid Texas Drivers License.
        2.  Drivers 19 to 22 and under may have no more than one traffic violations.
        3.  Drivers 23 and over may have no more than two traffic violations or one accident and one traffic violation during the three year period, ending at the date of the application.
        4.  All drivers using personal vehicles in the course of business must maintain minimum liability insurance as required by state law.
    B.  Foster Parents found driving under the influence of non-prescribed controlled substances or alcohol will be subject to immediate
    C.  discharge (see policy on Discharge).
    D.  All drivers who are at fault in any accident while operating a *Lifeline Children & Family Services* vehicle may be subject to immediate
    E.  termination.
    F.  Foster Parents who have more than two traffic violations in any three year period during the course of his or her employment, may be transferred to another job not requiring that Foster Parent to drive if such a position exists, and the Foster Parent is eligible (see policy on Internal Applicant). If no position is available the Foster Parent may be subject to termination.

*All prospective Foster Parents must a) provide proof of insurance if the job for which they are applying requires them to drive their personal vehicle on company business; and b) sign a release of driver's records form at the time of application for employment. At that time and twice each year of employment, Foster Parents must also attest that his or her driving record is accurate as reflected on the release form and is in compliance with Company standards.*

### DRIVING WAIVER

I have been advised that I am not permitted to drive company vehicles under any circumstances until such time as I have
    A.  obtained a valid and current Texas Drivers License
    B.  have an acceptable driving record within company standards
    C.  have personal vehicle insurance if used on company business
    D.  have provided the regional office with proof of same

_____          _____
Foster Parent Signature                                    Witness Signature

*Zahira N. Sims*_____          _____
Printed Name of Foster Parent                          Date

Driving Record Statement-10/04

## LCFS QUARTERLY FOSTER HOME REVIEW

Sims, Zahira,Licensed,DFW (Home Intake)
Home's MIS ID: 179
Home Name (Last Name, Father and Mother) : Sims, Zahira
Home Address   (Physical address): 2805 Briar Hill Drive
City  : Grand Prairie
State   : TX
Zip   : 75052
Phone : 972-641-7892
Licensed?   : Licensed
Office   : DFW
License Number : 876136-3730
LCFS Case Manager Assigned to Home        : Moten, Yolanda
Foster Home Closed? : No

### Date of Review

| Date of Review | 3/31/2010 |
|---|---|
| Type of Visit | Unannounced |
| Next Due Date | 6/30/2010 |
| Name of Foster Family (Last Name, Father & Mother) | Sims, Zahira |

### FIRST QUARTERLY REVIEW SINCE LICENSURE

Only fill this section out if this is the first quarterly review since the family was licensed. It is not necessary to fill this section out on subsequent Quarterly Reviews.

Document the family's strengths and needs in regard to caring for the children in their home

### SECOND QUARTERLY REVIEW SINCE LICENSURE

Only fill this section out if this is the second Quarterly Review since licensure. It is not necessary to fill this out when doing any subsequent reviews

### INCREASING NUMBER OF CHILDREN PLACED IN THE HOME

This section to be filled out once the family has had children placed through LCFS for at least 6 months (or at the quarterly review closest to that time frame). It does not need to be filled out at any other time.

| The family demonstrates the ability to care for more than 2 foster children in their home: | Yes |
|---|---|

### Events & Issues (New)

(Minimum Standards Evaluated: Appendix F-3200 and F-3300/G-3200 and G-3300)

| A. CHANGES IN THE PHYSICAL FACILITY | None this quarter or the previous quarter. |
|---|---|
| If there have been changes in the physical facility, is a new floor plan in the file? | No |

(Minimum Standards Evaluated: F-1200.2 and 1200.3, F-1300/G-1200.2 and 1200.3, G-1300)

| B. CHANGES IN FAMILY STRUCTURE—all parties authorized by LCFS & in compliance with Minimum Standards | none |
|---|---|

| **D. TRAINING NEEDS** | |
|---|---|
| Date of Licensure | 6/15/2007 |
| Orientation Date | 5/15/2007 |

| **Foster Father Training** | |
|---|---|
| See attached training report for itemized list of training for the foster father. | |
| # of hours completed current year | 0.00 |
| # of hours needed for current year | 0 |

| **Foster Mother Training** | |
|---|---|
| See attached training report for itemized list of training for the foster mother. | |
| # of hours completed for current year: | 0 |
| # of hours needed for current year | 0 |

| **E. INSPECTIONS, ETC.** | |
|---|---|
| Pet inspections are due annually unless specified otherwise by the veterinarian. In this section, please list specific due dates for each pet (if the due dates are different). | |
| Pet Vaccinations | NONE |
| TB Tests: Include all biological family members. If the family has adopted children, include them here, as well. (Only if the adoption has been finalized). Do not include foster children. | |
| TB tests for all family members (annual due date): | All family members have TB test on file. |
| Background Checks: Include due dates for foster father and foster mother as well as any biological or adopted children 14 and older. | |
| Updates in Life Books for all foster children in the home: | Yes |

| **F. DRIVERS THAT TRANSPORT CHILDREN** | |
|---|---|
| Current Driver's License and good driving record - Foster Father: | Yes |
| Current Driver's License and good driving record - Foster Mother: | Yes |
| Proof of insurance meeting TDPS liability requirements: | Yes |

| Passenger restraints which meet the requirements of state law: | Yes |
|---|---|

**G. GROUP HOMES ONLY**

**H. FOSTER FAMILY NEEDS**

(Cite all non-compliances by referencing the appropriate Minimum Standard)

| Previous Needs/Citations over the last quarter: | A corrective action plan was issued on 12-1-09 for non-compliance regarding timely submission of end-of-month paperwork. The foster parent successfully adhered the corrective action plan. |
|---|---|

Stating Needs: This information comes from the "New Needs" section of the previous Quarterly Review. Please note if the need was resolved or unresolved.

| New Needs/Citations from this review: | Citations were issued for the following for non-compliance of Minimum Standard:<br>1-5-10: MS 749.3109 (a)<br>3-5-10: MS 749.1421 and 749.1401-TB was not received in a timely manner |
|---|---|
| Action Plan | 1-5-10: Transportation is to be provided for the youth to and from all activities to include school. Transportation is to be provided by the foster parent and/or a CPS or agency authorized transporter. The youth may walk as long as Ms. Sims is walking with them. At no time are the youth to be unseprvised becasue of their age, behaviors and LOC.<br>3-5-10: Ms. Sims will have to submit to Lifeline all medical, dental and any other treatment services documentation received according to DFPS' Minimum Standards. The youth is to receive health services in accordance to DPFS' Minimum Standards. |
| Stating New Needs: List any new needs found after completing this quarterly review. The family should be cited if they are out of compliance with any item. | none |
| Follow-Up (past and future): | CTK system was checked Tuesday mornings for the submission of monthly documentation. |

What action plan must the family follow in order to get in compliance with all Minimum Standards. Include time frames for when the family must complete or turn in necessary paperwork/trainings.

Include what LCFS staff will do to ensure that the family has or will comply with the action plan.

**Minimum Standards Evaluation Questions**

Has any family member been involved in any activity that would be classified as a felony or misdemeanor against a person or family, or of public indecency, or violation of the Texas Controlled Substances Act? If yes, explain.

| Re: Appendix G-1300.4 and G-1300.5 | No |
|---|---|

Does the foster family continue to follow the standards with regards to the medical needs of the foster children? (Medications given by foster parents, except when the child is participating in a medically approved self-medication program, medications given per instructions on bottle and in the original container, in a locked storage area, refrigerated medications in a container separate from food, disposed of when the child leaves the home or meds are out of date, psychotropic medications are properly administered and documented with the foster parent's signatures on the form). If no, explain.

| Re: Appendix F-2500/G-2500 | Yes |
|---|---|

Have the foster parents followed emergency procedures per agency policy? If no, explain.

| Re: Appendix F-4100/G-4100 | yes |
|---|---|

Is a copy of the license on display in the home?

| Re: Appendix F-4200.3/G-4200.3 | yes |
|---|---|

Are there any items on the "Foster Family File Checklist" that are not in compliance? If so, please list and delineate the plan of correction.

| Re: 2200.7 and 8, 2320, 2420, 2421, Appendix G-2100.2, Appendix F-3300/G-3300 | no |
|---|---|

Is the composition of the foster home consistent with verification?

| Re: Appendix F-1200.5/G-1200.5 | yes |
|---|---|

List any conflicts of interests, e.g., different types of care that are conflicting; staff/space conflicting, children acting as staff, etc.

| Re: Appendix G-1300.4 and G-1300.5 | none |
|---|---|

If child is placed with:
Primary Medical Needs, see Appendix H
Habilitative needs, see Appendix I
Autistic-like needs, see Appendix K

| Additional Appendices | none |
|---|---|

## Additional Information

Include any trainings needed as indicated by low scores in the "competency" section.

Foster Family's comments to anything listed on this Quarterly Review:

## Competencies

| Supports relationships with biological family members | Always |
|---|---|
| Connects children to relationships designed to last a lifetime | Always |
| Meets developmental needs and addresses developmental delays | Always |
| Works as a member of a professional team | Always |

| | |
|---|---|
| Supports the cultural needs of children in the home | Always |
| Implements and follows "Safe Touch" procedures | Always |
| **Signatures** | |
| Signature/Title/Date | X _Yolanda Moten, MA  3-31-10_ |
| Signature/Title/Date | X |
| Quarterly Review Is Complete | |
| Upon finishing of this Quarterly Review, please indicate that it is thoroughly complete by clicking "Yes." | Yes |
| Case Manager Completing Quarterly Review | Moten, Yolanda |
| Reviewing Supervisor | Turner, Traneika |

Pages 233 through 255 redacted for the following reasons:
- - - - - - - - - - - - - - - - - - - - - - - - - - -

| The incident you are being cited for & the date of occurrence: | On 12-05—.10, the foster parent called to inform Lifeline staff that Quorbin Riddle had not arrive home with the other school children. She immediately called 911 to file a missing report. Ms. Sims left the home and searched the neighborhood. Ms. Sims went to the school to check for the youth.  The youth was brought back to school by a neighborhood parent. After locating the youth, the foster parent called to police to cancel the missing child report and to inform Lifeline staff of his location. No police report was issued because the police never came out to the home.

It was not approved by the treatment team nor written in the treatment plan that the youth are allowed to walk to and from school.

Due to their age, behaviors and LOC it is recommended by the Lifeline treatment team that the youth in Ms. Sims home not be allowed to walk to and from school.

Transportation is to be provided for the youth to and from all activities to include school. Transportation is to be provided by the foster parent and/or a CPS or agency authorized transporter.
The youth may walk as long as Ms. Sims is walking with them.  At no time are the youth to be unsupervised because of their age, behaviors and LOC. |

| A copy of this letter will be placed in your file.  If you have a grievance, please refer to the grievance procedure explained in your Foster Parent Handbook under Foster Adopt Parent Rights. | |

| Sincerely (Name and Title) | Yolanda Y. Moten, MA |
| CC: Ricky Walter (LCFS Executive Director), Foster Family File, Regional Director | |
| Name of Regional Director | X   *[signature]*   (LCLS) |
| Foster Parent Signature | X   *[signature]* |

## LCFS FOSTER HOME CORRECTIVE ACTION PLAN

Sims, Zahira,Licensed,DFW (Home Intake)
Home's MIS ID: 179
Home Name (Last Name, Father and Mother) : Sims, Zahira
Home Address   (Physical address): 2805 Briar Hill Drive
City  : Grand Prairie
State   : TX
Zip   : 75052
Phone : 972-641-7892
Licensed?  : Licensed
Office   : DFW
License Number : 876136-3730
LCFS Case Manager Assigned to Home        : Moten, Yolanda
Foster Home Closed? : No

## Action Plan

| Foster Home Name (Last Name, Father & Mother) | Sims, Zahira |
|---|---|
| Date of Plan: | 1/5/2010 |
| Worker writing/overseeing this plan: | Yolanda Moten |
| | |
| Incidents preceding plan of correction: | The youth in Ms. Sims home were allowed to walk home without prior approval from the treatment team, CPS or written as apart of the treatment plan.  While in route, Quorbin Riddle walked down the wrong street talking to companions; therefore he did not arrive home.  The youth was returned to the school by a neighborhood parent who knew Ms. Sims as well.  Ms. Sims called 911 and reported him missing.  She then searched the neighborhood and returned to the school.  It was there she located and secured the youth in her possession. |
| Corrective Plan: | Due to their age, behaviors and LOC it is recommended by the Lifeline treatment team that the youth in Ms. Sims home not be allowed to walk to and from school.<br><br>Transportation is to be provided for the youth to and from all activities to include school. Transportation is to be provided by the foster parent and/or a CPS or agency authorized transporter.<br><br>The youth may walk as long as Ms. Sims is accompanying them.  At no time are the youth to be unsupervised because of their age, behaviors and LOC. |

## Corrective Action Plan Signatures

| Worker Completing Form | Moten, Yolanda |
|---|---|
| Foster Parent(s) | X |
| Agency Staff | X |
| Supervisor | X |
| Child Placement Management Staff | X |

| This Corrective Action Plan is complete | No˘ ˄⟨˄˄ |
|---|---|
| Clicking "Yes" verifies that this corrective action plan is thoroughly complete. | |

| Case Name: | Riddle,Michelle R | |
|---|---|---|
| Case #: | 28219515 | |
| Child's Name: | Michael Rex Riddle | DOB:  10/19/2005 |

## Common Application for Placement of Children in Residential Care

LEVEL OF CARE ASSESSMENT
A. Screening Profile

| Child's Name Michael Rex Riddle | | Date of Birth 10/19/2005 | | Age 3 | Social Security Number 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 | |
|---|---|---|---|---|---|---|
| Sex Male | Ethnicity White (non-Hispanic) | Primary Language English | Place of Birth (city, state, country) Texas, | | Child's Agency ID Number 42247526 | |
| Height 0 ft 0 in | Weight 0 | Religious Preference | | Child's Current Location or Placement See current placement log | | |
| Country of Citizenship US Citizen | | | | | | |

1. **Briefly describe your impressions of the child including present problems:**
   Michael Rex appears to enjoy playing with toy cars and having a good time. Michael Rex is a fun child that enjoys singing, playing games and being a kid. Michael Rex enjoys jokes and laughing. Michael Rex can throw fits which can include hitting, spitting, kicking and biting. Michael Rex tends to curse when he gets upset. Michael Rex has sexually acted out "dry humping" and oral sex with his siblings and foster sibling.

   **Briefly describe the child's strengths:**
   Michael Rex is an incredibly likeable young man who responds well to praise and approval from adults.

2. **Special Needs, Problems and Behaviors**

| Is child considered a danger to self? | Yes | No ✔ | Is child considered a danger to others? | Yes | No ✔ | Number runaways from home: 0 | |
|---|---|---|---|---|---|---|---|
| Number runaways from placement: 0 | | | | Any history of setting fires? | | Yes | No ✔ |
| Special Program Needs? | | | | | | | |
| Maternity | Yes | | Preparation for Adult Living | Yes | Other: | Yes | Specify: |

3. **Juvenile Justice History**

   Does the child have a history of involvement with the juvenile justice system?     Yes     No ✔ Unknown

| If Yes: | Number of referrals to juvenile authorities: | Number of adjudications for delinquent acts: | Number of adjudications for CINS offenses: | Current Offense |
|---|---|---|---|---|
| | | | | |

4. **Placement History**
   Has the child been placed away from home before? Do not include stopover placements such as emergency shelters, detention, TYC Reception Center, informal placements with relatives, or return (s) to home     Yes ✔ No     Unknown

| If yes: Number of previous out-of-home placements: | See current placement log | Number of failed adoption placements: | See current placement log | LOC of current/most recent out-of-home placement: | Basic |
|---|---|---|---|---|---|
| Date of discharge from most recent out-of-home placement: See current placement log | Reason for Discharge: Request of Foster Home and Placement Agency | | | | |

5. **Substance Abuse History**
   Does the child have a history of substance abuse?
   If yes, indicate degree of substance abuse:     Yes     No ✔ Unknown

Case Name:   **Riddle,Michelle R**
Case #:   **28219515**
Child's Name:   **Michael Rex Riddle**          DOB:   **10/19/2005**

## Common Application for Placement of Children in Residential Care

| Alcohol | | | | | Inhalants | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Unknown | None | Mild | Moderate | Severe | Unknown | None | Mild | Moderate | Severe |
| Cocaine/Crack | | | | | Marijuana | | | | |
| Unknown | None | Mild | Moderate | Severe | Unknown | None | Mild | Moderate | Severe |
| Other Drugs (Specify) | | | | | | | | | |
| | | | | | | | Mild | Moderate | Severe |
| Is specialized program required? | | | | | | | | | |
| Yes | No | Unknown | | | | | If yes, specify: | | |

ṱ

| Case Name: | Riddle,Michelle R |
|---|---|
| Case #: | 28219515 |
| Child's Name: | Michael Rex Riddle   DOB: 10/19/2005 |

## Common Application for Placement of Children In Residential Care

**6.  History of Abuse and Neglect (SEE SECTION 8)**

Does the child have a history of abuse or neglect? .......................................... Yes__ No_X_ Unknown_

| If yes, indicate degree:Physical | | | | | Sexual | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Unknown | None | Mild ✓ | Moderate | Severe | Unknown ✓ | None | Mild | Moderate | Severe |
| Emotional | | | | | Neglect | | | | |
| Unknown | None | Mild ✓ | Moderate | Severe | Unknown ✓ | None | Mild | Moderate | Severe |

Abandonment? ............................................................ Yes   No   Unknown

**7.-8. Family/Parental Involvement**

| Legal Status: TMC as of 5/11/2009 | |
|---|---|
| Will family/others participate in treatment or cooperate with others?    Yes ✓   No | Can child return home?   Yes-Permanently   No-Not At All   For Visits Only   Unknown ✓ |

**9.  Education**

| Highest Grade Completed | Currently Enrolled in School? Yes   No ✓ | Educational Needs | | |
|---|---|---|---|---|
| | | Regular Classes ✓ | Vocational | Resource |
| History of Truancy? Yes   No   Unknown | | Other   Special Education   On Campus (specify): | | |
| IQ Scores: Full Scale   Verbal | Performance   Unknown | Date of Most Recent IQ Test | Name of Test | |

**10. Physical Health/Disabilities**

Does the child have a diagnosed or suspected health condition or disability? ................... Yes   No ✓   Unknown

If yes, describe the condition and treatment required, if any

| Condition | Severity | Requires Specialized Treatment |
|---|---|---|
| Acute   Chronic   Unknown | Mild   Moderate   Severe   Unknown | Yes   No   Unknown |
| List Current Medications | List Allergies | |

**11. Mental Health**

Does the child have mental health needs requiring treatment? .......................... Yes   No ✓   Unknown

Date of most recent psychological or psychiatric evaluation: ........................................... 06/09

DSM III Diagnosis: ..............................................................................

| Condition | Severity | Requires Specialized Treatment |
|---|---|---|
| Acute   Chronic   Unknown | Mild   Moderate   Severe   Unknown | Yes   No   Unknown |
| Psychotropic medications prescribed? Yes   No ✓   Unknown | If yes, specify: | |
| Referring Agency/Organization | Agency Contact Person | Telephone No. (Inc. A/C) |

Texas Department Of Family and Protective Services                    Page 3 of 21

| | |
|---|---|
| Case Name: | Riddle,Michelle R. |
| Case #: | 28219515 |
| Child's Name: | Michael Rex Riddle |
| | DOB: 10/19/2005 |

## Common Application for Placement of Children in Residential Care

| FPS | Dustin Climer | (940) 612-4127 |
|---|---|---|
| Agency Address | | |
| 715 E CALIFORNIA GAINESVILLE, TX, 76240-4189 | | |
| Name of Person Completing Form | Title | Date Completed |
| Dustin Climer | CPS Specialist II | 8/9/2009 |
| Where Placed--Facility Name and Location | | |
| See current placement log | | |

| | |
|---|---|
| Case Name: | Riddle,Michelle R |
| Case #: | 28219515 |
| Child's Name: | Michael Rex Riddle    DOB: 10/19/2005 |

## Common Application for Placement of Children In Residential Care

**A.**  Recommended level of care .................................................................................................................. Moderate

List the key elements, in order of importance, that led you to the recommended Level of Care:

**1. Most Important:**
Michael Rex has sexually acted out "dry humping" with his siblings and foster siblings.

**2. Next most Important:**
Michael Rex has occasional tantrums which can be physical in nature.

**3. Third most Important:**
Michael Rex needs constant supervision.

Other considerations or comments, if any:

**B.**  Billing Level of Care ............................................................................................................................ Basic

If the billing level of care is different from the recommended level of care, explain:
Change in level of care has been requested to moderate

| Case Name: | Riddle,Michelle R |  |
|---|---|---|
| Case #: | 28219515 |  |
| Child's Name: | Michael Rex Riddle | DOB: 10/19/2005 |

## Common Application for Placement of Children in Residential Care

**C.   Referral/Admissions Packet**

### CONTENTS

| | | |
|---|---|---|
| SECTION 1--Social and Developmental Assessment | SECTION 5--Substance Abuse History | SECTION 9--Education |
| SECTION 2--Special Needs, Problems, and Behaviors | SECTION 6--History of Abuse/Neglect | SECTION 10--Physical Health/Disabilities |
| SECTION 3--Juvenile Justice History | SECTION 7--Family History | SECTION 11--Mental Health |
| SECTION 4--Placement History | SECTION 8--Financial Information | SECTION 12--Other Attachments |

**SECTION 1--Social and Developmental Assessment**
Describe the child's general social and developmental history. Feel free to expand the description of your impressions of the child. Be sure to include all of the following:

**A.   A description of the circumstances that led to the child's referral.**
Michael Rex was in a home that was physically abusive.

**B.   The immediate and long-range goals of placement.**
Immediate goals of placement are a safe and stable home for Michael Rex, long-range goals of placement would be a permanent home with parents, kinship home or foster home.

**C.   A description of the child's relationship with other significant adults and children.**

Rex's parents are Quentin and Michelle Riddle. They were married for six years and were legally divorced on 3/31/2009. Mr. Riddle is employed in maintenance at Lake Kiowa. Ms. Riddle is employed at Shooter's Bar and Grill in Oak Ridge. Mr. Riddle appears to have a problem with anger and physically disciplining his children excessively. Ms. Riddle was physically assaulted by Mr. Riddle and left. Ms. Riddle allowed her children to remain in the care of Mr. Riddle. Ms. Riddle did not work services with FBSS. Mr. Riddle has two assault charges. Mr. Riddle and Ms. Riddle have no substance abuse history. Rex has an older brother, Quorbin and an older sister, Skylar. He is bonded and attached to his siblings. The maternal aunt and maternal grandparents have expressed the desire to care for the children. The paternal grandmother has also expressed an interest. The paternal grandmother sees the children on a regular basis. The maternal grandmother stated she has not seen the children since December 2008.

**D.   A description of the child's behavior, including both appropriate and inappropriate behavior.**
Rex appears to be doing well in his placement. He has been cursing and spitting. He is being put in time-out on a regular basis. The foster parent is working with Rex on his behavior and establishing rules. Rex is attending play therapy for his behavior. Rex is placed with his siblings.

**E.   The child's developmental history and current level of functioning.**
Michael Rex's development seems to be on target, he has no major functional difficulties.

| Case Name: | Riddle,Michelle R | |
|---|---|---|
| Case #: | 28219515 | |
| Child's Name: | Michael Rex Riddle | DOB: 10/19/2005 |

## Common Application for Placement of Children in Residential Care

**SECTION 2—Special Needs, Problems and Behaviors**
Describe in detail the special needs, problems, or behaviors identified in Section 2 of the Screening Profile.

A.  Suicide history. Describe in detail suicide attempts and suicidal gestures. Include the number of suicide attempts, and the date of the last known suicide attempt.
None

B.  History of assaultive behavior.
Hitting of siblings/adults when upset.

C.  Runaway history.
None

D.  Other significant needs, problems and behaviors (including setting fires, maternity, etc.).
Michael Rex has been sexually acting out by "dry humping" his siblings and foster siblings.

Pages 266 through 279 redacted for the following reasons:
- - - - - - - - - - - - - - - - - - - - - - - - - - -

316

## SSMS CLIENT INFORMATION

CLIENT NBR:508092037          SSN:452872368          BIRTH DATE:01-27-82
NAME:SAENZSOLIZ     MARK     A   SEX:MALE          ORIG EFF DT:12-18-91
ADDRESS:5200 S BUCKNER BLVD      ETHNIC:HISPANIC    OLD CL:
CITY:DALLAS                      MARITL:NA          COUNTY:057
STATE:TX     ZIP:75227           CHARCT:ED

### SSMS PLACEMENT HISTORY

LINE:02
NAME:SOLIZ          DONNA        RESIDENCE:BUCKNER BAPTIST CHILDR
ID NBR:508092036                 ADDRESS:5200 S BUCKNER BLVD
PERM PLAN:FAM REUNIFICATION      CITY:DALLAS
ARE/OTHER EXCHANGE:NA            STATE:TX
LIVING ARRANGEMENT:21            ZIP:75227
HOW PROVIDED:10                  COUNTY:057
TRACKING BJN:03154C02            PLACEMENT:11-27-95
FACILITY:255282

### SSMS LEGAL HISTORY

|          (1)          |          (2)          |          (3)          |
|-----------------------|-----------------------|-----------------------|
| LEGAL:MC/PR NOT TERM  | LEGAL:DHR RSPNS TERM  | LEGAL:OTH LEGL BASIS  |
| STATUS DATE:11-28-95  | STATUS DATE:11-27-95  | STATUS DATE:02-17-94  |
| LEGAL COUNTY:220      | LEGAL COUNTY:JPC      | LEGAL COUNTY:JPC      |

FOSTER CARE/MEDICAID ELIGIBILITY CHECKLIST *Heidi Schmidt*
*Unit 54*

HILD'S NAME *Mark Soliz* *12-6-95* *819-1*

NOTE: CHILD MUST BE CANRISED AND ON SSMS BEFORE ELIGIBILITY CAN PUT THEM ON FOSTER CARE

The following forms must be submitted to the Eligibility/Accounting Unit within 5 days of placement for each child in substitute care:

INITIAL PLACEMENT (REMOVAL):

√ Form 2646 (Placement Information)--1 copy to Bookkeeping *send to Melisa Jones (Bookkeeper)*

Submit the following as a packet to Eligibility at removal

| | |
|---|---|
| | Form 2200A--Foster Care Assistance Application |
| | Copy of Original Petition with date filed indicated |
| | Copy of Court Order designating PRS as Managing Conservator |
| √ | Copy of child's Birth Certificate or BC ordered through accounting or Evaluative Conclusion completed and signed by supervisor on the 2200A. |
| | Child's Social Security Number or a copy of the Form SS5 |
| √ | Form 2001-A (FACTS FORM). |
| √ | Child's Level of Care Report *sent to Linda Jeffress* |
| | Level of Care approval from Youth for Tomorrow for Levels of 2, 3, 4, 5, or 6 |

SUBSEQUENT PLACEMENTS:

_____ Form 2646 (Placement Information)--1 copy to Bookkeeping and 1 to Eligibility

_____ Form 2001B--FACTS

_____ Child's Level of Care Report---Only if different from previous placement's LOC

_____ Level of Care approval from Youth for Tomorrow for Levels of 2, 3, 4, 5, or 6
                              ---Only if different from previous placement's LOC

ADOPTIVE PLACEMENTS:

_____ Form 2646 (Placement Information)--1 copy to Bookkeeping and 1 to Eligibility

_____ Form 2001B--FACTS

DISCHARGE FROM SUBSTITUTE CARE:

_____ Form 2646 (Placement Information)--1 copy to Bookkeeping and 1 to Eligibility

_____ Form 2001B--FACTS

IF YOU HAVE ANY QUESTIONS, CALL US

BRENT DAHL  817/534-1002 x403 (Reviews, LOC's, FACTS, Inquiry, and problem cases)
SHIRLEY DOMINY  817/534-1002 x343 (Applications, FACTS, and Inquiry)
TAMMIE JACKSON  817/534-1002 x421 (Billing, FACTS, Inquiry, and problem cases)

PLEASE RETURN TO: ELIGIBILITY (MC348) 2700 BEN AVE; FT WORTH, TX 76103

# YOUTH FOR TOMORROW
## UTILIZATION REVIEW AND REAUTHORIZATION SERVICE FORM

*Faxed to Jerry on 1-12-98*

Date Completed: 12/14/1998

To: Laura Flores, CPSS, Tarrant Co. CPS          From: L. Trevino LMSW-ACP, Reviewer

Subject:

| Child's Name | Medicaid # | CAPS Identifier |
|---|---|---|
| Mark A. Saenz (Soliz) | 508092037 | |
| Placement | Date Admitted | Review Date |
| NSR - Contreras Ther. Foster Home | 09/17/1998 | 12/11/1998 |

## INDICATORS

| Needs | Services | Safety and Security Needs/Behavioral Management Services |
|---|---|---|
| 1 | 1 | Age appropriate behaviors in all areas. Responds to normal discipline. No aggression or self abuse. |
| 2 | 2 | Infrequent minor aggressive behavior. Responds to supplemental discipline and modifies inappropriate behavior. |
| [ 3 ] | 3 | Verbally aggressive behaviors with minor incidents of physical aggression/self abuse. Responds to behavioral |
| 4 | 4 | Frequent acts of physical aggression/self injurious behavior. Responds to verbal/behavioral interventions. Participates in |
| 5 | 5 | Unpredictable, severe, physical aggression/self injurious behavior. Requires 24 hour supervision, physical and/or medical |
| 6 | 6 | Imminent danger to self and others. Requires maximum staffing and secure setting. Requires 24 hour intervention until |

| Needs | Services | Medical Needs/Medical Services |
|---|---|---|
| 1 | 1 | Requires routine medical care. |
| 2 | 2 | No more than minor medical conditions, follow-up within a routine home environment. |
| [ 3 ] | 3 | On-going medical follow-up required due to instability of mood, behavior, or physical condition. |
| 4 | 4 | Monthly monitoring by a physician due to instability of mood, behavior, or physical condition. |
| 5 | 5 | Requires frequent medical interventions due to erratic conditions which require stabilization. |
| 6 | 6 | Life threatening conditions requiring physician's orders for PRN medications or special interventions. May require 24 hour |

| Needs | Services | Socialization Needs/Recreation Services |
|---|---|---|
| 1 | 1 | Situational and age-appropriate problem solving and social skills in all social settings. |
| 2 | 2 | Requires occasional guidance to assist with age-appropriate problem solving, social skills, limit testing of social norms, and |
| [ 3 ] | 3 | Develops independence in a variety of settings. Requires frequent guidance for reinforcement of pro-social behaviors. |
| 4 | 4 | Limited social and problem-solving skills. Requires planned activities to increase social skills and eliminate anti-social |
| 5 | 5 | Unable to problem solve or choose appropriate social behaviors. Focus on safety issues and internalization of pro-social |
| 6 | 6 | Unable to participate in social functions. Demonstrates high risk behaviors that reflect a lack of awareness of safety and |

| Needs | Services | Education Needs/Education Services |
|---|---|---|
| 1 | 1 | Maintains satisfactory academic and behavioral performance according to developmental level. |
| 2 | 2 | No more than occasional minor problems with academic and/or behavioral performance. |
| [ 3 ] | 3 | Frequent, minor problems requiring occasional adult interventions for academic and/or behavioral performance. |
| 4 | 4 | Behavioral problems result in impaired school performance requiring additional supervision or alternate educational setting |
| 5 | 5 | Continuously disruptive behaviors which can affect school performance and requires maximum supervision in an alternate |
| 6 | 6 | Behavior problems require one-on-one supervision and/or modified educational plan. |

| Needs | Services | Relationship Development Needs/Therapy Services |
|---|---|---|
| 1 | 1 | Able to trust, form positive relationships and actively function as a part of the family unit. |
| 2 | 2 | Generally able to trust and maintain positive relationships while remaining in a family unit with therapeutic intervention. |
| [ 3 ] | 3 | Limited ability to trust and maintain positive relationships while remaining in a family unit with therapeutic intervention. |
| 4 | 4 | Moderate difficulty in establishing trust, forming positive relationships. Functions in family type unit or alternative setting. |
| 5 | 5 | Limited ability to interact with others, to trust or be trusted. Requires external controls within a therapeutic environment. |
| 6 | 6 | Grossly impaired interpersonal relationships with no evidence of an ability to trust. Requires 24 hour therapeutic |

319

Utilization Review for Mark A. Saenz, page 2

## RISK INDICATORS

| [   ] Suicide threat attempt | [   ] Self-abusive |
| [   ] Physical aggression | [   ] Sexual acting out |
| [   ] Substance abuse | [   ] Destroys property |
| [   ] Runaway | [   ] Low FSIQ |
| [   ] Failed placements | [   ] Fire setting |

Other:

## RISK ASSESSMENT

[   ] 2 Minimal      [ X ] 3 Minor      [   ] 4 Moderate      [   ] 5 Severe      [   ] 6 Critical

## COMMENTS:

Mark was last authorized for LOC 4 services from 8/1/98 to 10/31/98. He has a history of periodic substance abuse and aggression, with multiple runaways in 1997, and past gang affiliation. His last known instance of inappropriate behavior was his last night in shelter care on 9/16. He became agitated, put a shirt around his neck, and left without permission from 11pm to 2am before coming back on his own. Since placement in the home he has been "mild mannered "with improved social skills, improved relationships, and "is more responsible". He continues to take Adderall and Serzone. He is in 10th grade special education with mostly good to passing grades, and one "F" currently due to his not always completing work. Daily notes from 10/30 to 12/5 indicate occasional cursing, teasing, mutual peer threats, arguing, noncompliance, and horseplaying/hitting peers, but he is able to follow the routine with prompts and has had no incidents. He is noted to have some days with no complaints of any kind, and was on home visit with no concerns noted 11/25-11/29. He requires structure, support, and counseling available as needed. Should other concerns arise, please forward documentation for review. This UR authorizes services prior to the review date to extend services, as the previous authorization had expired.

If the PRS caseworker has any questions or additional information regarding this re-authorization of treatment services, please contact the YFT office at (817) 640-2833 within 10 days. If there are no questions or additional information, this re-authorization of services will be forwarded to PRS State Office.

## REAUTHORIZATION

| [ X ] Continue in current setting | [   ] Continue at current LOC |
| [   ] Placement in a less restrictive setting | [ X ] Decrease to Level of Care: 3 |
| [   ] Placement in a more restrictive setting | [   ] Increase to Level of Care: |

Please contact Youth for Tomorrow at (817) 640-2833 if you have any questions. Thank you.

Re-authorization of services is effective November 1, 1998 and the expiration date is December 31, 1999.

L. Trevino LMSW-ACP, Clinical Healthcare Consultant

Approved: L. Trevino LMSW-ACP

320

# YOUTH FOR TOMORROW
## UTILIZATION REVIEW AND REAUTHORIZATION SERVICE FORM

AUG 3 RECD

Date Completed:    07/27/1998

To: Laura Flores, CPSS, Tarrant Co. CPS        From:  Emily Rowland, Reviewer

Subject:

| Child's Name | | Medicaid # | |
|---|---|---|---|
| Mark A. Saenz (Solis) | | 508092037 | |
| Placement | | Date Admitted | Review Date |
| Desert Hills of Texas | | 12/05/1997 | 07/21/1998 |

| NEEDS | | INDICATORS | SERVICES | |
|---|---|---|---|---|
| | | **MILIEU AND BEHAVIORAL MANAGEMENT** | | |
| [ ] | 1 | Normal, routine home environment | [ ] | 1 |
| [ ] | 2 | Minimal supervision with guidance | [ ] | 2 |
| [ ] | 3 | Structure and supervised setting | [ ] | 3 |
| [ X ] | 4 | 24 hr. awake supervision as needed | [ X ] | 4 |
| [ ] | 5 | 24 hr. awake staff, limited access | [ ] | 5 |
| [ ] | 6 | Constant supervision, maximum staffing | [ ] | 6 |
| | | **MEDICAL** | | |
| [ ] | 1 | Routine medical and dental services | [ ] | 1 |
| [ ] | 2 | Routine medical and dental services | [ ] | 2 |
| [ ] | 3 | Medical and dental services; medications | [ ] | 3 |
| [ X ] | 4 | Chronic, stable medical care; medications | [ X ] | 4 |
| [ ] | 5 | 24 hr. on-call medical and psychiatric care | [ ] | 5 |
| [ ] | 6 | 24 hr. nursing care - expanded treatment plan | [ ] | 6 |
| | | **RECREATION** | | |
| [ ] | 1 | Parental supervision for activities and leisure time | [ ] | 1 |
| [ ] | 2 | Structured activities and leisure time | [ ] | 2 |
| [ ] | 3 | Supervised recreation and leisure time | [ ] | 3 |
| [ X ] | 4 | Therapeutic designed recreation and leisure time | [ X ] | 4 |
| [ ] | 5 | Individual therapeutic recreation plan - IDT | [ ] | 5 |
| [ ] | 6 | Stabilization goals with maximum staffing | [ ] | 6 |
| | | **EDUCATION** | | |
| [ ] | 1 | Appropriate educational services | [ ] | 1 |
| [ ] | 2 | Appropriate educational and related services | [ ] | 2 |
| [ ] | 3 | Formal liaison and coordination of services | [ ] | 3 |
| [ X ] | 4 | Therapeutic designed adaptive educational program | [ X ] | 4 |
| [ ] | 5 | Services coordinated with treatment plan; limited | [ ] | 5 |
| [ ] | 6 | Constant supervision with maximum staffing | [ ] | 6 |
| | | **THERAPY** | | |
| [ ] | 1 | Routine home environment | [ ] | 1 |
| [ ] | 2 | Within milieu and provided by TDPRS | [ ] | 2 |
| [ ] | 3 | Formal behavioral program and therapy PRN | [ ] | 3 |
| [ X ] | 4 | Formalized therapeutic services | [ X ] | 4 |
| [ ] | 5 | Treatment develop, review, supervise - IDT | [ ] | 5 |
| [ ] | 6 | Expanded treatment plan designed to stabilize | [ ] | 6 |

Utilization Review for Mark A. Saenz, page 2

## RISK INDICATORS

| | |
|---|---|
| [ ] Suicide threat attempt | [ ] Self-abusive |
| [ X ] Physical aggression | [ ] Sexual acting out |
| [ ] Substance abuse | [ ] Destroys property |
| [ ] Runaway | [ ] Low FSIQ |
| [ ] Failed placements | [ ] Fire setting |

Other:

## RISK ASSESSMENT

[ ] 2 Minimal     [ ] 3 Minor     [ X ] 4 Moderate     [ ] 5 Severe     [ ] 6 Critical

## COMMENTS:

According to the records provided to YFT during this on-site utilization review, Mark's needs can now be met with LOC 4 services. It was noted he is attempting to change his attitude and behavior, and he is "beginning to make a positive and constructive contribution to his peer culture." Mark has been physically aggressive, and he required restraint on one occasion. Adderall and Serzone are prescribed.

If the PRS caseworker has any questions or additional information regarding this re-authorization of treatment services, please contact the YFT office at (817) 640-2833 within 10 days. If there are no questions or additional information, this re-authorization of services will be forwarded to PRS State Office.

## RECOMMENDED PLACEMENT:

1. Buckner Chld.& Fam. Svcs., Dallas (214) 321-4543
2. Texas Bapt. Home for Chld., Waxahachie (972) 937-1321
3. Therapeutic Family Life, Arlington (817) 265-2328
4. For Children's Sake, Hurst (817) 268-2060
5. Presby. Chld.'s Svcs., Waxahachie (972) 937-1319

The suggested providers are intended as recommendations and do not constitute a referral. Bed space information is supplied to YFT by the providers. This information does not imply an immediate admission nor guarantee that the provider will accept the child.

## REAUTHORIZATION

| | |
|---|---|
| [ X ] Continue in current setting | [ ] Continue at current LOC services |
| [ ] Placement in a less restrictive setting | [ X ] Decrease to Level of Care: 4 |
| [ ] Placement in a more restrictive setting | [ ] Increase to Level of Care: |

Please contact Youth for Tomorrow at (817) 640-2833 if you have any questions. Thank you.

Re-authorization of services is effective August 1, 1998 and the expiration date is October 31, 1998.

Emily Rowland, Clinical Health Care Consultant

Approved: Emily Rowland

322

# YOUTH FOR TOMORROW
## UTILIZATION REVIEW AND REAUTHORIZATION SERVICE FORM

Date Completed:    04/23/1998

To: Laura Flores, CPSS, Tarrant Co. CPS          From:   T. White MEd LCDC, Reviewer

Subject:

| Child's Name | Medicaid # | |
|---|---|---|
| Mark A. Saenz /Solis | 508092037 | |
| Placement | Date Admitted | Review Date |
| Desert Hills of Texas | 12/05/1997 | 04/22/1998 |

| NEEDS | INDICATORS | SERVICES |
|---|---|---|
| | **MILIEU AND BEHAVIORAL MANAGEMENT** | |
| [ ] 1 | Normal, routine home environment | [ ] 1 |
| [ ] 2 | Minimal supervision with guidance | [ ] 2 |
| [ ] 3 | Structure and supervised setting | [ ] 3 |
| [ ] 4 | 24 hr. awake supervision as needed | [ ] 4 |
| [ X ] 5 | 24 hr. awake staff, limited access | [ ] 5 |
| [ ] 6 | Constant supervision, maximum staffing | [ ] 6 |
| | **MEDICAL** | |
| [ ] 1 | Routine medical and dental services | [ ] 1 |
| [ ] 2 | Routine medical and dental services | [ ] 2 |
| [ ] 3 | Medical and dental services; medications | [ ] 3 |
| [ ] 4 | Chronic, stable medical care; medications | [ ] 4 |
| [ X ] 5 | 24 hr. on-call medical and psychiatric care | [ X ] 5 |
| [ ] 6 | 24 hr. nursing care - expanded treatment plan | [ ] 6 |
| | **RECREATION** | |
| [ ] 1 | Parental supervision for activities and leisure time | [ ] 1 |
| [ ] 2 | Structured activities and leisure time | [ ] 2 |
| [ ] 3 | Supervised recreation and leisure time | [ ] 3 |
| [ ] 4 | Therapeutic designed recreation and leisure time | [ ] 4 |
| [ X ] 5 | Individual therapeutic recreation plan - IDT | [ ] 5 |
| [ ] 6 | Stabilization goals with maximum staffing | [ ] 6 |
| | **EDUCATION** | |
| [ ] 1 | Appropriate educational services | [ ] 1 |
| [ ] 2 | Appropriate educational and related services | [ ] 2 |
| [ ] 3 | Formal liaison and coordination of services | [ ] 3 |
| [ ] 4 | Therapeutic designed adaptive educational program | [ ] 4 |
| [ X ] 5 | Services coordinated with treatment plan; limited | [ X ] 5 |
| [ ] 6 | Constant supervision with maximum staffing | [ ] 6 |
| | **THERAPY** | |
| [ ] 1 | Routine home environment | [ ] 1 |
| [ ] 2 | Within milieu and provided by TDPRS | [ ] 2 |
| [ ] 3 | Formal behavioral program and therapy PRN | [ ] 3 |
| [ ] 4 | Formalized therapeutic services | [ ] 4 |
| [ X ] 5 | Treatment develop, review, supervise - IDT | [ ] 5 |
| [ ] 6 | Expanded treatment plan designed to stabilize | [ ] 6 |

Utilization Review for Mark A. Saenz, page 2

## RISK INDICATORS

[　] Suicide threat attempt　　　　　　[ X ] Self-abusive
[　] Physical aggression　　　　　　　　[　] Sexual acting out
[　] Substance abuse　　　　　　　　　　[　] Destroys property
[　] Runaway　　　　　　　　　　　　　　[　] Low FSIQ
[　] Failed placements　　　　　　　　　[　] Fire setting
Other:

## RISK ASSESSMENT

[　] 2 Minimal　　　[　] 3 Minor　　　[　] 4 Moderate　　　[ X ] 5 Severe　　　[　] 6 Critical

## COMMENTS:

Based on the information provided during this on site review, Mark continues to present at least a moderate risk of harming himself. He continues to twist his shirt collar around his neck to the point of becoming dizzy. He is described as extremely impulsive and disrespectful to staff. He refuses therapy sessions, although the 2/16 note indicated he is having dissociative episodes. He was referred to the psychiatrist, who suggested a trial of Serzone. Mark refused the medication, just as he has refused to take Zoloft. He continues to require 24 hour supervision. Desert Hills is currently in a state of transition and services could not be consistently verified.

If the PRS caseworker has any questions or additional information regarding this re-authorization of treatment services, please contact the YFT office at (817) 640-2833 within 10 days. If there are no questions or additional information, this re-authorization of services will be forwarded to PRS State Office.

## REAUTHORIZATION

[　] Continue in current setting　　　　　[ X ] Continue at current LOC 5 services
[　] Placement in a less restrictive setting　[　] Decrease to Level of Care:
[　] Placement in a more restrictive setting　[　] Increase to Level of Care:

Please contact Youth for Tomorrow at (817) 640-2833 if you have any questions. Thank you.

Re-authorization of services is effective May 1, 1998 and the expiration date is July 31, 1998.

T. White MEd LCDC, Clinical Health Care Consultant

Approved: T. White MEd LCDC

# YOUTH FOR TOMORROW
## UTILIZATION REVIEW AND REAUTHORIZATION SERVICE FORM



Date Completed: 01/20/1998

To: Laura Flores, CPSS, Tarrant Co. CPS          From: Janis Lehman LMSW, Reviewer

Subject:

| Child's Name | Medicaid # |
|---|---|
| Mark A. Saenz | 508092037 |

| Placement | Date Admitted | Review Date |
|---|---|---|
| Desert Hills of Texas | 12/05/1997 | 01/19/1998 |

| NEEDS | INDICATORS | SERVICES |
|---|---|---|
| | **MILIEU AND BEHAVIORAL MANAGEMENT** | |
| o  1 | Normal, routine home environment | o  1 |
| o  2 | Minimal supervision with guidance | o  2 |
| o  3 | Structure and supervised setting | o  3 |
| o  4 | 24 hr. awake supervision as needed | o  4 |
| ●  5 | 24 hr. awake staff, limited access | ●  5 |
| o  6 | Constant supervision, maximum staffing | o  6 |
| | **MEDICAL** | |
| o  1 | Routine medical and dental services | o  1 |
| o  2 | Routine medical and dental services | o  2 |
| o  3 | Medical and dental services; medications maintenance | o  3 |
| ●  4 | Chronic, stable medical care; medications monitoring | ●  4 |
| o  5 | 24 hr. on-call medical and psychiatric care | o  5 |
| o  6 | 24 hr. nursing care - expanded treatment plan | o  6 |
| | **RECREATION** | |
| o  1 | Parental supervision for activities and leisure time | o  1 |
| o  2 | Structured activities and leisure time | o  2 |
| o  3 | Supervised recreation and leisure time | o  3 |
| o  4 | Therapeutic designed recreation and leisure time | o  4 |
| ●  5 | Individual therapeutic recreation plan - IDT | ●  5 |
| o  6 | Stabilization goals with maximum staffing | o  6 |
| | **EDUCATION** | |
| o  1 | Appropriate educational services | o  1 |
| o  2 | Appropriate educational and related services | o  2 |
| o  3 | Formal liaison and coordination of services | o  3 |
| o  4 | Therapeutic designed adaptive educational program | o  4 |
| ●  5 | Services coordinated with treatment plan; limited access | ●  5 |
| o  6 | Constant supervision with maximum staffing | o  6 |
| | **THERAPY** | |
| o  1 | Routine home environment | o  1 |
| o  2 | Within milieu and provided by TDPRS | o  2 |
| o  3 | Formal behavioral program and therapy PRN | o  3 |
| o  4 | Formalized therapeutic services | o  4 |
| ●  5 | Treatment develop, review, supervise - IDT | ●  5 |
| o  6 | Expanded treatment plan designed to stabilize | o  6 |

## RISK INDICATORS

- ● Suicide threat attempt
- ● Physical aggression
- ○ Substance abuse
- ○ Runaway
- ○ Failed placements

Other:

- ○ Self-abusive
- ○ Sexual acting out
- ○ Destroys property
- ○ Low FSIQ
- ○ Fire Setting

## RISK ASSESSMENT

○ 2 Minimal        ○ 3 Minor          ○ 4 Moderate          ● 5 Severe          ○ 6 Critical

**COMMENTS:**

Mark was admitted to this facility on 12/5/97. Since his admission there have been 4 serious incidents involving physical aggression and one incident in which he was placed on suicide precaution. He ties his shirt around his neck and pulls it tight, trying to make himself pass out. He remains in close supervision with staff to ensure his safety. He continues on zoloft.

If the PRS caseworker has any questions or additional information regarding this re-authorization of treatment services, please contact the YFT office at (817) 640-2833 within 10 days. If there are no questions or additional information, this re-authorization of services will be forwarded to PRS State Office.

## REAUTHORIZATION

- ● Continue in current setting
- ○ Placement in a less restrictive setting
- ○ Placement in a more restrictive setting

- ● Continue at current LOC 5 services
- ○ Decrease to Level of Care:
- ○ Increase to Level of Care:

Please contact Youth for Tomorrow at (817) 640-2833 if you have questions. Thank you.

Re-authorization of services is effective February 01, 1998 and the expiration date is April 30, 1998.

Janis Lehman LMSW, Clinical Healthcare Consultant

Approved: Janis Lehman LMSW

326

# YOUTH FOR TOMORROW
## UTILIZATION REVIEW AND REAUTHORIZATION SERVICE FORM

Date Completed:  11/21/1997

DEC 0 1 REC'D

To: Laura Flores, CPSS, Tarrant Co. CPS        From: T. White MEd LCDC, Reviewer

Subject:

| Child's Name | Medicaid # |
|---|---|
| Mark A. Saenz | 508092037 |

| Placement | Date Admitted | Review Date |
|---|---|---|
| Choices Adolescent Center | 10/27/1997 | 11/18/1997 |

| NEEDS | | INDICATORS | SERVICES | |
|---|---|---|---|---|
| **MILIEU AND BEHAVIORAL MANAGEMENT** | | | | |
| o | 1 | Normal, routine home environment | o | 1 |
| o | 2 | Minimal supervision with guidance | o | 2 |
| o | 3 | Structure and supervised setting | o | 3 |
| o | 4 | 24 hr. awake supervision as needed | o | 4 |
| ● | 5 | 24 hr. awake staff, limited access | ● | 5 |
| o | 6 | Constant supervision, maximum staffing | o | 6 |
| **MEDICAL** | | | | |
| o | 1 | Routine medical and dental services | o | 1 |
| o | 2 | Routine medical and dental services | o | 2 |
| o | 3 | Medical and dental services; medications maintenance | o | 3 |
| o | 4 | Chronic, stable medical care; medications monitoring | o | 4 |
| ● | 5 | 24 hr. on-call medical and psychiatric care | ● | 5 |
| o | 6 | 24 hr. nursing care - expanded treatment plan | o | 6 |
| **RECREATION** | | | | |
| o | 1 | Parental supervision for activities and leisure time | o | 1 |
| o | 2 | Structured activities and leisure time | o | 2 |
| o | 3 | Supervised recreation and leisure time | o | 3 |
| o | 4 | Therapeutic designed recreation and leisure time | o | 4 |
| ● | 5 | Individual therapeutic recreation plan - IDT | ● | 5 |
| o | 6 | Stabilization goals with maximum staffing | o | 6 |
| **EDUCATION** | | | | |
| o | 1 | Appropriate educational services | o | 1 |
| o | 2 | Appropriate educational and related services | o | 2 |
| o | 3 | Formal liaison and coordination of services | o | 3 |
| o | 4 | Therapeutic designed adaptive educational program | o | 4 |
| ● | 5 | Services coordinated with treatment plan; limited access | ● | 5 |
| o | 6 | Constant supervision with maximum staffing | o | 6 |
| **THERAPY** | | | | |
| o | 1 | Routine home environment | o | 1 |
| o | 2 | Within milieu and provided by TDPRS | o | 2 |
| o | 3 | Formal behavioral program and therapy PRN | o | 3 |
| o | 4 | Formalized therapeutic services | o | 4 |
| ● | 5 | Treatment develop, review, supervise - IDT | ● | 5 |
| o | 6 | Expanded treatment plan designed to stabilize | o | 6 |

327

t>4

t>4

t>4

# RISK INDICATORS

- Suicide threat attempt
- ○ Physical aggression
- Substance abuse
- Runaway
- ○ Failed placements

Other:

- ○ Self-abusive
- ○ Sexual acting out
- ○ Destroys property
- ○ Low FSIQ
- ○ Fire Setting

# RISK ASSESSMENT

○ 2 Minimal     ○ 3 Minor     ○ 4 Moderate     ● 5 Severe     ○ 6 Critical

**COMMENTS:**
Based on the information provided for this on site review, Mark was admitted less than one month prior to this review. His history includes inhalant abuse, truancy, running away and stealing a car while at his last placement. Since placement his shirts with collars have been removed from him because he twists them in an effort to asphyxiate himself and get a "rush". He is reported to be at the second grade level in school, although he is enrolled in the 9th grade.

If the PRS caseworker has any questions or additional information regarding this re-authorization of treatment services, please contact the YFT office at (817) 640-2833 within 10 days. If there are no questions or additional information, this re-authorization of services will be forwarded to PRS State Office.

# REAUTHORIZATION

- Continue in current setting
- ○ Placement in a less restrictive setting
- ○ Placement in a more restrictive setting

- Continue at current LOC 5 services
- ○ Decrease to Level of Care:
- ○ Increase to Level of Care:

Please contact Youth for Tomorrow at (817) 640-2833 if you have questions. Thank you.

Re-authorization of services is effective December 01, 1997 and the expiration date is February 28, 1998.

T. White MEd LCDC, Clinical Healthcare Consultant

Approved: T. White MEd LCDC

328

# YOUTH FOR TOMORROW
## UTILIZATION REVIEW AND REAUTHORIZATION SERVICE FORM

**OCT 1 4**

Date Completed: 09/29/1997

To: Laura Flores, CPSS, Tarrant Co. CPS          From: Deborah Lane, Reviewer

Subject:

| Child's Name | Medicaid # |
|---|---|
| Mark A. Saenz | 508092037 |
| Placement | Date Admitted | Review Date |
| Azleway Boys' Ranch | 03/21/1997 | 09/15/1997 |

|            NEEDS            |                       INDICATORS                       |        SERVICES        |

## MILIEU AND BEHAVIORAL MANAGEMENT

| NEEDS | | INDICATORS | SERVICES | |
|---|---|---|---|---|
| o | 1 | Normal, routine home environment | o | 1 |
| o | 2 | Minimal supervision with guidance | o | 2 |
| o | 3 | Structure and supervised setting | o | 3 |
| o | 4 | 24 hr. awake supervision as needed | o | 4 |
| ● | 5 | 24 hr. awake staff, limited access | ● | 5 |
| o | 6 | Constant supervision, maximum staffing | o | 6 |

## MEDICAL

| | | | | |
|---|---|---|---|---|
| o | 1 | Routine medical and dental services | o | 1 |
| o | 2 | Routine medical and dental services | o | 2 |
| o | 3 | Medical and dental services; medications maintenance | o | 3 |
| o | 4 | Chronic, stable medical care; medications monitoring | o | 4 |
| ● | 5 | 24 hr. on-call medical and psychiatric care | ● | 5 |
| o | 6 | 24 hr. nursing care - expanded treatment plan | o | 6 |

## RECREATION

| | | | | |
|---|---|---|---|---|
| o | 1 | Parental supervision for activities and leisure time | o | 1 |
| o | 2 | Structured activities and leisure time | o | 2 |
| o | 3 | Supervised recreation and leisure time | o | 3 |
| o | 4 | Therapeutic designed recreation and leisure time | o | 4 |
| ● | 5 | Individual therapeutic recreation plan - IDT | ● | 5 |
| o | 6 | Stabilization goals with maximum staffing | o | 6 |

## EDUCATION

| | | | | |
|---|---|---|---|---|
| o | 1 | Appropriate educational services | o | 1 |
| o | 2 | Appropriate educational and related services | o | 2 |
| o | 3 | Formal liaison and coordination of services | o | 3 |
| o | 4 | Therapeutic designed adaptive educational program | o | 4 |
| ● | 5 | Services coordinated with treatment plan; limited access | ● | 5 |
| o | 6 | Constant supervision with maximum staffing | o | 6 |

## THERAPY

| | | | | |
|---|---|---|---|---|
| o | 1 | Routine home environment | o | 1 |
| o | 2 | Within milieu and provided by TDPRS | o | 2 |
| o | 3 | Formal behavioral program and therapy PRN | o | 3 |
| o | 4 | Formalized therapeutic services | o | 4 |
| ● | 5 | Treatment develop, review, supervise - IDT | ● | 5 |
| o | 6 | Expanded treatment plan designed to stabilize | o | 6 |

## RISK INDICATORS

o Suicide threat attempt
o Physical aggression
o Substance abuse
o Runaway
o Failed placements
Other: attempted arson

o Self-abusive
o Sexual acting out
o Destroys property
o Low FSIQ
● Fire Setting

## RISK ASSESSMENT

o 2 Minimal        o 3 Minor        o 4 Moderate        ● 5 Severe        o 6 Critical

## COMMENTS:

Based on the information reviewed, Mark presents a severe risk of harm to self and others. He was readmitted to this facility after being arrested and placed in juvenile detention. Current behavioral problems include attempted arson and oppositional behavior. He is closely monitored for substance abuse and gang activity. He is rendered individual therapy weekly and notes state he is trying to get kicked out of school. Level 5 services are authorized to provide 24 hour supervision in a limited access setting.

If the PRS caseworker has any questions or additional information regarding this re-authorization of treatment services, please contact the YFT office at (817) 640-2833 within 10 days. If there are no questions or additional information, this re-authorization of services will be forwarded to PRS State Office.

## REAUTHORIZATION

● Continue in current setting
o Placement in a less restrictive setting
o Placement in a more restrictive setting

● Continue at current LOC 5 services
o Decrease to Level of Care:
o Increase to Level of Care:

Please contact Youth for Tomorrow at (817) 640-2833 if you have questions. Thank you.

Re-authorization of services is effective October 01, 1997 and the expiration date is December 31, 1997.

Deborah Lane, Clinical Healthcare Consultant

Approved: Deborah Lane

330

## YOUTH FOR TOMORROW
## UTILIZATION REVIEW AND REAUTHORIZATION SERVICE FORM   JUL 0 7 REC'D

Date Completed:  07/01/1997

To: Laura Flores, CPSS, Tarrant Co. CPS          From: Tammy M. Johnson LMSW, Reviewer

Subject:

| Child's Name | Medicaid # |  |
|---|---|---|
| Mark A. Saenz | 508092037 |  |
| Placement | Date Admitted | Review Date |
| Azleway Boys' Ranch | 03/21/1997 | 06/18/1997 |

| NEEDS | | INDICATORS | SERVICES | |
|---|---|---|---|---|

### MILIEU AND BEHAVIORAL MANAGEMENT

| NEEDS | | INDICATORS | SERVICES | |
|---|---|---|---|---|
| o | 1 | Normal, routine home environment | o | 1 |
| o | 2 | Minimal supervision with guidance | o | 2 |
| o | 3 | Structure and supervised setting | o | 3 |
| o | 4 | 24 hr. awake supervision as needed | o | 4 |
| ● | 5 | 24 hr. awake staff, limited access | ● | 5 |
| o | 6 | Constant supervision, maximum staffing | o | 6 |

### MEDICAL

| | | | | |
|---|---|---|---|---|
| o | 1 | Routine medical and dental services | o | 1 |
| ● | 2 | Routine medical and dental services | ● | 2 |
| o | 3 | Medical and dental services; medications maintenance | o | 3 |
| o | 4 | Chronic, stable medical care; medications monitoring | o | 4 |
| o | 5 | 24 hr. on-call medical and psychiatric care | o | 5 |
| o | 6 | 24 hr. nursing care - expanded treatment plan | o | 6 |

### RECREATION

| | | | | |
|---|---|---|---|---|
| o | 1 | Parental supervision for activities and leisure time | o | 1 |
| o | 2 | Structured activities and leisure time | o | 2 |
| o | 3 | Supervised recreation and leisure time | o | 3 |
| o | 4 | Therapeutic designed recreation and leisure time | o | 4 |
| ● | 5 | Individual therapeutic recreation plan - IDT | ● | 5 |
| o | 6 | Stabilization goals with maximum staffing | o | 6 |

### EDUCATION

| | | | | |
|---|---|---|---|---|
| o | 1 | Appropriate educational services | o | 1 |
| o | 2 | Appropriate educational and related services | o | 2 |
| o | 3 | Formal liaison and coordination of services | o | 3 |
| o | 4 | Therapeutic designed adaptive educational program | o | 4 |
| ● | 5 | Services coordinated with treatment plan; limited access | ● | 5 |
| o | 6 | Constant supervision with maximum staffing | o | 6 |

### THERAPY

| | | | | |
|---|---|---|---|---|
| o | 1 | Routine home environment | o | 1 |
| o | 2 | Within milieu and provided by TDPRS | o | 2 |
| o | 3 | Formal behavioral program and therapy PRN | o | 3 |
| o | 4 | Formalized therapeutic services | o | 4 |
| ● | 5 | Treatment develop, review, supervise - IDT | ● | 5 |
| o | 6 | Expanded treatment plan designed to stabilize | o | 6 |

## RISK INDICATORS

- ○ Suicide threat attempt
- ● Physical aggression
- ○ Substance abuse
- ○ Runaway
- ○ Failed placements

Other:

- ● Self-abusive
- ○ Sexual acting out
- ● Destroys property
- ○ Low FSIQ
- ○ Fire Setting

## RISK ASSESSMENT

○ 2 Minimal          ○ 3 Minor          ○ 4 Moderate          ● 5 Severe          ○ 6 Critical

## COMMENTS:

Mark is continuing to have significant problems in several areas of functioning. He exhibits unpredictable outbursts of aggression mostly towards his peers, however has a history of also being aggressive with adults. He is not currently taking any medications. He has had difficulty in school as he has little to no respect for authority. Recently, Mark has been demonstrating self-inflicting behavior by choking himself to become asphyxiated. He pulls his shirt up around his neck until he becomes very red in color. He has been observed doing this behavior at least twice in the last few weeks. Mark's behavior presents a severe risk of self harm and therefore requires 24 hour supervision with maximum staff in a structured setting.

*asphyxiated*

If the PRS caseworker has any questions or additional information regarding this re-authorization of treatment services, please contact the YFT office at (817) 640-2833 within 10 days. If there are no questions or additional information, this re-authorization of services will be forwarded to PRS State Office.

## REAUTHORIZATION

- ● Continue in current setting
- ○ Placement in a less restrictive setting
- ○ Placement in a more restrictive setting

- ● Continue at current LOC 5 services
- ○ Decrease to Level of Care:
- ○ Increase to Level of Care:

Please contact Youth for Tomorrow at (817) 640-2833 if you have questions. Thank you.

Re-authorization of services is effective July 01, 1997 and the expiration date is September 30, 1997.

*Tammy M Johnson, LMSW*

Tammy M. Johnson LMSW, Clinical Health Care Consultant

Approved: Tammy Johnson LMSW

# YOUTH FOR TOMORROW
## UTILIZATION REVIEW AND REAUTHORIZATION SERVICE FORM

Date Completed:  01/10/1997

To: Sandi McGuire, CPSS, Tarrant Co. CPS        From: Noel Huddleston LPC, Reviewer

Subject:

| Child's Name | Medicaid # |
|---|---|
| Mark A. Saenz (Soliz) | 508092037 |
| Placement | Date Admitted | Review Date |
| Buckner Children's Village - BCC | 06/05/1996 | 01/06/1997 |

| NEEDS | | INDICATORS | SERVICES | |
|---|---|---|---|---|

**MILIEU AND BEHAVIORAL MANAGEMENT**

| NEEDS | | INDICATORS | SERVICES | |
|---|---|---|---|---|
| o | 1 | Normal, routine home environment | o | 1 |
| o | 2 | Minimal supervision with guidance | o | 2 |
| o | 3 | Structure and supervised setting | o | 3 |
| o | 4 | 24 hr. awake supervision as needed | ● | 4 |
| ● | 5 | 24 hr. awake staff, limited access | o | 5 |
| o | 6 | Constant supervision, maximum staffing | o | 6 |

**MEDICAL**

| | | | | |
|---|---|---|---|---|
| ● | 1 | Routine medical and dental services | ● | 1 |
| o | 2 | Routine medical and dental services | o | 2 |
| o | 3 | Medical and dental services; medications maintenance | o | 3 |
| o | 4 | Chronic, stable medical care; medications monitoring | o | 4 |
| o | 5 | 24 hr. on-call medical and psychiatric care | o | 5 |
| o | 6 | 24 hr. nursing care - expanded treatment plan | o | 6 |

**RECREATION**

| | | | | |
|---|---|---|---|---|
| o | 1 | Parental supervision for activities and leisure time | o | 1 |
| o | 2 | Structured activities and leisure time | o | 2 |
| o | 3 | Supervised recreation and leisure time | o | 3 |
| o | 4 | Therapeutic designed recreation and leisure time | ● | 4 |
| ● | 5 | Individual therapeutic recreation plan - IDT | o | 5 |
| o | 6 | Stabilization goals with maximum staffing | o | 6 |

**EDUCATION**

| | | | | |
|---|---|---|---|---|
| o | 1 | Appropriate educational services | o | 1 |
| o | 2 | Appropriate educational and related services | o | 2 |
| o | 3 | Formal liaison and coordination of services | o | 3 |
| o | 4 | Therapeutic designed adaptive educational program | ● | 4 |
| ● | 5 | Services coordinated with treatment plan; limited access | o | 5 |
| o | 6 | Constant supervision with maximum staffing | o | 6 |

**THERAPY**

| | | | | |
|---|---|---|---|---|
| o | 1 | Routine home environment | o | 1 |
| o | 2 | Within milieu and provided by TDPRS | o | 2 |
| o | 3 | Formal behavioral program and therapy PRN | o | 3 |
| o | 4 | Formalized therapeutic services | ● | 4 |
| ● | 5 | Treatment develop, review, supervise - IDT | o | 5 |
| o | 6 | Expanded treatment plan designed to stabilize | o | 6 |

## RISK INDICATORS

- ○ Suicide threat attempt
- ● Physical aggression
- ○ Substance abuse
- ● Runaway
- ○ Failed placements
- Other:

- ○ Self-abusive
- ○ Sexual acting out
- ● Destroys property
- ○ Low FSIQ
- ○ Fire Setting

## RISK ASSESSMENT

○ 2 Minimal        ○ 3 Minor        ○ 4 Moderate        ● 5 Severe        ○ 6 Critical

**COMMENTS:**

Mark is currently in juvenile detention after breaking into 2 vehicles, stealing a 3rd vehicle, burglarizing a business, and attempting to burglarize another, destroyed property (gate, window, van steering column), led police in a 85 mph chase, running and hiding from them once stopped. During this review period Mark also admitted to touching the buttocks of a younger child and he has been physically aggressive with peers. Mark presents a moderate to severe risk of causing harm to himself and others; and requires a more restrictive environment with 24 hour awake staff and increased structure. Placement with a provider who can adequately address his juvenile delinquent/antisocial behaviors is recommended.

If the PRS caseworker has any questions or additional information regarding this re-authorization of treatment services, please contact the YFT office at (817) 640-2833 within 10 days. If there are no questions or additional information, this re-authorization of services will be forwarded to PRS State Office.

**RECOMMENDED PLACEMENT:**                        **AVAILABLE BED SPACE:**

1. New Encounters, Corsicana (903) 874-1577
2. VisionQuest, Dallas (214) 818-0944
3. Desert Hills, College Station (409) 690-3030
4. Darden Hill Rch. Sch., Driftwood (512) 858-4258
5. Pegasus School, Lockhart (512) 398-7115
6. High Frontier, Fort Davis (915) 364-2241

The suggested providers are intended as recommendations and do not constitute a referral. Bed space information is supplied to YFT by the providers. This information does not imply an immediate admission nor guarantee that the provider will accept the child.

## REAUTHORIZATION

- ○ Continue in current setting
- ○ Placement in a less restrictive setting
- ● Placement in a more restrictive setting

- ○ Continue at current LOC services
- ○ Decrease to Level of Care:
- ● Increase to Level of Care:  5

Please contact Youth for Tomorrow at (817) 640-2833 if you have questions. Thank you.

Re-authorization of services is effective January 06, 1997 and the expiration date is April 30, 1997.

_Noel L. Huddleston_

334

```
KEY: __
C  'NT SCREEN 1 - PRIMARY ENTER "C" & LINE # SCR=1,2,3,4,6        PAGE 01
C. .NT NUM 508092037  NAME SOLIZ,MARK A        BD 01/27/982  SM R3  CNTY 043
   CASE-NUM TC S S-I-G  W CLI-CERT    SSN  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 * SSCN   -    -    -
C1 022598770 1 4 6        01/05/96    SSMS Y  ALIAS       SMIB-ACTION
C2                                    RFUG   00 ALIEN-DT        SMIB
C3                                    INS-SUB-DT    CO  TP OPEN         CLOSE SD
C4                                    03/18/97     (02H 10 04/01/97          A
C5                                    LAST-MED TYPE 02R 10 01/01/96 03/31/97 A
C6                                    03/17/97  8   02R 08 03/29/94 12/31/95
                                      SSMS-DT    ED 02R 55 10/01/93 02/28/94
                                      01/27/97      HI
```

3/25 – Cd. Carol in Soven to release "hold"
   & remail to CPS Worker.

            Laura Flores (CPS Worker)
            951 W. Pipeline Rd. (Hurst office)
            Hurst, TX. 76053


                        TP

```
KEY: __
   ENT SCREEN 1 - PRIMARY ENTER "C" & LINE # SCR=1,2,3,4,6
   ENT NUM 508092037  NAME SOLIZ,MARK A                              PAGE 01
   CASE-NUM TC S S-I-G  W CLI-CERT       SSN  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 * SSCN           BD 01/27/982  SM R3  CNTY 043
C1 022598770 1 1 6        01/05/96       SSMS Y ALIAS        SMIB-ACTION
C2                                       RFUG  00 ALIEN-DT        SMIB
C3                                       INS-SUB-DT    COV TP OPEN       CLOSE SD
C4                                       01/28/97      02R 10 01/01/96            A
C5                                       LAST-MED TYPE 02R 08 03/29/94 12/31/95
C6                                       01/05/96   1  02R 55 10/01/93 02/28/94
                                         SSMS-DT   ED  02R 55 10/01/91 05/31/92
                                         01/27/97      HI
PA CASE SCREEN 1 - PRIMARY
CASE 022598770  ACTIVE CAT 02  TP 10  BP 30  BJN 031-42-C-04  MC 952-X  CNTY 220
CASE NAME SOLIZ,MARK A              DATE FILE 01/01/96  SEQ 03  PRINTED 01/31/97
                                    CERT DATE 01/05/96  LAST FORM 1000-A/B
GN/PAY/RP                           GRANT EFF           REVIEW N.  ACTION 113
MAIL ADDR CITY HOUSE                3MO PRIOR           FORM EFF DT  03/01/97
          902 E 16TH ST             END DATE           ORIG END DT
          PLANO        TX 75074 HOLD CD/DT              PERIODIC RV DT 07/05/96
TEMP ADDR N            PILOT CD   PAW      GRANT 0000 APP INC
```

FYI:

3/17  Cd. Carol (Savers) To change
Medicaid Card address to:

Laura Flores
951 W. Pipeline Rd.
R Hurst., Tx 76053

— Tammie
x. 421 (Ben St.)

3/24

54

OCT 2 4 REC'D

# YOUTH FOR TOMORROW
## UTILIZATION REVIEW AND REAUTHORIZATION SERVICE FORM

Date Completed:  10/21/1996

To: Sandi McGuire, CPSS, Tarrant Co. CPS          From: Noel Huddleston LPC, Reviewer

Subject:

| Child's Name | Medicaid # | |
|---|---|---|
| Mark A. Saenz | 508092037 | |
| Placement | Date Admitted | Review Date |
| Buckner Children's Home (Dallas) - BCC | 06/05/1996 | 10/17/1996 |

| NEEDS | | INDICATORS | SERVICES | |
|---|---|---|---|---|
| | | **MILIEU AND BEHAVIORAL MANAGEMENT** | | |
| o | 1 | Normal, routine home environment | o | 1 |
| o | 2 | Minimal supervision with guidance | o | 2 |
| o | 3 | Structure and supervised setting | o | 3 |
| ● | 4 | 24 hr. awake supervision as needed | ● | 4 |
| o | 5 | 24 hr. awake staff, limited access | o | 5 |
| o | 6 | Constant supervision, maximum staffing | o | 6 |
| | | **MEDICAL** | | |
| o | 1 | Routine medical and dental services | o | 1 |
| ● | 2 | Routine medical and dental services | ● | 2 |
| o | 3 | Medical and dental services; medications maintenance | o | 3 |
| o | 4 | Chronic, stable medical care; medications monitoring | o | 4 |
| o | 5 | 24 hr. on-call medical and psychiatric care | o | 5 |
| o | 6 | 24 hr. nursing care - expanded treatment plan | o | 6 |
| | | **RECREATION** | | |
| o | 1 | Parental supervision for activities and leisure time | o | 1 |
| o | 2 | Structured activities and leisure time | o | 2 |
| o | 3 | Supervised recreation and leisure time | o | 3 |
| ● | 4 | Therapeutic designed recreation and leisure time | ● | 4 |
| o | 5 | Individual therapeutic recreation plan - IDT | o | 5 |
| o | 6 | Stabilization goals with maximum staffing | o | 6 |
| | | **EDUCATION** | | |
| o | 1 | Appropriate educational services | o | 1 |
| o | 2 | Appropriate educational and related services | o | 2 |
| o | 3 | Formal liaison and coordination of services | o | 3 |
| ● | 4 | Therapeutic designed adaptive educational program | ● | 4 |
| o | 5 | Services coordinated with treatment plan; limited access | o | 5 |
| o | 6 | Constant supervision with maximum staffing | o | 6 |
| | | **THERAPY** | | |
| o | 1 | Routine home environment | o | 1 |
| o | 2 | Within milieu and provided by TDPRS | o | 2 |
| o | 3 | Formal behavioral program and therapy PRN | o | 3 |
| ● | 4 | Formalized therapeutic services | ● | 4 |
| o | 5 | Treatment develop, review, supervise - IDT | o | 5 |
| o | 6 | Expanded treatment plan designed to stabilize | o | 6 |

337

## RISK INDICATORS

- ○ Suicide threat attempt
- ● Physical aggression
- ● Substance abuse
- ● Runaway
- ○ Failed placements
- Other:

- ○ Self-abusive
- ○ Sexual acting out
- ○ Destroys property
- ○ Low FSIQ
- ○ Fire Setting

## RISK ASSESSMENT

○ 2 Minimal          ○ 3 Minor          ● 4 Moderate          ○ 5 Severe          ○ 6 Critical

**COMMENTS:**
Maladaptive behaviors exhibited during this review period include lighting matches, physical aggression, running away, sniffing White-out and putting a tattoo on his hand. Mark is demonstrating motivation during his on-campus classes, is doing well in Boy Scouts and is improving his social skills. However, in therapy he tends to defend his biological family instead of addressing issues in therapy. He has a history of suicidal threats/gestures.

If the PRS caseworker has any questions or additional information regarding this re-authorization of treatment services, please contact the YFT office at (817) 640-2833 within 10 days. If there are no questions or additional information, this re-authorization of services will be forwarded to PRS State Office.

## REAUTHORIZATION

- ● Continue in current setting
- ○ Placement in a less restrictive setting
- ○ Placement in a more restrictive setting

- ● Continue at current LOC 4 services
- ○ Decrease to Level of Care:
- ○ Increase to Level of Care:

Please contact Youth for Tomorrow at (817) 640-2833 if you have questions. Thank you.

Re-authorization of services is effective November 01, 1996 and the expiration date is January 31, 1997.

_____
Noel Huddleston LPC, Clinical Health Care Consultant

_Noel L. Huddleston_
_____
Approved: Noel Huddleston LPC

JUL 1 5 REC'D

# YOUTH FOR TOMORROW
## UTILIZATION REVIEW AND REAUTHORIZATION SERVICE FORM

CH
7/15/96

Date Completed: 07/10/1996

To: Sandy McGuire, CPSS, Tarrant Co. CPS      From: Janis Lehman LMSW, Residential Consultant

Subject:

| Child's Name | Medicaid # |  |
|---|---|---|
| Mark A. Saenz | 508092037 |  |
| Placement | Date Admitted | Review Date |
| Buckner Baptist Basic Care-Dallas | 06/05/1996 | 07/08/1996 |

| NEEDS | | INDICATORS | SERVICES | |
|---|---|---|---|---|
| **MILIEU AND BEHAVIORAL MANAGEMENT** | | | | |
| o | 1 | Normal, routine home environment | o | 1 |
| o | 2 | Minimal supervision with guidance | o | 2 |
| o | 3 | Structure and supervised setting | o | 3 |
| ● | 4 | 24 hr. awake supervision as needed | ● | 4 |
| o | 5 | 24 hr. awake staff, limited access | o | 5 |
| o | 6 | Constant supervision, maximum staffing | o | 6 |
| **MEDICAL** | | | | |
| ● | 1 | Routine medical and dental services | ● | 1 |
| o | 2 | Routine medical and dental services | o | 2 |
| o | 3 | Medical and dental services; medications maintenance | o | 3 |
| o | 4 | Chronic, stable medical care; medications monitoring | o | 4 |
| o | 5 | 24 hr. on-call medical and psychiatric care | o | 5 |
| o | 6 | 24 hr. nursing care - expanded treatment plan | o | 6 |
| **RECREATION** | | | | |
| o | 1 | Parental supervision for activities and leisure time | o | 1 |
| o | 2 | Structured activities and leisure time | o | 2 |
| o | 3 | Supervised recreation and leisure time | o | 3 |
| ● | 4 | Therapeutic designed recreation and leisure time | ● | 4 |
| o | 5 | Individual therapeutic recreation plan - IDT | o | 5 |
| o | 6 | Stabilization goals with maximum staffing | o | 6 |
| **EDUCATION** | | | | |
| o | 1 | Appropriate educational services | o | 1 |
| o | 2 | Appropriate educational and related services | o | 2 |
| o | 3 | Formal liaison and coordination of services | o | 3 |
| ● | 4 | Therapeutic designed adaptive educational program | ● | 4 |
| o | 5 | Services coordinated with treatment plan; limited access | o | 5 |
| o | 6 | Constant supervision with maximum staffing | o | 6 |
| **THERAPY** | | | | |
| o | 1 | Routine home environment | o | 1 |
| o | 2 | Within milieu and provided by TDPRS | o | 2 |
| o | 3 | Formal behavioral program and therapy PRN | o | 3 |
| ● | 4 | Formalized therapeutic services | ● | 4 |
| o | 5 | Treatment develop, review, supervise - IDT | o | 5 |
| o | 6 | Expanded treatment plan designed to stabilize | o | 6 |

339

## RISK INDICATORS

- ○ Suicide threat attempt
- ○ Physical aggression
- ○ Substance abuse
- ○ Runaway
- ○ Failed placements
- Other:

- ○ Self-abusive
- ○ Sexual acting out
- ○ Destroys property
- ○ Low FSIQ
- ○ Fire Setting

## RISK ASSESSMENT

○ 2 None       ○ 3 Minimal       ● 4 Moderate       ○ 5 Severe       ○ 6 Critical

**COMMENTS:**

Mark was transferred to the Basic Care Program at Buckner's on 6/5/96 after successfully completing residential treatment. During his first 30 days in this setting there have been 2 reported incidents of disruptive behaviors. He has been observed as being easily distracted and follows negative peer influences. Goals include developing appropriate boundaries with peers and accepting responsibility for his behaviors. He is attending the alternative school and is to be evaluated for dyslexia. He is currently on no medication.

If the PRS caseworker has any questions or additional information regarding this re-authorization of treatment services, please contact the YFT office at (817) 640-2833 within 10 days. If there are no questions or additional information, this re-authorization of services will be forwarded to PRS State Office.

## REAUTHORIZATION

- ● Continue in current setting
- ○ Placement in a less restrictive setting
- ○ Placement in a more restrictive setting

- ● Continue at current LOC 4 and integrated behavior management services
- ○ Decrease to Level of Care:
- ○ Increase to Level of Care:

Please contact Youth for Tomorrow at (817) 640-2833 if you have questions. Thank you.

Re-authorization of services is effective August 01, 1996 and the expiration date is October 31, 1996.

Janis Lehman LMSW, Residential Consultant
Reviewer

Approved: Janis Lehman LMSW

JUN 1 3 1996

Form 2646
September 1, 1994

Texas Department of
Protective and Regulatory Services

*Updated*

**Child's Service Plan**
**PLACEMENT INFORMATION**

Page     of

**CASE PLAN -PART TWO**

| ☐ Initial Placement<br>Complete I, III, IV, V and VI | ☒ Subsequent Placement<br>Complete Pages 1 and 2 | ☐ Discharge to Parents<br>Complete I, II, III, V, and Page 3 | ☐ Other Discharge<br>Complete Pages 1 - 3 |
|---|---|---|---|

| Caseworkers Name<br>SANDRA MC GUIRE | BJN<br>03154C02 | County No.<br>220 |
|---|---|---|

**I.   CHILD**

| Case No.<br>508092037 | Child's Name<br>MARK SAENZ SOLIZ | Date of Birth<br>1-27-82 | From County<br>No.  220 |
|---|---|---|---|
| Date of Initial Placement in SubCare<br>11-28-95 | Type of Initial Placement<br>RTC | Type of Conservatorship or Legal<br>Status   01-TMC | |

**II.   PLACEMENT FROM WHICH CHILD WAS REMOVED (Subsequent placement only)**

| Residence Name<br>BUCKNER BAPTIST RTC | Facility No.<br>255282 | Date Removed<br>6-5-96 |
|---|---|---|

**III.   NEW PLACEMENT**

| Emergency Placement<br>☐ Yes  ☒ No | Date of Preplacement Visit<br>6-1-96 | Type of Placement | Living Arrangements<br>17 | How Provided<br>10 | BLOC Rate<br>4 |
|---|---|---|---|---|---|
| Residence Name<br>BUCKNER BAPTIST CHILDRENS HOME | | Relation to child<br>(if any) | Telephone No.<br>214/319-3406 | Facility No.<br>006190 | Date Placed<br>6-5-96 |
| Residence Address (Street, City, State, ZIP)<br>5200 S. BUCKNER BLVD.,  DALLAS, TX.   75227 | | | | County No.<br>057 | Date Parents Notified<br>6-10-96 |

**IV.   PLACEMENT ISSUES (Applicable to all placements)**

*Appropriateness.* Explain why the type of placement selected is appropriate.

MARK HAS BEEN LIVING AT BUCKNER CHILDRENS HOME FOR OVER TWO YEARS.  HE HAS JUST MOVED FROM A RESIDENTIAL TREATMENT DORM TO A BASIC CARE DORM.  THE PLACEMENT IS APPROPRIATE BECAUSE HE LIKES IT AT BUCKNERS AND HE HAS BEEN WORKING WITH HIS THERAPIST TOWARDS BEING ABLE TO MOVE TO THE BASIC CARE DORM.

*Close proximity.* If this placement is not in the same region as the parents' home, explain why not.

THE PLACEMENT IS IN THE SAME REGION WHERE MARK'S MOTHER LIVES.

*Least restrictive.* If the child was not placed in a foster family-home or the home of a relative caregiver, explain why not.

THE BASIC CARE DORM IS THE LEAST RESTRICTIVE ENVIRONMENT AVAILABLE FOR MARK AT THIS TIME. THERE ARE NO APPROPRIATE POSSIBLE RELATIVE PLACEMENTS.  MARK HAS JUST MOVED FROM RTC. A FOSTER FAMILY WILL BE SOUGHT FOR MARK.

*School.* If this placement is too far from the child's school for the child to keep attending the same school, explain why.

MARK WILL CONTINUE ATTENDING SCHOOL ON THE BUCKNER CAMPUS.

**V.   APPROVAL** - An emergency placement must be approved within 10 days after it occurs.  A placement in an emergency shelter for crisis-stabilization and assessment services must also be approved (by a licensed MSW or equivalent)  within 10 days.  A nonemergency placement must be approved before it occurs.

| Signature-Worker<br>*Sandra McGuire*   6-10-96<br>Date | Signature-LMSW or Equivalent<br>(emergency shelter only) | Date |
|---|---|---|
| Signature-Supervisor<br>*Gernl Corson*   6-10-96<br>Date | Date of Oral Approval<br>(if different)   6-5-96 | Required within 10 days of placement in an<br>emergency shelter for crisis-stabilization or |

341

# YOUTH FOR TOMORROW
## UTILIZATION REVIEW AND REAUTHORIZATION SERVICE FORM

Date Completed: 04/30/1996

To: Sandra McGuire, CPSS, Tarrant Co. CPS    From: Deborah Lane, Residential Consultant

Subject: SPA for Ca 5-15-96

| Child's Name | Medicaid # |
|---|---|
| Mark A. Saenz | 508092037 |

| Placement | Date Admitted | Review Date |
|---|---|---|
| Buckner Trt. Ctr. - Dallas | 04/20/1995 | 04/24/1996 |

| NEEDS | | INDICATORS | SERVICES | |
|---|---|---|---|---|
| | | **MILIEU AND BEHAVIORAL MANAGEMENT** | | |
| o | 1 | Normal, routine home environment | o | 1 |
| o | 2 | Minimal supervision with guidance | o | 2 |
| o | 3 | Structure and supervised setting | o | 3 |
| ● | 4 | 24 hr. awake supervision as needed | ● | 4 |
| o | 5 | 24 hr. awake staff, limited access | o | 5 |
| o | 6 | Constant supervision, maximum staffing | o | 6 |
| | | **MEDICAL** | | |
| o | 1 | Routine medical and dental services | o | 1 |
| ● | 2 | Routine medical and dental services | ● | 2 |
| o | 3 | Medical and dental services; medications maintenance | o | 3 |
| o | 4 | Chronic, stable medical care; medications monitoring | o | 4 |
| o | 5 | 24 hr. on-call medical and psychiatric care | o | 5 |
| o | 6 | 24 hr. nursing care - expanded treatment plan | o | 6 |
| | | **RECREATION** | | |
| o | 1 | Parental supervision for activities and leisure time | o | 1 |
| o | 2 | Structured activities and leisure time | o | 2 |
| o | 3 | Supervised recreation and leisure time | o | 3 |
| ● | 4 | Therapeutic designed recreation and leisure time | ● | 4 |
| o | 5 | Individual therapeutic recreation plan - IDT | o | 5 |
| o | 6 | Stabilization goals with maximum staffing | o | 6 |
| | | **EDUCATION** | | |
| o | 1 | Appropriate educational services | o | 1 |
| o | 2 | Appropriate educational and related services | o | 2 |
| o | 3 | Formal liaison and coordination of services | o | 3 |
| ● | 4 | Therapeutic designed adaptive educational program | ● | 4 |
| o | 5 | Services coordinated with treatment plan; limited access | o | 5 |
| o | 6 | Constant supervision with maximum staffing | o | 6 |
| | | **THERAPY** | | |
| o | 1 | Routine home environment | o | 1 |
| o | 2 | Within milieu and provided by TDPRS | o | 2 |
| o | 3 | Formal behavioral program and therapy PRN | o | 3 |
| ● | 4 | Formalized therapeutic services | ● | 4 |
| o | 5 | Treatment develop, review, supervise - IDT | o | 5 |
| o | 6 | Expanded treatment plan designed to stabilize | o | 6 |

## RISK INDICATORS                    MAY 1 3 REC'D

- o  Suicide threat attempt
- o  Physical aggression
- o  Substance abuse
- o  Runaway
- o  Failed placements
- Other:

- o  Self-abusive
- ●  Sexual acting out
- o  Destroys property
- o  Low FSIQ
- o  Fire Setting

## RISK ASSESSMENT

o 2 None      o 3 Minimal      ● 4 Moderate      o 5 Severe      o 6 Critical

**COMMENTS:**

The records indicate Mark requires a structured environment with therapeutic intervention.  Although he has decreased his sexual acting out behaviors with peers, he continues to make sexual statements to them and requires close monitoring.  He is scheduled for individual therapy but refused to meet on 4-3-96.  Although he is not prescribed psychotropic medication he is monitored and notes indicates he wants to be on a diet even though he is not over weight.  He attends the Buckner's Academy and is passing all of his classes with a modified curriculum.  He is authorized LOC 4 services.

If the PRS caseworker has any questions or additional information regarding this re-authorization of treatment services, please contact the YFT office at (817) 640-2833 within 10 days.  If there are no questions or additional information, this re-authorization of services will be forwarded to PRS State Office.

## REAUTHORIZATION

- ●  Continue in current setting
- o  Placement in a less restrictive setting
- o  Placement in a more restrictive setting

- ●  Continue at current LOC 4 and integrated behavior management services
- o  Decrease to Level of Care:
- o  Increase to Level of Care:

Please contact Youth for Tomorrow at (817) 640-2833 if you have questions.  Thank you.

Re-authorization of services is effective May 01, 1996 and the expiration date is July 31, 1996.

_Deborah Lane_

Deborah Lane, Residential Consultant
Reviewer

_Jan Zeeleman LMR_

Approved:  Janis Lehman LMSW

343

 **TEXAS DEPARTMENT OF PROTECTIVE AND REGULATORY SERVICES**

**BOARD MEMBERS**

Dickey, LMSW-AP
*Chairman, Dallas*

Penny Beaumont
*Bryan*

Jon M. Bradley
*Dallas*

Catherine Clark
Mosbacher
*Houston*

Bill Sheehan
*Dumas*

Susan Stahl
*Dallas*

INTERIM EXECUTIVE DIRECTOR
James R. Hine

February 24, 2000

Hugh Savage
Attorney at Law
316 Bailey Street, Ste. 101
Fort Worth, Texas 76107

RE:   IN THE INTEREST OF MARK SOLIZ AKA SAENZ
      CAUSE NO. 323-56079-J

Dear Mr. Savage:

Enclosed is a copy of the ORDER OF DISMISSAL on the above styled and numbered cause.

If I can be of further assistance, please contact me at (817) 255-8786.

Sincerely,

*Regina Sullivan*

Regina Sullivan
Legal Assistant

Enclosure

cc:
      Eula Rutherford, CPS Specialist
      Will Onyebuchi, CPS Supervisor
      Foster Care Eligibility Specialist
      File



2700 BEN AVENUE
FT WORTH, TX 76103
817/255-8700
344

345

CAUSE NO. 56079-J

| | | |
|---|---|---|
| IN THE INTEREST OF | * | IN THE JUVENILE COURT |
| | * | |
| | * | |
| MARK SOLIZ AKA SAENZ | * | OF TARRANT COUNTY, TEXAS |
| | * | |
| | * | |
| A CHILD | * | 323RD JUDICIAL DISTRICT |

<u>ORDER OF DISMISSAL</u>

On this day came on to be heard the Motion of the Original Petitioner to dismiss the above numbered and styled cause, and it appears to the Court that motion should be granted.

IT IS THEREFORE ORDERED that this Cause as to the Child, MARK SOLIZ AKA SAENZ, be and is hereby dismissed.

All relief requested herein and not expressly granted is denied.

ORDERED on this _____23rd_____ day of _____February_____, 2000.

_____
Judge Presiding

_____
Associate Judge

APPROVED AS TO FORM:

_____
Clifford Bronson
Assistant Criminal District Attorney
2700 Ben Avenue, Fort Worth, Texas 76103
(817) 255-8733
State Bar No. 00790376

APPROVED AS TO FORM AND SUBSTANCE:

Hugh Savage
Attorney/Guardian ad litem for the Children
316 Bailey Street, Ste. 101
Fort Worth, Texas 76107
(817)335-7748
State Bar No. 17688400

ORDER TO DISMISS
In the Interest of MARK SOLIZ AKA SAENZ, A Child — Cause No. 58079-J
Page 2



**TEXAS DEPARTMENT OF PROTECTIVE AND REGULATORY SERVICES**
**2700 BEN AVENUE**
**FORT WORTH, TEXAS 76103**
**817/255-8700**

**EXECUTIVE DIRECTOR**
James R. Hine

**BOARD MEMBERS**
Jon M. Bradley
*Chairman, Dallas*
Naomi W. Lede
*Huntsville*
Maurine Dickey
*Dallas*
Richard S. Hoffman
*Brownsville*
Catherine Clark Mosbacher
*Houston*
Edward L. Wagner
*Harker Heights*

September 13, 1999

Hugh Savage
Attorney at law
316 Bailey St., Ste. 101
Fort Worth, Texas 76107

RE: PLACEMENT REVIEW ORDER
    IN THE INTEREST OF SOLIZ, MARK aka SAENZ
    CAUSE NO.56079-J

Dear Mr. Savage:

Enclosed is a copy of the Order Pursuant to Chapter 263, Texas Family Code on the above styled and numbered cause.

If I can be of further assistance, please contact me at 255-8728.

Sincerely,

Belinda Black
Legal

Enclosure

cc:   Laura Flores, CPS Specialist 012-2
      Will Onyebuchi, CPS Supervisor 012-2
      Foster Care Eligibility    128-6
      File

SEP 1999
RECEIVED

348

CAUSE NO.  56079-J

| IN THE INTEREST OF | * | IN THE JUVENILE COURT |
|---|---|---|
| | * | |
| MARK SOLIZ AKA SAENZ | * | OF TARRANT COUNTY, TEXAS |
| | * | |
| A CHILD | * | 323RD DISTRICT COURT |

PLACEMENT REVIEW  ORDER

On this 9th day of  September, 1999, a placement review hearing was held pursuant to Subchapter F, Chapter 263, Texas Family Code, for review of the placement of the child.

APPEARANCES:

The TEXAS DEPARTMENT OF PROTECTIVE AND REGULATORY SERVICES, appeared by its representative, LAURA FLORES, and by its attorney, NANCY R. DEWEES, and announced ready.

Respondent Mother, DONNA SOLIZ,

      ☐   appeared in person and announced ready.

      ☐   waived issuance and service of citation  by waiver duly filed.

      ☑   although duly and properly notified, did not appear and wholly made default.

Respondent Father, EDDIE SAENZ,

      ☐   appeared in person and announced ready.

      ☐   waived issuance and service of citation  by waiver duly filed.

      ☑   although duly and properly notified, did not appear and wholly made default.

HUGH SAVAGE, appointed by the Court as Attorney/Guardian ad litem,

      ☑   appeared and announced ready.

      ☐   although duly and properly notified, did not appear.

The Court excused the appearance of the Child the subject of this suit pursuant to Section 263.302, Texas Family Code.

FINDINGS:

The Court finds that the child's current placement is appropriate for meeting the child's needs.

The Court finds that efforts have been made to ensure placement of the child in the least restrictive environment consistent with the best interest and special needs of the child.

The Court finds that, the services that are needed to assist the child in making the transition from substitute care to independent living are available in the community.

The Court finds that no other plans or services are needed to meet the child's special needs or circumstances.

The Court finds that, the services that are needed to assist the Child in making the transition from substitute care to independent living are available in the community.

The Court finds that no other plans or services are needed to meet the child's special needs or circumstances.

ORDERS:

IT IS ORDERED that  all previous orders issued by this Court shall continue without modification.

IT IS ORDERED that the Texas Department of Protective and Regulatory Services is continued as Permanent Managing Conservator until further order of the Court.

350

<u>DISMISSAL DATE AND HEARING DATES:</u>

Pursuant to Section 263.306(11), Texas Family Code, the Court determines that the next placement review hearing shall be held during the month of March, 2000.

SIGNED this ____9th____ day of ____September____, 1999.

_____
Judge

_____
Associate Judge

**Placement Review Order**
In the Interest of  MARK SOLIZ AKA SAENZ, A Child - Cause No.   56079-J
Page 2



**TEXAS DEPARTMENT OF PROTECTIVE AND REGULATORY SERVICES**

**BOARD MEMBERS**

Dickey, LMSW-AP
*Chairman, Dallas*

Penny Beaumont
*Bryan*

Jon M. Bradley
*Dallas*

Catherine Clark
Mosbacher
*Houston*

Bill Sheehan
*Dumas*

Susan Stahl
*Dallas*

**INTERIM EXECUTIVE DIRECTOR**
James R. Hine

June 18, 1998

Hugh Savage
Attorney at Law
316 Bailey St., Ste. 101
Fort Worth, Texas 76107

RE:   CAUSE NO. 56079-J
In the Interest of MARK SOLIZ aka SAENZ

Dear Mr. Savage:

Enclosed please find a copy of the ORDER TO CHANGE PAYEE FOR CHILD SUPPORT in the above styled and numbered cause.

If I can be of further assistance, please contact me at (817) 255-8700, extension 8725.

Sincerely,

Karen Gordon
CPS Legal Assistant

Enclosure

cc:   Eddie Saenz, Respondent Father, 3436 Lulu, Fort Worth, Texas  76105
Laura Flores, CPS Specialist MC 012-2
Will Oyebuchi, CPS Supervisor MC 012-2
Foster Care Eligibility Specialist
File

CAUSE NO. 56079-J

| IN THE INTEREST OF | * | IN THE JUVENILE COURT |
| | * | |
| MARK SOLIZ AKA SAENZ, | * | OF TARRANT COUNTY, TEXAS |
| | * | |
| A CHILD | * | 323RD JUDICIAL DISTRICT |

## ORDERS TO CHANGE PAYEE FOR CHILD SUPPORT

On this day came on to be heard the application of the TEXAS DEPARTMENT OF PROTECTIVE AND REGULATORY SERVICES, the Petitioner herein, for Temporary Orders concerning the Child who is the subject of this suit.

### APPEARANCES

The Texas Department of Protective and Regulatory Services appeared by its representative,        , and by its attorney of record, MELISSA R. PASCHALL.

Respondent Mother, DONA SUE SOLIZ, did/did not appear.

Respondent Father, RAUL EDWARDO SAENZ, appeared and agreed to the provisions in this Order as evidence by his signature.

HUGH SAVAGE, appointed by the Court as Attorney ad litem, appeared on behalf of the Child the subject of this suit and indicated his agreement with the provisions of this Order as evidenced by his signature.

### PARTIES IN AGREEMENT

The Court finds that the parties and attorneys who appear herein agree to the provisions and terms of this Order as evidenced by their signatures.

The Court finds that the parties and attorneys agree that the following Orders are necessary for the safety and welfare of the children and that such Orders are in the best interest of the children.

### CHILD

The Court finds that the Child the subject of this action is:

NAME:                         MARK SOLIZ AKA SAENZ
SEX:                          Male
DATE OF BIRTH:                January 27, 1982
PLACE OF BIRTH:               Fort Worth, Texas
RESIDENCE:                    Tarrant County, Texas
SOCIAL SECURITY NUMBER:       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

353

CHILD SUPPORT

IT IS ORDERED that the Texas Department of Protective and Regulatory Services be named as payee.

IT IS ORDERED that all payments of child support shall be made payable to the Texas Department of Protective and Regulatory Services and shall be paid through the Tarrant County Child Support Office, Third Floor, Tarrant County Civil Courts Building, Fort Worth, Texas 76196-0290.

Signed this _____ /6 _____ day of _____ Qun _____, 1998.

_____
Judge Presiding

APPROVED AS TO FORM:

_Melissa R. Paschall_____
Melissa R. Paschall
Assistant Criminal District Attorney
2700 Ben Avenue, Fort Worth, Texas 76103
(817) 255-8700 ext. 8733
State Bar No. 0784725

APPROVED AND AGREED TO:

_____
Raul Edwardo Saenz, Respondent Father

APPROVED AS TO FORM AND SUBSTANCE:

_____
Hugh Savage
Attorney ad litem for the Child
316 Bailey Street, Suite 101
Fort Worth, Texas 76107
(817) 255-8700, ext. 8733
State Bar No. 17688499

ORDERS FOR CHILD SUPPORT
In the Interest of Mark Soliz aka Saenz, A Child - Cause No. 56079-J
Page 2

CAUSE NO. 56079-J

| IN THE INTEREST OF | • | IN THE JUVENILE COURT |
| | • | |
| MARK SOLIZ AKA SAENZ, | • | OF TARRANT COUNTY, TEXAS |
| | • | |
| A CHILD | • | 323RD JUDICIAL DISTRICT |

MOTION FOR CHILD SUPPORT

TO THE HONORABLE COURT:

COMES NOW Petitioner, TEXAS DEPARTMENT OF PROTECTIVE AND REGULATORY SERVICES, and moves this Court for an Order requiring Child Support payments, and in support thereof would show:

I.

MARK SOLIZ AKA SAENZ, Child, subject of this suit, is under the age of eighteen years and subject to the Temporary Managing Conservatorship of Petitioner.

II.

Respondents herein, are obligated to support the Child under Section 151.003, Texas Family Code. The Child does not reside with the Respondents. Respondents are able to pay child support.

WHEREFORE, PREMISES CONSIDERED, Petitioner prays that this Court set a hearing on this Motion and order the Respondent Father, RAUL EDWARD SAENZ, to appear at the hearing to show cause why they should not be ordered to pay child support pending a final hearing in this cause. Petitioner further prays that upon hearing on this motion the Court order Respondents to pay a reasonable sum of the support for the Child, said to be withheld from the disposable earnings of the Respondents, and grant all other relief to which Petitioner may be entitled.

Respectfully submitted,

Kellye R. Swanda
Assistant Criminal District Attorney
2700 Ben Avenue, Fort Worth, Texas 76103
(817) 534-1002 Ext. 361 or 420
State Bar No. 00792864

355

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Motion for Child Support was sent by certified mail to all parties on _____, 1996.

_____
Attorney for Movant

## NOTICE OF HEARING

A hearing on the Petitioner's Motion for Child Support has been set for the _____ day of _____,

1995, at _____ o'clock ____.m. on the non-jury docket at the Juvenile County Court, Fort Worth, Texas.

_____
Judge Presiding

**MOTION FOR CHILD SUPPORT**
In the Interest of Mark Soliz aka Saenz, A Child - Cause No. 56079-J
Page 2

CAUSE NO.  56079-J

| IN THE INTEREST OF | * | IN THE JUVENILE COURT |
| | * | |
| | * | |
| MARK SOLIZ AKA SAENZ, | * | OF TARRANT COUNTY, TEXAS |
| | * | |
| | * | |
| A CHILD | * | 323RD JUDICIAL DISTRICT |

## ORDERS FOR CHILD SUPPORT

On this day came on to be heard the application of the TEXAS DEPARTMENT OF PROTECTIVE AND

REGULATORY SERVICES, the Petitioner herein, for Temporary Orders concerning the Child who is the subject of this suit.

### APPEARANCES

The Texas Department of Protective and Regulatory Services appeared by its representative, SANDRA MCGUIRE,

and by its attorney of record, KELLYE R. SWANDA.

Respondent Mother, DONNA SUE SOLIZ, did/did not appear.

Respondent Father, RAUL EDWARD SAENZ, did/did not appear.

HUGH SAVAGE, appointed by the Court as Attorney ad litem, appeared on behalf of the Child the subject of

this suit and indicated his agreement with the provisions of this Order as evidenced by his signature.

### PARTIES IN AGREEMENT

The Court finds that the parties and attorneys who appear herein agree to the provisions and terms of this Order as

evidenced by their signatures.

The Court finds that the parties and attorneys agree that the following Orders are necessary for the safety and

welfare of the children and that such Orders are in the best interest of the children.

### CHILD

The Court finds that the Child the subject of this action is:

| NAME: | MARK SOLIZ AKA SAENZ |
| SEX: | Male |
| DATE OF BIRTH: | January 27, 1982 |
| PLACE OF BIRTH: | Fort Worth, Texas |
| RESIDENCE: | Tarrant County, Texas |
| SOCIAL SECURITY NUMBER: | 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 |

357

CHILD SUPPORT

Respondent Father, RAUL EDWARD SAENZ, is ordered to pay child support in the amount of $60.00 bi-monthly with the first payment being due on the 1st day of January, 1996, and a like payment of $60.00 being due bi-monthly thereafter until further order of the court.

All payments of child support shall be made payable to the Texas Department of Protective and Regulatory Services and shall be paid through the Tarrant County Child Support Office, Third Floor, Tarrant County Civil Courts Building, Fort Worth, Texas 76196-0290.

Respondent Father, RAUL EDWARD SAENZ, is further ordered to pay to the Domestic Relations Office of Tarrant County, Texas, twenty four ($24.00) Dollars annually. The first payment shall be in the amount of $24.00 and hall be due and payable on the 1st day of July, 1996, and a payment of twenty four ($24.00) Dollars due on October 1, annually thereafter.

FAILURE TO OBEY A COURT ORDER FOR CHILD SUPPORT OR FOR POSSESSION OF OR ACCESS TO A CHILD MAY RESULT IN FURTHER LITIGATION TO ENFORCE THE ORDER, INCLUDING CONTEMPT OF COURT. A FINDING OF CONTEMPT MAY BE PUNISHED BY CONFINEMENT IN JAIL FOR UP TO SIX MONTHS, A FINE OF UP TO $500 FOR EACH VIOLATION, AND A MONEY JUDGMENT FOR PAYMENT OF ATTORNEY'S FEES AND COURT COSTS.

FAILURE OF A PARTY TO MAKE A CHILD SUPPORT PAYMENT TO THE PLACE AND IN THE MANNER REQUIRED BY A COURT ORDER MAY RESULT IN THE PARTY NOT RECEIVING CREDIT FOR MAKING THE PAYMENT.

FAILURE OF A PARTY TO PAY CHILD SUPPORT DOES NOT JUSTIFY DENYING THAT PARTY COURT-ORDERED POSSESSION OF OR ACCESS TO A CHILD. REFUSAL BY A PARTY TO ALLOW POSSESSION OF OR ACCESS TO A CHILD DOES NOT JUSTIFY FAILURE TO PAY COURT-ORDERED CHILD SUPPORT TO THAT PARTY.

EACH PERSON WHO IS A PARTY TO THIS ORDER OR DECREE IS ORDERED TO NOTIFY EACH OTHER PARTY WITHIN 10 DAYS AFTER THE DATE OF ANY CHANGE IN THE PARTY'S CURRENT RESIDENCE ADDRESS, MAILING ADDRESS, HOME TELEPHONE NUMBER, NAME OF EMPLOYER, ADDRESS OF EMPLOYMENT, AND WORK TELEPHONE NUMBER. THE PARTY IS ORDERED TO GIVE NOTICE OF AN INTENDED CHANGE IN ANY OF THE REQUIRED INFORMATION TO EACH OTHER PARTY ON OR BEFORE

ORDERS FOR CHILD SUPPORT
In the Interest of Mark Soliz aka Saenz, A Child - Cause No. 56079-J
Page 2

THE 60TH DAY BEFORE THE INTENDED CHANGE. IF THE PARTY DOES NOT KNOW OR COULD NOT HAVE KNOWN OF THE CHANGE IN SUFFICIENT TIME TO PROVIDE 60-DAY NOTICE, THE PARTY IS ORDERED TO GIVE NOTICE OF THE CHANGE ON OR BEFORE THE FIFTH DAY AFTER THE DATE THAT PARTY KNOWS OF THE CHANGE.

THE DUTY TO FURNISH THIS INFORMATION TO EACH OTHER PARTY CONTINUES AS LONG AS ANY PERSON, BY VIRTUE OF THIS ORDER OR DECREE, IS UNDER AN OBLIGATION TO PAY CHILD SUPPORT OR IS ENTITLED TO POSSESSION OF OR ACCESS TO A CHILD. FAILURE BY A PARTY TO OBEY THE ORDER OF THIS COURT TO PROVIDE EACH OTHER PARTY WITH THE CHANGE IN THE REQUIRED INFORMATION MAY RESULT IN FURTHER LITIGATION TO ENFORCE THE ORDER, INCLUDING CONTEMPT OR COURT. A FINDING OF CONTEMPT MAY BE PUNISHED BY CONFINEMENT IN JAIL FOR UP TO SIX MONTHS, A FINE OF UP TO $500.00 FOR EACH VIOLATION, AND A MONEY JUDGMENT FOR PAYMENT OF ATTORNEY'S FEES AND COURT COSTS.

Signed this _____ day of _____, 1996.

_____
Judge Presiding

APPROVED AS TO FORM:

Kellye R. Swanda
Assistant Criminal District Attorney
2700 Ben Avenue, Fort Worth, Texas 76103
(817) 534-1002 (ext. 361 or 420)
State Bar No. 00792864

**ORDERS FOR CHILD SUPPORT**
In the Interest of Mark Soliz aka Saenz, A Child - Cause No. 56079-J
Page 3

APPROVED AS TO FORM AND SUBSTANCE:

_____

Hugh Savage
Attorney ad litem for the Child
316 Bailey Avenue
Fort Worth, Texas 76107
(817) 335-7748
State Bar No. 17688400

SEP 2 9 REC'D.

 **TEXAS DEPARTMENT OF PROTECTIVE AND REGULATORY SERVICES**

**INTERIM EXECUTIVE DIRECTOR**
James R. Hine

**BOARD MEMBERS**

Maurine Dickey, LMSW-AP
*Chairman, Dallas*

Penny Beaumont
*Bryan*

Jon M. Bradley
*Dallas*

Catherine Clark
Mosbacher
*Houston*

Bill Sheehan
*Dumas*

Susan Stahl
*Dallas*

September 25, 1997

Hugh Savage
Attorney at Law
316 Bailey Ave., Ste. 100
Fort Worth,  Texas 76107

RE:    CAUSE NO. 56079-J
In the Interest of the MARK SOLIZ aka SAENZ

Dear Mr. Savage:

Enclosed please find a copy of the ORDER MODIFYING MANAGING CONSERVATORSHIP in the above styled and numbered cause.

If I can be of further assistance, please contact me at (817) 534-1002, extension 251.

Sincerely,

Katrina L. Griggs
Legal Assistant

Enclosure

cc:    Laura Flores, CPS Specialist, 012-2
       Dick Nabors, CPS Supervisor, 012-2
       Foster Care Eligibility Specialist
       File

CAUSE NO. 56079-J

| | | |
|---|---|---|
| IN THE INTEREST OF | * | IN THE JUVENILE COURT |
| | * | |
| | * | |
| MARK SOLIZ AKA SAENZ, | * | OF TARRANT COUNTY, TEXAS |
| | * | |
| | * | |
| A CHILD | * | 323RD JUDICIAL DISTRICT |

## ORDER MODIFYING MANAGING CONSERVATORSHIP

On this ___23rd___ day of _____September_____, 1997, came to be heard the Original Petition in A Suit Affecting the Parent-Child Relationship brought by the TEXAS DEPARTMENT OF PROTECTIVE AND REGULATORY SERVICES seeking Managing Conservatorship of the child subject of this suit.

### Appearances

Movant, the TEXAS DEPARTMENT OF PROTECTIVE AND REGULATORY SERVICES, appeared by representative, LAURA FLORES , and by attorney,  NANCY DEWEES.

Respondent Mother,  DONNA SUE SOLIZ, did/did not appear.

Respondent Father, RAUL EDWARDO SAENZ, did/did not appear.

by Earle-Banks

HUGH SAVAGE, appointed by the Court Attorney ad litem for the Child, appeared in person and did agree to the provisions of this Order as evidenced by his signature.

### Jurisdiction

The Court, having examined the pleadings and heard the evidence and arguments of counsel, finds that it has continuing jurisdiction of this cause and of all the parties. All persons entitled to citation were properly cited.

### Child

The Court finds that the Child who is  the subject of this action is:  MARK SOLIZ AKA SAENZ,  a male child born on January 27, 1982.

### Findings Pursuant to Chapter 263 of the Texas Family Code

The Court, after considering the relevant factors for determining the best interest of the Child pursuant to Section 263.307 of the Texas Family Code finds that:

362

the service plan filed by the Texas Department of Protective and Regulatory Services is reasonable, accurate, and in compliance with previous orders of this Court.

The Court Finds that the following orders for the safety and welfare of the Child are in the best interest of the Child.

## Orders Pursuant to Chapter 263 of the Texas Family Code

IT IS ORDERED that the requirement that a Status Report be filed as required under Section 263.303 is hereby waived.

IT IS ORDERED that this hearing shall constitute a review of the placement of the Child pursuant to Chapter 263 of the Texas Family Code.

## Findings

The Court finds that the appointment of the parents would not be in the best interest of the Child because the appointment would significantly impair the Child's physical health or emotional development.

## Permanent Managing Conservatorship

IT IS ORDERED that the TEXAS DEPARTMENT OF PROTECTIVE AND REGULATORY SERVICES , be and is hereby appointed Permanent Managing Conservator of the Child with, care, custody, and control of the Child, until further Order of the Court.

IT IS ORDERED that the Managing Conservator shall have the following rights, privileges, duties, and powers:

the rights to have physical possession of the Child and to establish the Child's legal domicile;

the duty of care, control, protection, moral and religious training, and reasonable discipline of the Child;

the duty to support the Child, including providing the Child with clothing, food, shelter, medical care, and education;

the duty to manage the estate of the Child, except when a guardian of the estate has been appointed;

the right to the services and earnings of the Child;

the power to consent to marriage, to enlistment in the armed forces of the United States, and to medical, psychiatric, and surgical treatment;

the power to represent the Child in legal action and to make other decisions of substantial legal significance concerning the Child;

the power to receive and give receipt for payments for the support of the Child and to hold or disburse any funds for the benefit of the Child; and

any other rights, privileges, duties and powers existing between a managing conservator and Child by virtue of law.

## Visitation and Access

IT IS ORDERED that Respondent Mother,  DONNA SUE SOLIZ, shall have reasonable visitation and access to the Child, as agreed upon and arranged by the Managing Conservator.

IT IS ORDERED that Respondent Father,  RAUL EDWARDO SAENZ, shall have reasonable visitation and access to the Child, as agreed upon and arranged by the Managing Conservator.

## Additional Orders

IT IS ORDERED  that all relief requested and not expressly granted herein is hereby denied.

SIGNED this ____ *23rd* ____ day of ____ *September* ____, 1997.

_____
Judge Presiding

**ORDER MODIFYING MANAGING CONSERVATOR**
In the Interest of  Mark Soliz AKA Saenz, Child – Cause No.  56079-J
Page 3

364

APPROVED:

_Ullen Ol Mith 9/23/97_
Referee

APPROVED AS TO FORM:

_Nancy DeWees_
Nancy DeWees, Assistant Criminal District Attorney
2700 Ben Avenue, Fort Worth, Texas 76103
(817) 534-1003 Ext. 361 or 420
State Bar No. 00790589

APPROVED AS TO FORM AND SUBSTANCE:

_Hugh Savage by Earl Baker_
Hugh Savage
Attorney ad litem for the Child
316 Bailey Ave., Suite 100
Fort Worth, Texas 76107
(817) 335-7748
State Bar No. 17688400

**ORDER MODIFYING MANAGING CONSERVATOR**
In the Interest of Mark Soliz AKA Saenz, Child -- Cause No. 56079-J
Page 4



# TEXAS DEPARTMENT OF PROTECTIVE
## AND REGULATORY SERVICES

INTERIM EXECUTIVE DIRECTOR
**Mart Hoffman**

BOARD MEMBERS
**Susan Stahl**
Chairperson, Dallas
**Jean P. Beaumont**
Bryan
**Jon Martin Bradley**
Dallas
**Maurine Dickey**
Dallas
**Catherine Clark Mosbacher**
Houston
**Bill Sheehan**
Dumas

December 11, 1995

HUGH SAVAGE
ATTORNEY AT LAW
316 BAILEY AVENUE
SUITE 100
FORT WORTH, TEXAS  76107

RE:   CAUSE NO.  56079-J
      IN THE INTEREST OF MARK SOLIZ, AKA SAENZ

Dear Mr. Savage,

Enclosed please find a copy of the signed Agreed Temporary Orders in regards to the above styled cause.

If I can be of further assistance, please contact me at (817) 534-1002, extension 251.

Sincerely,

Rebecca Vondra
Legal Assistant

Enclosure

cc:   Sandra McGuire, CPS Specialist,  819-1
      Gloria Corder, CPS Supervisor,  819-1
      Financial Services Specialist
      File

CAUSE NO. 56079-J

| | | |
|---|---|---|
| IN THE INTEREST OF | * | IN THE JUVENILE COURT |
| | * | |
| MARK SOLIZ, | * | |
| AKA | * | OF TARRANT COUNTY, TEXAS |
| SAENZ, | * | |
| | * | |
| A CHILD | * | 323RD DISTRICT COURT |

## AGREED TEMPORARY ORDERS

On this __7th__ day, of __December__, 1995, came on to be heard the application of the TEXAS DEPARTMENT OF PROTECTIVE AND REGULATORY SERVICES, the Petitioner herein, for Temporary Orders concerning the Child who is the subject of this suit.

## APPEARANCES

The TEXAS DEPARTMENT OF PROTECTIVE AND REGULATORY SERVICES appeared by its representative, HEIDI SCHMIDT, and by its attorney of record, KELLYE R. SWANDA.

Respondent Mother, DONNA SUE SOLIZ, did/did-not appear.

Respondent Father, RAUL EDWARD SAENZ, did/did-not appear.

HUGH SAVAGE, appointed by the Court as Attorney ad litem, appeared on behalf of the Child the subject of this suit and indicated his/her agreement with the provisions of this Order as evidenced by his signature.

## JURISDICTION

The Court, after considering the pleadings and arguments of the parties, finds that all necessary prerequisites of law have been satisfied and that this Court has jurisdiction of the parties and subject matter of this Cause under the provisions of Section 105.001 and 262.001 Texas Family Code.

The Court finds that all reasonable efforts have been made to prevent or eliminate the need for removal of the Child from the home. The Court finds that continuation of the Child in the home would be contrary to the welfare of the Child. The Court finds that the TEXAS DEPARTMENT OF PROTECTIVE AND REGULATORY SERVICES agrees to make reasonable efforts to reunite the family.

The Court finds that the following Orders are necessary for the safety and welfare of the Child and that such Orders are in the best interest of the Child.

367

CONSERVATORSHIP

IT IS ORDERED that Petitioner be and Petitioner is hereby appointed Temporary Managing Conservator of the Child the subject of this suit:

NAME:        MARK SOLIZ
SEX:         Male
DATE OF BIRTH:     January 27, 1982
PLACE OF BIRTH:    Fort Worth, Texas
RESIDENCE:      Tarrant County, Texas
SOCIAL SECURITY NUMBER:

IT IS ORDERED that the Temporary Managing Conservator shall have all the rights, privileges, duties, and powers of a non-parent Temporary Managing Conservator as provided in Section 153.371, Texas Family Code.

VISITATION AND ACCESS

IT IS ORDERED that Respondent Mother, DONNA SUE SOLIZ, shall have reasonable visitation as arranged and supervised by the TEXAS DEPARTMENT OF PROTECTIVE AND REGULATORY SERVICES.

IT IS ORDERED that Respondent Father, RAUL ~~EDWARD SOLIZ~~ SAENZ, shall have reasonable visitation as arranged and supervised by the TEXAS DEPARTMENT OF PROTECTIVE AND REGULATORY SERVICES.

ADDITIONAL ORDERS

IT IS ORDERED that, Respondent Mother, DONNA SUE SOLIZ, submit to a psychological evaluation to be arranged by the Texas Department of Protective and Regulatory Services.

IT IS ORDERED that Respondent Mother, DONNA SUE SOLIZ, make the results of the psychological evaluation available to the Texas Department of Protective and Regulatory Services, the attorney ad litem for the children, and the Court.

IT IS ORDERED that Respondent Mother, DONNA SUE SOLIZ, participate in random urinalysis' as recommended by the Texas Department of Protective and Regulatory Services.

IT IS ORDERED that Respondent Mother, DONNA SUE SOLIZ, attend parenting classes at the Parenting Guidance Center as arranged by the Texas Department of Protective and Regulatory Services.

Signed this _____7th_____ day of _____December_____, 1995.

_____
Judge Presiding

AGREED TEMPORARY ORDER
In the Interest of Mark Soliz aka Saenz, A Child – Cause No. 56079-J
Page 2

APPROVED AND AGREED TO:

Heidi Schmidt
Authorized Representative
Texas Department of Protective
and Regulatory Services

Donna Sue Soliz
Respondent Mother

Raul Edward Saenz
Respondent Father

APPROVED AS TO FORM:

Kellye R. Swanda
Assistant Criminal District Attorney
2700 Ben Avenue, Fort Worth, Texas 76103
(817) 534-1002 (ext. 361 or 420)
State Bar No. 00792864

APPROVED AS TO FORM AND SUBSTANCE:

Hugh Savage
Attorney ad litem for the Child
316 W. Bailey, Suite 100
Fort Worth, Texas 76107
(817) 335-7748
State Bar No. 17688400

AGREED TEMPORARY ORDER
In the Interest of Mark Soliz aka Saenz, A Child – Cause No. 56079-J
Page 3

 **TEXAS DEPARTMENT OF PROTECTIVE AND REGULATORY SERVICES**

**EXECUTIVE DIRECTOR**
Janice M. Caldwell, Dr. P.H.

**BOARD MEMBERS**

Susan Stahl
*Chair, Dallas*

Penny Beaumont
*Bryan*

Frank Davila II
*San Antonio*

Maconda Brown O'Connor
*Houston*

Bill Sheehan
*Dumas*

NOVEMBER 29, 1995

HUGH SAVAGE
ATTORNEY AT LAW
316 BAILEY AVENUE
SUITE 100
FORT WORTH, TEXAS 76107

**NOV 2 9 REC'D**

RE:    ATTORNEY AD LITEM APPOINTMENT
       IN THE INTEREST OF MARK SOLIZ , AKA SAENZ
       CAUSE NO. 56079-J

Dear Mr. Savage,

The above styled cause has been set for a **SHOW CAUSE HEARING on DECEMBER 7,1995, at 2:00 p.m.,** in Judge Boyd's Court.

You have been appointed by the Court as Attorney ad Litem to represent the Child in this cause.

Enclosed please find a copy of the ORIGINAL PETITION and the EMERGENCY PROTECTION ORDER on the above cause.

Also, please note there is a **STATUS REVIEW HEARING scheduled for FEBRUARY 1, 1995, at 2:00 p.m.,** in Judge Boyd's Court.

If I can be of any assistance, please feel free to contact me at (817) 534-1002, extension 251.

Sincerely,

Rebecca Vondra

Rebecca Vondra
Legal Assistant

Enclosures

cc:    Heidi Schmidt, CPS Specialist,   819-1
       Gloria Corder, CPS Supervisor,   819-1
       Financial Services Specialist
       File

CAUSE NO. _56079 J_

| | |
|---|---|
| IN THE INTEREST OF | IN THE JUVENILE COURT |
| MARK SOLIZ, | OF TARRANT COUNTY, TEXAS |
| A CHILD | 323RD JUDICIAL DISTRICT |

## ORDER FOR PROTECTION OF A CHILD IN AN EMERGENCY
## AND NOTICE OF HEARING

On this day, the Original Petition and Request for Emergency Protection Orders, filed in this cause, was presented to the Court. Petitioner, the TEXAS DEPARTMENT OF PROTECTIVE AND REGULATORY SERVICES, has established its interest in the Child, MARK SOLIZ, by the filing of an Original Petition in a Suit Affecting the Parent-Child Relationship.

The Court finds that it has jurisdiction of this cause under Section 262.001 of the Texas Family Code.

The Court further finds that Petitioner, the TEXAS DEPARTMENT OF PROTECTIVE AND REGULATORY SERVICES, has taken possession of the Child, MARK SOLIZ.

The Court finds that the parents or legal guardian of the Child were provided a written notice of removal as required under Section 262.109 of the Texas Family Code.

The Court finds that there is a continuing danger to the physical health or safety of the Child and there is not time consistent with the physical health and safety of the Child for a full adversary hearing prior to the granting of this order.

The Court finds that all reasonable efforts consistent with the time and circumstances, and in accordance with 42 USC Section 671(a)(15) and 672(a)(1), have been made to prevent or eliminate the need for the removal of the Child and to make it possible to return the Child to the parents or other person entitled to custody of the Child, but that it is not in the Child's best interest to be in the possession of the parents or other persons entitled to custody.

Therefore, the Court finds that the following orders are in the best interest of the Child.

IT IS ORDERED that MARK SOLIZ, the Child the subject of this lawsuit be placed under the care, control and protection of the Petitioner and that the Petitioner, the TEXAS DEPARTMENT OF PROTECTIVE AND REGULATORY SERVICES, is appointed Temporary Managing Conservator of the Child.

IT IS ORDERED that the Petitioner, the TEXAS DEPARTMENT OF PROTECTIVE AND REGULATORY SERVICES, is authorized to consent to any medical or surgical care that may be required for the Child pending the hearing in this Cause under Section 262.201 of the Texas Family Code.

371

IT IS ORDERED that a full adversary hearing be held to provide for the temporary care and protection of the Child at _2:00_ . m. on the ___7___ day of _December_, 1995, in the Juvenile Court, 2701 Kimbo Road, Fort Worth, Texas and that the Clerk of this Court issue notice of the same to all parties entitled by virtue of Sections 102.009 of the Texas Family Code.

IT IS FURTHER ORDERED that ___Hugh Savage___, a licensed attorney, is appointed as Attorney ad litem of the Child.

ORDERED this ___28___ day of _November_, 1995.

_____
Judge Presiding

**EMERGENCY PROTECTION ORDER**
**In the Interest of Mark Soliz, A Child**
Page 2

A CERTIFIED COPY
ATTEST: _____ 11-28-95
DISTRICT COURT
BY: _____ DEPUTY

372



CAUSE NO. 560795

IN THE INTEREST OF        *      '95  NOV 22 IN THE JUVENILE COURT

           *

MARK SOLIZ,           *      THO... OF TARRANT COUNTY, TEXAS

    aka SAENZ       *      D...

A CHILD             *           323RD JUDICIAL DISTRICT

## ORIGINAL PETITION IN A SUIT AFFECTING
## THE PARENT-CHILD RELATIONSHIP

This Suit Affecting the Parent-Child Relationship is brought by the TEXAS DEPARTMENT OF PROTECTIVE

AND REGULATORY SERVICES, an authorized agency, located at 2700 Ben Avenue, Fort Worth, Texas 76103,

represented by TIM CURRY, Criminal District Attorney of Tarrant County, Texas, through, KELLYE R. SWANDA,

Assistant Criminal District Attorney.

I.

This Court has exclusive jurisdiction of this suit under the provisions of Title V of the Texas Family Code.

II.

The following child is the subject of this suit:

NAME:                        MARK SOLIZ
SEX:                            Male
DATE OF BIRTH:           January 27, 1982
PLACE OF BIRTH:          Fort Worth, Texas
RESIDENCE:               Tarrant County, Texas
SOCIAL SECURITY NUMBER:    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

III.

The mother of the child is DONNA SUE SOLIZ, who date of birth is October 1, 1959, whose social security

number is 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, whose driver's license number is unknown, and whose address is 3116 Bright Street, Fort

Worth, Texas 76105.

Process should be served at that address.

The alleged biological father of the child is RAUL EDWARDO SAENZ, whose whereabouts are unknown.

Efforts are being made to locate him.

No service is necessary at this time.

IV.

There are no court-ordered conservatorships, guardianships, or other court-ordered relationships affecting the child

in this suit.

373

V.

No property is owned or possessed by the child subject of this suit.

VI.

Pursuant to Chapter 262 of the Texas Family Code, Petitioner alleges that there is an immediate danger to the physical health or safety of the child and there is no time consistent with the physical health or safety of the child for an adversary hearing. Petitioner alleges the facts as set forth in the attached affidavit, incorporated herein by reference, requires that the child be afforded protection under the provisions of Chapter 262 of the Texas Family Code.

Petitioner further alleges that reasonable efforts have been made to prevent the removal of, or eliminate the need to remove, the child from the possession of the parent or person entitled to custody of the child.

VII.

Petitioner alleges that termination of the parent-child relationship between DONNA SUE SOLIZ, and the child would be in the best interest of the child as provided by Section 161.001 of the Texas Family code. As ground for termination, Petitioner alleges that DONNA SUE SOLIZ, has:

> Knowingly placed or knowingly allowed the child to remain in conditions or surroundings which endanger the emotional or physical well-being of the child; or

> Engaged in conduct or knowingly placed the child with persons who engaged in conduct which endangers the physical or emotional well-being of the child; or

> Executed, before or after the filing of this lawsuit, an unrevoked or irrevocable affidavit of relinquishment of parental rights.

VIII.

No man may be presumed to be the biological father of the child, MARK SOLIZ, in accordance with Section 151.002 of the Texas Family Code.

RAUL EDWARD SAENZ, has been alleged to be the biological father of MARK SOLIZ.

A parent-child relationship as defined in Sections 101.003, 101.024, and 101.025 of the Texas Family Code does not exist between, RAUL EDWARDO SAENZ, the alleged biological father and MARK SOLIZ. Petitioner alleges that the establishment of the parent-child relationship is not in the best interest of the child and requests the court to find that no parent-child relationship exists and to so decree.

If the parent-child relationship between the alleged biological father and the child has been, is, or will be established, Petitioner alleges that termination of the parent-child relationship between RAUL EDWARDO SAENZ, and the child is in the best interest of the child, as provided by Section 161.001 of the Texas Family Code. As grounds for termination, Petitioner alleges that RAUL EDWARDO SAENZ has:

Knowingly placed or knowingly allowed the child to remain in conditions or surroundings which endanger the emotion or physical well-being of the child; or

Engaged in conduct or knowingly placed the child with persons who engaged in conduct which endangers the physical or emotional well-being of the child; or

Voluntarily, and with knowledge of the pregnancy, abandoned the mother of the child beginning at a time during her pregnancy with the child and continuing through the birth, failed to provide adequate support or medical care for the mother during the period of abandonment before the birth of the child, and remained apart from the child or failed to support the child since the birth.

## IX.

Petitioner alleges that appointment of the TEXAS DEPARTMENT OF PROTECTIVE AND REGULATORY SERVICES as Managing Conservator would be in the best interest of the child named above and requests that Court to make this appointment as provided by 161.207 (b) of the Texas Family Code.

In the alternative, should the parent-child relationship not be terminated as requested above, petitioner asks to be appointed Managing Conservator of the Child as provided in 153.371 of the Texas Family Code. Petitioner alleges that the appointment of the TEXAS DEPARTMENT OF PROTECTIVE AND REGULATORY SERVICES would be in the best interest of the child and requests the court to make this appointment as provided by Section 161.207 of the Texas Family Code.

## X.

Petitioner alleges that the forgoing facts support the appointment of the TEXAS DEPARTMENT OF PROTECTIVE AND REGULATORY SERVICES as Temporary Managing Conservator of the child, pending the final disposition of this suit. Petitioner requests this appointment as provided by Section 105.001 of the Texas Family Code.

## XI.

Petitioner represents to the court that DONNA SUE SOLIZ, should be ordered to make payments for the support of the child pursuant to Sections 105.001 and 154.001 of the Texas Family Code.

Petitioner represents to the court that RAUL EDWARDO SAENZ, should be ordered to make payments for the support of the child pursuant to Sections 105.001 and 154.001 of the Texas Family Code.

## XII.

Petitioner requests the court to appoint an attorney ad litem to represent the interests of the child the subject of this suit.

## XIII.

PETITIONER IS AWARE THAT IT IS THE POLICY OF THE STATE OF TEXAS TO PROMOTE THE AMICABLE AND NONJUDICIAL SETTLEMENT OF DISPUTES INVOLVING CHILDREN AND FAMILIES.

PETITIONER IS AWARE OF ALTERNATIVE DISPUTE RESOLUTION METHODS INCLUDING MEDIATION. WHILE PETITIONER RECOGNIZES THAT ALTERNATIVE DISPUTE RESOLUTION IS AN ALTERNATIVE TO AND NOT A SUBSTITUTE FOR A TRIAL AND THAT THIS CASE MAY BE TRIED IF IT IS NOT SETTLED, PETITIONER REPRESENTS TO THE COURT THAT PETITIONER WILL ATTEMPT IN GOOD FAITH TO RESOLVE CONTESTED ISSUES IN THIS CASE BY ALTERNATIVE DISPUTE RESOLUTION WITHOUT THE NECESSITY OF COURT INTERVENTION.

PRAYER

Petitioner prays that citation and notice be issued to all persons entitled to citation and notice under the law.

Petitioner prays that the court enter its orders in accordance with the forgoing allegations.

Petitioner prays for general relief.

Respectfully submitted,

TIM CURRY, Criminal District Attorney
Tarrant County, Texas


Kellye R. Swanda
Assistant Criminal District Attorney
2700 Ben Avenue, Fort Worth, Texas 76103
(817) 534-1002 Ext. 420 or 361
State Bar No. 00792864

TARR

**AFFIDAVIT**

STATE OF TEXAS
COUNTY OF TARRANT

'95   NOV 29

THOMAS

BEFORE ME, the undersigned authority, a Notary Public in and for said County, State of Texas, on this day personally appeared, Heidi M. Schmidt, who, having been by me first duly sworn, upon oath deposes and says:

My name is Heidi Schmidt. I am a Child Protective Services Specialist IV for the Texas Department of Protective and Regulatory Services. In that capacity I was assigned an investigation regarding Donna Soliz (DOB 10/1/59, SS#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) and her son, Mark Soliz, AKA Mark Saenz, (DOB 1/27/82, SS#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). Mark had been placed at Buckner's Children's Home by Juvenile Probation about 21 months ago. His probation officer is LeAnna Judd. He has an extensive juvenile history and was mostly unsupervised by his mother. Ms. Soliz is an admitted drug addict and has no permanent residence. During the time that Mark was in Buckner's Home, his mother called and visited about five times. Mark's probation officer could never reach Ms. Soliz as she had no permanent residence. Ms. Soliz rarely made attempts to call Mark's probation officer and failed to follow through with her plan of service.

Child Protective Services has investigated Ms. Soliz several times for not supervising her children properly. Mark's older brother, Michael, who is 16, is in jail at this time on burglary and stolen vehicle charges. There has always been concern expressed about Ms. Soliz' parenting skills, in addition to her drug problem.

On 11/25/95, Mark's probation had expired, and his probation officer and staff at Buckner's could not reach Ms. Soliz. All expressed the concern that Mark would backslide into a delinquent lifestyle if sent back to his mother. He has been doing very well at Buckner's in their program. Although Ms. Soliz and her sister, Kathryn Paloma, did show up in court on 11/27/95, Judge Menikos gave temporary custody to Child Protective Services while the investigation is being completed.

I HAVE PERSONAL KNOWLEDGE OF THE ABOVE AND I SWEAR IT IS TRUE AND
CORRECT.

_____
                    AFFIANT

STATE OF TEXAS
COUNTY OF TARRANT
SWORN TO AND SUBSCRIBED BEFORE ME, on the ___28th___ day of
___November___, 19 _95_ .

_____
NOTARY PUBLIC, STATE OF TEXAS

         _9-19-98_
_____
MY   COMMISSION   EXPIRES:

PAGE _____ OF _____ PAGE(S)

CAUSE NO. _____          TARRA?  ?????Y

                                    '95  NOV 23  P2 :3

STATE OF TEXAS

COUNTY OF TARRANT

                                    THO????  ?????ER
                                    DISTRIC?  ?????RK

BEFORE ME, the undersigned authority, on this day personally appeared, JULIE VILLARS-LEVINS, Affiant, who,

having been by me first duly sworn, upon oath stated the following and swore that it was true:

Petitioner has not complied with Chapter 45, Human Resources Code, regarding the Interstate Compact for

Placement of Children because a permanent placement for MARK SOLIZ, has not yet been identified.  However, once a

placement is identified, the Petitioner will comply with ICPC as necessary.

I AM AWARE THAT IT IS THE POLICY OF THE STATE OF TEXAS TO PROMOTE THE AMICABLE AND

NONJUDICIAL SETTLEMENT OF DISPUTES INVOLVING CHILDREN AND FAMILIES.  I AM AWARE OF

ALTERNATIVE DISPUTE RESOLUTION METHODS INCLUDING MEDIATION.  WHILE I RECOGNIZE THAT

ALTERNATIVE DISPUTE RESOLUTION IS AN ALTERNATIVE TO AND NOT A SUBSTITUTE FOR A TRIAL

AND THAT THIS CASE MAY BE TRIED IF IT IS NOT SETTLED, I REPRESENT TO THE COURT THAT I WILL

ATTEMPT IN GOOD FAITH TO RESOLVE CONTESTED ISSUES IN THIS CASE BY ALTERNATIVE DISPUTE

RESOLUTION WITHOUT THE NECESSITY OF COURT INTERVENTION.

_____
                Affiant

Subscribed and sworn to before me on this the _28_ day of _November_ 1995.

_____
        Notary Public, State of Texas

THIS IS CERTIFIED TO BE A TRUE COPY OF THE PERMANENT
RECORD AS FILED IN THE BUREAU OF VITAL STATISTICS.

ISSUED MAR 9 1982        Geraldine R. Harris
                              LOCAL REGISTRAR

**STATE OF TEXAS** — **CERTIFICATE OF BIRTH**

| | |
|---|---|
| 1. NAME | MARK ANTHONY SOLIZ |
| 2. DATE OF BIRTH | 1-27-82 |
| 3. SEX | MALE |
| 4a. PLACE OF BIRTH – COUNTY | TARRANT |
| 4b. CITY OR TOWN | FORT WORTH |
| 5a. NAME OF HOSPITAL | JOHN PETER SMITH HOSPITAL |
| 5d. THIS BIRTH | SINGLE |
| 12. MAIDEN NAME | DONNA SUE SOLIZ |
| 13. RACE | WHITE |
| 14. IS MOTHER OF SPANISH ORIGIN? | YES |
| | MEXICAN |
| 16. BIRTHPLACE | OKLAHOMA |
| 17a. USUAL OCCUPATION | HOMEMAKER |
| 17b. | HOME |
| 18a. RESIDENCE – STATE | TEXAS |
| 18b. COUNTY | TARRANT |
| 18c. CITY OR TOWN | FORT WORTH |
| | 76106 |
| STREET ADDRESS | 3114 N. HOUSTON |
| 22a. ATTENDANT'S SIGNATURE | William P. Singleton M.D. |
| 22c. ATTENDANT'S ADDRESS | 1500 SOUTH MAIN  WILLIAM P. SINGLETON M.D. FORT WORTH, TX |
| 22d. DATE SIGNED | 1-27-82 |
| | 11:25 A |
| 23b. DATE REC'D BY LOCAL REGISTRAR | FEB 5 1982 |

Pages 344 through 348 redacted for the following reasons:
- - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| **Case Name:** | **Soliz,Donna S** | |
| **Case #:** | **17020998** | |
| **Child's Name:** | **Mark A Soliz** | **DOB:** **1/27/1982** |

## FOSTER CARE ASSISTANCE REVIEW

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

4. **Resources - Does the child have more than $1000 equity in property and resources?** ☐ Yes ☒ No

5. **Alien Status - If the child is a U.S. citizen, skip this item.**

| |
|---|
| Is the child's temporary-residence status still in effect?):................................................☐Yes ☐No |
| If yes, when does it expire?................................................................................................ |
| If yes, complete the following: [Effective Date] [INS No.] |
| If no, has the child been granted permanent residency? ...........................................☐ Yes ☐ No |

6. **Address for Form 3087 (Medicaid I.D. Card) - if form 3087 is to be sent to someone other than the child's caregiver, specify who:**

| |
|---|
| Name |
| Medicaid Card Address |

7. **Extended Education - If the child is under 17, skip this item.**

| Will the child finish high school or a complete a vocational or technical training program before turning 19? ☒Yes ☐No | Will the child finish high school before turning 20? ☒ Yes ☐ No | Planned Date of Completion 06-01-2000 |
|---|---|---|

Attach a copy of the most recent court orders to this review
unless the court has not issued any orders since the last review.

_____

Signature - Child's Worker                Date

| | |
|---|---|
| **Case Name:** Soliz,Donna S | |
| **Case #:** 17020998 | |
| **Child's Name:** Mark A Soliz | **DOB:** 1/27/1982 |

## FOSTER CARE ASSISTANCE ELIGIBILITY DETERMINATION

| Medicaid No. 508092037 | Child's Worker Laura A Flores | Mail Code 0122 |
|---|---|---|

Eligibility Determination - based on

_ Foster Care Assistance Application

x Foster Care Assistance Review

_ Special Review

Received on (date):     01-28-98

Eligibility Status:       State-Paid

Eligibility Start Date:    1/28/1998
Eligibility Review Date:   1/28/1999
Eligibility End Date:

Medicaid Eligibility Group: Regular

Payment Computation for LOC     05

| | | Notifications |
|---|---|---|
| Daily Rate 99.68    x 30 | $ 2990.40 | Have you reported the child's health Insurance on Form 1039? <br> _ Yes        X N/A |
| Less Child's Monthly Income | $ 0.00 | Have you notified the child's worker of this eligibility determination? <br> X Yes  _ No  _ N/A |
| MONTHLY PAYMENT | $ 2990.40 | |

**Comments-Explain why this child is eligible for the type of foster-care assistance specified above.**

TMC continues. Contrary to review form,placement on CAPs is correct and accepts Loc 05.Child has no income or child support. Bc is in case. SS# is on file. Domicile did not exist at initial certification for an 08 child. = TP10-A

_Tammie Phillips_                          1-28-98
Signature-Eligibility Worker                Date

cc:

383

| Case Name: | Soliz,Donna S | | |
|---|---|---|---|
| Case #: | 17020998 | | |
| Child's Name: | Mark A Soliz | DOB: | 1/27/1982 |

## FOSTER CARE ASSISTANCE REVIEW

| Race | Sex | Medicaid No. | SSN |
|---|---|---|---|
| White (Hispanic) | M | 508092037 | 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 |
| If no SSN, date applied for: | | | |

| Worker's Name | Worker's BJN | Mail Code | Telephone No. | Extension |
|---|---|---|---|---|
| Laura A Flores | 03163C03 | 0122 | (817) 590-9508 | 255 |
| Worker's Address (Street, City, State, Zip) | | | | |
| 401 W. SANFORD STE 2040 , ARLINGTON, TX 76011-7087 | | | | |

**1. Current Placement**

| Name of Placement | Facility Number | LOC or Foster Care Daily Rate |
|---|---|---|
| Harris County Juvenile Prob.  *Desert Hills Rtc* | | 5 |
| Address (Street, City, State, Zip) | | Date Placed in Facility |
| 1401 WARREN DR , MARSHALL, Texas 75672-5893 | | 11/28/1997 |

**2. Deprivation of Parental Support - Address the conditions that apply now to the home from which the child was removed.**

| PARENTS LIVING TOGETHER | Is either parent receiving disability benefits?  If yes, describe. | |
|---|---|---|
| | ☐ Yes   ☐ No | |
| | Is the primary wage-earner unemployed (AFDC-UP)? | If the parents are not married, has the man's paternity been established? |
| | ☐ Yes   ☐ No | ☐ Yes   ☐ No |

| PARENTS NOT LIVING TOGETHER | Check one: |
|---|---|
| | ☒ Never Married   ☐ Separation   ☐ Divorce |
| | ☐ Desertion   ☐ Incarceration   ☐ Death |

| CHILD REMOVED FROM A RELATIVE | Name of Relative | Relationship to Child |
|---|---|---|
| | | |

| PARENTAL RIGHTS TERMINATED | Date of Termination |
|---|---|
| | |

**Comments:**

**3. Child's Currently Effective Income(s) and Resource(s)**

Income

| Income Type | Amount | Verification Method | Source |
|---|---|---|---|
| | 0.00 | | |

Income Not Listed Above

| Income Type | Amount | Verification Method | Source |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Resources

| Resource Type | Amount | Verification Method | Accessibility |
|---|---|---|---|
| | 0.00 | | |

Resources Not Listed Above

| Resource Type | Amount | Verification Method | Accessibility |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Case Name:** | Soliz,Donna S | | |
| **Case #:** | 17020998 | | |
| **Child's Name:** | Mark A Soliz | **DOB:** | 1/27/1982 |

## FOSTER CARE ASSISTANCE REVIEW

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

4. **Resources - Does the child have more than $1000 equity in property and resources?** ☐ Yes ☒ No

5. **Alien Status - If the child is a U.S. citizen, skip this item.**

Is the child's temporary-residence status still in effect?):................................................. ☐Yes ☐No

If yes, when does it expire?...................................................................................

| | Effective Date | INS No. |
|---|---|---|
| If yes, complete the following: | | |

If no, has the child been granted permanent residency? ........................................... ☐ Yes ☐ No

6. **Address for Form 3087 (Medicaid I.D. Card) - if form 3087 is to be sent to someone other than the child's caregiver, specify who:**

| Name |
|---|
| Medicaid Card Address |

7. **Extended Education - If the child is under 17, skip this item.**

| Will the child finish high school or a complete a vocational or technical training program before turning 19? ☐Yes ☐No | Will the child finish high school before turning 20? ☐ Yes ☐ No | Planned Date of Completion |
|---|---|---|

Attach a copy of the most recent court orders to this review
unless the court has not issued any orders since the last review.

_____
Signature - Child's Worker          Date

| Case Name: | Soliz,Donna S | | |
|---|---|---|---|
| Case #: | 17020998 | | |
| Child's Name: | Mark A Soliz | DOB: | 1/27/1982 |

## FOSTER CARE ASSISTANCE REVIEW

| Race Hispanic | Sex M | Medicaid No. 508092037 | SSN 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 |
|---|---|---|---|

| If no SSN, date applied for: |
|---|

| Worker's Name Sandra Mcguire | Worker's BJN 03154C02 | Mail Code 8191 | Telephone No. (817) 590-9508 | Extension 251 |
|---|---|---|---|---|

| Worker's Address (Street, City, State, Zip) 951 W PIPELINE ROAD SUITE 310,  HURST, TX 76053-4849 |
|---|

### 1. Current Placement

| Name of Placement City House | Facility Number 200184 | LOC or Foster Care Daily Rate 4 |
|---|---|---|
| Address (Street, City, State, Zip) 902 E 16TH ST , PLANO, Texas 75074-5810 | | Date Placed in Facility 1/14/1997 |

### 2. Deprivation of Parental Support - Address the conditions that apply now to the home from which the child was removed.

| PARENTS LIVING TOGETHER | Is either parent receiving disability benefits? If yes, describe. ☐ Yes  ☐ No | |
|---|---|---|
| | Is the primary wage-earner unemployed (AFDC-UP)? ☐ Yes  ☐ No | If the parents are not married, has the man's paternity been established? ☐ Yes  ☐ No |

| PARENTS NOT LIVING TOGETHER | Check one: ☒ Never Married   ☐ Separation   ☐ Divorce   ☐ Desertion   ☐ Incarceration   ☐ Death |
|---|---|

| CHILD REMOVED FROM A RELATIVE | Name of Relative | Relationship to Child |
|---|---|---|

| PARENTAL RIGHTS TERMINATED | Date of Termination |
|---|---|

**Comments:**

### 3. Child's Currently Effective Income(s) and Resource(s)

**Income**

| Income Type | Amount | Verification Method | Source |
|---|---|---|---|
| | 0.00 | | |

**Income Not Listed Above**

| Income Type | Amount | Verification Method | Source |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**Resources**

| Resource Type | Amount | Verification Method | Accessibility |
|---|---|---|---|
| | 0.00 | | |

| Case Name: | Soliz,Donna S | | |
|---|---|---|---|
| Case #: | 17020998 | | |
| Child's Name: | Mark A Soliz | DOB: | 1/27/1982 |

## FOSTER CARE ASSISTANCE REVIEW

**Resources Not Listed Above**

| Resource Type | Amount | Verification Method | Accessibility |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

4. **Resources - Does the child have more than $1000 equity in property and resources?** ☐ Yes ☐ No

5. **Alien Status - If the child is a U.S. citizen, skip this item.**

Is the child's temporary-residence status still in effect?):................................................ ☐Yes ☐No

If yes, when does it expire?...................................................................................

| | Effective Date | INS No. |
|---|---|---|
| If yes, complete the following: | | |

If no, has the child been granted permanent residency? ........................................... ☐ Yes ☐ No

6. **Address for Form 3087 (Medicaid I.D. Card) - if form 3087 is to be sent to someone other than the child's caregiver, specify who:**

| Name |
|---|
| Medicaid Card Address . |

7. **Extended Education - If the child is under 17, skip this item.**

| Will the child finish high school or a complete a vocational or technical training program before turning 19? ☐Yes ☐No | Will the child finish high school before turning 20? ☐ Yes ☐ No | Planned Date of Completion |
|---|---|---|

Attach a copy of the most recent court orders to this review
unless the court has not issued any orders since the last review).  _____

Signature - Child's Worker          Date

| | |
|---|---|
| **Case Name:** | **Soliz,Donna S** |
| **Case #:** | **17020998** |
| **Child's Name:** | **Mark A Soliz** |

**DOB:** **1/27/1982**

## FOSTER CARE ASSISTANCE ELIGIBILITY
## DETERMINATION

| Medicaid No.<br>508092037 | Child's Worker<br>Sandra  Mcguire | Mail Code<br>8191 |
|---|---|---|

Eligibility Determination - based on

_ Foster Care Assistance Application

x_ Foster Care Assistance Review

_ Special Review

Received on (date):    01/30/1997

Eligibility Status:      State-Paid

Eligibility Start Date:    1/1/1997
Eligibility Review Date:  1/1/1998
Eligibility End Date:

Medicaid Eligibility Group: Regular

Payment Computation for LOC

| | |
|---|---|
| Daily Rate___82.64_____   x   $ 2479.20_____<br>30 | |
| Less Child's Monthly Income   $ 0 _____ | |
| MONTHLY PAYMENT   $ 2479.20 _____ | |

Notifications

| |
|---|
| Have you reported the child's health<br>Insurance on Form 1039?<br>_ Yes            X _ N/A |
| Have you notified the child's worker of this<br>eligibility determination?<br>x_ Yes    __ No   __ N/A |

**Comments-Explain why this child is eligible for the type of foster-care assistance specified above.**

Child is 15 years old.  He does not have any income.  Child was removed from mother who had 0 income.
Parents did not live together.   Court orders receive with proper language.  Child removed from Buckners
after 21 month stay at Juv.   Child continues to be eligible for TP 10.

_Casandra Alston_                                              01/30/1997
Signature-Eligibility Worker                              Date

cc:

Texas Department of     Protective and Regulatory Services

**FOSTER CARE, ADOPTION AND CONSERVATORSHIP TRACKING SYSTEM (FACTS)–Turnaround Document**

**6**

WORKER          MAIL CODE   128-6
SHIRLEY DOMINY
BJN        03102C04
FT WORTH

**1**

### WORKER INFORMATION

| 1. Worker Name (Last) | | | (First) | |
|---|---|---|---|---|
| MCGUIRE | | | SANDRA | |

| 2. Emp. No. | 3. BJN | 4. Mail Code | 5. Today's Date |
|---|---|---|---|
| 6451 | 03154C02 | 1286 | / / |

6. Worker Responsibility
[X] 1-Primary Responsibility     [ ] 2-Courtesy Supervision

### CLIENT INFORMATION

PROCESS DATE
08-12-96
ACTIVE

| 7. Client No. | 8. Action Code | | 9. Effective Date |
|---|---|---|---|
| 508092037 | Initiate [ ] 1-Tracking  [ ] 2-Update   Terminate [ ] 3-Tracking  [ ] 4-Close | | 07-24-96 |

| 10. Client Name (Last) | (First) | (MI) | 11. Social Security No. | 12. Date of Birth |
|---|---|---|---|---|
| SOLIZ | MARK | A | 452872368 | 01-27-82 |

**13. Ethnic Group**
[ ] 1-Anglo   [ ] 2-Black   [X] 3-Hispanic   [ ] 4-American Indian   [ ] 5-Oriental   [ ] 6-Other

**14. Sex**
[ ] 1-Female   [X] 2-Male

**15. CLIENT CHARACTERISTICS–Check all that apply (enter an * to delete a characteristic)**

| | | | 15.a. Certification Worker BJN |
|---|---|---|---|
| [ ] 02-Blind | [ ] 05-Mentally Retarded | [ ] 08-Refugee/Entrant | [ ] 11-Medically Fragile |
| [ ] 03-Deaf | [X] 06-Emotionally Disturbed | [ ] 09-Migrant | |
| [ ] 04-Physically Handicapped | [ ] 07-Sibling Group | [ ] 10-None | |

**2**

| 16. Family Identifier Name (enter last name first) | 17. Family ID Client No. (must be registered on SSMS) |
|---|---|
| SOLIZ     DONNA | 508092036 |

**18. CLIENT TYPE**

[X] 31-Abuse/Neglect
[ ] 32-Abuse
[ ] 33-Neglect
[ ] 34-Truant
[ ] 35-Runaway
[ ] 36-Adj. CHINS-Court Ordered

[ ] 37-Non-adjudicated CHINS
[ ] 38-Adjudicated Delinquent-Court Ordered
[ ] 42-Protective Placement (Non-Abuse/Neglect)
[ ] 43-Interstate Compact for Placement of Children.
[ ] 44-Post-Adoption

**19. ELIGIBILITY STATUS**

[ ] 01-SSI
[ ] 02-AFDC Rec.
[ ] 03-MAO
[ ] 04-Inc. Elig.
[ ] 05-Without Regard
[ ] 08-AFDC Fost. Care

[ ] MAO 09-Foster Care
[ ] State Paid 10-Foster Care
[ ] AFDC/MAO/SPFC 11-App. Pending
[ ] 14-Cat. 5 R/E
[X] 16-EA/T-XIX

| Certification 20. Eligibility Date | 20.a. Denial Date | Recom. 20.b.LOC |
|---|---|---|
| 11-27-95 | | 04 |

| Billing 20.c. LOC | 21. Review Date | 22. Priority |
|---|---|---|
| 04 | 11-27-96 | 1 |

### LEGAL INFORMATION

**23. STATUS–Initiate/Update                Terminate/Close**

[X] 01-Man. Conservatorship/Parental Rights Not Term.
[ ] 02-Man. Conservatorship/Parental Rights Term.
[ ] 03-Voluntary Relinquishment
[ ] 04-Voluntary Placement Agreement
[ ] 05-Other Legal Basis for PRS Responsibility

[ ] 06-Adoption Complete
[ ] 07-Child Emancipated
[ ] 08-Child Died
[ ] 09-PRS Respons. Terminated

| 24. Legal Status Date | 25.County |
|---|---|
| 11-28-95 | 220 |

STATE PAID FC(A)
OPEN        - -
CLOSE      - -

**26. PERMANENCY GOAL**

[ ] 01-Family Preservation
[X] 02-Family Reunification
[ ] 03-Perm. Placement with Relative
[ ] 04-Adoption by Non-Relative
[ ] 05-Trans. Conserv. to Caregiver

[ ] 06-LTC Severe Disabilities
[ ] 07-Fost. Care w/ Commitment
[ ] 08-Fost Care w/o Commitment
[ ] 09-Other Long -Term Care
[ ] 10-Adult Living

**27. ARE/OTHER EXCHANGE**

[ ] 1- NA
[ ] 2- ARE
[ ] 3- ARE & Other Exchange
[ ] 4- No

### PLACEMENT INFORMATION–Do not enter Item 28 (Line) except on corrections.

**3**

| 28. Line | 29. Date Placed | 30. Liv. Arr. | 31. How Prov. | 32. Facility No. | 33. Residence Name |
|---|---|---|---|---|---|
| 01 | 02-17-94 | 21 | 13 | 255282 | BUCKNER BAPTIST CHILDR |

| 34. Residence Street Address | 35. City | 36. St. | 37. ZIP | 38. County |
|---|---|---|---|---|
| 5200 S BUCKNER BLVD | DALLAS | TX | 75227 | 057 |

**4**

| 28. Line | 29. Date Placed | 30. Liv. Arr. | 31. How Prov. | 32. Facility No. | 33. Residence Name |
|---|---|---|---|---|---|
| 02 | 11-27-95 | 21 | 10 | 255282 | BUCKNER BAPTIST CHILDR |

| 34. Residence Street Address | 35. City | 36. St. | 37. ZIP | 38. County |
|---|---|---|---|---|
| 5200 S BUCKNER BLVD | DALLAS | TX | 75227 | 057 |

**5**

| 28. Line | 29. Date Placed | 30. Liv. Arr. | 31. How Prov. | 32. Facility No. | 33. Residence Name |
|---|---|---|---|---|---|
| 03 | 06-05-96 | 17 | 10 | 006190 | BUCKNER BAPTIST CHILDR |

| 34. Residence Street Address | 35. City | 36. St. | 37. ZIP | 38. County |
|---|---|---|---|---|
| 5200 S BUCKNER BLVD | DALLAS | TX | 75227 | 057 |

**MEDICAID CARD ADDRESS If different from current placement**

| 42. NAME-LAST | FIRST | MI |
|---|---|---|
| | | |

43. STREET

| 44. CITY | 45. TX | 46. ZIP |
|---|---|---|

**6**

| 39. CORRECT/TRANSFER TO THIS BJN | 40. FOR S.O. USE | 41. |
|---|---|---|
| | | |

Form 2001-B/2-95

389

## FOSTER CARE, ADOPTION AND CONSERVATORSHIP TRACKING SYSTEM (FACTS)
### (Items 30 and 31—Corresponding Codes)

| ITEM 30—LIVING ARRANGEMENT | ITEM 31—HOW PROVIDED | ITEM 30—LIVING ARRANGEMENT | ITEM 31—HOW PROVIDED |
|---|---|---|---|
| 01 — Own Home<br>02 — Relative's Home<br>03 — Independent Living Arrangement<br>31 — Unauthorized Absence<br>32 — Other | 01 — Not Applicable | 17 — Private Child Caring Institution<br>19 — Private Institution for Mentally Retarded<br>21 — Private Institution for Emotionally Disturbed<br>22 — Public/Private Institution for Physically Handicapped<br>23 — Public/Private Institution for Blind/Deaf<br>27 — Maternity Home<br>28 — Halfway House<br>29 — Hospital<br>36 — Therapeutic Camp<br>37 — Psychiatric Unit of a Hospital<br>38 — Psychiatric Hospital<br>39 — Foster Family Home—Primary Medical Needs<br>40 — Foster Group Home—Primary Medical Needs | 05 — Free<br>06 — Client Pays<br>07 — County Paid Foster Care<br>08 — AFDC Foster Care<br>09 — MAO Foster Care<br>10 — State Paid Foster Care<br>13 — Other Pays |
| 33 — Adoptive Home/Former Foster Home | 02 — Adoption Subsidy<br>03 — Purchased Adoption<br>04 — Purchased/Subsidized Adoption<br>05 — Free<br>06 — Client Pays<br>07 — County Paid Foster Care<br>08 — AFDC Foster Care<br>09 — MAO Foster Care<br>10 — State Paid Foster Care<br>13 — Other Pays | | |
| 04 — Adoptive Home<br>34 — Adoptive Home/Relative Home | 02 — Adoption Subsidy<br>03 — Purchased Adoption<br>04 — Purchased/Subsidized Adoption<br>05 — Free<br>06 — Client Pays<br>13 — Other Pays | 16 — Public Child Caring Institution<br>18 — Public Institution for Mentally Retarded<br>20 — Public Institution for Emotionally Disturbed | 05 — Free<br>06 — Client Pays<br>07 — County Paid Foster Care<br>13 — Other Pays |
| | | 24 — Texas Youth Council Facility<br>25 — Other Juvenile Detention Facility<br>26 — Jails and Prisons | 05 — Free<br>13 — Other Pays |
| | | 30 — Nursing Home | 06 — Client Pays<br>13 — Other Pays |
| 05 — PRS Foster Home<br>06 — Other Foster Home<br>07 — PRS Foster Group Home<br>08 — Other Foster Group Home<br>   Emergency Shelter Foster Home<br>   Emergency Shelter Foster Group Home<br>11 — Foster Home for Emotionally Disturbed<br>12 — Foster Group Home for Emotionally Disturbed<br>13 — Foster Home for Mentally Retarded<br>14 — Foster Group Home for Mentally Retarded<br>15 — Emergency Shelter Institution | 05 — Free<br>06 — Client Pays<br>07 — County Paid Foster Care<br>08 — AFDC Foster Care<br>09 — MAO Foster Care<br>10 — State Paid Foster Care<br>12 — CWEF Group Home or Emergency Shelter<br>13 — Other Pays | 41 — Residential Substance Abuse Treatment | 13 — Other Pays |

**The following items must be completed for your document to process. Check other items also to be sure you have updated all necessary items.**

| ACTION CODE | Form 2001-A | | Form 2001-B | |
|---|---|---|---|---|
| | PRIMARY WORKER | COURTESY WORKER | PRIMARY WORKER | COURTESY WORKER |
| INITIATE TRACKING | All items must be completed. Legal status must be 01—05. | Items 1—12 must be completed. | All client-related items that are not pre-printed must be completed. Legal status must be 01—05. | Items 5, 6, 8, and 9 must be completed |
| UPDATE TRACKING | All items must be completed. | Items 1—12 and 39 (if a BJN transfer is necessary) must be completed. | Items 5, 8, 9, and any items that need to be added or updated must be completed. | Items 5, 8, 9, and 39 (if a BJN transfer is necessary) must be completed. |
| TERMINATE TRACKING | All items must be completed. Legal status must be 06—09 and legal status date must be updated. | Do not use this action code. | Items 5, 8, 9, and any items that need to be added or updated must be completed. Legal status must be 06—09 and legal status date must be updated. | Do not use this action code. |
| CLOSE REGISTRATION | All items must be completed. Legal status must be 06—09 and legal status date must be updated. | Items 1—12 must be completed. | Items 5, 8, 9, and any items that need to be added or updated must be completed. Legal status must be 06—09 and legal status date must be updated. | Items 5, 8, and 9 must be completed. |

Form 2001-A/B—Codes

Texas Department of Protective and Regulatory Services

**FOSTER CARE, ADOPTION AND CONSERVATORSHIP
TRACKING SYSTEM (FACTS)–Turnaround Document**

**6** WORKER       MAIL CODE   128-6
SHIRLEY DOMINY
BJN        03102C04
FT.WORTH

**1**

**WORKER INFORMATION**

| 1. Worker Name (Last) | (First) |
|---|---|
| MCGUIRE | SANDRA |

| 2. Emp. No. | 3. BJN | 4. Mail Code | 5. Today's Date |
|---|---|---|---|
| 6451 | 03154E02 | 1286 | |

| 6. Worker Responsibility |
|---|
| [X] 1-Primary Responsibility   [ ] 2-Courtesy Supervision |

**CLIENT INFORMATION**

PROCESS DATE
07-24-96
ACTIVE

| 7. Client No. | 8. Action Code | | 9. Effective Date |
|---|---|---|---|
| 508092037 | [ ] Initiate 1-Tracking  [ ] 2-Update  [ ] Terminate 3-Tracking  [ ] 4-Close | Terminate | 07-24-96 |

| 10. Client Name (Last) | (First) | (MI) | 11. Social Security No. | 12. Date of Birth |
|---|---|---|---|---|
| SOLIZ | MARK | A | 452872368 | 01-27-82 |

| 13. Ethnic Group | | | | | | 14. Sex |
|---|---|---|---|---|---|---|
| [ ] 1-Anglo | [ ] 2-Black | [X] 3-Hispanic | [ ] 4-American Indian | [ ] 5-Oriental | [ ] 6-Other | [ ] 1-Female [X] 2-Male |

| 15. CLIENT CHARACTERISTICS–Check all that apply (enter an * to delete a characteristic) | | | 15.a. Certification Worker BJN |
|---|---|---|---|
| 02-Blind | 05-Mentally Retarded | 08-Refugee/Entrant | 11-Medically Fragile | |
| 03-Deaf | [X] 06-Emotionally Disturbed | 09-Migrant | | |
| 04-Physically Handicapped | 07-Sibling Group | 10-None | | |

**2** | 16. Family Identifier Name (enter last name first) | 17. Family ID Client No. (must be registered on SSMS) |
|---|---|
| SOLIZ       DONNA | 508092036 |

| 18. CLIENT TYPE | 19. ELIGIBILITY STATUS | | Certification/ 20. Eligibility Date | 20.a. Denial Date | Recom. 20.b.LOC |
|---|---|---|---|---|---|
| [X] 31-Abuse/Neglect | Non-adjudicated 37-CHINS | 01-SSI | MAO 09-Foster Care | 11-27-95 | 04 |
| 32-Abuse | Adjudicated Delinquent- 38-Court Ordered | 02-AFDC Rec. | State Paid 10-Foster Care | | |
| 33-Neglect | Protective Placement 42-(Non-Abuse/Neglect) | 03-MAO | AFDC/MAO/SPFC 11-App. Pending | Billing 20.c. LOC | 21. Review Date | 22. Priority |
| 34-Truant | Interstate Compact for 43-Placement of Children. | 04-Inc. Elig. Without 05-Regard | 14-Cat. 5 R/E | 04 | 11-27-96 | 1 |
| 35-Runaway | 44-Post-Adoption | AFDC 08-Fost. Care | [X] 16-EA/T-XIX | | | |
| Adj. CHINS- 36-Court Ordered | | | | | | |

**LEGAL INFORMATION**

| 23. STATUS–Initiate/Update    Terminate/Close | | 24. Legal Status Date | 25.County | 26. PERMANENCY GOAL | | 27. ARE/ OTHER EXCHANGE |
|---|---|---|---|---|---|---|
| [X] Man. Conservatorship/ 01-Parental Rights Not Term. | Adoption 06-Complete | 11-28-95 | 220 | Family 01-Preservation | LTC Severe 06-Disabilities | [X] 1- NA |
| Man. Conservatorship/ 02-Parental Rights Term. | Child 07-Emancipated | | | [X] Family 02-Reunification | Fost Care w/ 07-Commitment | 2- ARE |
| Voluntary 03-Relinquishment | Child 08-Died | STATE PAID FC(A) | Perm. Placement 03-with Relative | Fost Care w/o 08-Commitment | ARE & Other 3- Exchange |
| Voluntary Placement 04-Agreement | PRS Respons. 09-Terminated | OPEN | - - | Adoption by 04- Non-Relative | Other Long 09-Term Care | 4- No |
| Other Legal Basis for 05-PRS Responsibility | | CLOSE | - - | Trans. Conserv. 05-to Caregiver | 10-Adult Living | |

**PLACEMENT INFORMATION–Do not enter item 28 (Line) except on corrections.**

**3**
| 28. Line | 29. Date Placed | 30. Liv. Arr. | 31. How Prov. | 32. Facility No. | 33. Residence Name |
|---|---|---|---|---|---|
| 01 | 02-17-94 | 21 | 13 | 255282 | BUCKNER BAPTIST CHILDR |
| 34. Residence Street Address | | 35. City | | 36. St. | 37. ZIP | 38. County |
| 5200 S BUCKNER BLVD | | DALLAS | | TX | 75227 | 057 |

**4**
| 28. Line | 29. Date Placed | 30. Liv. Arr. | 31. How Prov. | 32. Facility No. | 33. Residence Name |
|---|---|---|---|---|---|
| 02 | 11-27-95 | 21 | 10 | 255282 | BUCKNER BAPTIST CHILDR |
| 34. Residence Street Address | | 35. City | | 36. St. | 37. ZIP | 38. County |
| 5200 S BUCKNER BLVD | | DALLAS | | TX | 75227 | 057 |

**5**
| 28. Line | 29. Date Placed | 30. Liv. Arr. | 31. How Prov. | 32. Facility No. | 33. Residence Name |
|---|---|---|---|---|---|
| 03 | 06-05-96 | 17 | 10 | 006190 | BUCKNER BAPTIST CHILDR |
| 34. Residence Street Address | | 35. City | | 36. St. | 37. ZIP | 38. County |
| 5200 S BUCKNER BLVD | | DALLAS | | TX | 75227 | 057 |

**MEDICAID CARD ADDRESS if different from current placement**

| 42. NAME-LAST | FIRST | MI |
|---|---|---|
| 43. STREET | | |
| 44. CITY | 45. TX | 46. ZIP |

| 39. CORRECT/TRANSFER TO THIS BJN | 40. FOR S.O. USE | 41 |
|---|---|---|
| **6** | | |

Form 2001-B/2-95      DCN  G6206420

**FOSTER CARE, ADOPTION AND CONSERVATORSHIP TRACKING SYSTEM (FACTS)**
(Items 30 and 31—Corresponding Codes)

| ITEM 30—LIVING ARRANGEMENT | ITEM 31—HOW PROVIDED | ITEM 30—LIVING ARRANGEMENT | ITEM 31—HOW PROVIDED |
|---|---|---|---|
| 01 — Own Home<br>02 — Relative's Home<br>03 — Independent Living Arrangement<br>31 — Unauthorized Absence<br>32 — Other | 01 — Not Applicable | 17 — Private Child Caring Institution<br>19 — Private Institution for Mentally Retarded<br>21 — Private Institution for Emotionally Disturbed<br>22 — Public/Private Institution for Physically Handicapped<br>23 — Public/Private Institution for Blind/Deaf<br>27 — Maternity Home<br>28 — Halfway House<br>29 — Hospital<br>36 — Therapeutic Camp<br>37 — Psychiatric Unit of a Hospital<br>38 — Psychiatric Hospital<br>39 — Foster Family Home—Primary Medical Needs<br>40 — Foster Group Home—Primary Medical Needs | 05 — Free<br>06 — Client Pays<br>07 — County Paid Foster Care<br>08 — AFDC Foster Care<br>09 — MAO Foster Care<br>10 — State Paid Foster Care<br>13 — Other Pays |
| 33 — Adoptive Home/Former Foster Home | 02 — Adoption Subsidy<br>03 — Purchased Adoption<br>04 — Purchased/Subsidized Adoption<br>05 — Free<br>06 — Client Pays<br>07 — County Paid Foster Care<br>08 — AFDC Foster Care<br>09 — MAO Foster Care<br>10 — State Paid Foster Care<br>13 — Other Pays | | |
| 04 — Adoptive Home<br>34 — Adoptive Home/Relative Home | 02 — Adoption Subsidy<br>03 — Purchased Adoption<br>04 — Purchased/Subsidized Adoption<br>05 — Free<br>06 — Client Pays<br>13 — Other Pays | 16 — Public Child Caring Institution<br>18 — Public Institution for Mentally Retarded<br>20 — Public Institution for Emotionally Disturbed | 05 — Free<br>06 — Client Pays<br>07 — County Paid Foster Care<br>13 — Other Pays |
| | | 24 — Texas Youth Council Facility<br>25 — Other Juvenile Detention Facility<br>26 — Jails and Prisons | 05 — Free<br>13 — Other Pays |
| 05 — PRS Foster Home<br>06 — Other Foster Home<br>07 — PRS Foster Group Home<br>08 — Other Foster Group Home<br>09 — Emergency Shelter Foster Home<br>10 — Emergency Shelter Foster Group Home<br>11 — Foster Home for Emotionally Disturbed<br>12 — Foster Group Home for Emotionally Disturbed<br>13 — Foster Home for Mentally Retarded<br>14 — Foster Group Home for Mentally Retarded<br>15 — Emergency Shelter Institution | 05 — Free<br>06 — Client Pays<br>07 — County Paid Foster Care<br>08 — AFDC Foster Care<br>09 — MAO Foster Care<br>10 — State Paid Foster Care<br>12 — CWEF Group Home or Emergency Shelter<br>13 — Other Pays | 30 — Nursing Home | 06 — Client Pays<br>13 — Other Pays |
| | | 41 — Residential Substance Abuse Treatment | 13 — Other Pays |

The following items must be completed for your document to process. Check other items also to be sure you have updated all necessary items.

| ACTION CODE | Form 2001-A | | Form 2001-B | |
|---|---|---|---|---|
| | PRIMARY WORKER | COURTESY WORKER | PRIMARY WORKER | COURTESY WORKER |
| INITIATE TRACKING | All items must be completed. Legal status must be 01—05. | Items 1—12 must be completed. | All client-related items that are not pre-printed must be completed. Legal status must be 01—05. | Items 5, 6, 8, and 9 must be completed |
| UPDATE TRACKING | All items must be completed. | Items 1—12 and 39 (if a BJN transfer is necessary) must be completed. | Items 5, 8, 9, and any items that need to be added or updated must be completed. | Items 5, 8, 9, and 39 (if a BJN transfer is necessary) must be completed. |
| TERMINATE TRACKING | All items must be completed. Legal status must be 06—09 and legal status date must be updated. | Do not use this action code. | Items 5, 8, 9, and any items that need to be added or updated must be completed. Legal status must be 06—09 and legal status date must be updated. | Do not use this action code. |
| CLOSE TRATION | All items must be completed. Legal status must be 06—09 and legal status date must be updated. | Items 1—12 must be completed. | Items 5, 8, 9, and any items that need to be added or updated must be completed. Legal status must be 06—09 and legal status date must be updated. | Items 5, 8, and 9 must be completed. |

Form 2001-A/B—Codes

Texas Department of Protective and Regulatory Services [X]

**6**

WORKER          MAIL CODE   128-6
SHIRLEY DOMINY
BJN         03102C04
FT WORTH

**1**

## FOSTER CARE, ADOPTION AND CONSERVATORSHIP TRACKING SYSTEM (FACTS)–Turnaround Document

### WORKER INFORMATION

| 1. Worker Name (Last) | (First) |
|---|---|
| MCGUIRE | SANDRA |

| 2. Emp. No. | 3. BJN | 4. Mail Code | 5. Today's Date |
|---|---|---|---|
| 6451 | 03154C02 | 1286 | |

6. Worker Responsibility
[X] 1-Primary Responsibility    [ ] 2-Courtesy Supervision

---

### CLIENT INFORMATION

PROCESS DATE
06-12-96
ACTIVE

| 7. Client No. | 8. Action Code | 9. Effective Date |
|---|---|---|
| 508092037 | Initiate [ ]1-Tracking  [ ]2-Update   Terminate [ ]3-Tracking  [ ]4-Close | 06-05-96 |

| 10. Client Name (Last) | (First) | (MI) | 11. Social Security No. | 12. Date of Birth |
|---|---|---|---|---|
| SAENZSOLIZ | MARK | A | 452872368 | 01-27-82 |

13. Ethnic Group
[ ] 1-Anglo  [ ] 2-Black  [X] 3-Hispanic  [ ] 4-American Indian  [ ] 5-Oriental  [ ] 6-Other

14. Sex
[ ] 1-Female  [X] 2-Male

15. CLIENT CHARACTERISTICS–Check all that apply (enter an * to delete a characteristic)

| | | | 15.a. Certification Worker BJN |
|---|---|---|---|
| 02-Blind | 05-Mentally Retarded | 08-Refugee/Entrant | 11-Medically Fragile | |
| 03-Deaf | [X] 06-Emotionally Disturbed | 09-Migrant | | |
| 04-Physically Handicapped | 07-Sibling Group | 10-None | | |

**2**

| 16. Family Identifier Name (enter last name first) | 17. Family ID Client No. (must be registered on SSMS) |
|---|---|
| SOLIZ          DONNA | 508092036 |

### 18. CLIENT TYPE

[X] 31-Abuse/Neglect
32-Abuse
33-Neglect
34-Truant
35-Runaway
Adj. CHINS-
36-Court Ordered

Non-adjudicated
37-CHINS
Adjudicated Delinquent-
38-Court Ordered
Protective Placement
42-(Non-Abuse/Neglect)
Interstate Compact for
43-Placement of Children.
44-Post-Adoption

### 19. ELIGIBILITY STATUS

01- SSI
02- AFDC Rec.
03- MAO
04- Inc. Elig.
Without
05- Regard
AFDC
08- Fost. Care

MAO
09- Foster Care
State Paid
10- Foster Care
AFDC/MAO/SPFC
11- App. Pending
14- Cat. 5 R/E
[X] 16-EA/T-XIX

| Certification/ 20. Eligibility Date | 20.a. Denial Date | Recom. 20.b.LOC |
|---|---|---|
| 11-27-95 | | 04 |

| Billing 20.c. LOC | 21. Review Date | 22. Priority |
|---|---|---|
| 04 | 11-27-96 | 1 |

### LEGAL INFORMATION

23. STATUS–Initiate/Update          Terminate/Close

[X] Man. Conservatorship/
01-Parental Rights Not Term.
Man. Conservatorship/
02-Parental Rights Term.
Voluntary
03-Relinquishment
Voluntary Placement
04-Agreement
Other Legal Basis for
05-PRS Responsibility

Adoption
06-Complete
Child
07-Emancipated
Child
08-Died
PRS Respons.
09-Terminated

| 24. Legal Status Date | 25.County |
|---|---|
| 11-28-95 | 220 |

STATE PAID FC(A)
OPEN    -   -
CLOSE   -   -

### 26. PERMANENCY GOAL

Family
01-Preservation
[X] Family
02-Reunification
Perm. Placement
03-with Relative
Adoption by
04-Non-Relative
Trans. Conserv.
05-to Caregiver

LTC Severe
06-Disabilities
Fost. Care w/
07-Commitment
Fost Care w/
08-Commitment
Other Long
09-Term Care
10-Adult Living

### 27. ARE/ OTHER EXCHANGE

[X] 1- NA
2- ARE
ARE & Other
3- Exchange
4- No

---

### PLACEMENT INFORMATION–Do not enter Item 28 (Line) except on corrections.

**3**

| 28. Line | 29. Date Placed | 30. Liv. Arr. | 31. How Prov. | 32. Facility No. | 33. Residence Name |
|---|---|---|---|---|---|
| 01 | 02-17-94 | 21 | 13 | 255282 | BUCKNER BAPTIST CHILDR |

| 34. Residence Street Address | 35. City | 36. St. | 37. ZIP | 38. County |
|---|---|---|---|---|
| 5200 S BUCKNER BLVD | DALLAS | TX | 75227 | 057 |

**4**

| 28. Line | 29. Date Placed | 30. Liv. Arr. | 31. How Prov. | 32. Facility No. | 33. Residence Name |
|---|---|---|---|---|---|
| 02 | 11-27-95 | 21 | 10 | 255282 | BUCKNER BAPTIST CHILDR |

| 34. Residence Street Address | 35. City | 36. St. | 37. ZIP | 38. County |
|---|---|---|---|---|
| 5200 S BUCKNER BLVD | DALLAS | TX | 75227 | 057 |

**5**

| 28. Line | 29. Date Placed | 30. Liv. Arr. | 31. How Prov. | 32. Facility No. | 33. Residence Name |
|---|---|---|---|---|---|
| 03 | 06-05-96 | 17 | 10 | 006190 | BUCKNER BAPTIST CHILDR |

| 34. Residence Street Address | 35. City | 36. St. | 37. ZIP | 38. County |
|---|---|---|---|---|
| 5200 S BUCKNER BLVD | DALLAS | TX | 75227 | 057 |

MEDICAID CARD ADDRESS if different from current placement

| 42. NAME-LAST | FIRST | MI |
|---|---|---|
| | | |
| 43. STREET | | |
| 44. CITY | 45. 46. ZIP TX | |

**6**

| 39. CORRECT/TRANSFER TO THIS BJN | 40. FOR S.O. USE | 41 |
|---|---|---|
| | | |

Form 2001-B/2-95

DCN  G6164407

393

## FOSTER CARE, ADOPTION AND CONSERVATORSHIP TRACKING SYSTEM (FACTS)
### (Items 30 and 31—Corresponding Codes)

| ITEM 30—LIVING ARRANGEMENT | ITEM 31—HOW PROVIDED | ITEM 30—LIVING ARRANGEMENT | ITEM 31—HOW PROVIDED |
|---|---|---|---|
| 01 — Own Home<br>02 — Relative's Home<br>03 — Independent Living Arrangement<br>31 — Unauthorized Absence<br>32 — Other | 01 — Not Applicable | 17 — Private Child Caring Institution<br>19 — Private Institution for Mentally Retarded<br>21 — Private Institution for Emotionally Disturbed<br>22 — Public/Private Institution for Physically Handicapped<br>23 — Public/Private Institution for Blind/Deaf<br>27 — Maternity Home<br>28 — Halfway House<br>29 — Hospital<br>36 — Therapeutic Camp<br>37 — Psychiatric Unit of a Hospital<br>38 — Psychiatric Hospital<br>39 — Foster Family Home—Primary Medical Needs<br>40 — Foster Group Home—Primary Medical Needs | 05 — Free<br>06 — Client Pays<br>07 — County Paid Foster Care<br>08 — AFDC Foster Care<br>09 — MAO Foster Care<br>10 — State Paid Foster Care<br>13 — Other Pays |
| 33 — Adoptive Home/Former Foster Home | 02 — Adoption Subsidy<br>03 — Purchased Adoption<br>04 — Purchased/Subsidized Adoption<br>05 — Free<br>06 — Client Pays<br>07 — County Paid Foster Care<br>08 — AFDC Foster Care<br>09 — MAO Foster Care<br>10 — State Paid Foster Care<br>13 — Other Pays | | |
| 04 — Adoptive Home<br>34 — Adoptive Home/Relative Home | 02 — Adoption Subsidy<br>03 — Purchased Adoption<br>04 — Purchased/Subsidized Adoption<br>05 — Free<br>06 — Client Pays<br>13 — Other Pays | 16 — Public Child Caring Institution<br>18 — Public Institution for Mentally Retarded<br>20 — Public Institution for Emotionally Disturbed | 05 — Free<br>06 — Client Pays<br>07 — County Paid Foster Care<br>13 — Other Pays |
| | | 24 — Texas Youth Council Facility<br>25 — Other Juvenile Detention Facility<br>26 — Jails and Prisons | 05 — Free<br>13 — Other Pays |
| 05 — PRS Foster Home<br>06 — Other Foster Home<br>07 — PRS Foster Group Home<br>08 — Other Foster Group Home<br>09 — Emergency Shelter Foster Home<br>11 — Emergency Shelter Foster Group Home<br>— Foster Home for Emotionally Disturbed<br>12 — Foster Group Home for Emotionally Disturbed<br>13 — Foster Home for Mentally Retarded<br>14 — Foster Group Home for Mentally Retarded<br>15 — Emergency Shelter Institution | 05 — Free<br>06 — Client Pays<br>07 — County Paid Foster Care<br>08 — AFDC Foster Care<br>09 — MAO Foster Care<br>10 — State Paid Foster Care<br>12 — CWEF Group Home or Emergency Shelter<br>13 — Other Pays | 30 — Nursing Home | 06 — Client Pays<br>13 — Other Pays |
| | | 41 — Residential Substance Abuse Treatment | 13 — Other Pays |

**The following items must be completed for your document to process. Check other items also to be sure you have updated all necessary items.**

| ACTION CODE | Form 2001-A | | Form 2001-B | |
|---|---|---|---|---|
| | PRIMARY WORKER | COURTESY WORKER | PRIMARY WORKER | COURTESY WORKER |
| INITIATE TRACKING | All items must be completed. Legal status must be 01—05. | Items 1—12 must be completed. | All client-related items that are not pre-printed must be completed. Legal status must be 01—05. | Items 5, 6, 8, and 9 must be completed |
| UPDATE TRACKING | All items must be completed. | Items 1—12 and 39 (if a BJN transfer is necessary) must be completed. | Items 5, 8, 9, and any items that need to be added or updated must be completed. | Items 5, 8, 9, and 39 (if a BJN transfer is necessary) must be completed. |
| TERMINATE TRACKING | All items must be completed. Legal status must be 06—09 and legal status date must be updated. | Do not use this action code. | Items 5, 8, 9, and any items that need to be added or updated must be completed. Legal status must be 06—09 and legal status date must be updated. | Do not use this action code. |
| CLOSE TRATION | All items must be completed. Legal status must be 06—09 and legal status date must be updated. | Items 1—12 must be completed. | Items 5, 8, 9, and any items that need to be added or updated must be completed. Legal status must be 06—09 and legal status date must be updated. | Items 5, 8, and 9 must be completed. |

Form 2001-A/B—Codes

Texas Department of Protective and Regulatory Services

**FOSTER CARE, ADOPTION AND CONSERVATORSHIP TRACKING SYSTEM (FACTS)–Turnaround Document**

**6** WORKER     MAIL CODE  128-6
SHIRLEY DOMINY
BJN       03102C04
FT WORTH

**1**

**WORKER INFORMATION**

| 1. Worker Name (Last) | (First) |
|---|---|
| MCGUIRE | SANDRA |

| 2. Emp. No. | 3. BJN | 4. Mail Code | 5. Today's Date |
|---|---|---|---|
| 6451 | 03154C02 | 1286 | |

6. Worker Responsibility
[x] 1-Primary Responsibility   [ ] 2-Courtesy Supervision

**CLIENT INFORMATION**   PROCESS DATE 05-10-96 ACTIVE

| 7. Client No. | 8. Action Code | 9. Effective Date |
|---|---|---|
| 508092037 | 1-Tracking [ ] 2-Update [ ] 3-Tracking Terminate [ ] 4-Close | 11-27-95 |

| 10. Client Name (Last) | (First) | (MI) | 11. Social Security No. | 12. Date of Birth |
|---|---|---|---|---|
| SAENZSOLIZ | MARK | A | 452872368 | 01-27-82 |

13. Ethnic Group: [ ]1-Anglo [ ]2-Black [x]3-Hispanic [ ]4-American Indian [ ]5-Oriental [ ]6-Other
14. Sex: [ ]1-Female [x]2-Male

15. CLIENT CHARACTERISTICS—Check all that apply (enter an * to delete a characteristic)
02-Blind · 05-Mentally Retarded · 08-Refugee/Entrant · 11-Medically Fragile
03-Deaf · [x]06-Emotionally Disturbed · 09-Migrant
04-Physically Handicapped · 07-Sibling Group · 10-None
15.a. Certification Worker BJN

**2** | 16. Family Identifier Name | 17. Family ID Client No. |
|---|---|
| SOLIZ  DONNA | 508092036 |

18. CLIENT TYPE: [x]31-Abuse/Neglect, 32-Abuse, 33-Neglect, 34-Truant, 35-Runaway, Adj. CHINS 36-Court Ordered, Non-adjudicated 37-CHINS, Adjudicated Delinquent 38-Court Ordered, Protective Placement 42-(Non-Abuse/Neglect), Interstate Compact for 43-Placement of Children, 44-Post-Adoption

19. ELIGIBILITY STATUS: 01-SSI, 02-AFDC Rec., 03-MAO, 04-Inc. Elig., 05-Without Regard, AFDC 08-Fost. Care, MAO 09-Foster Care, State Paid 10-Foster Care, AFDC/MAO/SPFC 11-App. Pending, 14-Cat. 5 R/E, [X]16-FA/T=XIX

20. Certification/Eligibility Date: 11-27-95
20.a. Denial Date:
20.b.LOC Recom.: 06
20.c. LOC Billing: 04
21. Review Date: 11-27-96
22. Priority: 1

**LEGAL INFORMATION**
23. STATUS—Initiate/Update / Terminate/Close
[x]01-Man. Conservatorship/Parental Rights Not Term., 02-Man. Conservatorship/Parental Rights Term., 03-Voluntary Relinquishment, 04-Voluntary Placement Agreement, 05-Other Legal Basis for PRS Responsibility
06-Adoption Complete, 07-Child Emancipated, 08-Child Died, 09-PRS Respons. Terminated

24. Legal Status Date: 11-28-95
25. County: 220
STATE PAID FC(A) OPEN - -  CLOSE - -

26. PERMANENCY GOAL: Family 01-Preservation, Family 02-Reunification, Perm. Placement 03-with Relative, Adoption by 04-Non-Relative, Trans. Conserv. 05-to Caregiver, LTC Severe 06-Disabilities, Fost Care w/ 07-Commitment, Fost Care w/o 08-Commitment, Other Long 09-Term Care, 10-Adult Living

27. ARE/OTHER EXCHANGE: [X]1-NA, 2-ARE, ARE & Other 3-Exchange, 4-No

**PLACEMENT INFORMATION**—Do not enter Item 28 (Line) except on corrections.

| 28. Line | 29. Date Placed | 30. Liv. Arr. | 31. How Prov. | 32. Facility No. | 33. Residence Name |
|---|---|---|---|---|---|
| 01 | 02-17-94 | 21 | 13 | 255282 | BUCKNER BAPTIST CHILDR |

| 34. Residence Street Address | 35. City | 36. St. | 37. ZIP | 38. County |
|---|---|---|---|---|
| 5200 S BUCKNER BLVD | DALLAS | TX | 75227 | 057 |

| 28. Line | 29. Date Placed | 30. Liv. Arr. | 31. How Prov. | 32. Facility No. | 33. Residence Name |
|---|---|---|---|---|---|
| 02 | 11-27-95 | 21 | 10 | 255282 | BUCKNER BAPTIST CHILDR |

| 34. Residence Street Address | 35. City | 36. St. | 37. ZIP | 38. County |
|---|---|---|---|---|
| 5200 S BUCKNER BLVD | DALLAS | TX | 75227 | 057 |

| 28. Line | 29. Date Placed | 30. Liv. Arr. | 31. How Prov. | 32. Facility No. | 33. Residence Name |
|---|---|---|---|---|---|
| | | | | | |

34. Residence Street Address | 35. City | 36. St. | 37. ZIP | 38. County

**MEDICAID CARD ADDRESS** if different from current placement
42. NAME-LAST  FIRST  MI
43. STREET
44. CITY  45. ST TX  46. ZIP

39. CORRECT/TRANSFER TO THIS BJN
40. FOR S.O. USE
41.

Form 2001-B/2-95     395

## FOSTER CARE, ADOPTION AND CONSERVATORSHIP TRACKING SYSTEM (FACTS)
### (Items 30 and 31—Corresponding Codes)

| ITEM 30—LIVING ARRANGEMENT | ITEM 31—HOW PROVIDED |
|---|---|
| 01 — Own Home<br>02 — Relative's Home<br>03 — Independent Living Arrangement<br>31 — Unauthorized Absence<br>32 — Other | 01 — Not Applicable |
| 33 — Adoptive Home/Former Foster Home | 02 — Adoption Subsidy<br>03 — Purchased Adoption<br>04 — Purchased/Subsidized Adoption<br>05 — Free<br>06 — Client Pays<br>07 — County Paid Foster Care<br>08 — AFDC Foster Care<br>09 — MAO Foster Care<br>10 — State Paid Foster Care<br>13 — Other Pays |
| 04 — Adoptive Home<br>34 — Adoptive Home/Relative Home | 02 — Adoption Subsidy<br>03 — Purchased Adoption<br>04 — Purchased/Subsidized Adoption<br>05 — Free<br>06 — Client Pays<br>13 — Other Pays |
| 05 — PRS Foster Home<br>06 — Other Foster Home<br>07 — PRS Foster Group Home<br>08 — Other Foster Group Home<br>    Emergency Shelter Foster Home<br>    Emergency Shelter Foster Group Home<br>11 — Foster Home for Emotionally Disturbed<br>12 — Foster Group Home for Emotionally Disturbed<br>13 — Foster Home for Mentally Retarded<br>14 — Foster Group Home for Mentally Retarded<br>15 — Emergency Shelter Institution | 05 — Free<br>06 — Client Pays<br>07 — County Paid Foster Care<br>08 — AFDC Foster Care<br>09 — MAO Foster Care<br>10 — State Paid Foster Care<br>12 — CWEF Group Home or Emergency Shelter<br>13 — Other Pays |

| ITEM 30—LIVING ARRANGEMENT | ITEM 31—HOW PROVIDED |
|---|---|
| 17 — Private Child Caring Institution<br>19 — Private Institution for Mentally Retarded<br>21 — Private Institution for Emotionally Disturbed<br>22 — Public/Private Institution for Physically Handicapped<br>23 — Public/Private Institution for Blind/Deaf<br>27 — Maternity Home<br>28 — Halfway House<br>29 — Hospital<br>36 — Therapeutic Camp<br>37 — Psychiatric Unit of a Hospital<br>38 — Psychiatric Hospital<br>39 — Foster Family Home—Primary Medical Needs<br>40 — Foster Group Home—Primary Medical Needs | 05 — Free<br>06 — Client Pays<br>07 — County Paid Foster Care<br>08 — AFDC Foster Care<br>09 — MAO Foster Care<br>10 — State Paid Foster Care<br>13 — Other Pays |
| 16 — Public Child Caring Institution<br>18 — Public Institution for Mentally Retarded<br>20 — Public Institution for Emotionally Disturbed | 05 — Free<br>06 — Client Pays<br>07 — County Paid Foster Care<br>13 — Other Pays |
| 24 — Texas Youth Council Facility<br>25 — Other Juvenile Detention Facility<br>26 — Jails and Prisons | 05 — Free<br>13 — Other Pays |
| 30 — Nursing Home | 06 — Client Pays<br>13 — Other Pays |
| 41 — Residential Substance Abuse Treatment | 13 — Other Pays |

**The following Items must be completed for your document to process. Check other Items also to be sure you have updated all necessary Items.**

| ACTION CODE | Form 2001-A | | Form 2001-B | |
|---|---|---|---|---|
| | PRIMARY WORKER | COURTESY WORKER | PRIMARY WORKER | COURTESY WORKER |
| INITIATE TRACKING | All Items must be completed. Legal status must be 01—05. | Items 1—12 must be completed. | All client-related Items that are not pre-printed must be completed. Legal status must be 01—05. | Items 5, 6, 8, and 9 must be completed |
| UPDATE TRACKING | All Items must be completed. | Items 1—12 and 39 (if a BJN transfer is necessary) must be completed. | Items 5, 8, 9, and any Items that need to be added or updated must be completed. | Items 5, 6, 8, and 39 (if a BJN transfer is necessary) must be completed. |
| TERMINATE TRACKING | All Items must be completed. Legal status must be 06—09 and legal status date must be updated. | Do not use this action code. | Items 5, 8, 9, and any Items that need to be added or updated must be completed. Legal status must be 06—09 and legal status date must be updated. | Do not use this action code. |
| CLOSE ISTRATION | All Items must be completed. Legal status must be 06—09 and legal status date must be updated. | Items 1—12 must be completed. | Items 5, 8, 9, and any Items that need to be added or updated must be completed. Legal status must be 06—09 and legal status date must be updated. | Items 5, 6, and 9 must be completed. |

Form 2001-A/B—Codes

**FOSTER CARE, ADOPTION AND CONSERVATORSHIP TRACKING SYSTEM (FACTS)–Turnaround Document**

```
6    WORKER         MAIL CODE    128-6
     SHIRLEY DOMINY
     BJN         03102C04
     FT.WORTH

1
```

## WORKER INFORMATION

| 1. Worker Name (Last) | | (First) | |
|---|---|---|---|
| MCGUIRE | | SANDRA | |
| 2. Emp. No. | 3. BJN | 4. Mail Code | 5. Today's Date |
| 6451 | 03154C02 | 1286 | |

6. Worker Responsibility
[X] 1-Primary Responsibility   [ ] 2-Courtesy Supervision

## CLIENT INFORMATION

PROCESS DATE
04-19-96
ACTIVE

| 7. Client No. | 8. Action Code | | 9. Effective Date |
|---|---|---|---|
| 508092037 | Initiate  1-Tracking   [ ]2-Update   Terminate [ ]3-Tracking   [ ]4-Close | | 11-27-95 |

| 10. Client Name (Last) | (First) | (MI) | 11. Social Security No. | 12. Date of Birth |
|---|---|---|---|---|
| SAENZSOLIZ | MARK | A | 452872368 | 01-27-82 |

| 13. Ethnic Group | | | | | 14. Sex |
|---|---|---|---|---|---|
| [ ]1-Anglo  [ ]2-Black  [X]3-Hispanic  [ ]4-American Indian  [ ]5-Oriental  [ ]6-Other | | | | | [ ]1-Female  [X]2-Male |

15. CLIENT CHARACTERISTICS–Check all that apply (enter an * to delete a characteristic)

| 02-Blind | 05-Mentally Retarded | 08-Refugee/Entrant | 11-Medically Fragile | 15.a. Certification Worker BJN |
|---|---|---|---|---|
| 03-Deaf | [X] 06-Emotionally Disturbed | 09-Migrant | | |
| 04-Physically Handicapped | 07-Sibling Group | 10-None | | |

| 2 | 16. Family Identifier Name (enter last name first) | 17. Family ID Client No. (must be registered on SSMS) |
|---|---|---|
| | SOLIZ, DONNA | 508092036 |

| 18. CLIENT TYPE | 19. ELIGIBILITY STATUS | | Certification/ | |
|---|---|---|---|---|
| [X]31-Abuse/Neglect | [ ]01-SSI | [ ]MAO 09-Foster Care | 20. Eligibility Date | 20.a. Denial Date | 20.b.LOC |
| [ ]32-Abuse | Non-adjudicated [ ]37-CHINS | [ ]02-AFDC Rec. | | | |
| [ ]33-Neglect | Adjudicated Delinquent- [ ]38-Court Ordered | [ ]03-MAO | State Paid 10-Foster Care | 11-27-95 | | 04 |
| [ ]34-Truant | Protective Placement [ ]42-(Non-Abuse/Neglect) | [ ]04-Inc. Elig. | AFDC/MAO/SPFC 11-App. Pending | Billing | | |
| [ ]35-Runaway | Interstate Compact for [ ]43-Placement of Children. | [ ]Without 05-Regard | [ ]14-Cat. 5 R/E | 20.c. LOC | 21. Review Date | 22. Priority |
| Adj. CHINS- [ ]36-Court Ordered | [ ]44-Post-Adoption | [ ]AFDC 08-Fost. Care | [X]16-FA/I-XIX | 04 | 11-27-96 | 1 |

## LEGAL INFORMATION

| 23. STATUS–Initiate/Update | Terminate/Close | 24. Legal Status Date | 25.County |
|---|---|---|---|
| [X] Man. Conservatorship/ 01-Parental Rights Not Term. | Adoption 06-Complete | 11-28-95 | 220 |
| Man. Conservatorship/ 02-Parental Rights Term. | Child 07-Emancipated | | |
| Voluntary 03-Relinquishment | Child 08-Died | STATE PAID FC(A) | |
| Voluntary Placement 04-Agreement | PRS Respons. 09-Terminated | OPEN    -  - | |
| Other Legal Basis for 05-PRS Responsibility | | CLOSE    -  - | |

| 26. PERMANENCY GOAL | | 27. ARE/ OTHER EXCHANGE |
|---|---|---|
| Family 01-Preservation | LTC Severe 06-Disabilities | [X] 1- NA |
| [X] Family 02-Reunification | Fost. Care w/ 07-Commitment | 2- ARE |
| Perm. Placement 03-with Relative | Fost Care w/o 08-Commitment | ARE & Other 3- Exchange |
| Adoption by 04-Non-Relative | Other Long 09-Term Care | 4- No |
| Trans. Conserv. 05-to Caregiver | 10-Adult Living | |

## PLACEMENT INFORMATION–Do not enter Item 28 (Line) except on corrections.

| | 28. Line | 29. Date Placed | 30. Liv. Arr. | 31. How Prov. | 32. Facility No. | 33. Residence Name |
|---|---|---|---|---|---|---|
| 3 | 01 | 02-17-94 | 21 | 13 | 255282 | BUCKNER BAPTIST CHILDR |
| | 34. Residence Street Address | | | | 35. City | 36. St. / 37. ZIP / 38. County |
| | 5200 S BUCKNER BLVD | | | | DALLAS | TX / 75227 / 057 |
| 4 | 02 | 11-27-95 | 21 | 10 | 255282 | BUCKNER BAPTIST CHILDR |
| | 34. Residence Street Address | | | | 35. City | 36. St. / 37. ZIP / 38. County |
| | 5200 S BUCKNER BLVD | | | | DALLAS | TX / 75227 / 057 |
| 5 | | | | | | |
| | 34. Residence Street Address | | | | 35. City | 36. St. / 37. ZIP / 38. County |

| 6 | 39. CORRECT/TRANSFER TO THIS BJN | 40. FOR S.O. USE | 41 | 42. NAME-LAST | FIRST | MI |
|---|---|---|---|---|---|---|
| | | | | MEDICAID CARD ADDRESS if different from current placement | | |
| | | | | 43. STREET | | |
| | | | | 44. CITY | 45. TX | 46. ZIP |

Form 2001-B/2-95

# FOSTER CARE, ADOPTION AND CONSERVATORSHIP TRACKING SYSTEM (FACTS)
## (Items 30 and 31—Corresponding Codes)

| ITEM 30—LIVING ARRANGEMENT | ITEM 31—HOW PROVIDED |
|---|---|
| 01 — Own Home<br>02 — Relative's Home<br>03 — Independent Living Arrangement<br>31 — Unauthorized Absence<br>32 — Other | 01 — Not Applicable |
| 33 — Adoptive Home/Former Foster Home | 02 — Adoption Subsidy<br>03 — Purchased Adoption<br>04 — Purchased/Subsidized Adoption<br>05 — Free<br>06 — Client Pays<br>07 — County Paid Foster Care<br>08 — AFDC Foster Care<br>09 — MAO Foster Care<br>10 — State Paid Foster Care<br>13 — Other Pays |
| 04 — Adoptive Home<br>34 — Adoptive Home/Relative Home | 02 — Adoption Subsidy<br>03 — Purchased Adoption<br>04 — Purchased/Subsidized Adoption<br>05 — Free<br>06 — Client Pays<br>13 — Other Pays |
| 06 — PRS Foster Home<br>08 — Other Foster Home<br>07 — PRS Foster Group Home<br>08 — Other Foster Group Home<br>09 — Emergency Shelter Foster Home<br>Emergency Shelter Group Home<br>Foster Home for Emotionally Disturbed<br>12 — Foster Group Home for Emotionally Disturbed<br>13 — Foster Home for Mentally Retarded<br>14 — Foster Group Home for Mentally Retarded<br>15 — Emergency Shelter Institution | 05 — Free<br>06 — Client Pays<br>07 — County Paid Foster Care<br>08 — AFDC Foster Care<br>09 — MAO Foster Care<br>10 — State Paid Foster Care<br>12 — CWEF Group Home or Emergency Shelter<br>13 — Other Pays |

| ITEM 30—LIVING ARRANGEMENT | ITEM 31—HOW PROVIDED |
|---|---|
| 17 — Private Child Caring Institution<br>19 — Private Institution for Mentally Retarded<br>21 — Private Institution for Emotionally Disturbed<br>22 — Public/Private Institution for Physically Handicapped<br>23 — Public/Private Institution for Blind/Deaf<br>27 — Maternity Home<br>28 — Halfway House<br>29 — Hospital<br>36 — Therapeutic Camp<br>37 — Psychiatric Unit of a Hospital<br>38 — Psychiatric Hospital<br>39 — Foster Family Home—Primary Medical Needs<br>40 — Foster Group Home—Primary Medical Needs | 05 — Free<br>06 — Client Pays<br>07 — County Paid Foster Care<br>08 — AFDC Foster Care<br>09 — MAO Foster Care<br>10 — State Paid Foster Care<br>13 — Other Pays |
| 16 — Public Child Caring Institution<br>18 — Public Institution for Mentally Retarded<br>20 — Public Institution for Emotionally Disturbed | 05 — Free<br>06 — Client Pays<br>07 — County Paid Foster Care<br>13 — Other Pays |
| 24 — Texas Youth Council Facility<br>25 — Other Juvenile Detention Facility<br>26 — Jails and Prisons | 05 — Free<br>13 — Other Pays |
| 30 — Nursing Home | 06 — Client Pays<br>13 — Other Pays |
| 41 — Residential Substance Abuse Treatment | 13 — Other Pays |

**The following items must be completed for your document to process. Check other items also to be sure you have updated all necessary items.**

| ACTION CODE | Form 2001-A | | Form 2001-B | |
|---|---|---|---|---|
| | PRIMARY WORKER | COURTESY WORKER | PRIMARY WORKER | COURTESY WORKER |
| INITIATE TRACKING | All items must be completed. Legal status must be 01—05. | Items 1—12 must be completed. | All client-related items that are not pre-printed must be completed. Legal status must be 01—05. | Items 5, 6, 8, and 9 must be completed |
| UPDATE TRACKING | All items must be completed. | Items 1—12 and 39 (if a BJN transfer is necessary) must be completed. | Items 5, 8, 9, and any items that need to be added or updated must be completed. | Items 5, 8, 9, and 39 (if a BJN transfer is necessary) must be completed. |
| TERMINATE TRACKING | All items must be completed. Legal status must be 06—09 and legal status date must be updated. | Do not use this action code. | Items 5, 8, 9, and any items that need to be added or updated must be completed. Legal status must be 06—09 and legal status date must be updated. | Do not use this action code. |
| CLOSE TRATION | All items must be completed. Legal status must be 06—09 and legal status date must be updated. | Items 1—12 must be completed. | Items 5, 8, 9, and any items that need to be added or updated must be completed. Legal status must be 06—09 and legal status date must be updated. | Items 5, 8, and 9 must be completed. |

Form 2001-A/B—Codes

Texas Department of Protective and Regulatory Services  ☒

**6**

WORKER        MAIL CODE  128-6
SHIRLEY DOMINY
BJN       03102C04
FT WORTH

**1**

**FOSTER CARE, ADOPTION AND CONSERVATORSHIP TRACKING SYSTEM (FACTS)–Turnaround Document**

**WORKER INFORMATION**

| 1. Worker Name (Last) | (First) |
|---|---|
| MCGUIRE | SANDRA |

| 2. Emp. No. | 3. BJN | 4. Mail Code | 5. Today's Date |
|---|---|---|---|
| 6451 | 03154C02 | 1286 | |

6. Worker Responsibility    ☒ 1-Primary Responsibility    ☐ 2-Courtesy Supervision

**CLIENT INFORMATION**

PROCESS DATE
04-09-96
ACTIVE

| 7. Client No. | 8. Action Code | | 9. Effective Date |
|---|---|---|---|
| 508092037 | Initiate ☐ 1-Tracking  ☐ 2-Update  Terminate ☐ 3-Tracking  ☐ 4-Close | | 11-27-95 |

| 10. Client Name (Last) | (First) | (MI) | 11. Social Security No. | 12. Date of Birth |
|---|---|---|---|---|
| SAENZSOLIZ | MARK | A | 452872368 | 01-27-82 |

13. Ethnic Group  ☐ 1-Anglo  ☐ 2-Black  ☒ 3-Hispanic  ☐ 4-American Indian  ☐ 5-Oriental  ☐ 6-Other
14. Sex  ☐ 1-Female  ☒ 2-Male

15. CLIENT CHARACTERISTICS–Check all that apply (enter an * to delete a characteristic)

| 02-Blind | 05-Mentally Retarded | 08-Refugee/Entrant | 11-Medically Fragile | 15.a. Certification Worker BJN |
|---|---|---|---|---|
| 03-Deaf | X 06-Emotionally Disturbed | 09-Migrant | | |
| 04-Physically Handicapped | 07-Sibling Group | 10-None | | |

**2**

16. Family Identifier Name (enter last name first)   SOLIZ, DONNA
17. Family ID Client No. (must be registered on SSMS)   508092036

18. CLIENT TYPE

| X 31-Abuse/Neglect | Non-adjudicated 37-CHINS |
| 32-Abuse | Adjudicated Delinquent-38-Court Ordered |
| 33-Neglect | Protective Placement 42-(Non-Abuse/Neglect) |
| 34-Truant | Interstate Compact for 43-Placement of Children. |
| 35-Runaway | 44-Post-Adoption |
| Adj. CHINS-36-Court Ordered | |

19. ELIGIBILITY STATUS

| 01-SSI | MAO 09-Foster Care |
| 02-AFDC Rec. | State Paid 10-Foster Care |
| 03-MAO | AFDC/MAO/SPFC 11-App. Pending |
| 04-Inc. Elig. | 14-Cat. 5 R/E |
| Without 05-Regard | |
| AFDC 08-Fost. Care | X 16-EA/T-XIX |

Certification/ 20. Eligibility Date  11-27-95
20.a. Denial Date
20.b.LOC  04
Billing 20.c. LOC  04
21. Review Date  11-27-96
22. Priority  1

**LEGAL INFORMATION**

23. STATUS–Initiate/Update    Terminate/Close

| X Man. Conservatorship/ 01-Parental Rights Not Term. | Adoption 06-Complete |
| Man. Conservatorship/ 02-Parental Rights Term. | Child 07-Emancipated |
| Voluntary 03-Relinquishment | Child 08-Died |
| Voluntary Placement 04-Agreement | PRS Respons. 09-Terminated |
| Other Legal Basis for 05-PRS Responsibility | |

24. Legal Status Date  11-28-95
25.County  220

STATE PAID FC(A)
OPEN  - -
CLOSE  - -

26. PERMANENCY GOAL

| Family 01-Preservation | LTC Severe 06-Disabilities |
| Family 02-Reunification | Fost Care w/ 07-Commitment |
| Perm. Placement 03-with Relative | Fost Care w/o 08-Commitment |
| Adoption by 04-Non-Relative | Other Long 09-Term Care |
| Trans. Conserv. 05-to Caregiver | 10-Adult Living |

27. ARE/OTHER EXCHANGE
X 1- NA
2- ARE
ARE & Other 3- Exchange
4- No

**PLACEMENT INFORMATION–Do not enter Item 28 (Line) except on corrections.**

| 28. Line | 29. Date Placed | 30. Liv. Arr. | 31. How Prov. | 32. Facility No. | 33. Residence Name |
|---|---|---|---|---|---|
| 01 | 02-17-94 | 21 | 13 | 255282 | BUCKNER BAPTIST CHILDR |

| 34. Residence Street Address | 35. City | 36. St. | 37. ZIP | 38. County |
|---|---|---|---|---|
| 5200 S BUCKNER BLVD | DALLAS | TX | 75227 | 057 |

| 28. Line | 29. Date Placed | 30. Liv. Arr. | 31. How Prov. | 32. Facility No. | 33. Residence Name |
|---|---|---|---|---|---|
| 02 | 11-27-95 | 21 | 10 | 255282 | BUCKNER BAPTIST CHILDR |

| 34. Residence Street Address | 35. City | 36. St. | 37. ZIP | 38. County |
|---|---|---|---|---|
| 5200 S BUCKNER BLVD | DALLAS | TX | 75227 | 057 |

| 28. Line | 29. Date Placed | 30. Liv. Arr. | 31. How Prov. | 32. Facility No. | 33. Residence Name |
|---|---|---|---|---|---|
| | | | | | |

| 34. Residence Street Address | 35. City | 36. St. | 37. ZIP | 38. County |

39. CORRECT/TRANSFER TO THIS BJN
40. FOR S.O. USE   41.

MEDICAID CARD ADDRESS if different from current placement
42. NAME-LAST  FIRST  MI
43. STREET
44. CITY  45. TX  46. ZIP

**6**

Form 2001-B/2-95

399

## FOSTER CARE, ADOPTION AND CONSERVATORSHIP TRACKING SYSTEM (FACTS)
### (Items 30 and 31—Corresponding Codes)

| ITEM 30—LIVING ARRANGEMENT | ITEM 31—HOW PROVIDED |
|---|---|
| 01 — Own Home<br>02 — Relative's Home<br>03 — Independent Living Arrangement<br>31 — Unauthorized Absence<br>32 — Other | 01 — Not Applicable |
| 33 — Adoptive Home/Former Foster Home | 02 — Adoption Subsidy<br>03 — Purchased Adoption<br>04 — Purchased/Subsidized Adoption<br>05 — Free<br>06 — Client Pays<br>07 — County Paid Foster Care<br>08 — AFDC Foster Care<br>09 — MAO Foster Care<br>10 — State Paid Foster Care<br>13 — Other Pays |
| 04 — Adoptive Home<br>34 — Adoptive Home/Relative Home | 02 — Adoption Subsidy<br>03 — Purchased Adoption<br>04 — Purchased/Subsidized Adoption<br>05 — Free<br>06 — Client Pays<br>13 — Other Pays |
| 05 — PRS Foster Home<br>06 — Other Foster Home<br>07 — PRS Foster Group Home<br>08 — Other Foster Group Home<br>09 — Emergency Shelter Foster Home<br>   Emergency Shelter Foster Group Home<br>  - Foster Home for Emotionally Disturbed<br>12 — Foster Group Home for Emotionally Disturbed<br>13 — Foster Home for Mentally Retarded<br>14 — Foster Group Home for Mentally Retarded<br>15 — Emergency Shelter Institution | 05 — Free<br>06 — Client Pays<br>07 — County Paid Foster Care<br>08 — AFDC Foster Care<br>09 — MAO Foster Care<br>10 — State Paid Foster Care<br>12 — CWEF Group Home or Emergency Shelter<br>13 — Other Pays |

| ITEM 30—LIVING ARRANGEMENT | ITEM 31—HOW PROVIDED |
|---|---|
| 17 — Private Child Caring Institution<br>19 — Private Institution for Mentally Retarded<br>21 — Private Institution for Emotionally Disturbed<br>22 — Public/Private Institution for Physically Handicapped<br>23 — Public/Private Institution for Blind/Deaf<br>27 — Maternity Home<br>28 — Halfway House<br>29 — Hospital<br>36 — Therapeutic Camp<br>37 — Psychiatric Unit of a Hospital<br>38 — Psychiatric Hospital<br>39 — Foster Family Home—Primary Medical Needs<br>40 — Foster Group Home—Primary Medical Needs | 05 — Free<br>06 — Client Pays<br>07 — County Paid Foster Care<br>08 — AFDC Foster Care<br>09 — MAO Foster Care<br>10 — State Paid Foster Care<br>13 — Other Pays |
| 16 — Public Child Caring Institution<br>18 — Public Institution for Mentally Retarded<br>20 — Public Institution for Emotionally Disturbed | 05 — Free<br>06 — Client Pays<br>07 — County Paid Foster Care<br>13 — Other Pays |
| 24 — Texas Youth Council Facility<br>25 — Other Juvenile Detention Facility<br>26 — Jails and Prisons | 05 — Free<br>13 — Other Pays |
| 30 — Nursing Home | 06 — Client Pays<br>13 — Other Pays |
| 41 — Residential Substance Abuse Treatment | 13 — Other Pays |

**The following Items must be completed for your document to process. Check other Items also to be sure you have updated all necessary Items.**

| ACTION CODE | Form 2001-A | | Form 2001-B | |
|---|---|---|---|---|
| | PRIMARY WORKER | COURTESY WORKER | PRIMARY WORKER | COURTESY WORKER |
| INITIATE TRACKING | All Items must be completed. Legal status must be 01—05. | Items 1—12 must be completed. | All client-related Items that are not pre-printed must be completed. Legal status must be 01—05. | Items 5, 6, 8, and 9 must be completed |
| UPDATE TRACKING | All Items must be completed. | Items 1—12 and 39 (if a BJN transfer is necessary) must be completed. | Items 5, 8, 9, and any Items that need to be added or updated must be completed. | Items 5, 8, 9, and 39 (if a BJN transfer is necessary) must be completed. |
| TERMINATE TRACKING | All Items must be completed. Legal status must be 06—09 and legal status date must be updated. | Do not use this action code. | Items 5, 8, 9, and any Items that need to be added or updated must be completed. Legal status must be 06—09 and legal status date must be updated. | Do not use this action code. |
| CLOSE REGISTRATION | All Items must be completed. Legal status must be 06—09 and legal status date must be updated. | Items 1—12 must be completed. | Items 5, 8, 9, and any Items that need to be added or updated must be completed. Legal status must be 06—09 and legal status date must be updated. | Items 5, 8, and 9 must be completed. |

Form 2001-A/B—Codes

Texas Department of Protective and Regulatory Services  ☒

**6** | WORKER      MAIL CODE   128-6
SHIRLEY DOMINY
BJN        03102C04
FT WORTH

**1**

**FOSTER CARE, ADOPTION AND CONSERVATORSHIP TRACKING SYSTEM (FACTS)–Turnaround Document**

## WORKER INFORMATION

| 1. Worker Name (Last) | | (First) | | |
|---|---|---|---|---|
| MCGUIRE | | SANDRA | | |
| 2. Emp. No. | 3. BJN | | 4. Mail Code | 5. Today's Date |
| 6451 | 03154C02 | | 1286 | |
| 6. Worker Responsibility | | | | |
| | ☒ 1-Primary Responsibility | | ☐ 2-Courtesy Supervision | |

## CLIENT INFORMATION    PROCESS DATE
03-22-96
ACTIVE

| 7. Client No. | | 8. Action Code | | | 9. Effective Date |
|---|---|---|---|---|---|
| 508092037 | | ☐ Initiate 1-Tracking  ☐ 2-Update  ☐ Terminate 3-Tracking  ☐ 4-Close | | | 11-27-95 |
| 10. Client Name (Last) | (First) | | (MI) | 11. Social Security No. | 12. Date of Birth |
| SAENZ SOLIZ | MARK | | A | 452872368 | 01-27-82 |

| 13. Ethnic Group | | | | | | 14. Sex | |
|---|---|---|---|---|---|---|---|
| ☐ 1-Anglo | ☐ 2-Black | ☒ 3-Hispanic | ☐ 4-American Indian | ☐ 5-Oriental | ☐ 6-Other | ☐ 1-Female | ☒ 2-Male |

### 15. CLIENT CHARACTERISTICS–Check all that apply (enter an * to delete a characteristic)

| | | | | 15.a. Certification Worker BJN |
|---|---|---|---|---|
| 02-Blind | 05-Mentally Retarded | 08-Refugee/Entrant | 11-Medically Fragile | |
| 03-Deaf | ☒ 06-Emotionally Disturbed | 09-Migrant | | |
| 04-Physically Handicapped | 07-Sibling Group | 10-None | | |

**2** | 16. Family Identifier Name (enter last name first)
SOLIZ        DONNA

17. Family ID Client No. (must be registered on SSMS)
508092036

### 18. CLIENT TYPE

| |
|---|
| ☒ 31-Abuse/Neglect |
| 32-Abuse |
| 33-Neglect |
| 34-Truant |
| 35-Runaway |
| Adj. CHINS 36-Court Ordered |
| Non-adjudicated 37-CHINS |
| Adjudicated Delinquent-38- Court Ordered |
| Protective Placement 42-(Non-Abuse/Neglect) |
| Interstate Compact for 43- Placement of Children. |
| 44-Post-Adoption |

### 19. ELIGIBILITY STATUS

| | |
|---|---|
| 01-SSI | MAO 09- Foster Care |
| 02-AFDC Rec. | State Paid 10- Foster Care |
| 03-MAO | AFDC/MAO/SPFC 11-App. Pending |
| 04-Inc. Elig. Without 05-Regard | 14-Cat. 5 R/E |
| AFDC 08- Fost. Care | ☒ 16-FA/T-XIX |

| Certification/ 20. Eligibility Date | 20.a. Denial Date | Recom. 20.b.LOC |
|---|---|---|
| 11-27-95 | | 04 |
| Billing 20.c. LOC | 21. Review Date | 22. Priority |
| 01 | 11-27-96 | 1 |

### LEGAL INFORMATION

#### 23. STATUS–Initiate/Update        Terminate/Close

| | |
|---|---|
| ☒ Man. Conservatorship/ 01-Parental Rights Not Term. | Adoption 06-Complete |
| Man. Conservatorship/ 02-Parental Rights Term. | Child 07-Emancipated |
| Voluntary 03-Relinquishment | Child 08-Died |
| Voluntary Placement 04-Agreement | PRS Respons. 09-Terminated |
| Other Legal Basis for 05-PRS Responsibility | |

| 24. Legal Status Date | 25.County |
|---|---|
| 11-28-95 | 220 |
| STATE PAID FC(A) | |
| OPEN    -    - | |
| CLOSE   -    - | |

#### 26. PERMANENCY GOAL

| | |
|---|---|
| Family 01-Preservation | LTC Severe 06-Disabilities |
| ☒ Family 02-Reunification | Fost. Care w/ 07-Commitment |
| Perm. Placement 03-with Relative | Fost Care w/ 08-Commitment |
| Adoption by 04-Non-Relative | Other Long 09-Term Care |
| Trans. Conserv. 05-to Caregiver | 10-Adult Living |

#### 27. ARE/ OTHER EXCHANGE

| |
|---|
| ☒ 1- NA |
| 2- ARE |
| ARE & Other 3- Exchange |
| 4- No |

### PLACEMENT INFORMATION–Do not enter Item 28 (Line) except on corrections.

| 28. Line | 29. Date Placed | 30. Liv. Arr. | 31. How Prov. | 32. Facility No. | 33. Residence Name | | | |
|---|---|---|---|---|---|---|---|---|
| **3** 01 | 02-17-94 | 21 | 13 | 255282 | BUCKNER BAPTIST CHILDR | | | |
| 34. Residence Street Address | | | 35. City | | 36. St. | 37. ZIP | 38. County | |
| 5200 S BUCKNER BLVD | | | DALLAS | | TX | 75227 | 057 | |
| **4** 02 | 11-27-95 | 21 | 10 | 255282 | BUCKNER BAPTIST CHILDR | | | |
| 34. Residence Street Address | | | 35. City | | 36. St. | 37. ZIP | 38. County | |
| 5200 S BUCKNER BLVD | | | DALLAS | | TX | 75227 | 057 | |
| **5** | | | | | | | | |
| 34. Residence Street Address | | | 35. City | | 36. St. | 37. ZIP | 38. County | |

| MEDICAID CARD ADDRESS if different from current placement | | | |
|---|---|---|---|
| 42. NAME-LAST | FIRST | | MI |
| 43. STREET | | | |
| 44. CITY | | 45. ST. TX | 46. ZIP |

| 39. CORRECT/TRANSFER TO THIS BJN | 40. FOR S.O. USE | 41 |
|---|---|---|
| **6** | | |

Form 2001-B/2-95

401

## FOSTER CARE, ADOPTION AND CONSERVATORSHIP TRACKING SYSTEM (FACTS)
### (Items 30 and 31—Corresponding Codes)

| ITEM 30—LIVING ARRANGEMENT | ITEM 31—HOW PROVIDED |
|---|---|
| 01 — Own Home<br>02 — Relative's Home<br>03 — Independent Living Arrangement<br>31 — Unauthorized Absence<br>32 — Other | 01 — Not Applicable |
| 33 — Adoptive Home/Former Foster Home | 02 — Adoption Subsidy<br>03 — Purchased Adoption<br>04 — Purchased/Subsidized Adoption<br>05 — Free<br>06 — Client Pays<br>07 — County Paid Foster Care<br>08 — AFDC Foster Care<br>09 — MAO Foster Care<br>10 — State Paid Foster Care<br>13 — Other Pays |
| 04 — Adoptive Home<br>34 — Adoptive Home/Relative Home | 02 — Adoption Subsidy<br>03 — Purchased Adoption<br>04 — Purchased/Subsidized Adoption<br>05 — Free<br>06 — Client Pays<br>13 — Other Pays |
| 05 — PRS Foster Home<br>06 — Other Foster Home<br>07 — PRS Foster Group Home<br>08 — Other Foster Group Home<br>C— Emergency Shelter Foster Home<br>Emergency Shelter Foster Group Home<br>11 — Foster Home for Emotionally Disturbed<br>12 — Foster Group Home for Emotionally Disturbed<br>13 — Foster Home for Mentally Retarded<br>14 — Foster Group Home for Mentally Retarded<br>15 — Emergency Shelter Institution | 05 — Free<br>06 — Client Pays<br>07 — County Paid Foster Care<br>08 — AFDC Foster Care<br>09 — MAO Foster Care<br>10 — State Paid Foster Care<br>12 — CWEF Group Home or Emergency Shelter<br>13 — Other Pays |

| ITEM 30—LIVING ARRANGEMENT | ITEM 31—HOW PROVIDED |
|---|---|
| 17 — Private Child Caring Institution<br>19 — Private Institution for Mentally Retarded<br>21 — Private Institution for Emotionally Disturbed<br>22 — Public/Private Institution for Physically Handicapped<br>23 — Public/Private Institution for Blind/Deaf<br>27 — Maternity Home<br>28 — Halfway House<br>29 — Hospital<br>36 — Therapeutic Camp<br>37 — Psychiatric Unit of a Hospital<br>38 — Psychiatric Hospital<br>39 — Foster Family Home—Primary Medical Needs<br>40 — Foster Group Home—Primary Medical Needs | 05 — Free<br>06 — Client Pays<br>07 — County Paid Foster Care<br>08 — AFDC Foster Care<br>09 — MAO Foster Care<br>10 — State Paid Foster Care<br>13 — Other Pays |
| 18 — Public Child Caring Institution<br>19 — Public Institution for Mentally Retarded<br>20 — Public Institution for Emotionally Disturbed | 05 — Free<br>06 — Client Pays<br>07 — County Paid Foster Care<br>13 — Other Pays |
| 24 — Texas Youth Council Facility<br>25 — Other Juvenile Detention Facility<br>26 — Jails and Prisons | 05 — Free<br>13 — Other Pays |
| 30 — Nursing Home | 06 — Client Pays<br>13 — Other Pays |
| 41 — Residential Substance Abuse Treatment | 13 — Other Pays |

**The following Items must be completed for your document to process. Check other Items also to be sure you have updated all necessary Items.**

| ACTION CODE | Form 2001-A | | Form 2001-B | |
|---|---|---|---|---|
| | PRIMARY WORKER | COURTESY WORKER | PRIMARY WORKER | COURTESY WORKER |
| INITIATE TRACKING | All Items must be completed. Legal status must be 01—05. | Items 1—12 must be completed. | All client-related Items that are not pre-printed must be completed. Legal status must be 01—05. | Items 5, 6, 8, and 9 must be completed |
| UPDATE TRACKING | All Items must be completed. | Items 1—12 and 39 (If a BJN transfer is necessary) must be completed. | Items 5, 8, 9, and any Items that need to be added or updated must be completed. | Items 5, 8, 9, and 39 (If a BJN transfer is necessary) must be completed. |
| TERMINATE TRACKING | All Items must be completed. Legal status must be 06—09 and legal status date must be updated. | Do not use this action code. | Items 5, 8, 9, and any Items that need to be added or updated must be completed. Legal status must be 06—09 and legal status date must be updated. | Do not use this action code. |
| CLOSE REGISTRATION | All Items must be completed. Legal status must be 06—09 and legal status date must be updated. | Items 1—12 must be completed. | Items 5, 8, 9, and any Items that need to be added or updated must be completed. Legal status must be 06—09 and legal status date must be updated. | Items 5, 8, and 9 must be completed. |

Form 2001-A/B—Codes

Texas Department of ... Protective and Regulatory Services ☒

**FOSTER CARE, ADOPTION AND CONSERVATORSHIP TRACKING SYSTEM (FACTS)–Turnaround Document**

| 6 | WORKER         MAIL CODE   128-6 |
|---|---|

SHIRLEY DOMINY
BJN        03102C04
FT WORTH

**WORKER INFORMATION**

| 1. Worker Name (Last) | (First) |
|---|---|
| MCGUIRE | SANDRA |

| 2. Emp. No. | 3. BJN | 4. Mail Code | 5. Today's Date |
|---|---|---|---|
| 6451 | 03154C02 | 1286 | |

| 6. Worker Responsibility |
|---|
| ☒ 1-Primary Responsibility    ☐ 2-Courtesy Supervision |

| 1 |
|---|

**CLIENT INFORMATION**

PROCESS DATE
01-02-96
ACTIVE

| 7. Client No. | 8. Action Code | 9. Effective Date |
|---|---|---|
| 508092037 | ☐ Initiate 1-Tracking  ☐ 2-Update  ☐ Terminate 3-Tracking  ☐ 4-Close | 11-27-95 |

| 10. Client Name (Last) | (First) | (MI) | 11. Social Security No. | 12. Date of Birth |
|---|---|---|---|---|
| SAENZSOLIZ | MARK | A | 452872368 | 01-27-82 |

| 13. Ethnic Group | | | | | | 14. Sex |
|---|---|---|---|---|---|---|
| ☐ 1-Anglo  ☐ 2-Black  ☒ 3-Hispanic  ☐ 4-American Indian  ☐ 5-Oriental  ☐ 6-Other | | | | | | ☐ 1-Female  ☒ 2-Male |

**15. CLIENT CHARACTERISTICS–Check all that apply (enter an * to delete a characteristic)**

| 02-Blind | 05-Mentally Retarded | 08-Refugee/Entrant | 11-Medically Fragile | 15.a. Certification Worker BJN |
|---|---|---|---|---|
| 03-Deaf | ☒ 06-Emotionally Disturbed | 09-Migrant | | |
| 04-Physically Handicapped | 07-Sibling Group | 10-None | | |

| 2 | 16. Family Identifier Name (enter last name first) | 17. Family ID Client No. (must be registered on SSMS) |
|---|---|---|
| | SOLIZ         DONNA | 508092036 |

**18. CLIENT TYPE**

| ☒ 31-Abuse/Neglect | Non-adjudicated 37-CHINS |
|---|---|
| 32-Abuse | Adjudicated Delinquent-38-Court Ordered |
| 33-Neglect | Protective Placement 42-(Non-Abuse/Neglect) |
| 34-Truant | Interstate Compact for 43-Placement of Children. |
| 35-Runaway | |
| Adj. CHINS-36-Court Ordered | 44-Post-Adoption |

**19. ELIGIBILITY STATUS**

| 01-SSI | MAO 09-Foster Care |
|---|---|
| 02-AFDC Rec. | State Paid 10-Foster Care |
| 03-MAO | AFDC/MAO/SPFC 11-App. Pending |
| 04-Inc. Elig. | |
| Without 05-Regard | 14-Cat. 5 R/E |
| AFDC 08-Fost. Care | ☒ 16-EA/T-XIX |

| Certification/ 20. Eligibility Date | 20.a. Denial Date | Recom. 20.b.LOC |
|---|---|---|
| 11-27-95 | | 01 |

| Billing 20.c. LOC | 21. Review Date | 22. Priority |
|---|---|---|
| 01 | 11-27-96 | 1 |

**LEGAL INFORMATION**

**23. STATUS–Initiate/Update / Terminate/Close**

| ☒ Man. Conservatorship/ 01-Parental Rights Not Term. | Adoption 06-Complete |
|---|---|
| Man. Conservatorship/ 02-Parental Rights Term. | Child 07-Emancipated |
| Voluntary 03-Relinquishment | Child 08-Died |
| Voluntary Placement 04-Agreement | PRS Respons. 09-Terminated |
| Other Legal Basis for 05-PRS Responsibility | |

| 24. Legal Status Date | 25.County |
|---|---|
| 11-28-95 | 220 |

STATE PAID FC(A)
OPEN    -  -
CLOSE   -  -

**26. PERMANENCY GOAL**

| Family 01-Preservation | LTC Severe 06-Disabilities |
|---|---|
| ☒ Family 02-Reunification | Fost. Care w/ 07-Commitment |
| Perm. Placement 03-with Relative | Fost Care w/ 08-Commitment |
| Adoption by 04-Non-Relative | Other Long 09-Term Care |
| Trans. Conserv. 05-to Caregiver | 10-Adult Living |

**27. ARE/ OTHER EXCHANGE**

| ☒ 1- NA |
|---|
| 2- ARE |
| ARE & Other 3- Exchange |
| 4- No |

**PLACEMENT INFORMATION–Do not enter Item 28 (Line) except on corrections.**

| 3 | 28. Line | 29. Date Placed | 30. Liv. Arr. | 31. How Prov. | 32. Facility No. | 33. Residence Name |
|---|---|---|---|---|---|---|
| | 01 | 02-17-94 | 21 | 13 | 255282 | BUCKNER BAPTIST CHILDR |

| 34. Residence Street Address | 35. City | 36. St. | 37. ZIP | 38. County |
|---|---|---|---|---|
| 5200 S BUCKNER BLVD | DALLAS | TX | 75227 | 057 |

| 4 | 28. Line | 29. Date Placed | 30. Liv. Arr. | 31. How Prov. | 32. Facility No. | 33. Residence Name |
|---|---|---|---|---|---|---|
| | 02 | 11-27-95 | 21 | 10 | 255282 | BUCKNER BAPTIST CHILDR |

| 34. Residence Street Address | 35. City | 36. St. | 37. ZIP | 38. County |
|---|---|---|---|---|
| 5200 S BUCKNER BLVD | DALLAS | TX | 75227 | 057 |

| 5 | 28. Line | 29. Date Placed | 30. Liv. Arr. | 31. How Prov. | 32. Facility No. | 33. Residence Name |
|---|---|---|---|---|---|---|
| | | | | | | |

| 34. Residence Street Address | 35. City | 36. St. | 37. ZIP | 38. County |
|---|---|---|---|---|
| | | | | |

**MEDICAID CARD ADDRESS If different from current placement**

| 42. NAME-LAST | FIRST | MI |
|---|---|---|
| | | |

| 43. STREET |
|---|
| |

| 6 | 39. CORRECT/TRANSFER TO THIS BJN | 40. FOR S.O. USE | 41 |
|---|---|---|---|
| | | | |

| 44. CITY | 45. TX | 46. ZIP |
|---|---|---|
| | | |

Form 2001-B/2-95        DCN  H6002410        403

## FOSTER CARE, ADOPTION AND CONSERVATORSHIP TRACKING SYSTEM (FACTS)
### (Items 30 and 31—Corresponding Codes)

| ITEM 30—LIVING ARRANGEMENT | ITEM 31—HOW PROVIDED | ITEM 30—LIVING ARRANGEMENT | ITEM 31—HOW PROVIDED |
|---|---|---|---|
| 01 — Own Home<br>02 — Relative's Home<br>03 — Independent Living Arrangement<br>31 — Unauthorized Absence<br>32 — Other | 01 — Not Applicable | 17 — Private Child Caring Institution<br>19 — Private Institution for Mentally Retarded<br>21 — Private Institution for Emotionally Disturbed<br>22 — Public/Private Institution for Physically Handicapped<br>23 — Public/Private Institution for Blind/Deaf<br>27 — Maternity Home<br>28 — Halfway House<br>29 — Hospital<br>36 — Therapeutic Camp<br>37 — Psychiatric Unit of a Hospital<br>38 — Psychiatric Hospital<br>39 — Foster Family Home—Primary Medical Needs<br>40 — Foster Group Home—Primary Medical Needs | 05 — Free<br>06 — Client Pays<br>07 — County Paid Foster Care<br>08 — AFDC Foster Care<br>09 — MAO Foster Care<br>10 — State Paid Foster Care<br>13 — Other Pays |
| 33 — Adoptive Home/Former Foster Home | 02 — Adoption Subsidy<br>03 — Purchased Adoption<br>04 — Purchased/Subsidized Adoption<br>05 — Free<br>06 — Client Pays<br>07 — County Paid Foster Care<br>08 — AFDC Foster Care<br>09 — MAO Foster Care<br>10 — State Paid Foster Care<br>13 — Other Pays | | |
| 04 — Adoptive Home<br>34 — Adoptive Home/Relative Home | 02 — Adoption Subsidy<br>03 — Purchased Adoption<br>04 — Purchased/Subsidized Adoption<br>05 — Free<br>06 — Client Pays<br>13 — Other Pays | 16 — Public Child Caring Institution<br>18 — Public Institution for Mentally Retarded<br>20 — Public Institution for Emotionally Disturbed | 05 — Free<br>06 — Client Pays<br>07 — County Paid Foster Care<br>13 — Other Pays |
| | | 24 — Texas Youth Council Facility<br>25 — Other Juvenile Detention Facility<br>26 — Jails and Prisons | 05 — Free<br>13 — Other Pays |
| 05 — PRS Foster Home<br>06 — Other Foster Home<br>07 — PRS Foster Group Home<br>08 — Other Foster Group Home<br>· Emergency Shelter Foster Home<br>· Emergency Shelter Foster Group Home<br>11 — Foster Home for Emotionally Disturbed<br>12 — Foster Group Home for Emotionally Disturbed<br>13 — Foster Home for Mentally Retarded<br>14 — Foster Group Home for Mentally Retarded<br>15 — Emergency Shelter Institution | 05 — Free<br>06 — Client Pays<br>07 — County Paid Foster Care<br>08 — AFDC Foster Care<br>09 — MAO Foster Care<br>10 — State Paid Foster Care<br>12 — CWEF Group Home or Emergency Shelter<br>13 — Other Pays | 30 — Nursing Home | 06 — Client Pays<br>13 — Other Pays |
| | | 41 — Residential Substance Abuse Treatment | 13 — Other Pays |

The following items must be completed for your document to process. Check other items also to be sure you have updated all necessary items.

| ACTION CODE | Form 2001-A | | Form 2001-B | |
|---|---|---|---|---|
| | PRIMARY WORKER | COURTESY WORKER | PRIMARY WORKER | COURTESY WORKER |
| INITIATE TRACKING | All items must be completed. Legal status must be 01—05. | Items 1—12 must be completed. | All client-related items that are not pre-printed must be completed. Legal status must be 01—05. | Items 5, 6, 8, and 9 must be completed |
| UPDATE TRACKING | All items must be completed. | Items 1—12 and 39 (if a BJN transfer is necessary) must be completed. | Items 5, 6, 9, and any items that need to be added or updated must be completed. | Items 5, 8, 9, and 39 (if a BJN transfer is necessary) must be completed. |
| TERMINATE TRACKING | All items must be completed. Legal status must be 06—09 and legal status date must be updated. | Do not use this action code. | Items 5, 6, 9, and any items that need to be added or updated must be completed. Legal status must be 06—09 and legal status date must be updated. | Do not use this action code. |
| CLOSE REGISTRATION | All items must be completed. Legal status must be 06—09 and legal status date must be updated. | Items 1—12 must be completed. | Items 5, 6, 9, and any items that need to be added or updated must be completed. Legal status must be 06—09 and legal status date must be updated. | Items 5, 8, and 9 must be completed |

Form 2001-A/B—Codes

FC
5

1

Umpeded 7:30 SA
12-96

**Texas Department of Human Services**

## FOSTER CARE, ADOPTION AND CONSERVATORSHIP TRACKING SYSTEM (FACTS)

### WORKER INFORMATION

| 1. Worker Name (Last) | | (First) | |
|---|---|---|---|
| McGuire | | Sandra | |

| 2. Emp. No. | 3. BJN | 4. Mail Code | 5. Today's Date |
|---|---|---|---|
| 031 | 54.C02 8.1911 | 01 | 010596 |

6. Worker Responsibility
☐ 1 - Primary Responsibility   ☐ 2 - Courtesy Supervision

### CLIENT INFORMATION

Temporary No.

| 7. Client No. | OR | T0 0787031 | 8. Action Code | | | 9. Effective Date |
|---|---|---|---|---|---|---|
| 508.092037 | ☐ | | ☐ 1 Initiate Tracking   ☐ 2 - Update   ☐ 3 - Terminate Tracking   ☐ 4 - Close | | | 11279 |

| 10. Client Name (Last) | (First) | (MI) | 11. Social Security No. | 12. Date of Birth |
|---|---|---|---|---|
| Saenz Soliz | Mark | A | 452872368 | 011278 |

13. Ethnic Group
☐ 1 - Anglo   ☐ 2 - Black   ☑ 3 - Hispanic   ☐ 4 - American Indian   ☐ 5 - Oriental   ☐ 6 - Other

14. Sex
☐ 1 - Female   ☑ 2 - Male

### 15. CLIENT CHARACTERISTICS - Check all that apply (enter an * to delete a characteristic)

| 02 - Blind | 05 - Mentally Retarded ✓ | 08 - Refugee/Entrant |
|---|---|---|
| 03 - Deaf | 06 - Emotionally Disturbed | 09 - Migrant |
| 04 - Physically Handicapped | 07 - Sibling Group | 10 - None ✓ |

15.a. Certification Worker BJN
03.102 C04

| 16. Family Identifier Name (enter last name first) | 17. Family ID Client No. (must be registered on SSMS) |
|---|---|
| Soliz, Donna | 508.092.036 |

### 18. CLIENT TYPE

✓ 31 - Abuse/Neglect
32 - Abuse
33 - Neglect
34 - Truant
35 - Runaway
36 - Adj. CHINS - Court Ordered
37 - Non-adjudicated CHINS
38 - Adj. Delinquent - Court Ordered
42 - Protective Placement (Non-Abuse/Neglect)
43 - Interstate Compact for Placement of Children
44 - Post Adoption

### 19. ELIGIBILITY STATUS

01 - SSI
02 - AFDC Recip
03 - MAO
04 - Inc. Elig.
05 - Without Regard
08 - AFDC Foster Care
09 - MAO Foster Care
10 - State Paid Foster Care
11 - AFDC/MAO/SP FC Application Pending
14 - Cat. 5 R/E

| 20. Certification/ Eligibility Date | 20.a. Denial Date | 20.b. Recom. LOC |
|---|---|---|
| 11279 | | 01 |

| 20.c. Billing LOC | 21. Review Date | 22. Priority |
|---|---|---|
| 01 | 112796 | 0 |

### LEGAL INFORMATION

### 23. STATUS–Initiate/Update   Terminate/Close

✓ 01 - Man. Conservatorship/ Parental Rts. Not Term.
02 - Man. Conservatorship/ Parental Rts. Term.
03 - Voluntary Relinquishment
04 - Voluntary Placement Agreement
05 - Other Legal Basis for DHS Responsibility
06 - Adoption Consummated
07 - Child Emancipated
08 - Child Died
09 - DHS Resp. Terminated

| 24. Legal Status Date | 25. County |
|---|---|
| 112895 | 220 |

### 26. PERMANENCY PLAN

01 - Return Home/ Dismiss Conserv.
02 - Adoption ✓
03 - Permanent Foster Care
04 - Transfer Cons. to Other
05 - Permanent Custodial Care
06 - Eman- cipation
07 - Other
08 - Pending

### 27. ARE/ OTHER EXCHANGE

✓ 1 - NA
2 - ARE
3 - ARE & Other Exchange
4 - No

### PLACEMENT INFORMATION - Do not enter Item 28 (Line) except on corrections.

| 28. Line | 29. Date Placed | 30. Liv. Arr. | 31. How Prov. | 32. Facility No. | 33. Residence Name | | | |
|---|---|---|---|---|---|---|---|---|
| 3 | 112795 | 21 | 1.0 | 255082 | (Buc)KNER | | | |
| 34. Residence Street Address | | | | 35. City | | 36.St. | 37. ZIP | 38. County |
| | | | | | | | | |

| 28. Line | 29. Date Placed | 30. Liv. Arr. | 31. How Prov. | 32. Facility No. | 33. Residence Name | | | |
|---|---|---|---|---|---|---|---|---|
| 4 | | | | | | | | |
| 34. Residence Street Address | | | | 35. City | | 36.St. | 37. ZIP | 38. County |
| | | | | | | | | |

| 28. Line | 29. Date Placed | 30. Liv. Arr. | 31. How Prov. | 32. Facility No. | 33. Residence Name | | | |
|---|---|---|---|---|---|---|---|---|
| 5 | | | | | | | | |
| 34. Residence Street Address | | | | 35. City | | 36.St. | 37. ZIP | 38. County |
| | | | | | | | | |

### MEDICAID CARD ADDRESS if different from current placement

| 39. CORRECT/TRANSFER TO THIS BJN | 40 FOR E.O. USE 41 |
|---|---|
| 6 | |

| 42. NAME—LAST | FIRST | MI |
|---|---|---|
| 43. STREET | | |
| 44. CITY | 45. T X | 46. ZIP |

Form 2001-A/10-90

405

FOSTER CARE ADOPTION AND CONSERVATORSHIP TRACKING SYSTEM (FACTS)
Case 3:14-cv-04556-R Document 24-33 Filed 08/02/16 Page 111 of 301 PageID 8544
ns 30 and 31—Corresponding Codes

| ITEM 30—LIVING ARRANGEMENT | ITEM 31—HOW PROVIDED | ITEM 30—LIVING ARRANGEMENT | ITEM 31—HOW PROVIDED |
|---|---|---|---|
| 01 — Own Home<br>• Relative's Home<br>• Independent Living Arrangement<br>31 — Unauthorized Absence<br>32 — Other | 01 — Not Applicable | 17 — Private Child Caring Institution<br>19 — Private Institution for Mentally Retarded<br>21 — Private Institution for Emotionally Disturbed<br>22 — Public/Private Institution for Physically Handicapped<br>23 — Public/Private Institution for Blind/Deaf<br>27 — Maternity Home<br>28 — Halfway House<br>29 -- Hospital<br>36 — Therapeutic Camp<br>37 — Psychiatric Unit of a Hospital<br>38 — Psychiatric Hospital<br>39 — Foster Family Home—Primary Medical Needs<br>40 — Foster Group Home—Primary Medical Needs | 05 — Free<br>06 — Client Pays<br>07 — County Paid Foster Care<br>08 — AFDC Foster Care<br>09 — MAO Foster Care<br>10 — State Paid Foster Care<br>13 — Other Pays |
| 33 — Adoptive Home/Former Foster Home | 02 — Adoption Subsidy<br>03 — Purchased Adoption<br>04 — Purchased/Subsidized Adoption<br>05 — Free<br>06 — Client Pays<br>07 — County Paid Foster Care<br>08 — AFDC Foster Care<br>09 — MAO Foster Care<br>10 — State Paid Foster Care<br>13 — Other Pays | | |
| 04 — Adoptive Home<br>34 — Adoptive Home/Relative Home | 02 — Adoption Subsidy<br>03 — Purchased Adoption<br>04 — Purchased/Subsidized Adoption<br>05 — Free<br>06 — Client Pays<br>13 — Other Pays | 16 — Public Child Caring Institution<br>18 — Public Institution for Mentally Retarded<br>20 — Public Institution for Emotionally Disturbed | 05 — Free<br>06 — Client Pays<br>07 — County Paid Foster Care<br>13 — Other Pays |
| | | 24 — Texas Youth Council Facility<br>25 — Other Juvenile Detention Facility<br>26 — Jails and Prisons | 05 — Free<br>13 — Other Pays |
| 05 — DHS Foster Home<br>06 — Other Foster Home<br>07 — DHS Foster Group Home<br>08 — Other Foster Group Home<br>09 — Emergency Shelter Foster Home<br>10 — Emergency Shelter Foster Group Home<br>11 — Foster Home for Emotionally Disturbed<br>• Foster Group Home for Emotionally Disturbed<br>13 — Foster Home for Mentally Retarded<br>14 — Foster Group Home for Mentally Retarded<br>15 — Emergency Shelter Institution | 05 — Free<br>06 — Client Pays<br>07 — County Paid Foster Care<br>08 — AFDC Foster Care<br>09 — MAO Foster Care<br>10 — State Paid Foster Care<br>12 — CWEF Group Home or Emergency Shelter<br>13 — Other Pays | 30 — Nursing Home | 06 — Client Pays<br>13 — Other Pays |

**The following items must be completed for your document to process. Check other items also to be sure you have updated all necessary items.**

| ACTION CODE | Form 2001-A | | Form 2001-B | |
|---|---|---|---|---|
| | PRIMARY WORKER | COURTESY WORKER | PRIMARY WORKER | COURTESY WORKER |
| INITIATE TRACKING | All items must be completed. Legal status must be 01—05. | Items 1—12 must be completed. | All client-related items that are not pre-printed must be completed. Legal status must be 01—05. | Items 5, 6, 8, and 9 must be completed |
| UPDATE TRACKING | All items must be completed. | Items 1—12 and 39 (if a BJN transfer is necessary) must be completed. | Items 5, 8, 9, and any items that need to be added or updated must be completed. | Items 5, 8, 9, and 39 (if a BJN transfer is necessary) must be completed. |
| TERMINATE TRACKING | All items must be completed. Legal status must be 06—09 and legal status date must be updated. | Do not use this action code. | Items 5, 8, 9, and any items that need to be added or updated must be completed. Legal status must be 06—09 and legal status date must be updated. | Do not use this action code. |
| CLOSE REGISTRATION | All items must be completed. Legal status must be 06—09 and legal status date must be updated. | Items 1—12 must be completed. | Items 5, 8, 9, and any items that need to be added or updated must be completed. Legal status must be 06—09 and legal status date must be updated. | Items 5, 8, and 9 must be completed. |

Form 2001-A/B—Codes/12-90

FC 5

Texas Department of Human Services
**FOSTER CARE, ADOPTION AND CONSERVATORSHIP**
**TRACKING SYSTEM (FACTS)**

**WORKER INFORMATION**

*(handwritten) Complete BO SD 1-2-96*

| 1. Worker Name (Last) | | (First) | |
|---|---|---|---|
| Mc Guire | | Sandra | |

| 2. Emp. No. | 3. BJN | 4. Mail Code | 5. Today's Date |
|---|---|---|---|
| | 03.154.C028.1911 | 0110 | 1.96 |

6. Worker Responsibility
☐ 1 - Primary Responsibility  ☐ 2 - Courtesy Supervision

**CLIENT INFORMATION**

| Temporary No. |
|---|
| TO 0787031 |

| 7. Client No. | OR | 8. Action Code | 9. Effective Date |
|---|---|---|---|
| 508.092.031 | | ☐ 1 Initiate Tracking  ☐ 2 - Update  ☐ 3 - Terminate Tracking  ☐ 4 - Close | 1.12.79 |

| 10. Client Name (Last) | (First) | (MI) | 11. Social Security No. | 12. Date of Birth |
|---|---|---|---|---|
| Saenz Soliz | Mark | A | 452.87.2368 | 01.27.78 |

13. Ethnic Group
☐ 1 - Anglo  ☐ 2 - Black  ☑ 3 - Hispanic  ☐ 4 - American Indian  ☐ 5 - Oriental  ☐ 6 - Other

14. Sex
☐ 1 - Female  ☑ 2 - Male

**15. CLIENT CHARACTERISTICS** - Check all that apply (enter an * to delete a characteristic)

| 02 - Blind | 05 - Mentally Retarded | 08 - Refugee/Entrant |
|---|---|---|
| 03 - Deaf | 06 - Emotionally Disturbed | 09 - Migrant |
| 04 - Physically Handicapped | 07 - Sibling Group | ☑ 10 - None |

15.a. Certification Worker BJN
03.102.C04

16. Family Identifier Name (enter last name first)
Soliz, Donna

17. Family ID Client No. (must be registered on SSMS)
508.092.036

**18. CLIENT TYPE**

| ☑ 31 - Abuse/Neglect | 37 - Non-adjudicated CHINS |
|---|---|
| 32 - Abuse | 38 - Adj. Delinquent-Court Ordered |
| 33 - Neglect | 42 - Protective Placement (Non-Abuse/Neglect) |
| 34 - Truant | 43 - Interstate Compact for Placement of Children |
| 35 - Runaway | 44 - Post Adoption |
| 36 - Adj. CHINS - Court Ordered | |

**19. ELIGIBILITY STATUS**

| 01 - SSI | 09 - MAO Foster Care |
|---|---|
| 02 - AFDC Recip | 10 - State Paid Foster Care |
| 03 - MAO | |
| 04 - Inc. Elig. | 11 - AFDC/MAO/SP FC Application Pending |
| 05 - Without Regard | |
| 08 - AFDC Foster Care | 14 - Cat. 5 R/E |

| 20. Certification/ Eligibility Date | 20.a. Denial Date | 20.b. Recom. LOC |
|---|---|---|
| 1.12.79 | | 01 |

| 20.c. Billing LOC | 21. Review Date | 22. Priority |
|---|---|---|
| 01 | 1.12.79.96 | 0 A |

**LEGAL INFORMATION**

**23. STATUS—Initiate/Update**

| ☑ 01 - Man. Conservatorship/ Parental Rts. Not Term. | Terminate/Close 06 - Adoption Consummated |
|---|---|
| 02 - Man. Conservatorship/ Parental Rts. Term. | 07 - Child Emancipated |
| 03 - Voluntary Relinquishment | 08 - Child Died |
| 04 - Voluntary Placement Agreement | 09 - DHS Resp. Terminated |
| 05 - Other Legal Basis for DHS Responsibility | |

| 24. Legal Status Date | 25. County |
|---|---|
| 1.28.95 | 220 |

**26. PERMANENCY PLAN**

| 01 - Return Home/ Dismiss Conserv. | 06 - Emancipation |
|---|---|
| ☑ 02 - Adoption | 07 - Other |
| 03 - Permanent Foster Care | 08 - Pending |
| 04 - Transfer Cons. to Other | |
| 05 - Permanent Custodial Care | |

**27. ARE/ OTHER EXCHANGE**

☑ 1-NA
☐ 2-ARE
☐ 3-ARE & Other Exchange
☐ 4-No

**PLACEMENT INFORMATION** - Do not enter Item 28 (Line) except on corrections.

| 3 | 28. Line | 29. Date Placed | 30. Liv. Arr. | 31. How Prov. | 32. Facility No. | 33. Residence Name | | | 36. St. | 37. ZIP | 38. County |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1.12.79 | 21 | 1.0 | 255.2.812 | (Bwc) KNCR | | | | | |
| | 34. Residence Street Address | | | | | 35. City | | | | | |

| 4 | 28. Line | 29. Date Placed | 30. Liv. Arr. | 31. How Prov. | 32. Facility No. | 33. Residence Name | | | 36. St. | 37. ZIP | 38. County |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | 34. Residence Street Address | | | | | 35. City | | | | | |

| 5 | 28. Line | 29. Date Placed | 30. Liv. Arr. | 31. How Prov. | 32. Facility No. | 33. Residence Name | | | 36. St. | 37. ZIP | 38. County |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | 34. Residence Street Address | | | | | 35. City | | | | | |

**MEDICAID CARD ADDRESS if different from current placement**

| 42. NAME—LAST | FIRST | MI |
|---|---|---|
| | | |

| 43. STREET |
|---|
| |

| 44. CITY | 45. ST | 46. ZIP |
|---|---|---|
| | TX | |

| 39. CORRECT/TRANSFER TO THIS BJN | 40. FOR B.O. USE | 41. |
|---|---|---|
| 6 | | |

Form 2001-A/10-90

407

| ITEM 30—LIVING ARRANGEMENT | ITEM 31—HOW PROVIDED | ITEM 30—LIVING ARRANGEMENT | ITEM 31—HOW PROVIDED |
|---|---|---|---|
| – Own Home<br>- Relative's Home<br>03 — Independent Living Arrangement<br>31 — Unauthorized Absence<br>32 — Other | 01 — Not Applicable | 17 — Private Child Caring Institution<br>19 — Private Institution for Mentally Retarded<br>21 — Private Institution for Emotionally Disturbed<br>22 — Public/Private Institution for Physically Handicapped<br>23 — Public/Private Institution for Blind/Deaf<br>27 — Maternity Home<br>28 — Halfway House<br>29 — Hospital<br>36 — Therapeutic Camp<br>37 — Psychiatric Unit of a Hospital<br>38 — Psychiatric Hospital<br>39 — Foster Family Home—Primary Medical Needs<br>40 — Foster Group Home—Primary Medical Needs | 05 — Free<br>06 — Client Pays<br>07 — County Paid Foster Care<br>08 — AFDC Foster Care<br>09 — MAO Foster Care<br>10 — State Paid Foster Care<br>13 — Other Pays |
| 33 — Adoptive Home/Former Foster Home | 02 — Adoption Subsidy<br>03 — Purchased Adoption<br>04 — Purchased/Subsidized Adoption<br>05 — Free<br>06 — Client Pays<br>07 — County Paid Foster Care<br>08 — AFDC Foster Care<br>09 — MAO Foster Care<br>10 — State Paid Foster Care<br>13 — Other Pays | | |
| 04 — Adoptive Home<br>34 — Adoptive Home/Relative Home | 02 — Adoption Subsidy<br>03 — Purchased Adoption<br>04 — Purchased/Subsidized Adoption<br>05 — Free<br>06 — Client Pays<br>13 — Other Pays | 16 — Public Child Caring Institution<br>18 — Public Institution for Mentally Retarded<br>20 — Public Institution for Emotionally Disturbed | 05 — Free<br>06 — Client Pays<br>07 — County Paid Foster Care<br>13 — Other Pays |
| | | 24 — Texas Youth Council Facility<br>25 — Other Juvenile Detention Facility<br>26 — Jails and Prisons | 05 — Free<br>13 — Other Pays |
| 05 — DHS Foster Home<br>06 — Other Foster Home<br>07 — DHS Foster Group Home<br>08 — Other Foster Group Home<br>09 — Emergency Shelter Foster Home<br>10 — Emergency Shelter Foster Group Home<br>11 — Foster Home for Emotionally Disturbed<br>– Foster Group Home for Emotionally Disturbed<br>13 — Foster Home for Mentally Retarded<br>14 — Foster Group Home for Mentally Retarded<br>15 — Emergency Shelter Institution | 05 — Free<br>06 — Client Pays<br>07 — County Paid Foster Care<br>08 — AFDC Foster Care<br>09 — MAO Foster Care<br>10 — State Paid Foster Care<br>12 — CWEF Group Home or Emergency Shelter<br>13 — Other Pays | 30 — Nursing Home | 06 — Client Pays<br>13 — Other Pays |

**The following items must be completed for your document to process. Check other items also to be sure you have updated all necessary items.**

| ACTION CODE | Form 2001-A | | Form 2001-B | |
|---|---|---|---|---|
| | PRIMARY WORKER | COURTESY WORKER | PRIMARY WORKER | COURTESY WORKER |
| INITIATE TRACKING | All items must be completed. Legal status must be 01—05. | Items 1—12 must be completed. | All client-related items that are not pre-printed must be completed. Legal status must be 01—05. | Items 5, 6, 8, and 9 must be completed |
| UPDATE TRACKING | All items must be completed. | Items 1—12 and 39 (if a BJN transfer is necessary) must be completed. | Items 5, 8, 9, and any items that need to be added or updated must be completed. | Items 5, 8, 9, and 39 (if a BJN transfer is necessary) must be completed. |
| TERMINATE TRACKING | All items must be completed. Legal status must be 06—09 and legal status date must be updated. | Do not use this action code. | Items 5, 8, 9, and any items that need to be added or updated must be completed. Legal status must be 06—09 and legal status date must be updated. | Do not use this action code. |
| CLOSE REGISTRATION | All items must be completed. Legal status must be 06—09 and legal status date must be updated. | Items 1—12 must be completed. | Items 5, 8, 9, and any items that need to be added or updated must be completed. Legal status must be 06—09 and legal status date must be updated. | Items 5, 8, and 9 must be completed. |

Form 2001-A/B—Codes/12-90

Texas Department of
Protective and Regulatory Services

**FOSTER CARE ASSISTANCE APPLICATION**

Form 2200-A
November, 1994

SEP 28 1995
NOV

☒APPLICATION    ☐REAPPLICATION                                    Page 1 of 3

| Child's Name MARK A ~~SAENZ~~ Soliz | Sex M | Client No. 508092037 | SSN (if none, enter date applied for) 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 |
|---|---|---|---|

Race
☐White ☐Black ☒Hispanic ☐Asian ☐American Indian ☐Other:

| Mother's Full Name (including maiden name) DONNA SUE SOLIZ | Mother's Address (Street, City, State, ZIP) 3116 BRIGHT ST, FT WORTH, 76105 |
|---|---|
| Legal Father's Full Name RAUL EDUARDO SAENZ | Legal Father's Address (Street, City, State, ZIP) UNKNOWN |
| Biological Father's Full Name SAME AS ABOVE | Biological Father's Address (Street, City, State, ZIP) |
| Full Name of Stepparent (with whom child was living) | Stepparent's Address (Street, City, State, ZIP) |

**1. Responsibility for Placement and Care**

Does the child live with a minor parent who is in TDPRS's managing conservatorship?.............. ☐Yes ☒No
If yes, attach a copy of the most recent court order documenting the minor parent's conservatorship status.

**2. Child's Placement-Identify the child's placement.**

| Name of Placement BUCKNER CHILDREN'S HOME DALLAS | Foster Care Facility No. | LOC or Foster Care Daily Rate $ |
|---|---|---|
| Address (Street, City, State, ZIP) 5200 S. BUCKNER, DALLAS, TX, 75227 | Date Placed in Facility 11/27/95 | Date Removed from Facility |

If the child was in a hospital when TDPRS was appointed managing conservator, supply the following information

| Name of Hospital | Address (Street, City, State, Zip) | Admission Date | Discharge Date |
|---|---|---|---|

**3. Address for Form 3087 (Medicaid I.D. Card)-if Form 3087 is to be sent to someone other than the child's caregiver, specify who:**

| Name SUSAN SMITH, CASE AIDE | Mailing Address (Street, City, State, Zip) 951 W. PIPELINE, HURST, TEXAS 76053 |
|---|---|

**4. Child's Age and Citizenship or Alien Status**

| Date of Birth (mo./day/yr.) 1/27/82 | Method of Verification ☐Birth Certificate ☐Hospital Certificate ☐Baptismal Certificate | Evaluative Conclusion ☒ (see below) |
|---|---|---|

Name of Hospital or Church (if verified by birth or hospital certificate) | File or Cert. No.

| City FORT WORTH | County TARRANT | State TEXAS |
|---|---|---|

U.S. Citizen? ☒Yes ☐No    If not U.S. citizen, what is alien status?

☐Temporary INS No.:    ☐Permanent INS No.:    ☐Parentage Unknown - (found in U.S. under age five)    ☐Other (Attach documentation)

If the child is undocumented, when was a certified letter sent to INS (Attach a copy of the receipt)    Date

Evaluative Conclusion-If the child's age or status cannot be verified by one of the above methods, describe the basis on which you have made an estimate and have your supervisor sign below.
Mark has been at the Buckner's Home for about 21 months, being placed there by juvenile probation. They have his birth certificate.

_Brenda Hurd_                    11-28-95
Signature-Supervisor Approving Evaluative Conclusion    Date

409

Texas Department of
Protective and Regulatory Services

**FOSTER CARE ASSISTANCE APPLICATION**

Form 2200-A
November, 1994

Page 2 of 3

## 5. Domicile and Deprivation of Parental Support

A. Was the child living with one or both parents or relative during the
month the court proceedings were initiated?................................................................................ ☐Yes  ☒No
(Newborns are considered to be living with the mother.)                    If yes, complete the  appropriate item below.

**Living With Both Parents:**

| Was either parent incapacitated? | If yes, check the appropriate box to specify how you verified it. |
|---|---|
| ☐Yes  ☒No | ☐ SSI  ☐ RSDI  ☐ Form 3032 - Attach a copy if you check this box |
| Is the primary wage-earner unemployed (receiving AFDC-UP - Type Program 61, 63, or 64)?........... ☒Yes  ☐ No | |

**Living With One Legal Parent**

| Which Parent? | What is the reason for other parent's absence |
|---|---|
| ☐ Mother  ☐ Father | ☐Never Married  ☐ Separation  ☐Divorce  ☐ Desertion  ☐Incarceration  ☐Death |

**Living With Relative**

| Name of Relative | Relationship to the Child |
|---|---|
| | |
| Address (Street, City, State, Zip) | |

B. If the child was not living with a parent or a relative during the month court proceedings were initiated, was the child living with a parent or
a relative at any time during the six months before proceedings were initiated?.......................................................... ☐Yes  ☒No

| If Yes, Name of Parent or Relative | Relationship to Child | Dates Child lived with This Person from:                    to: |
|---|---|---|
| | | |

## 6. Income Assistance from the Texas Department of Human Services

Month and Year

| When were the court proceedings initiated that resulted in the child's removal? | Did the child receive income assistance during that month? ................................................................ ☒Yes  ☐No |
|---|---|
| 11/27/95 | |

If yes, complete the following:

| Income Assistance Case Name DONNA SUE SOLIZ | Type of Assistance (Check all that apply). ☐AFDC  ☒Food Stamps  ☐ MAO (Medical Assistance Only) |
|---|---|
| Name of Parent or Qualified Relative ABOVE | Relationship to Child ☐Father  ☒Mother  ☐Other: |
| Address (Street, City, State, Zip) 3116 BRIGHT ST, FORT WORTH, TX, 76105 | |

Note:  The child's Income Assistance worker must be notified of the child's removal.

| Income Assistance Worker's Name | Phone No. | Date Notified |
|---|---|---|
| | | |

## 7. Income and Resources

A. Complete this section to establish the family's financial need.  If there is a stepparent living in the home, include the
stepparent's income and resources.  For anyone who has no income, enter $0.00. Do not enter N/A or leave blank.

| NUMBER IN FAMILY | GROSS MONTHLY INCOME | SOURCE OF INCOME | FAMILY MEMBERS TO WHOM INCOME IS ATTRIBUTED |
|---|---|---|---|
| | $0.00 | | Mother |
| | | | Father |
| | | | Stepparent |
| | | | Siblings |
| | | | Other (specify): |

Texas Department of
Protective and Regulatory Services

**FOSTER CARE ASSISTANCE APPLICATION**

Form 2200-A
November, 1994

Page 3 of 3

B. At the time of removal, were any day-care costs being paid? (If yes, complete the box below):..... ☐Yes ☒No

| Monthly Amount | Number of Children | Paid By |
|---|---|---|
| | | |

C. Child's monthly income - Check all sources of income that apply, and enter the amounts actually received each month

| ☐ SSI $ | ☐RSDI $ | ☒Child Support $$125.00 | ☐ Child's Earnings  $ |
|---|---|---|---|
| ☐  Other (specify): | | | ☐ No income - $0.00 |

| Name of Payee for the Child's Income<br>RAUL EDUARDO SAENZ | Relationship to Child<br>BIOLOGICAL FATHER |
|---|---|

Specify how you determined the family's and the child incomes:
ASKED MOTHER

D. Does the child have more than $1000 equity in property and resources? ):............................. ☐Yes ☒No

| If yes, describe (savings account, trust fund, etc.) | ☐Accessible ☐Not Accessible |
|---|---|
| Second Resource | ☐Accessible ☐Not Accessible |
| Method of Verification | |

8. **Health Insurance - is the child covered by any health insurance other than Medicaid? ..........** ☐Yes ☒No

If yes, include a copy of the insurance card and complete this item.  (Note: If the child is covered by more than one policy, enter the corresponding information for other policies on an attachment.)

| Company Name | Policy No. | Group No. | | |
|---|---|---|---|---|
| Address | | City | State | Zip |
| Policy Holder | Employee Name | Beginning Date | Ending Date | |

9. **Signature - The child's worker must sign and date the form.**

| Signature - Child's Worker | 11/27/95<br>Date | Print or Type Worker's Name<br>HEIDI M SCHMIDT | Mail Code<br>819-1 |
|---|---|---|---|
| | | BJN<br>031 54 C04 | Telephone No.<br>590-9508 X 255 |

Texas Dept. of Protective
and Regulatory Services

**FOSTER-CARE ASSISTANCE – ELIGIBILITY DETERMINATION**

Form 2200-C
November 1994

When to Complete–The foster-care eligibility worker completes this form after receiving Form 2200-A or 2200-B from the child's worker.

| Child's Full Name | Client No. | Child's Worker | Mail Code |
|---|---|---|---|
| Marbs Daejo Soliz | 508092037 | Sandra McGuire | 819-1 |

**Eligibility Determination – based on** ☑ Form 2200-A   ☐ Form 2200-B   received on (date) 12-28-95

This child ☐ IS ELIGIBLE   ☐ IS NOT ELIGIBLE for foster-care assistance.

If the child is eligible for foster-care assistance, check one of the four boxes below to specify the type of assistance. *Note:* If you check State-Paid Assistance, check one of the additional boxes provided to specify the child's Medicaid eligibility.

☐ TITLE IV-E ASSISTANCE ...................................................... Effective Date _____

☑ STATE-PAID ASSISTANCE ...................................................... Effective Date 11-27-95

Type of Medicaid Eligibility – Check one.
☑ Regular (A)   ☐ Medically Needy (B)   ☑ State-Paid (C)   ☐ SSI (D)

☐ MEDICAL ASSISTANCE ONLY (MAO) ........................................ Effective Date _____

☐ COUNTY-PAID ASSISTANCE .................................................. Effective Date _____

**Payment Computation for LOC** _____.

| Daily Rate _____ x 30 | |
|---|---|
| Less Child's Monthly Income | |
| MONTHLY PAYMENT | |

**Notifications**

Have you sent Form 1702 or 1703 to the child support unit? ....... ☐ Yes ☐ No ☑ NA

Have you reported the child's health insurance on Form 1039? .... ☐ Yes ☑ NA

Have you notified the child's worker of this eligibility determination? ☐ Yes

**Comments**–Explain why this child is eligible for the type of foster-care assistance specified above.

Court orders received, file date 11-28-95, with
proper language ie., RE, BI + TMC.
Parents do not live together.
Mothers income -0-
Marbs has been in Juv. det + placed at Buckner
for past 21 months therefore is TP 10 eligible only.
Childs income -0-. Receives $125.00 mo child
support.

(Computational Worksheet on Back)

412

Shirley Dominy
Signature–Eligibility Worker

1-2-96
Date

Form 2200-C
Page 2

Worksheet (Optional)

**Recognizable Needs Test**

| | |
|---|---|
| Recognizable Needs (See Income Assistance Chart) | $ |
| 2. Total Gross Earned Income of Certified Group | $ |
| 3. Total WRE Standard Deduction | − |
| 4. Adjusted Earned Income (Line 2 minus Line 3) | = |
| 5.a. $30 Disregard | − |
| b. Subtotal (Line 4 minus Line 5.a.) | = |
| c. 1/3 of Line 5.b. | − |
| d. Subtotal (Line 5.b. minus Line 5.c.) | = |
| 6. Total Child/Incap. Care Costs | = |
| 7. Subtotal (Line 5.d. minus Line 6.) | = |
| 8. Total Unearned Income | + |
| 9. Adjusted Gross Income (Line 7. plus Line 8.) | − $ |
| 10. Unmet Need (Line 1 minus Line 9) | = $ |
| GRANT AMOUNT (Round Down to $) | = $ |

**Applied Income of Stepparent: Complete only if a noncertified stepparent with income lives in the home.**

| | |
|---|---|
| 1. Stepparent's Gross Earnings | = |
| 2. Standard Work-Related Expenses Deduction | = |
| 3. Net Earned Income (Line 1 minus Line 2.) | = |
| 4. Other Income of Stepparent | + |
| 5. Total Adjusted Income (Line 3 plus Line 4) | = |
| 6. Payments to Dep. Outside Home | − |
| 7. Alimony and Child Support Payments | − |
| 8. Remaining Income (Subtotal) | = |
| 9. 100% Needs of Stepparent and Noncert. Dep. | = |
| 10. Remaining Needs/Applied Income (Line 8 minus Line 9) | = |

413

Pages 1 through 109 redacted for the following reasons:
- - - - - - - - - - - - - - - - - - - - - - - - - - -

Case Name: Saenz...rk
Case #:  17020998

# INTAKE REPORT
## CHILD PROTECTIVE SERVICES

### SUMMARY

Intake #: 16393873

Primary Allegation: Refuse Parental Resp

Date Reported: 11/22/1995

Time Reported: 11:59 PM

Worker Safety Issues: N

Sensitive Issues: N

Suspected Manufacturing of Methamphetamines:

Special Handling:

L/E Notification Date:

L/E Jurisdiction:

Priority Determination: 1

Determination Factors:

Reason for Closure:

Worker Taking Intake:

( ) -
Ext.

Was there an open case on the family in the CPS INV, FBSS, FSU, or FRE stage on the date the Intake was taken?

Screened by:

Was the Intake formally screened?

415

Case Name:  Saenz, Jr.
Case #:  17020998

## INTAKE REPORT
## CHILD PROTECTIVE SERVICES

### PRINCIPAL INFORMATION

| Mark A Soliz | Oldest Victim | Alleged Victim |
|---|---|---|

|  | Age: | SSN: | Language: English |
|---|---|---|---|
| Approx: N | DOB: 1/27/1982 | DOD: | Ethnicity: White (Hispanic) |
|  | Sex: Male | Reason: | Marital: Child,not applicable |
|  | In-Law: N |  |  |

**Addresses:**

Residence 5200 S BUCKNER BLVD

DALLAS, TX 75227-2006
DALLAS

Attn:
Notes:

**Phones:**

**Aliases:** Mark Saenz Soliz

**Notes:**

| Donna S Soliz | Parent | Alleged Perpetrator |
|---|---|---|

|  | Age: 38 | SSN: | Language: English |
|---|---|---|---|
| Approx: N | DOB: 10/1/1959 | DOD: | Ethnicity: White (Hispanic) |
|  | Sex: Female | Reason: | Marital: Single, never MA |
|  | In-Law: N |  |  |

**Addresses:**

Residence 2829 PROSPECT AVE

FORT WORTH, TX 76106-5731
TARRANT

Attn:
Notes:

**Phones:**

**Aliases:**

**Notes:**

416

# INTAKE REPORT
## CHILD PROTECTIVE SERVICES

| Raul Saenz | Parent | No Role |
|---|---|---|

|  | **Age:** | **SSN:** | **Language:** |
|---|---|---|---|
| **Approx:** N | **DOB:** 2/19/1961 | **DOD:** | **Ethnicity:** White (Hispanic) |
|  | **Sex:** Male | **Reason:** | **Marital:** Unknown |
|  | **In-Law:** N |  |  |

**Addresses:**

Residence 3464 LULU ST                    **Attn:**
                                          **Notes:**
FORT WORTH, TX 76106-4619
TARRANT

**Phones:**

**Aliases:**

**Notes:**

417

# INTAKE REPORT
## CHILD PROTECTIVE SERVICES

---

## ALLEGATION DETAIL

| Victim | Allegation(s) | Alleged Perpetrator(s) |
|---|---|---|
| Soliz,Mark A | Refuse Parental Resp | Soliz,Donna S |
| Soliz,Mark A | Neglectful Supv. | Soliz,Donna S |

---

## CALL NARRATIVE

**WORKER SAFETY ISSUES:**

**SENSITIVE ISSUES:**

**SUSPECTED MANUFACTURING OF METHAMPHETAMINES:**

418

Page 114 redacted for the following reason:
- - - - - - - - - - - - - - - - - - - - -

Case Name:  Saenz, Mark
Case #:  17020998

# INTAKE REPORT
# CHILD PROTECTIVE SERVICES

## DECISIONS/RECOMMENDATIONS

Recorded Call:                                     11/22/1995
                00000X00                           11:59 PM

            ( ) - Ext.

    Approved:

            ( ) - Ext.

Stage Change/Closed:                               9/1/1996
                                                   09:57 PM

            ( ) - Ext.

    Initial Priority: 1                 Current Priority: 1

**Priority Changes:**


**Reason for Closure:**

Printed: 10/11/2010        TX Dept. of Family and Protective Services

DEFENDANT'S
EXHIBIT
NO. 64 - 1B

If this report is too unreadable by facsimile and unreadable and
pages, please call
( ) - Ext.

## TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES

## NOTIFICATION TO LAW ENFORCEMENT AGENCY OF ABUSE/NEGLECT REPORT

SECTION 261.105 (T.F.C.) Requires that Children's Protective Services notify the appropriate law enforcement agency of all reports of abuse/neglect received by the Department other than reports received from such agencies. This letter confirms that CPS has notified you of the report of child abuse/neglect specified below.

**TO:**                                    **DATE:** 10/11/2010

**FROM:** Denton                    **PHONE:** (940) 387-8544 Ext.

### C O N F I D E N T I A L

| | |
|---|---|
| **CASE NAME:** Saenz,Mark | **DATE OF REPORT:** 11/22/1995 |
| **CASE NUMBER:** 17020998 | **TIME OF REPORT:** 11:59 PM |
| **HOUSEHOLD ADDRESS** | **INVOLVING ALLEGATION TYPES** |
| | Refuse Parental Resp |
| | Neglectful Supv. |

**ACTION TAKEN BY CPS:**

**ACTION REQUESTED:** Please notify CPS staff at the above listed CPS office of all actions planned or taken in this case so that we can coordinate our respective investigations and services. If you determine that this case should be reported to another law enforcement agency, please forward this notification to the appropriate agency.

> **SECTION 261.201 (T.F.C.) The name of the complainant (i.e. reporter or informant) is confidential. Consequently, identifying information about the complainant is not included in this report. If this information is needed to conduct the criminal investigation, the assigned Child Protective Services worker or supervisor may orally share information about the complainant's identity with the assigned investigating officer.**

Printed: 10/11/2010                    TX Dept. of Family and Protective Services

Case Name: Saenz, .K
Case #:  17020998

# INTAKE REPORT
## CHILD PROTECTIVE SERVICES

### SUMMARY

**Intake #:** 16393873
**Primary Allegation:** Refuse Parental Resp

**Date Reported:** 11/22/1995
**Time Reported:** 11:59 PM

**Worker Safety Issues:** N
**Sensitive Issues:** N
**Suspected Manufacturing of Methamphetamines:**
**Special Handling:**

**L/E Notification Date:** 10/11/2010
**L/E Jurisdiction:**

**Priority Determination:** 1

**Reason for Closure:**
**Worker Taking Intake:**

**Determination Factors:**

( ) -
Ext.

Case Name:  Saenz, K
Case #:  17020998

## INTAKE REPORT
## CHILD PROTECTIVE SERVICES

### PRINCIPAL INFORMATION

| Mark A Soliz | Oldest Victim | Alleged Victim |
|---|---|---|

| | **Age:** | **SSN:** | **Language:** English |
|---|---|---|---|
| **Approx:** N | **DOB:** 1/27/1982 | **DOD:** | **Ethnicity:** White (Hispanic) |
| | **Sex:** Male | **Reason:** | **Marital:** Child,not applicable |
| | **In-Law:** N | | |

**Addresses:**

Residence 5200 S BUCKNER BLVD

DALLAS, TX 75227-2006
DALLAS

**Attn:**
**Notes:**

**Phones:**

**Aliases:** Mark Saenz Soliz

**Notes:**

| Donna S Soliz | Parent | Alleged Perpetrator |
|---|---|---|

| | **Age:** 38 | **SSN:** | **Language:** English |
|---|---|---|---|
| **Approx:** N | **DOB:** 10/1/1959 | **DOD:** | **Ethnicity:** White (Hispanic) |
| | **Sex:** Female | **Reason:** | **Marital:** Single, never MA |
| | **In-Law:** N | | |

**Addresses:**

Residence 2829 PROSPECT AVE

FORT WORTH, TX 76106-5731
TARRANT

**Attn:**
**Notes:**

**Phones:**

**Aliases:**

**Notes:**

423

Case Name: Saenz, . K
Case #:  17020998

## INTAKE REPORT
## CHILD PROTECTIVE SERVICES

| Raul Saenz | Parent | No Role |
|---|---|---|

**Age:**          **SSN:**         **Language:**
**Approx:** N   **DOB:** 2/19/1961    **DOD:**        **Ethnicity:** White (Hispanic)
         **Sex:** Male     **Reason:**       **Marital:** Unknown
         **In-Law:** N

**Addresses:**

       Residence 3464 LULU ST          **Attn:**
                                        **Notes:**
           FORT WORTH, TX 76106-4619
           TARRANT

**Phones:**

**Aliases:**

**Notes:**

424

Case Name:  Saenz, K
Case #:  17020998

# INTAKE REPORT
## CHILD PROTECTIVE SERVICES

### COLLATERAL INFORMATION

Case Name:  Saenz, Mark
Case #:  17020998

# INTAKE REPORT
# CHILD PROTECTIVE SERVICES

## ALLEGATION DETAIL

| Victim | Allegation(s) | Alleged Perpetrator(s) |
|---|---|---|
| Soliz,Mark A | Refuse Parental Resp | Soliz,Donna S |
| Soliz,Mark A | Neglectful Supv. | Soliz,Donna S |

## CALL NARRATIVE

**WORKER SAFETY ISSUES:**

**SUSPECTED MANUFACTURING OF METHAMPHETAMINES:**

<COVER>
<FCSFILE:CAPSFCS.PCL>
<NOTE: 17020998>
<NOTE: Saenz,Mark>
<TO_NAME: 16393873 >
<TO_FAXNUM: ( ) ->

426

Case Name: Soliz,Donna S
Case #: 17020998
Stage: INV

## SERVICES AND REFERRALS CHECKLIST REPORT

Date of First Referral:
No Services/Referrals:

### Services/Referrals Provided

### Family Response

At least one person in the family agreed to seek or accept
one or more of the resources or services.

No one in the family agreed to seek or accept any of these
resources or services.

Other (explain).

ˇ    Not Applicable.

### Comments

427

Case Name: Soliz,Donna S
Case #: 17020998
Stage: FPR

## SERVICES AND REFERRALS CHECKLIST REPORT

Date of First Referral:
No Services/Referrals:

### Services/Referrals Provided

### Comments

### Parental Child Safety Placements

428

Case Name: Soliz,Donna S
Case #: 17020998
Stage: FSU

### SERVICES AND REFERRALS CHECKLIST REPORT

Date of First Referral:
No Services/Referrals:

**Services/Referrals Provided**

**Comments**

429

Case Name: Soliz, nna S
Case #: 17020998

## CPS INVESTIGATION SUMMARY

| | |
|---|---|
| **Intake Received:** | 11/22/1995 |
| **Intake Progressed to Investigation:** | 11/22/1995 |
| **Investigation Initiated:** | 11/22/1995 |
| **Investigation Tasks Completed:** | 12/6/1995 |
| **Investigation Approved:** | 12/6/1995 |
| | |
| **Overall Disposition:** | Reason to Believe |
| **Risk Finding:** | |
| **Recommended Action:** | Removal/Subcare |
| **Safety Plan Completed:** | No |
| **EA Eligibility:** | Yes |
| | |
| **Supervisor:** | Afton Rutherford |
| **Primary Worker:** | Heidi M Schmidt |
| | |
| **Office:** | 951 W PIPELINE RD SUIT |
| | HURST, TX 76053-4834 |
| | TARRANT |

---

## ALLEGATION DETAIL

| Victim | Allegation(s) | Alleged Perpetrator(s) | Disposition |
|---|---|---|---|
| Soliz,Mark A | Neglectful Supv. (CPS) | Soliz,Donna S | Reason to Believe |
| Soliz,Mark A | Refuse Parental Resp | Soliz,Donna S | Reason to Believe |

430

```
Case Name:  Soliz,.  .ina S
Case #:  17020998
```

## PRINCIPAL INFORMATION

| Mark A Soliz | Oldest Victim | Designated Victim |
|---|---|---|

| | | | |
|---|---|---|---|
| Approx: N | **Age:** 28<br>**DOB:** 1/27/1982<br>**Sex:** Male | **SSN:**<br>**DOD:**<br>**Reason:** | **Language:** English<br>**Ethnicity:** White (Hispanic)<br>**Marital:** Child, not applicable |

**Address:**
Other                    401 W SANFORD ST                    **Attn:**
                                                             **Notes:**
                         ARLINGTON, TX 76011-7087
                         TARRANT

**Phones:**
**Fac Residence**        (214) 319-3406 Ext.                 **Notes:**

**Notes:**

| Donna S Soliz | Parent | Designated Perpetrator |
|---|---|---|

| | | | |
|---|---|---|---|
| Approx: N | **Age:** 51<br>**DOB:** 10/1/1959<br>**Sex:** Female | **SSN:**<br>**DOD:**<br>**Reason:** | **Language:** English<br>**Ethnicity:** White (Hispanic)<br>**Marital:** Single, never MA |

**Address:**
Residence                1225 DENVER AVE                     **Attn:**
                                                             **Notes:**   This is actually the home of Sharon
                         FORT WORTH, TX 76106-9009                        Rangel where Donna is now living.
                         TARRANT

**Phone:**
Residence                (817) 626-2499 Ext.                 **Notes:**   This is actually the phone # of Sharon
                                                                          Rangel, where is Donna is now living.

**Notes:**

| Raul Saenz | Parent | No Role |
|---|---|---|

| | | | |
|---|---|---|---|
| Approx: N | **Age:** 49<br>**DOB:** 2/19/1961<br>**Sex:** Male | **SSN:**<br>**DOD:**<br>**Reason:** | **Language:**<br>**Ethnicity:** White (Hispanic)<br>**Marital:** Unknown |

**Address:**

431

Case Name: Soliz, nna S
Case #:  17020998

| | | |
|---|---|---|
| **Residence** | 3464 LULU ST | **Attn:** |
| | | **Notes:** |
| | FORT WORTH, TX 76106-4619 | |
| | TARRANT | |

**Phone:**

() - Ext.                              **Notes:**

**Notes:**

432

Page 128 redacted for the following reason:
- - - - - - - - - - - - - - - - - - - - - -

Case Name:Soliz,Donna S
Case #:17020998

HISTORY OF INVESTIGATION

Investigation Completion Date:   12/06/1995

Victim:        Mark A Soliz                    AP:        Donna S Soliz
Allegation:    Refuse Parental Resp
Disposition:   Reason to Believe              Severity:

Victim:        Mark A Soliz                    AP:        Donna S Soliz
Allegation:    Neglectful Supv. (CPS)
Disposition:   Reason to Believe              Severity:

Overall Disposition: Reason to Believe
Risk Finding:         Risk Indicated

**434**

# FAMILY ASSESSMENT

**Worker:**  Laura Flores          **Date Completed:**  11/20/1996

> This form identifies the underlying causes of the risk factors identified in the Risk Assessment.

## I.  THE ABUSE OR NEGLECT ITSELF

**Motivation**

**Characteristics**

**Strengths and Resources**

## II.  CHILD FACTORS

## III.  PARENTS AND CARETAKERS

**ADULT:**  Donna S Soliz
**Relationship to Child:**  Other

**Behavioral Issues**
Codependent behavior
Drug or alcohol abuse
Low self-esteem

**History**
Abused or neglected as a child
Criminal involvement
Lack of education or training
Unable to form positive relationships
Victim of spouse abuse

**Parenting Issues**
Inappropriate expectations
Insensitive to child's needs
Lack of attachment

**Strengths and Resources**

## IV.  FAMILY FUNCTIONING

**Family Circumstances**

435

Case Name: Soliz,D ia S
Case #:  17020998

# FAMILY ASSESSMENT

  Housing problems
  Inadequate income
  Recently moved
  Single parent or caretaker

**Family Functioning**

  Absence of household routines
  Crisis lifestyle
  Interpersonally distant
  Role and boundary problems

**Strengths and Resources**

436

## FAMILY PLAN EVALUATION

| Date Completed | Month/Year of Next |
|---|---|
| 11/22/1996 | Evaluation or Review    5/20/1997 |

**Task Evaluation Description:**
**Comments:**
Parenting classes
Kiki has been attending her parenting classes. She lacks two classes. Services are going to continue again with VOA to make-up these classes and begin more intense one-on-one work with her mentor. Therapy has been arranged for Kiki and she has been attending some sessions. She needs to attend more consistently to monitor progress better.

**Goal Evaluation Description:**
**Comments:**
Use support service
Kiki has been attending her parenting classes. She lacks two classes. Services are going to continue again with VOA to make-up these classes and begin more intense one-on-one work with her mentor. Therapy has been arranged for Kiki and she has been attending some sessions. She needs to attend more consistently to monitor progress better.

**Task Evaluation Description:**
**Comments:**
Obtain evaluation
Kiki obtained her evaluation and has gone for her psychiatric assessment and needs to follow through with the recommendations and referrals for other services.

**Goal Evaluation Description:**
**Comments:**
Get treatment for depression
Kiki continues to seem depressed. She cries during conversations about her ability to parent and being overwhelmed. She reports not sleeping well and not having energy to do anything.

**Task Evaluation Description:**
**Comments:**
Locate/maintain proper housing
Kiki is on the waiting list for Section 8 Housing. She has not obtained other housing for her children. She has not found a stable means of financially providing for her children.

**Goal Evaluation Description:**
**Comments:**
Maintain safety
Kiki has not found safe housing for her children and herself

**Task Evaluation Description:**
**Comments:**
Additional treatment
Ms. Soliz did not follow through and complete treatment for her problem with drugs and alcohol.

**Goal Evaluation Description:**
**Comments:**
Be drug/alcohol free
Ms. Soliz has made little progress on her service plan. She was admitted twice to an in-patient drug treatment program, but did not complete the program either time.

**Type of Family Plan Review:**     Six Month

437

| | |
|---|---|
| **Case Name:** So...,Donna S | |
| **Case #:** 17020998 | |
| **Child's Name:** Mark A Soliz | **DOB:** 1/27/1982 |

# CHILD'S SERVICE PLAN
## Initial Plan

## Initial Service Plan / Intake Study / Initial Assessment Report

**OVERVIEW**

**A.        General:**

| Religion | Submitted for Approval | Date of Next Review |
|---|---|---|
| Catholic | | |
| **Worker Who Completed Form** | | |
| Sandra L. Mcguire | | |

**B.        Long-Range Goal For Permanency**

| Permanency Goal | |
|---|---|
| Family Reunification | |
| Projected Date for Achieving Permanency | Estimated Length of Stay in Substitute Care |
| If there is a discrepancy between the estimated length of stay in substitute care and the projected date of permanency, explain: | |

**C.        Concurrent / Alternative Goal For Permanency**

438

Case Name: So    Jonna S
Case #: 17020998
**Child's Name:** Mark A Soliz        **DOB:** 1/27/1982

## CHILD'S SERVICE PLAN
### Initial Plan

**INTAKE HISTORY**

**A.**     **Initial Social History**

Child:

Family:

**B.**     **Initial Genetic History**

| | |
|---|---|
| **Case Name:** So.   Jonna S | |
| **Case #:** 17020998 | |
| **Child's Name:** Mark A Soliz | **DOB:** 1/27/1982 |

## CHILD'S SERVICE PLAN
### Initial Plan

**RESULTS OF INITIAL ASSESSMENTS / PROGRESS SINCE REMOVAL**

**Caregiver observations about child's personality, behavior, special interests, and talents**

**Basic needs**
All children in placement have basic needs. They require food, shelter, and clothing; routine medical and dental care; safe, stimulating, and nurturing home environments; and friendships and recreational activities appropriate to their ages. FPS expects each child's caregiver to meet the child's basic needs without specifically identifying those needs in the case plan.

**Specific needs**
Social and Emotional Needs

Educational Needs

Developmental Needs

Medical and Dental Needs

Special Physical Needs

Placement Needs
*Type of Placement*

*Appropriateness and Safety of Placement*

*Objectives of placement*
The objectives of this placement are to protect the child from abuse and neglect, and to provide the child with care that meets the child's needs for permanency, safety and well being. Additional objectives are:

*Visitation Summary*

*Culture Heritage*

Permanency Needs
*Progress / Efforts Made Toward Permanency*

*ASFA requirement, if applicable*

**Summary:**
Extent of Compliance (if a review):

Appropriateness of Services:

Continuing Nessessity for Placement:

**Emergency Conditions**

FPS has determined that one of the following emergency conditions continues to exist for this case and, therefore, services continue to be necessary:

1. A child is at risk of abuse or neglect, as determined by FPS;
2. A child has been removed from his/her home and placed in FPS care; or
3. A child formerly in FPS care is at-risk of being returned to FPS care.

440

Case Name: So~ Jonha S

Case #: 17020998

Child's Name: Mark A Soliz          DOB: 1/27/1982

**CHILD'S SERVICE PLAN**
**Initial Plan**

Case Name: S Donna S

Case #: 17020998

**Child's Name:** Mark A Soliz      **DOB:** 1/27/1982

# CHILD'S SERVICE PLAN
## Initial Plan

**PLANS**

Plans to Address Permanency

Services to Meet Child's Needs

| Need | |
|---|---|
| Task | PSFC/Caregiver Service |
| | |
| | |
| | |
| Time Frame | Time Frame |
| Method of Evaluation | |

Provision of Safe and Proper Care in Placement

Plans for Future Visitation

Plans for Preserving Child's Cultural Heritage

Supervision

Behavior Management (Discipline)
The child's discipline must suit the child's age, circumstances, and developmental needs. Methods of discipline may include: establishing routines, setting reasonable limits, modeling appropriate behavior, offering choices, giving explanations. repeating instructions, taking "time-out", enforcing or permitting logical or natural consequences, and reinforcing desired behavior. Physical punishment is not permitted. Additional strategies for managing the child's behavior are specified below.

Support Services to the Caregivers
Identify the support services to be provided to the caregiver to help them meet the child's needs and to ensure that the child receives safe and proper care. Include the planned frequency of worker visits to the child and to the caregiver's home.

Travel
The child may travel to participate in normal activities (examples: church, school events). Any trips that last more than 72 hours must be approved in advance by the child's worker. Trips outside the state must be approved in advance by the child's worker and by the court. Additional stipulations regarding the child's travel are specified below.

442

Case Name: St    Donna S
Case #: 17020998
**Child's Name:** Mark A Soliz        DOB: 1/27/1982

## CHILD'S SERVICE PLAN
### Initial Plan

**INVITED PARTIES AND PARTICIPATION INFORMATION**

| NAME | RELATIONSHIP TO CASE | DATE OF NOTIFICATION | TYPE OF NOTIFICATION | DATE COPY GIVEN | DATE OF PARTICIPATION |
|------|----------------------|----------------------|----------------------|-----------------|------------------------|

**EXPLANATION IF NO PARTICIPATION BY CHILD, MOTHER, FATHER OR CAREGIVER**

| | | |
|---|---|---|
| Signature-Worker | Date | Signature-Child (Optional) | Date |

| | | |
|---|---|---|
| Signature-Supervisor | Date | Signature-Level One Child-Placing Staff (Required for initial placement only) | Date |

Signature-Program Director
(required for initial placement only)       Date

Attach a copy of the following updated items to the plan shared with the caregiver, unless this information has already been provided or obtained by the caregiver:

- medical log
- education log
- medical/developmental history, and
- the record of immunizations

443

| Case Name: | Sc   Donna S |
|---|---|
| Case #: | 17020998 |
| Child's Name: | Mark A Soliz    DOB: 1/27/1982 |

# CHILD'S SERVICE PLAN
## Facility Review

### Service Plan Review

**OVERVIEW:**

**A.   General:**

| Date of Last Plan | This Plan Submitted for Approval | Date of Next Review |
|---|---|---|
| 11/20/1996 | 11/20/1996 | 5/20/1997 |

| Worker Who Completed Form |
|---|
| Sandra L. Mcguire |

**B.   Current Placement**

| Residence Name | Living Arrangement | Type of Facility |
|---|---|---|
| | | |

**C.   Long-Range Goal For Permanency**

| Permanency Goal | |
|---|---|
| APPLA: Foster Family, DFPS Conservatorship | |
| Projected Date for Achieving Permanency | Estimated Length of Stay in Substitute Care |
| 11/30/1997 | one more year |
| If there is a discrepancy between the estimated length of stay in substitute care and the projected date of permanency, explain: | |

**D.   Concurrent / Alternative Goal for Permanency**

### PROGRESS IN ADDRESSING NEEDS & SERVICES SINCE LAST PLAN
(Attach Facility Plan)

TX Dept. of Family and Protective Services

Printed: 10/11/2010

Case Name: So.    Donna S
Case #: 17020998
Child's Name: Mark A Soliz        DOB: 1/27/1982

# CHILD'S SERVICE PLAN
## Facility Review

Placement Needs
*Type of Placement*

*Appropriateness and Safety of Placement*
Explain why the type of placement chosen continues to be appropriate. Address any issues such as need for placement with siblings which continue to be unmet.

This placement is appropriate because it meets Mark's needs by providing counseling, drug education, academic education and recreational activities in a therapeutic setting. Staff are also trained to handle Mark's aggressive and oppositional behaviors.

*Objectives of placement*
The objectives of this placement are to protect the child from abuse and neglect, and to provide the child with care that meets the child's needs for permanency, safety and well being. Additional objectives are:

*Visitation Summary*

*Culture Heritage*

Permanency Needs
*Progress / Efforts Made Toward Permanency*
Describe 1) the progress made towards achieving the permanency planning goal during the last plan period, 2) the actions to be taken with the child's family to achieve the goal, 3) obstacles and actions to be taken to overcome them , 4) attempts to locate absent parents, identify possible relative placements or find possible guardian.

It had been hoped that Mark could be reunited with his mother, but, Ms. Soliz has made little progress on her service plan. She was admitted twice to an in-patient drug treatment program, but did not complete either program. She continues to live an unstable lifestyle, with no permanent place to live. She recently admitted she is still drinking alcohol and continues to be involved in a relationship with a man who physically abuses her. She seldom calls to check on Mark and has not visited him for many months.

Mark's father pays the state child support, but is not willing to have a relationship with his son. He has not seen Mark for many years.

There are no appropriate relatives who can care for Mark.

*ASFA requirement, if applicable*

**Summary:**
Extent of Compliance (if a review):

Appropriateness of Services:
Describe extent to which services planned for or previously provided to the child, actually meet the child's needs.

The services documented in this plan are appropriate to meet Mark's needs. His physical, educational and medical needs are met daily by his caregivers. Mark's social, emotional and educational needs are met through interaction with his caregivers and by participation in school. He also receives individual and group therapy weekly.

Continuing Nessessity for Placement:
Explain why the child continues to require placement.

| | |
|---|---|
| **Case Name:** Sc    Jonna S | |
| **Case #:** 17020998 | |
| **Child's Name:** Mark A Soliz | **DOB:** 1/27/1982 |

## CHILD'S SERVICE PLAN
### Facility Review

Mark continues to require placement because his mother is a drug addict who is unable to care for him, and his father has refused to accept responsibility for his care.  There are no appropriate relatives who can care for Mark.

**Emergency Conditions**

FPS has determined that one of the following emergency conditions continues to exist for this case and, therefore, services continue to be necessary:

1. A child is at risk of abuse or neglect, as determined by FPS;
2. A child has been removed from his/her home and placed in FPS care; or
3. A child formerly in FPS care is at-risk of being returned to FPS care.

Printed: 10/11/2010                    TX Dept. of Family and Protective Services

Case Name: Sc    Jonna S
Case #: 17020998
Child's Name: Mark A Soliz      DOB: 1/27/1982

# CHILD'S SERVICE PLAN
## Facility Review

## PLANS

Plans to Address Permanency

Services to Meet Child's Needs

| Need | | |
|------|--|--|
| Task | | PSFC/Caregiver Service |
| | | |
| | | |
| Time Frame | | Time Frame |
| Method of Evaluation | | |

Provision of Safe and Proper Care in Placement

Plans for Future Visitation

Plans for Preserving Child's Cultural Heritage

Supervision

Behavior Management (Discipline)
The child's discipline must suit the child's age, circumstances, and developmental needs. Methods of discipline may include: establishing routines, setting reasonable limits, modeling appropriate behavior, offering choices, giving explanations. repeating instructions, taking "time-out", enforcing or permitting logical or natural consequences, and reinforcing desired behavior. Physical punishment is not permitted. Additional strategies for managing the child's behavior are specified below.

Support Services to the Caregivers
Identify the support services to be provided to the caregiver to help them meet the child's needs and to ensure that the child receives safe and proper care. Include the planned frequency of worker visits to the child and to the caregiver's home.
Identify the support services to be provided to the caregiver to help them meet the child's needs. Include the planned frequency of worker visits to the child and to the foster home or group-care facility.

The caseworker will be available for phone consultation as needed.  Caseworker will visit Mark monthly and will participate in staffings regarding Mark's treatment and progress.

Travel
The child may travel to participate in normal activities (examples: church, school events). Any trips that last more than 72 hours must be approved in advance by the child's worker. Trips outside the state must be approved in advance by the child's worker and by the court. Additional stipulations regarding the child's travel are specified below.

447

# CHILD'S SERVICE PLAN
## Facility Review

**INVITED PARTIES AND PARTICIPATION INFORMATION**

| NAME | RELATIONSHIP TO CASE | DATE OF NOTIFICATION | TYPE OF NOTIFICATION | DATE COPY GIVEN | DATE OF PARTICIPATION |
|------|----------------------|----------------------|----------------------|-----------------|-----------------------|
| Phil Brinkmeyer | Mark's therapist | | | | |

**EXPLANATION IF NO PARTICIPATION BY CHILD, MOTHER, FATHER OR CAREGIVER**

The plan was briefly discussed with Ms. Soliz on the phone 11-13-96. She agreed to meet with me the next day to discuss it further, but did not show up. Mr. Saenz has made it clear to the agency that he does not wish to be involved in any way, except to pay child support for Mark.

_____   Date    _____   Date
Signature-Worker                    Signature-Child (Optional)

_____   Date    _____   Date
Signature-Supervisor                Signature-Level One Child-Placing Staff
                                    (Required for initial placement only)

_____   Date
Signature-Program Director
(required for initial placement only)

Attach a copy of the following updated items to the plan shared with the caregiver, unless this information has already been provided or obtained by the caregiver:

- medical log
- education log
- medical/developmental history, and
- the record of immunizations

448

Case Name: Sc  Jonna S
**Case #:** 17020998
**Child's Name:** Mark A Soliz        **DOB:** 1/27/1982

## CHILD'S SERVICE PLAN
### Facility Review

### Service Plan Review

**OVERVIEW:**

**A.      General:**

| Date of Last Plan | This Plan Submitted for Approval | Date of Next Review |
|---|---|---|
| 4/1/1997 | 4/1/1997 | 10/1/1997 |

| Worker Who Completed Form |
|---|
| Laura Flores |

**B.      Current Placement**

| Residence Name | Living Arrangement | Type of Facility |
|---|---|---|

**C.      Long-Range Goal For Permanency**

| Permanency Goal | |
|---|---|
| APPLA: Foster Family, DFPS Conservatorship | |
| Projected Date for Achieving Permanency | Estimated Length of Stay in Substitute Care |
| 3/1/1998 | one more year |
| If there is a discrepancy between the estimated length of stay in substitute care and the projected date of permanency, explain: <br> none | |

**D.      Concurrent / Alternative Goal for Permanency**

### PROGRESS IN ADDRESSING NEEDS & SERVICES SINCE LAST PLAN
(Attach Facility Plan)

449

Case Name: So. Jonna S
Case #: 17020998
Child's Name: Mark A Soliz     DOB: 1/27/1982

# CHILD'S SERVICE PLAN
## Facility Review

Placement Needs
*Type of Placement*

*Appropriateness and Safety of Placement*
Explain why the type of placement chosen continues to be appropriate. Address any issues such as need for placement with siblings which continue to be unmet.

This placement is appropriate because it meets Mark's needs by providing counseling, drug education, academic education and recreational activities in a therapeutic setting.  Staff are also trained to handle Mark's aggressive and oppositional behaviors.

*Objectives of placement*
The objectives of this placement are to protect the child from abuse and neglect, and to provide the child with care that meets the child's needs for permanency, safety and well being. Additional objectives are:

*Visitation Summary*

*Culture Heritage*

Permanency Needs
*Progress / Efforts Made Toward Permanency*
Describe 1) the progress made towards achieving the permanency planning goal during the last plan period,  2) the actions to be taken with the child's family to achieve the goal, 3) obstacles and actions to be taken to overcome them , 4) attempts to locate absent parents,  identify possible relative placements or  find possible guardian.

It had been hoped that Mark could be reunited with his mother, but, Ms. Soliz has made little progress on her service plan.  As stated in the previous plan  Ms. Soliz was admitted twice to an in-patient drug treatment program, but did not complete either program.  She continues to live an unstable lifestyle, with no permanent place to live. Ms. Soliz has admitted to previous caseworker that she is still drinking alcohol and continues to be involved in a relationship with a man who physically abuses her.  Ms. Soliz has neither  called or visited Mark since Christmas of 1996 despite his being in close proximity.

Mark's father is not willing to have a relationship with his son.  He has not seen Mark for many years.

There are no appropriate relatives who can care for Mark.

*ASFA requirement, if applicable*

**Summary:**
Extent of Compliance (if a review):

Appropriateness of Services:
Describe extent to which services planned for or previously provided to the child, actually meet the child's needs.

The services documented in this plan are appropriate to meet Mark's needs.  His physical, educational and medical needs are met daily by his caregivers.  Mark's social, emotional and educational needs are met through interaction with his caregivers and by participation in school.  He also receives individual and group therapy.

Continuing Nessessity for Placement:
Explain why the child continues to require placement.

450

Case Name: S9 Jarina S
Case #: 17020998
Child's Name: Mark A Soliz        DOB: 1/27/1982

## CHILD'S SERVICE PLAN
### Facility Review

Mark continues to require placement because his mother is a drug addict who is unable to care for him, and his father has refused to accept responsibility for his care.  There are no appropriate relatives who can care for Mark.

**Emergency Conditions**

FPS has determined that one of the following emergency conditions continues to exist for this case and, therefore, services continue to be necessary:

1. A child is at risk of abuse or neglect, as determined by FPS;
2. A child has been removed from his/her home and placed in FPS care; or
3. A child formerly in FPS care is at-risk of being returned to FPS care.

Printed: 10/11/2010        TX Dept. of Family and Protective Services

Case Name: SS  Jonna S
Case #: 17020998
Child's Name: Mark A Soliz     DOB: 1/27/1982

## CHILD'S SERVICE PLAN
### Facility Review

**PLANS**

Plans to Address Permanency

Services to Meet Child's Needs

| Need | |
|---|---|
| Task | PSFC/Caregiver Service |
| | |
| | |
| Time Frame | Time Frame |
| Method of Evaluation | |

Provision of Safe and Proper Care in Placement

Plans for Future Visitation

Plans for Preserving Child's Cultural Heritage

Supervision

Behavior Management (Discipline)
The child's discipline must suit the child's age, circumstances, and developmental needs. Methods of discipline may include: establishing routines, setting reasonable limits, modeling appropriate behavior, offering choices, giving explanations. repeating instructions, taking "time-out", enforcing or permitting logical or natural consequences, and reinforcing desired behavior. Physical punishment is not permitted. Additional strategies for managing the child's behavior are specified below.

Support Services to the Caregivers
Identify the support services to be provided to the caregiver to help them meet the child's needs and to ensure that the child receives safe and proper care. Include the planned frequency of worker visits to the child and to the caregiver's home.
Identify the support services to be provided to the caregiver to help them meet the child's needs. Include the planned frequency of worker visits to the child and to the foster home or group-care facility.

The caseworker will be available for phone consultation as needed.  Caseworker will visit Mark monthly and will participate in staffings regarding Mark's treatment and progress.

Travel
The child may travel to participate in normal activities (examples: church, school events). Any trips that last more than 72 hours must be approved in advance by the child's worker. Trips outside the state must be approved in advance by the child's worker and by the court. Additional stipulations regarding the child's travel are specified below.

452

Case Name: S8 Johna S
Case #: 17020998
Child's Name: Mark A Soliz          DOB: 1/27/1982

## CHILD'S SERVICE PLAN
### Facility Review

**INVITED PARTIES AND PARTICIPATION INFORMATION**

| NAME | RELATIONSHIP TO CASE | DATE OF NOTIFICATION | TYPE OF NOTIFICATION | DATE COPY GIVEN | DATE OF PARTICIPATION |
|------|---------------------|----------------------|----------------------|-----------------|------------------------|
| Billy Roberson | Program Director | 3/21/1997 | Verbal | 4/21/1997 | 3/21/1997 |

**EXPLANATION IF NO PARTICIPATION BY CHILD, MOTHER, FATHER OR CAREGIVER**

The plan was briefly discussed with Ms. Soliz on the phone 03-18-97. Mr. Saenz has made it clear to the agency that he does not wish to be involved in any way, except to pay child support for Mark.

_____     Date     _____     Date
Signature-Worker                      Signature-Child (Optional)

_____     Date     _____     Date
Signature-Supervisor                  Signature-Level One Child-Placing Staff
                                      (Required for initial placement only)

_____     Date
Signature-Program Director
(required for initial placement only)

Attach a copy of the following updated items to the plan shared with the caregiver, unless this information has already been provided or obtained by the caregiver:

- medical log
- education log
- medical/developmental history, and
- the record of immunizations

453

Case Name: St   Jonna S

Case #: 17020998

Child's Name: Mark A Soliz     DOB: 1/27/1982

# CHILD'S SERVICE PLAN
## Facility Review

### Service Plan Review

**OVERVIEW:**

**A.    General:**

| Date of Last Plan | This Plan Submitted for Approval | Date of Next Review |
|---|---|---|
| 10/10/1997 | 10/10/1997 | 4/10/1998 |

| Worker Who Completed Form |
|---|
| Laura Flores |

**B.    Current Placement**

| Residence Name | Living Arrangement | Type of Facility |
|---|---|---|

**C.    Long-Range Goal For Permanency**

| Permanency Goal | |
|---|---|
| APPLA: Foster Family, DFPS Conservatorship | |
| **Projected Date for Achieving Permanency** | **Estimated Length of Stay in Substitute Care** |
| 9/1/1998 | one more year |
| **If there is a discrepancy between the estimated length of stay in substitute care and the projected date of permanency, explain:** ||
| none ||

**D.    Concurrent / Alternative Goal for Permanency**

### PROGRESS IN ADDRESSING NEEDS & SERVICES SINCE LAST PLAN
(Attach Facility Plan)

454

Case Name: St    Donna S
**Case #:** 17020998
**Child's Name:** Mark A Soliz        **DOB:** 1/27/1982

# CHILD'S SERVICE PLAN
## Facility Review

Placement Needs
*Type of Placement*

*Appropriateness and Safety of Placement*
Explain why the type of placement chosen continues to be appropriate. Address any issues such as need for placement with siblings which continue to be unmet.

This placement is appropriate because it meets Mark's needs by providing counseling, drug education, academic education, and recreational activities in a therapeutic setting. Staff are also trained to handle Mark's aggressive and oppositional behaviors. Staff can provide structure and support and assist in job training programs and eventually prepare Mark for independent living.

*Objectives of placement*
The objectives of this placement are to protect the child from abuse and neglect, and to provide the child with care that meets the child's needs for permanency, safety and well being. Additional objectives are:

*Visitation Summary*

*Culture Heritage*

Permanency Needs
*Progress / Efforts Made Toward Permanency*
Describe 1) the progress made towards achieving the permanency planning goal during the last plan period, 2) the actions to be taken with the child's family to achieve the goal, 3) obstacles and actions to be taken to overcome them , 4) attempts to locate absent parents, identify possible relative placements or find possible guardian.

It had been hoped that Mark could be reunited with his mother, however, this will not be the case since Ms. Soliz made no progress on her service plan. On 09-23-97 TDPRS was awarded PMC of Mark. Ms. Donna Soliz did not attend the hearing and Mr. Raul Saenz clearly stated that he cannot and does not wish to have a relationship with Mark. Mark will continue to stay at Azleway Boy's Ranch until the terms of his probation end in June of 1998 at which time preparing Mark for independent living would be appropriate and necessary.

There are no appropriate relatives who can care for Mark.

*ASFA requirement, if applicable*

**Summary:**
Extent of Compliance (if a review):

Appropriateness of Services:
Describe extent to which services planned for or previously provided to the child, actually meet the child's needs.

The services documented in this plan are appropriate to meet Mark's needs. His physical, educational, and medical needs are met daily by his caregivers. Mark's social, emotional and educational needs are met through interaction with his caregivers and by participation in school. Mark also receives individual therapy sessions and group therapy.

Continuing Nessessity for Placement:
Explain why the child continues to require placement.

Mark continues to require placement because on 09-23-97 TDPRS was appointed PMC. Mark also continues to ·

Case Name: St   Donna S
Case #: 17020998
Child's Name: Mark A Soliz          DOB: 1/27/1982

## CHILD'S SERVICE PLAN
### Facility Review

display inappropriate behaviors such as physical aggression, poor staff relations, poor peer relations, tobacco use, excessive use of profanity, and theft.

**Emergency Conditions**

FPS has determined that one of the following emergency conditions continues to exist for this case and, therefore, services continue to be necessary:

1. A child is at risk of abuse or neglect, as determined by FPS;
2. A child has been removed from his/her home and placed in FPS care; or
3. A child formerly in FPS care is at-risk of being returned to FPS care.

456

Case Name: Soliz
Case #: 17020998
Child's Name: Mark A Soliz          DOB: 1/27/1982

## CHILD'S SERVICE PLAN
### Facility Review

## PLANS

Plans to Address Permanency

Services to Meet Child's Needs

| Need   Social and Emotional Needs | |
|---|---|
| **Task** | **PSFC/Caregiver Service** |
| Other-Meets with Probation Officer David Reed to satisfy terms of probation | Other-Meets with Probation Officer David Reed to satisfy terms of probation |
| **Time Frame** | **Time Frame** |
| Monthly | Until June of 1998 |
| **Method of Evaluation** | |
| Face to Face Visits and Telephone calls with PO and staff at Azleway | |

Provision of Safe and Proper Care in Placement

Plans for Future Visitation

Plans for Preserving Child's Cultural Heritage

Supervision

Behavior Management (Discipline)
The child's discipline must suit the child's age, circumstances, and developmental needs. Methods of discipline may include: establishing routines, setting reasonable limits, modeling appropriate behavior, offering choices, giving explanations, repeating instructions, taking "time-out", enforcing or permitting logical or natural consequences, and reinforcing desired behavior. Physical punishment is not permitted. Additional strategies for managing the child's behavior are specified below.

Support Services to the Caregivers
Identify the support services to be provided to the caregiver to help them meet the child's needs and to ensure that the child receives safe and proper care. Include the planned frequency of worker visits to the child and to the caregiver's home.
Identify the support services to be provided to the caregiver to help them meet the child's needs. Include the planned frequency of worker visits to the child and to the foster home or group-care facility.

The caseworker will be available for phone consultation as needed.  Caseworker will visit Mark quarterly or on an as needed basis and will participate in staffings regarding Mark's treatment and progress.  Azleway also has been providing caseworker with daily and weekly behavior and education logs on Mark for my review and in put.

Travel
The child may travel to participate in normal activities (examples: church, school events). Any trips that last more than 72 hours must be approved in advance by the child's worker. Trips outside the state must be approved in advance by the child's worker and by the court. Additional stipulations regarding the child's travel are specified below.

Printed: 10/11/2010          TX Dept. of Family and Protective Services

Case #: 17020998
Child's Name: Mark A Soliz          DOB: 1/27/1982

## CHILD'S SERVICE PLAN
### Facility Review

**INVITED PARTIES AND PARTICIPATION INFORMATION**

| NAME | RELATIONSHIP TO CASE | DATE OF NOTIFICATION | TYPE OF NOTIFICATION | DATE COPY GIVEN | DATE OF PARTICIPATION |
|------|---------------------|----------------------|----------------------|-----------------|------------------------|

**EXPLANATION IF NO PARTICIPATION BY CHILD, MOTHER, FATHER OR CAREGIVER**

On 09-23-97 CPS was granted PMC of Mark. MO did not attend the hearing and Mr. Saenz has made it clear to the agency that he does not wish to be involved in any way, except to pay child support for Mark.

_____     _____     _____     _____
Signature-Worker                              Date          Signature-Child (Optional)                           Date


_____     _____     _____     _____
Signature-Supervisor                          Date          Signature-Level One Child-Placing Staff      Date
                                                                         (Required for initial placement only)


_____     _____
Signature-Program Director                   Date
(required for initial placement only)

Attach a copy of the following updated items to the plan shared with the caregiver, unless this information has already been provided or obtained by the caregiver:

- medical log
- education log
- medical/developmental history, and
- the record of immunizations

458

Case Name: Soliz, Soliz

Case #: 17020998

Child's Name: Mark A Soliz        DOB: 1/27/1982

## CHILD'S SERVICE PLAN
### Facility Review

### Service Plan Review

**OVERVIEW:**

**A.      General:**

| Date of Last Plan | This Plan Submitted for Approval | Date of Next Review |
|---|---|---|
| 1/22/1998 | 1/22/1998 | 7/22/1998 |

| Worker Who Completed Form |
|---|
| Laura Flores |

**B.      Current Placement**

| Residence Name | Living Arrangement | Type of Facility |
|---|---|---|

**C.      Long-Range Goal For Permanency**

| Permanency Goal | |
|---|---|
| APPLA: Foster Family, DFPS Conservatorship | |
| **Projected Date for Achieving Permanency** | **Estimated Length of Stay in Substitute Care** |
| 9/1/1998 | one more year |

If there is a discrepancy between the estimated length of stay in substitute care and the projected date of permanency, explain:
none

**D.      Concurrent / Alternative Goal for Permanency**

### PROGRESS IN ADDRESSING NEEDS & SERVICES SINCE LAST PLAN
(Attach Facility Plan)

Case Name: Soliz, Joshua
Case #: 17020998
Child's Name: Mark A Soliz        DOB: 1/27/1982

## CHILD'S SERVICE PLAN
### Facility Review

Placement Needs
*Type of Placement*

*Appropriateness and Safety of Placement*
Explain why the type of placement chosen continues to be appropriate. Address any issues such as need for placement with siblings which continue to be unmet.

This placement is appropriate because it meets Mark's needs by providing counseling, drug education, academic education, and recreational activities in a therapeutic setting.  Staff are also trained to handle Mark's aggressive and oppositional behaviors.  Staff can  provide structure and support and assist in job training programs and eventually prepare Mark for independent living.

*Objectives of placement*
The objectives of this placement are to protect the child from abuse and neglect, and to provide the child with care that meets the child's needs for permanency, safety and well being. Additional objectives are:

*Visitation Summary*

*Culture Heritage*

Permanency Needs
*Progress / Efforts Made Toward Permanency*
Describe 1) the progress made towards achieving the permanency planning goal during the last plan period,  2) the actions to be taken with the child's family to achieve the goal, 3) obstacles and actions to be taken to overcome them , 4) attempts to locate absent parents,  identify possible relative placements or  find possible guardian.

It had been hoped that Mark could be reunited with his mother, however, this will not be the case since Ms. Suliz made no progress on her service plan.  On 09-23-97 TDPRS was awarded PMC of Mark.  Ms. Donna Soliz did not attend the hearing and Mr. Raul Saenz clearly stated that he cannot and does not wish to have a relationship with Mark.  Mark was placed at Desert Hills of Texas RTC on 12-05-97 after being discharged from Azleway in October of 1997 and Choices in November of 1997.  Mark will remain at Desert Hills and  preparing Mark for independent living apears to be appropriate and necessary.

There are no appropriate relatives who can care for Mark.

*ASFA requirement, if applicable*

**Summary:**
Extent of Compliance (if a review):

Appropriateness of Services:
Describe extent to which services planned for or previously provided to the child, actually meet the child's needs.

The services documented in this plan are appropriate to meet Mark's needs.  His physical, educational, and medical needs are met daily by his caregivers.  Mark's social, emotional and educational needs are met through interaction with his caregivers and by participation in school.  Mark also receives individual therapy sessions and group therapy.

Continuing Nessessity for Placement:
Explain why the child continues to require placement.

Case Name: Soliz
Case #: 17020998
**Child's Name:** Mark A Soliz     **DOB:** 1/27/1982

## CHILD'S SERVICE PLAN
## Facility Review

Mark continues to require placement because on 09-23-97 TDPRS was appointed PMC.  Mark also continues to display inappropriate behaviors such as physical aggression, poor staff relations, poor peer relations, tobacco use, excessive use of profanity, and theft.

**Emergency Conditions**

FPS has determined that one of the following emergency conditions continues to exist for this case and, therefore, services continue to be necessary:

1. A child is at risk of abuse or neglect, as determined by FPS;
2. A child has been removed from his/her home and placed in FPS care; or
3. A child formerly in FPS care is at-risk of being returned to FPS care.

461

Case Name: Soliz, Johnny S
Case #: 17020998
Child's Name: Mark A Soliz          DOB: 1/27/1982

## CHILD'S SERVICE PLAN
### Facility Review

**PLANS**

<u>Plans to Address Permanency</u>

<u>Services to Meet Child's Needs</u>

| Need Therapeutic Needs/Family Needs | |
|---|---|
| **Task**<br>Mark Soliz will participate in family and sibling visits when appropriate. | **PSFC/Caregiver Service**<br>CPS/Laura A. Flores will arrange family/sibling visitation. |
| **Time Frame**<br>Unspecified | **Time Frame**<br>When appropriate and avai |
| **Method of Evaluation** | |

| Need Therapeutic Needs/Family Needs | |
|---|---|
| **Task**<br>Mark Soliz will participate in family and sibling visits. | **PSFC/Caregiver Service**<br>CPS/Laura A. Flores will provide transportation for the family visits. |
| **Time Frame**<br>Unspecified | **Time Frame**<br>When necessary/applicable |
| **Method of Evaluation** | |

<u>Provision of Safe and Proper Care in Placement</u>

<u>Plans for Future Visitation</u>

<u>Plans for Preserving Child's Cultural Heritage</u>

<u>Supervision</u>

<u>Behavior Management (Discipline)</u>
The child's discipline must suit the child's age, circumstances, and developmental needs. Methods of discipline may include: establishing routines, setting reasonable limits, modeling appropriate behavior, offering choices, giving explanations. repeating instructions, taking "time-out", enforcing or permitting logical or natural consequences, and reinforcing desired behavior. Physical punishment is not permitted. Additional strategies for managing the child's behavior are specified below.

<u>Support Services to the Caregivers</u>
Identify the support services to be provided to the caregiver to help them meet the child's needs and to ensure that the child receives safe and proper care. Include the planned frequency of worker visits to the child and to the caregiver's home.
Identify the support services to be provided to the caregiver to help them meet the child's needs. Include the planned frequency of worker visits to the child and to the foster home or group-care facility.

The caseworker will be available for phone consultation as needed.  Caseworker will visit Mark quarterly or on an as needed basis and will participate in staffings regarding Mark's treatment and progress.  Azleway also has been providing caseworker with weekly  and monthly behavior and education logs on Mark for my review and in put.

Case Name: Sc~   Jonna S

Case #: 17020998

**Child's Name:** Mark A Soliz      **DOB:** 1/27/1982

## CHILD'S SERVICE PLAN
## Facility Review

<u>Travel</u>
The child may travel to participate in normal activities (examples: church, school events). Any trips that last more than 72 hours must be approved in advance by the child's worker. Trips outside the state must be approved in advance by the child's worker and by the court. Additional stipulations regarding the child's travel are specified below.

463

## CHILD'S SERVICE PLAN
### Facility Review

**INVITED PARTIES AND PARTICIPATION INFORMATION**

| NAME | RELATIONSHIP TO CASE | DATE OF NOTIFICATION | TYPE OF NOTIFICATION | DATE COPY GIVEN | DATE OF PARTICIPATION |
|---|---|---|---|---|---|

**EXPLANATION IF NO PARTICIPATION BY CHILD, MOTHER, FATHER OR CAREGIVER**

On 09-23-97 CPS was granted PMC of Mark. MO did not attend the hearing and Mr. Saenz has made it clear to the agency that he does not wish to be involved in any way, except to pay child support for Mark.

Signature-Worker                Date        Signature-Child (Optional)                Date

Signature-Supervisor            Date        Signature-Level One Child-Placing Staff   Date
                                            (Required for initial placement only)

Signature-Program Director      Date
(required for initial placement only)

Attach a copy of the following updated items to the plan shared with the caregiver, unless this information has already been provided or obtained by the caregiver:

- medical log
- education log
- medical/developmental history, and
- the record of immunizations

464

Case #: 17020998
Child's Name: Mark A Soliz       DOB: 1/27/1982

## CHILD'S SERVICE PLAN
## Facility Review with PAL Asmt

### Service Plan Review

**OVERVIEW:**

**A.    General:**

| Date of Last Plan | This Plan Submitted for Approval | Date of Next Review |
|---|---|---|
| 2/9/1998 | 2/9/1998 | 8/9/1998 |

| Worker Who Completed Form |
|---|
| Laura Flores |

**B.    Current Placement**

| Residence Name | Living Arrangement | Type of Facility |
|---|---|---|

**C.    Long-Range Goal For Permanency**

| Permanency Goal | |
|---|---|
| APPLA: Independent Living | |
| **Projected Date for Achieving Permanency** | **Estimated Length of Stay in Substitute Care** |
| 1/27/2000 | two years |
| If there is a discrepancy between the estimated length of stay in substitute care and the projected date of permanency, explain: | |
| none | |

**D.    Concurrent / Alternative Goal for Permanency**

### PROGRESS IN ADDRESSING NEEDS & SERVICES SINCE LAST PLAN
(Attach Facility Plan)

465

## CHILD'S SERVICE PLAN
### Facility Review with PAL Asmt

Preparation for Independent Living Needs
*PAL Needs*
Mark Soliz has recently turned 16 years of age and has been referred to CPS PAL Program.


*Post- Discharge Objectives*
Mark Soliz' case will be referred to IPS to possibly locate an aging out guardian.


Placement Needs
*Type of Placement*

*Appropriateness and Safety of Placement*
Explain why the type of placement chosen continues to be appropriate. Address any issues such as need for placement with siblings which continue to be unmet.

This placement is appropriate because it meets Mark's needs by providing counseling, drug education, academic education, and recreational activities in a therapeutic setting.  Staff are also trained to handle Mark's aggressive and oppositional behaviors.  Staff can  provide structure and support and assist in job training programs and prepare Mark for independent living.


*Objectives of placement*
The objectives of this placement are to protect the child from abuse and neglect, and to provide the child with care that meets the child's needs for permanency, safety and well being. Additional objectives are:

*Visitation Summary*

*Culture Heritage*

Permanency Needs
*Progress / Efforts Made Toward Permanency*
Describe 1) the progress made towards achieving the permanency planning goal during the last plan period,  2) the actions to be taken with the child's family to achieve the goal, 3) obstacles and actions to be taken to overcome them , 4) attempts to locate absent parents,  identify possible relative placements or  find possible guardian.

It had been hoped that Mark could be reunited with his mother, however, this will not be the case since Ms. Soliz made no progress on her service plan.  On 09-23-97 TDPRS was awarded PMC of Mark.  Ms. Donna Soliz did not attend the hearing and Mr. Raul Saenz clearly stated that he cannot and does not wish to have a relationship with Mark. Mark was placed at Desert Hills of Texas RTC on 12-05-97 after being discharged from Azleway in October of 1997 and Choices in November of 1997. Mark will remain at Desert Hills and  preparing Mark for independent living appears to be appropriate and necessary.

There are no appropriate relatives who can care for Mark and meet his needs adequately.


*ASFA requirement, if applicable*

**Summary:**
Extent of Compliance (if a review):

Appropriateness of Services:
Describe extent to which services planned for or previously provided to the child, actually meet the child's needs.

466

Case #: 17020998
Child's Name: Mark A Soliz          DOB: 1/27/1982

## CHILD'S SERVICE PLAN
### Facility Review with PAL Asmt

The services documented in this plan are appropriate to meet Mark's needs. His physical, educational, and medical needs are met daily by his caregivers. Mark's social, emotional and educational needs are met through interaction with his caregivers and by participation in school. Mark also receives individual therapy sessions and group therapy. In preparation for Mark aging out of care an independent living program will be implemented to prepare Mark for adulthood.

Continuing Nessessity for Placement:
Explain why the child continues to require placement.

Mark continues to require placement because on 09-23-97 TDPRS was appointed PMC. Ms. Soliz has had no contact with this worker since prior to the hearing. Mr. Saenz does not want any involvement with Mark except for paying child support. Mark also continues to display inappropriate behaviors such as physical aggression, poor staff relations, poor peer relations, tobacco use, excessive use of profanity, and theft. Mark has recently turned 16 years of age and will need to participate in an independent living program.

**Emergency Conditions**

FPS has determined that one of the following emergency conditions continues to exist for this case and, therefore, services continue to be necessary:

1. A child is at risk of abuse or neglect, as determined by FPS;
2. A child has been removed from his/her home and placed in FPS care; or
3. A child formerly in FPS care is at-risk of being returned to FPS care.

467

Case Name: SGS Jonhas's
Case #: 17020998
Child's Name: Mark A Soliz          DOB: 1/27/1982

## CHILD'S SERVICE PLAN
## Facility Review with PAL Asmt

**PLANS**

Plans to Address Permanency

Services to Meet Child's Needs

| Need | Therapeutic Needs/Family Needs | |
|---|---|---|
| **Task** | | **PSFC/Caregiver Service** |
| Mark Soliz will participate in family and sibling visits when appropriate. | | CPS/Laura A. Flores will arrange family/sibling visitation. |
| **Time Frame** | | **Time Frame** |
| Unspecified | | When appropriate and avai |
| **Method of Evaluation** | | |

| Need | Therapeutic Needs/Family Needs | |
|---|---|---|
| **Task** | | **PSFC/Caregiver Service** |
| Mark Soliz will participate in family and sibling visits. | | CPS/Laura A. Flores will provide transportation for the family visits. |
| **Time Frame** | | **Time Frame** |
| Unspecified | | When necessary/applicable |
| **Method of Evaluation** | | |

| Need | Social and Emotional Needs | |
|---|---|---|
| **Task** | | **PSFC/Caregiver Service** |
| Mark Soliz will be provided structure. | | Desert Hills of Texas will provide Mark Soliz with structured environment/routine to meet Mark's needs. |
| **Time Frame** | | **Time Frame** |
| 02-98 to 01-00 | | 02-98 to 01-00 |
| **Method of Evaluation** | | |
| Telephone contact and visits with Mark and caregivers | | |

| Need | Social and Emotional Needs | |
|---|---|---|
| **Task** | | **PSFC/Caregiver Service** |
| Mark Soliz will be able to talk about birth family. | | Desert Hills of Texas will allow Mark Soliz to talk about his/her family without criticizing the family. |
| **Time Frame** | | **Time Frame** |
| 02-98 to 01-00 | | 02-98 to -01-00 |
| **Method of Evaluation** | | |
| Telephone contacts and visits with Mark and staff at Desert Hills | | |

| Need | Educational Needs | |
|---|---|---|
| **Task** | | **PSFC/Caregiver Service** |
| Desert Hills of Texas will keep CPS informed of Mark Soliz' progress or needs. | | Desert Hills of Texas will provide CPS worker with copies of reports, i.e. school, medical, etc. |

468

Case #: 17020998
Child's Name: Mark A Soliz     DOB: 1/27/1982

## CHILD'S SERVICE PLAN
### Facility Review with PAL Asmt

| Time Frame | Time Frame |
|---|---|
| Unti graduation or equiva | Until graduation or equiv |
| **Method of Evaluation** | |
| Telephone contacts with facility | |

| Need Educational Needs | |
|---|---|
| **Task** | **PSFC/Caregiver Service** |
| Mark Soliz will participate in vocational counseling. | Desert Hills of Texas will encourage Mark Soliz) to talk with vocational counselor. |
| **Time Frame** | **Time Frame** |
| 02-98 to 01-00 | 02-98 to 01-00 |
| **Method of Evaluation** | |
| Telephone contact with staff at Desert Hills | |

| Need Educational Needs | |
|---|---|
| **Task** | **PSFC/Caregiver Service** |
| Caregiver and Mark Soliz will attend conferences and ARD meetings. | CPS/Laura Flores and Desert Hills Staff will attend parent/teacher conferences to monitor Mark's progress in school. |
| **Time Frame** | **Time Frame** |
| 02-98 to -01-00 | 02-98 to 01-00 |
| **Method of Evaluation** | |
| Telephone calls to Desert Hills staff and Mark and attend ARD Meetings | |

| Need Educational Needs | |
|---|---|
| **Task** | **PSFC/Caregiver Service** |
| Mark Soliz will attend school regularly. | Desert Hills will monitor Mark's school attendance and will provide transportation if needed. |
| **Time Frame** | **Time Frame** |
| Until graduation or equiv | Until Graduation or equiv |
| **Method of Evaluation** | |
| Discussion with Mark and Desert Hills Staff | |

| Need Medical/Dental Needs | |
|---|---|
| **Task** | **PSFC/Caregiver Service** |
| Mark Soliz will be scheduled for follow up medical appointments including medication reviews. | CPS /Desert Hills of Texas will schedule appointments. |
| **Time Frame** | **Time Frame** |
| 02-98 to 01-00 | 02-98 to 01-00 |
| **Method of Evaluation** | |
| Discussion with Mark, Desert Hills, and medical staff | |

| Need Social and Emotional Needs | |
|---|---|
| **Task** | **PSFC/Caregiver Service** |
| Mark Soliz will participate in therapy. | Desert Hills of Texas will suggest acceptable behaviors |

469

Case Name: So   Jonna S
Case #: 17020998
Child's Name: Mark A Soliz      DOB: 1/27/1982

## CHILD'S SERVICE PLAN
### Facility Review with PAL Asmt

|  |  |
|---|---|
|  | to Mark Soliz to substitute for unacceptable behaviors. |
| **Time Frame** | **Time Frame** |
| 02-98 to 01-00 | 02-98 to 01-00 |
| **Method of Evaluation** |  |
| Discussion with Mark, Desert Hills Staff and Therapist | |

| **Need** Social and Emotional Needs | |
|---|---|
| **Task** | **PSFC/Caregiver Service** |
| Mark Soliz will participate in group therapy sessions to help reduce acting out behavior. | CPS/Desert Hills of Texas will arrange for group therapy sessions. |
| **Time Frame** | **Time Frame** |
| 02-98 to 01-00 | 02-98 to 01-00 |
| **Method of Evaluation** | |
| Discussion with Mark, Desert Hills Staff and Therapist | |

| **Need** Social and Emotional Needs | |
|---|---|
| **Task** | **PSFC/Caregiver Service** |
| Mark Soliz will learn to accept the logical consequences of inappropriate behavior. | Desert Hills of Texas will provide feedback regarding consequences of Mark's behavior. |
| **Time Frame** | **Time Frame** |
| 02-98 to 01-00 | 02-98 to 01-00 |
| **Method of Evaluation** | |
| Discussion with Desert Hills Staff and Mark | |

| **Need** Therapeutic/Recreational Needs | |
|---|---|
| **Task** | **PSFC/Caregiver Service** |
| Mark Soliz will participate in recreational activities such as watching television, board games, computer games, etc when appropriate. | CPS/Desert Hills staff will provide games, movies, etc. for recreational activities when appropriate. |
| **Time Frame** | **Time Frame** |
| 02-98 to 01-00 | 02-98 to 01-00 |
| **Method of Evaluation** | |
| Discussion with Mark and Desert Hills Staff | |

| **Need** PAL Needs | |
|---|---|
| **Task** | **PSFC/Caregiver Service** |
| Mark Soliz will participate in educational/vocational training. | Worker will discuss progress with Mark Soliz. |
| **Time Frame** | **Time Frame** |
| 02-98 to 01-00 | 02-98 to 01-00 |
| **Method of Evaluation** | |
| Discussion with Mark and Desert Hills Staff | |

Provision of Safe and Proper Care in Placement

470

## CHILD'S SERVICE PLAN
## Facility Review with PAL Asmt

Plans for Future Visitation

Plans for Preserving Child's Cultural Heritage

Supervision

Behavior Management (Discipline)
The child's discipline must suit the child's age, circumstances, and developmental needs. Methods of discipline may include: establishing routines, setting reasonable limits, modeling appropriate behavior, offering choices, giving explanations. repeating instructions, taking "time-out", enforcing or permitting logical or natural consequences, and reinforcing desired behavior. Physical punishment is not permitted. Additional strategies for managing the child's behavior are specified below.

Support Services to the Caregivers
Identify the support services to be provided to the caregiver to help them meet the child's needs and to ensure that the child receives safe and proper care. Include the planned frequency of worker visits to the child and to the caregiver's home.
Identify the support services to be provided to the caregiver to help them meet the child's needs. Include the planned frequency of worker visits to the child and to the foster home or group-care facility.

The caseworker will be available for phone consultation as needed.  Caseworker will visit Mark quarterly or on an as needed basis and will participate in staffings regarding Mark's treatment and progress.  Desert Hills of Texas also has been providing caseworker with weekly  and monthly behavior and education logs on Mark for my review and in put.

Travel
The child may travel to participate in normal activities (examples: church, school events). Any trips that last more than 72 hours must be approved in advance by the child's worker. Trips outside the state must be approved in advance by the child's worker and by the court. Additional stipulations regarding the child's travel are specified below.

## CHILD'S SERVICE PLAN
### Facility Review with PAL Asmt

**INVITED PARTIES AND PARTICIPATION INFORMATION**

| NAME | RELATIONSHIP TO CASE | DATE OF NOTIFICATION | TYPE OF NOTIFICATION | DATE COPY GIVEN | DATE OF PARTICIPATION |
|------|---------------------|---------------------|---------------------|-----------------|----------------------|
| Soliz,Mark A | Self | 1/27/1998 | Verbal | 2/9/1998 | 1/27/1998 |
| Amy Bloustine | Facility Casemanager | 1/27/1998 | Written | 2/9/1998 | 1/27/1998 |
| Soliz,Donna S | Other | 2/9/1998 | Written | 2/9/1998 | |

**EXPLANATION IF NO PARTICIPATION BY CHILD, MOTHER, FATHER OR CAREGIVER**

On 09-23-97 TDPRS was granted PMC of Mark. Ms. Soliz did not attend the hearing and has had no contact with this worker since prior to the hearing. Mr. Saenz has made it clear to the agency that he does not wish to be involved in any way, except to pay child support for Mark.


Signature-Worker _____  Date _____  Signature-Child (Optional) _____  Date _____

Signature-Supervisor _____  Date _____  Signature-Level One Child-Placing Staff _____  Date _____
(Required for initial placement only)

Signature-Program Director _____  Date _____
(required for initial placement only)

Attach a copy of the following updated items to the plan shared with the caregiver, unless this information has already been provided or obtained by the caregiver:

- medical log
- education log
- medical/developmental history, and
- the record of immunizations

Case Name: Soliz, Mark

Case #: 17020998

Child's Name: Mark A Soliz      DOB: 1/27/1982

## CHILD'S SERVICE PLAN
## Facility Review with PAL Asmt

### Service Plan Review

**OVERVIEW:**

**A.      General:**

| Date of Last Plan | This Plan Submitted for Approval | Date of Next Review |
|---|---|---|
| 7/6/1998 | 7/6/1998 | 1/6/1999 |

| Worker Who Completed Form |
|---|
| Laura Flores |

**B.      Current Placement**

| Residence Name | Living Arrangement | Type of Facility |
|---|---|---|

**C.      Long-Range Goal For Permanency**

| Permanency Goal |
|---|
| APPLA: Independent Living |

| Projected Date for Achieving Permanency | Estimated Length of Stay in Substitute Care |
|---|---|
| 1/27/2000 | 1 1/2 years |

| If there is a discrepancy between the estimated length of stay in substitute care and the projected date of permanency, explain: |
|---|
| none |

**D.      Concurrent / Alternative Goal for Permanency**

### PROGRESS IN ADDRESSING NEEDS & SERVICES SINCE LAST PLAN
(Attach Facility Plan)

473

Case Name: Soliz   Jonna S
Case #: 17020998
Child's Name: Mark A Soliz        DOB: 1/27/1982

## CHILD'S SERVICE PLAN
## Facility Review with PAL Asmt

Preparation for Independent Living Needs
*PAL Needs*
An independent living program has been implemented for Mark. Mark has taken the Life Skills Assessment. Mark needs improvement in Money Management/Consumer Awareness, Transportation, and Job Seeking Skills.

Mark has had one home visit this year. Future home visit will be a necessity to transition Mark to age out of care.

*Post- Discharge Objectives*
Mark Soliz' case will be referred to IPS to possibly locate an aging out guardian. Mark will more than like return home and reside with his Aunt Sharon Rangle. Mark has expressed an interest in continuing his education, possibly attending technical school for computer programming.

Placement Needs
*Type of Placement*

*Appropriateness and Safety of Placement*
Explain why the type of placement chosen continues to be appropriate. Address any issues such as need for placement with siblings which continue to be unmet.

Mark has been enrolled in the PAL Program through Texas A & M University. The facility has been able to meet Mark's basic needs but there is some question as to how well the therapeutic aspect of the program is going. The facility was investigated due to Mark being assaulted by a staff member, who has since been terminated from employment. Mark has made minimal progress in the Desert Hills Program and has once again been placed on medications.

Mark will more than likely be aging out of our care and will need an aging out guardian. Home visits with family is necessary to re-establish a relationship between Mark and his family. I have experienced resistance from Desert Hills regarding home visit and even off campus visits with myself. Pending a psychological evaluation another facility would better meet Mark's therapeutic need.

*Objectives of placement*
The objectives of this placement are to protect the child from abuse and neglect, and to provide the child with care that meets the child's needs for permanency, safety and well being. Additional objectives are:

*Visitation Summary*

*Culture Heritage*

Permanency Needs
*Progress / Efforts Made Toward Permanency*
Describe 1) the progress made towards achieving the permanency planning goal during the last plan period, 2) the actions to be taken with the child's family to achieve the goal, 3) obstacles and actions to be taken to overcome them , 4) attempts to locate absent parents, identify possible relative placements or find possible guardian.

It had been hoped that Mark could be reunited with his mother, however, this will not be the case since Ms. Soliz made no progress on her service plan. On 09-23-97 TDPRS was awarded PMC of Mark. Ms. Donna Soliz did not attend the hearing and Mr. Raul Saenz clearly stated that he cannot and does not wish to have a relationship with Mark. Mark was placed at Desert Hills of Texas RTC on 12-05-97 after being discharged from Azleway in October of 1997 and Choices in November of 1997. Independent living appears to be appropriate and necessary.

474

## CHILD'S SERVICE PLAN
## Facility Review with PAL Asmt

Mark has begun to prepare for independent living at Desert Hills

There are no relatives who are willing to care for Mark.

*ASFA requirement, if applicable*

**Summary:**
Extent of Compliance (if a review):

Appropriateness of Services:
Describe extent to which services planned for or previously provided to the child, actually meet the child's needs.

The services documented in this plan are appropriate to meet Mark's needs. His physical, educational, and medical needs are met daily by his caregivers. Mark's social, emotional and educational needs are met through interaction with his caregivers and by participation in school. Mark is currently on medication to meet his therapuetic needs. An independent living program has been implemented to prepare Mark for adulthood.

Continuing Nessessity for Placement:
Explain why the child continues to require placement.

Mark continues to require placement because on 09-23-97 TDPRS was appointed PMC. Ms. Soliz has had no contact with this worker since prior to the hearing. Mr. Saenz does not want any involvement with Mark except for paying child support.   Mark also continues to display inappropriate behaviors such as physical aggression, poor staff relations, poor peer relations, tobacco use, and excessive use of profanity. Mark has  turned 16 years of age and has begun to  participate in an independent living program at Desert Hills RTC through Texas A & M.

**Emergency Conditions**

FPS has determined that one of the following emergency conditions continues to exist for this case and, therefore, services continue to be necessary:

1. A child is at risk of abuse or neglect, as determined by FPS;
2. A child has been removed from his/her home and placed in FPS care; or
3. A child formerly in FPS care is at-risk of being returned to FPS care.

475

Case Name: Soliz, Jonna...
Case #: 17020998
Child's Name: Mark A Soliz    DOB: 1/27/1982

# CHILD'S SERVICE PLAN
## Facility Review with PAL Asmt

**PLANS**

Plans to Address Permanency

Services to Meet Child's Needs

| Need | Therapeutic Needs/Family Needs | |
|---|---|---|
| **Task** | | **PSFC/Caregiver Service** |
| Mark Soliz will participate in family and sibling visits when appropriate. | | CPS/Laura A. Flores will arrange family/sibling visitation. |
| **Time Frame** | | **Time Frame** |
| Unspecified | | When appropriate and avai |
| **Method of Evaluation** | | |

| Need | Therapeutic Needs/Family Needs | |
|---|---|---|
| **Task** | | **PSFC/Caregiver Service** |
| Mark Soliz will participate in family and sibling visits. | | CPS/Laura A. Flores will provide transportation for the family visits. |
| **Time Frame** | | **Time Frame** |
| Unspecified | | When necessary/applicable |
| **Method of Evaluation** | | |

| Need | Social and Emotional Needs | |
|---|---|---|
| **Task** | | **PSFC/Caregiver Service** |
| Mark Soliz will be provided structure. | | Desert Hills of Texas will provide Mark Soliz with structured environment/routine to meet Mark's needs. |
| **Time Frame** | | **Time Frame** |
| 02-98 to 01-00 | | 02-98 to 01-00 |
| **Method of Evaluation** | | |
| Telephone contact and visits with Mark and caregivers | | |

| Need | Social and Emotional Needs | |
|---|---|---|
| **Task** | | **PSFC/Caregiver Service** |
| Mark Soliz will be able to talk about birth family. | | Desert Hills of Texas will allow Mark Soliz to talk about his/her family without criticizing the family. |
| **Time Frame** | | **Time Frame** |
| 02-98 to 01-00 | | 02-98 to -01-00 |
| **Method of Evaluation** | | |
| Telephone contacts and visits with Mark and staff at Desert Hills | | |

| Need | Educational Needs | |
|---|---|---|
| **Task** | | **PSFC/Caregiver Service** |
| Desert Hills of Texas will keep CPS informed of Mark Soliz'progress or needs. | | Desert Hillsof Texas will provide CPS worker with copies of reports, i.e. school, medical, etc. |

Printed: 10/11/2010     TX Dept. of Family and Protective Services

**Case Name:** Soliz, John S
**Case #:** 17020998
**Child's Name:** Mark A Soliz      **DOB:** 1/27/1982

## CHILD'S SERVICE PLAN
## Facility Review with PAL Asmt

| Time Frame | Time Frame |
|---|---|
| Unti graduation or equiva | Until graduation or equiv |
| **Method of Evaluation** | |
| Telephone contacts with facility | |

| Need | Educational Needs | |
|---|---|---|
| **Task** | | **PSFC/Caregiver Service** |
| Mark Soliz will participate in vocational counseling. | | Desert Hills of Texas will encourage Mark Soliz) to talk with vocational counselor. |
| **Time Frame** | | **Time Frame** |
| 02-98 to 01-00 | | 02-98 to 01-00 |
| **Method of Evaluation** | | |
| Telephone contact with staff at Desert Hills | | |

| Need | Educational Needs | |
|---|---|---|
| **Task** | | **PSFC/Caregiver Service** |
| Caregiver and Mark Soliz will attend conferences and ARD meetings. | | CPS/Laura Flores and Desert Hills Staff will attend parent/teacher conferences to monitor Mark's progress in school. |
| **Time Frame** | | **Time Frame** |
| 02-98 to -01-00 | | 02-98 to 01-00 |
| **Method of Evaluation** | | |
| Telephone calls to Desert Hills staff and Mark and attend ARD Meetings | | |

| Need | Educational Needs | |
|---|---|---|
| **Task** | | **PSFC/Caregiver Service** |
| Mark Soliz will attend school regularly. | | Desert Hills will monitor Mark's school attendance and will provide transportation if needed. |
| **Time Frame** | | **Time Frame** |
| Until graduation or equiv | | Until Graduation or equiv |
| **Method of Evaluation** | | |
| Discussion with Mark and Desert Hills Staff | | |

| Need | Medical/Dental Needs | |
|---|---|---|
| **Task** | | **PSFC/Caregiver Service** |
| Mark Soliz will be scheduled for follow up medical appointments including medication reviews. | | CPS /Desert Hills of Texas will schedule appointments. |
| **Time Frame** | | **Time Frame** |
| 02-98 to 01-00 | | 02-98 to 01-00 |
| **Method of Evaluation** | | |
| Discussion with Mark, Desert Hills, and medical staff | | |

| Need | Social and Emotional Needs | |
|---|---|---|
| **Task** | | **PSFC/Caregiver Service** |
| Mark Soliz will participate in therapy. | | Desert Hills of Texas will suggest acceptable behaviors |

Printed: 10/11/2010      TX Dept. of Family and Protective Services

Case Name: S9   Jorna S
Case #: 17020998
Child's Name: Mark A Soliz       DOB: 1/27/1982

## CHILD'S SERVICE PLAN
## Facility Review with PAL Asmt

to Mark Soliz to substitute for unacceptable behaviors.

| Time Frame | Time Frame |
|---|---|
| 02-98 to 01-00 | 02-98 to 01-00 |

**Method of Evaluation**
Discussion with Mark, Desert Hills Staff and Therapist

| Need Social and Emotional Needs | |
|---|---|
| **Task** | **PSFC/Caregiver Service** |
| Mark Soliz will participate in group therapy sessions to help reduce acting out behavior. | CPS/Desert Hills of Texas will arrange for group therapy sessions. |
| **Time Frame** 02-98 to 01-00 | **Time Frame** 02-98 to 01-00 |

**Method of Evaluation**
Discussion with Mark, Desert Hills Staff and Therapist

| Need Social and Emotional Needs | |
|---|---|
| **Task** | **PSFC/Caregiver Service** |
| Mark Soliz will learn to accept the logical consequences of inappropriate behavior. | Desert Hills of Texas will provide feedback regarding consequences of Mark's behavior. |
| **Time Frame** 02-98 to 01-00 | **Time Frame** 02-98 to 01-00 |

**Method of Evaluation**
Discussion with Desert Hills Staff and Mark

| Need Therapeutic/Recreational Needs | |
|---|---|
| **Task** | **PSFC/Caregiver Service** |
| Mark Soliz will participate in recreational activities such as watching television, board games, computer games, etc when appropriate. | CPS/Desert Hills staff will provide games, movies, etc. for recreational activities when appropriate. |
| **Time Frame** 02-98 to 01-00 | **Time Frame** 02-98 to 01-00 |

**Method of Evaluation**
Discussion with Mark and Desert Hills Staff

| Need PAL Needs | |
|---|---|
| **Task** | **PSFC/Caregiver Service** |
| Mark Soliz will participate in educational/vocational training. | Worker will discuss progress with Mark Soliz. |
| **Time Frame** 02-98 to 01-00 | **Time Frame** 02-98 to 01-00 |

**Method of Evaluation**
Discussion with Mark and Desert Hills Staff

| Need PAL Needs | |
|---|---|

478

Case Name: Soliz, Jonna S
Case #: 17020998
Child's Name: Mark A Soliz      DOB: 1/27/1982

## CHILD'S SERVICE PLAN
## Facility Review with PAL Asmt

| Task | PSFC/Caregiver Service |
|---|---|
| Mark will participate in money management classes or training. | CPS will discuss progress with Mark. |
| **Time Frame** | **Time Frame** |
| 07-98 to 01-00 | 07-98 to 01-00 |
| **Method of Evaluation** | |
| Discuss with Mark and PAL | |

**Need** PAL Needs

| Task | PSFC/Caregiver Service |
|---|---|
| Mark will learn to use the public transportation system and enroll in drivers education when appropriate. | CPS will discuss progress with Mark. |
| **Time Frame** | **Time Frame** |
| 07-98 to 01-00 | 07-98 to 01-00 |
| **Method of Evaluation** | |
| Discuss with Mark and PAL Coordinator | |

**Need** PAL Needs

| Task | PSFC/Caregiver Service |
|---|---|
| Mark Soliz) will participate in classes or training to prepare for the job market. | CPS will discuss progress with Mark Soliz. |
| **Time Frame** | **Time Frame** |
| 07-98 to 01-00 | 07-98 to 01-00 |
| **Method of Evaluation** | |
| Discuss with Mark and PAL Coordinator | |

Provision of Safe and Proper Care in Placement

Plans for Future Visitation

Plans for Preserving Child's Cultural Heritage

Supervision

Behavior Management (Discipline)
The child's discipline must suit the child's age, circumstances, and developmental needs. Methods of discipline may include: establishing routines, setting reasonable limits, modeling appropriate behavior, offering choices, giving explanations. repeating instructions, taking "time-out", enforcing or permitting logical or natural consequences, and reinforcing desired behavior. Physical punishment is not permitted. Additional strategies for managing the child's behavior are specified below.

Support Services to the Caregivers
Identify the support services to be provided to the caregiver to help them meet the child's needs and to ensure that the child receives safe and proper care. Include the planned frequency of worker visits to the child and to the caregiver's home.
Identify the support services to be provided to the caregiver to help them meet the child's needs. Include the planned frequency of worker visits to the child and to the foster home or group-care facility.

479

Case Name: Se    Selma S
Case #: 17020998
Child's Name: Mark A Soliz        DOB: 1/27/1982

## CHILD'S SERVICE PLAN
## Facility Review with PAL Asmt

The caseworker will be available for phone consultation as needed.  Caseworker will visit Mark quarterly or on an as needed basis and will participate in staffings regarding Mark's treatment and progress.  Desert Hills of Texas also has been providing caseworker with weekly  and monthly behavior and education logs on Mark for my review and in put.

<u>Travel</u>
The child may travel to participate in normal activities (examples: church, school events). Any trips that last more than 72 hours must be approved in advance by the child's worker. Trips outside the state must be approved in advance by the child's worker and by the court. Additional stipulations regarding the child's travel are specified below.

480

Case Name: Soliz, Jonnie S
Case #: 17020998
Child's Name: Mark A Soliz        DOB: 1/27/1982

## CHILD'S SERVICE PLAN
## Facility Review with PAL Asmt

**INVITED PARTIES AND PARTICIPATION INFORMATION**

| NAME | RELATIONSHIP TO CASE | DATE OF NOTIFICATION | TYPE OF NOTIFICATION | DATE COPY GIVEN | DATE OF PARTICIPATION |
|------|----------------------|----------------------|----------------------|-----------------|------------------------|
| Soliz,Mark A | Self | 6/16/1998 | Verbal | 7/6/1998 | 6/16/1998 |
| Roger Whitaker | Case manager | 6/16/1998 | Verbal | 7/6/1998 | 6/16/1998 |
| James Woods | Clinical Director | 6/16/1998 | Verbal | 7/6/1998 | 6/16/1998 |

**EXPLANATION IF NO PARTICIPATION BY CHILD, MOTHER, FATHER OR CAREGIVER**

On 09-23-97 TDPRS was granted PMC of Mark. Ms. Soliz did not attend the hearing and has had no contact with this worker since prior to the hearing. Mr. Saenz has made it clear to the agency that he does not wish to be involved in any way, except to pay child support for Mark.

| | | | |
|---|---|---|---|
| Signature-Worker | Date | Signature-Child (Optional) | Date |
| Signature-Supervisor | Date | Signature-Level One Child-Placing Staff (Required for initial placement only) | Date |
| Signature-Program Director (required for initial placement only) | Date | | |

Attach a copy of the following updated items to the plan shared with the caregiver, unless this information has already been provided or obtained by the caregiver:

- medical log
- education log
- medical/developmental history, and
- the record of immunizations

481

Case Name: So    Jonna S
Case #: 17020998
Child's Name: Mark A Soliz     DOB: 1/27/1982

## CHILD'S SERVICE PLAN
## Facility Review with PAL Asmt

### Service Plan Review

**OVERVIEW:**

**A.     General:**

| Date of Last Plan | This Plan Submitted for Approval | Date of Next Review |
|---|---|---|
| 11/6/1998 | 11/6/1998 | 5/6/1999 |

| Worker Who Completed Form |
|---|
| Laura Flores |

**B.     Current Placement**

| Residence Name | Living Arrangement | Type of Facility |
|---|---|---|
| | | |

**C.     Long-Range Goal For Permanency**

| Permanency Goal |
|---|
| APPLA: Independent Living |

| Projected Date for Achieving Permanency | Estimated Length of Stay in Substitute Care |
|---|---|
| 1/27/2000 | 1 1/2 years |

If there is a discrepancy between the estimated length of stay in substitute care and the projected date of permanency, explain:
none

**D.     Concurrent / Alternative Goal for Permanency**

### PROGRESS IN ADDRESSING NEEDS & SERVICES SINCE LAST PLAN
(Attach Facility Plan)

482

Case #: 17020998
**Child's Name:** Mark A Soliz          **DOB:** 1/27/1982

## CHILD'S SERVICE PLAN
## Facility Review with PAL Asmt

Preparation for Independent Living Needs
*PAL Needs*
An independent living program has been implemented for Mark.  Mark has taken the Life Skills Assessment.
Mark needs improvement in Money Management/Consumer Awareness, Transportation, and Job Seeking Skills.

Mark has had frequent telephone contacts with his mother and other family members.  Mark has begun to have
home visit with his mother and other family members.  Future home visit will be a necessity to transition Mark to
age out of care.

*Post- Discharge Objectives*
Mark Soliz' case will be referred to IPS to possibly locate an aging out guardian. Mark will more than like return
home and reside with his Aunt Sharon Rangle and his mother. Mark has expressed an interest in continuing his
education, possibly attending technical school for computer programming.

Placement Needs
*Type of Placement*

*Appropriateness and Safety of Placement*
Explain why the type of placement chosen continues to be appropriate. Address any issues such as need for
placement with siblings which continue to be unmet.

This placement is the least restrictive;  it meets Mark's basic needs as well as his therapeutic. Mark is making
progress in aspects (i.e. home and school )  and is involved in extracurricular activities. At this group foster home
Mark is able to participate in a  PAL Program and re-establish family relationships.  Mark has begun to have visit
with his mother and brother and other family members.  Mark appears to be making progress in the
Group Home and his level of care will more than likely drop.

*Objectives of placement*
The objectives of this placement are to protect the child from abuse and neglect, and to provide the child with
care that meets the child's needs for permanency, safety and well being. Additional objectives are:

*Visitation Summary*

*Culture Heritage*

Permanency Needs
*Progress / Efforts Made Toward Permanency*
Describe 1) the progress made towards achieving the permanency planning goal during the last plan period,  2)
the actions to be taken with the child's family to achieve the goal, 3) obstacles and actions to be taken to
overcome them , 4) attempts to locate absent parents,  identify possible relative placements or  find possible
guardian.

It had been hoped that Mark could be reunited with his mother, however, this was not a possibility until recently
because Ms. Soliz made no progress on her service plan and on 09-23-97 TDPRS was awarded PMC of Mark.
However, Ms. Soliz has been sober for nearly a year after being admitted into a drug rehabilitation facility.  Ms.
Soliz currently resides at a half-way house and is searching for employment.  Mark and his mother have begun
visitations. There is a possibility of returning Mark home, however, it would be prudent to have Mark complete an
independent living program as well as graduate from high school.

483

| | |
|---|---|
| **Case #:** 17020998 | |
| **Child's Name:** Mark A Soliz | **DOB:** 1/27/1982 |

## CHILD'S SERVICE PLAN
### Facility Review with PAL Asmt

*ASFA requirement, if applicable*

**Summary:**
Extent of Compliance (if a review):

Appropriateness of Services:
Describe extent to which services planned for or previously provided to the child, actually meet the child's needs.

The services documented in this plan are appropriate to meet Mark's needs. His physical, educational, and medical needs are met daily by his caregivers. Mark's social, emotional and educational needs are met through interaction with his caregivers and by participation in school. Mark is currently on medication to meet his therapuetic needs. An independent living program has been implemented to prepare Mark for adulthood.

Continuing Nessessity for Placement:
Explain why the child continues to require placement.

Mark continues to require placement because on 09-23-97 TDPRS was appointed PMC. Ms. Soliz has had no contact with this worker since prior to the hearing. Mr. Saenz does not want any involvement with Mark except for paying child support. Mark also continues to display inappropriate behaviors and still requires some individual and group counseling to address those behaviors. Mark also needs to complete an independent living program.

**Emergency Conditions**

FPS has determined that one of the following emergency conditions continues to exist for this case and, therefore, services continue to be necessary:

1. A child is at risk of abuse or neglect, as determined by FPS;
2. A child has been removed from his/her home and placed in FPS care; or
3. A child formerly in FPS care is at-risk of being returned to FPS care.

484

## CHILD'S SERVICE PLAN
### Facility Review with PAL Asmt

**PLANS**

Plans to Address Permanency

Services to Meet Child's Needs

| Need | Therapeutic Needs/Family Needs | |
|---|---|---|
| **Task** | | **PSFC/Caregiver Service** |
| Mark Soliz will participate in family and sibling visits when appropriate. | | CPS/Laura A. Flores and foster parents will arrange family/sibling visitation. |
| **Time Frame** | | **Time Frame** |
| Unspecified | | When appropriate and avai. |
| **Method of Evaluation** | | |

| Need | Therapeutic Needs/Family Needs | |
|---|---|---|
| **Task** | | **PSFC/Caregiver Service** |
| Mark Soliz will participate in family and sibling visits. | | CPS/Laura A. Flores and foster parent will provide transportation for the family visits. |
| **Time Frame** | | **Time Frame** |
| Unspecified | | When necessary/applicable |
| **Method of Evaluation** | | |

| Need | Social and Emotional Needs | |
|---|---|---|
| **Task** | | **PSFC/Caregiver Service** |
| Mark Soliz will be provided structure. | | Foster parents will provide Mark Soliz with a structured environment/routine to meet Mark's needs. |
| **Time Frame** | | **Time Frame** |
| 11-98 to 01-00 | | 11-98 to 01-00 |
| **Method of Evaluation** | | |
| Telephone contact and visits with Mark and caregivers | | |

| Need | Social and Emotional Needs | |
|---|---|---|
| **Task** | | **PSFC/Caregiver Service** |
| Mark Soliz will be able to talk about birth family. | | Foster parents will allow Mark Soliz to talk about his/her family without criticizing the family. |
| **Time Frame** | | **Time Frame** |
| 11-98 to 01-00 | | 11-98 to -01-00 |
| **Method of Evaluation** | | |
| Telephone contacts and visits with Mark | | |

| Need | Educational Needs | |
|---|---|---|
| **Task** | | **PSFC/Caregiver Service** |
| Foster Parents will keep CPS informed of Mark Soliz'progress or needs. | | Foster Parents will provide CPS worker with copies of reports, i.e. school, medical, etc. |

485

## CHILD'S SERVICE PLAN
### Facility Review with PAL Asmt

| Time Frame | Time Frame |
|---|---|
| Unti graduation or equiva | Until graduation or equiv |

**Method of Evaluation**
Telephone contacts with facility

| Need  Educational Needs | |
|---|---|
| **Task** | **PSFC/Caregiver Service** |
| Mark Soliz will participate in vocational counseling. | Foster Parents will encourage Mark Soliz) to talk with vocational counselor. |
| **Time Frame** | **Time Frame** |
| 11-98 to 01-00 | 11-98 to 01-00 |

**Method of Evaluation**
Telephone contact with foster parents

| Need  Educational Needs | |
|---|---|
| **Task** | **PSFC/Caregiver Service** |
| Caregiver and Mark Soliz will attend conferences and ARD meetings. | CPS/Laura Flores and Foster Parents will attend parent/teacher conferences to monitor Mark's progress in school. |
| **Time Frame** | **Time Frame** |
| 11-98 to -01-00 | 11-98 to 01-00 |

**Method of Evaluation**
Telephone calls to Desert Hills staff and Mark and attend ARD Meetings

| Need  Educational Needs | |
|---|---|
| **Task** | **PSFC/Caregiver Service** |
| Mark Soliz will attend school regularly. | Foster Parents will monitor Mark's school attendance and will provide transportation if needed. |
| **Time Frame** | **Time Frame** |
| Until graduation or equiv | Until Graduation or equiv |

**Method of Evaluation**
Discussion with Mark and Foster Parents

| Need  Medical/Dental Needs | |
|---|---|
| **Task** | **PSFC/Caregiver Service** |
| Mark Soliz will be scheduled for follow up medical appointments including medication reviews. | CPS and/or Foster Parents will schedule appointments. |
| **Time Frame** | **Time Frame** |
| 11-98 to 01-00 | 11-98 to 01-00 |

**Method of Evaluation**
Discussion with Mark, Foster Parents, and medical staff

| Need  Social and Emotional Needs | |
|---|---|
| **Task** | **PSFC/Caregiver Service** |
| Mark Soliz will participate in therapy. | Foster parents and therapist will suggest acceptable |

Case Name: Soliz   Journal S
Case #: 17020998
Child's Name: Mark A Soliz          DOB: 1/27/1982

## CHILD'S SERVICE PLAN
## Facility Review with PAL Asmt

|  | behaviors to Mark Soliz to substitute for unacceptable behaviors. |
|---|---|
| **Time Frame** 11-98 to 01-00 | **Time Frame** 11-98 to 01-00 |
| **Method of Evaluation** Discussion with Mark, Foster parents, and Therapist | |

| **Need** Social and Emotional Needs | |
|---|---|
| **Task** Mark Soliz will participate in group therapy sessions to help reduce acting out behavior. | **PSFC/Caregiver Service** CPS and/or foster parents will arrange for group therapy sessions. |
| **Time Frame** 11-98 to 01-00 | **Time Frame** 11-98 to 01-00 |
| **Method of Evaluation** Discussion with Mark, Foster Parents and Therapist | |

| **Need** Social and Emotional Needs | |
|---|---|
| **Task** Mark Soliz will learn to accept the logical consequences of inappropriate behavior. | **PSFC/Caregiver Service** Foster parents will provide feedback regarding consequences of Mark's behavior. |
| **Time Frame** 11-98 to 01-00 | **Time Frame** 11-98 to 01-00 |
| **Method of Evaluation** Discussion with Foster Parents and Mark | |

| **Need** Therapeutic/Recreational Needs | |
|---|---|
| **Task** Mark Soliz will participate in recreational activities when appropriate. | **PSFC/Caregiver Service** CPS and/ or foster parents provide games, movies, sports etc. for recreational activities when appropriate. |
| **Time Frame** 11-98 to 01-00 | **Time Frame** 11-98 to 01-00 |
| **Method of Evaluation** Discussion with Mark and Foster Parents | |

| **Need** PAL Needs | |
|---|---|
| **Task** Mark Soliz will participate in educational/vocational training. | **PSFC/Caregiver Service** Worker will discuss progress with Mark Soliz. |
| **Time Frame** 11-98 to 01-00 | **Time Frame** 11-98 to 01-00 |
| **Method of Evaluation** Discussion with Mark and Foster Parents | |

| **Need** PAL Needs | |
|---|---|

487

Case Name: SS Jonna S
Case #: 17020998
Child's Name: Mark A Soliz          DOB: 1/27/1982

## CHILD'S SERVICE PLAN
### Facility Review with PAL Asmt

| Task | PSFC/Caregiver Service |
|---|---|
| Mark will participate in money management classes or training. | CPS will discuss progress with Mark. |
| **Time Frame** | **Time Frame** |
| 11-98 to 01-00 | 11-98 to 01-00 |
| **Method of Evaluation** | |
| Discuss with Mark and PAL | |

| Need | PAL Needs | |
|---|---|---|
| **Task** | | **PSFC/Caregiver Service** |
| Mark will learn to use the public transportation system and enroll in drivers education when appropriate. | | CPS will discuss progress with Mark. |
| **Time Frame** | | **Time Frame** |
| 11-98 to 01-00 | | 11-98 to 01-00 |
| **Method of Evaluation** | | |
| Discuss with Mark and PAL Coordinator | | |

| Need | PAL Needs | |
|---|---|---|
| **Task** | | **PSFC/Caregiver Service** |
| Mark Soliz) will participate in classes or training to prepare for the job market. | | CPS will discuss progress with Mark Soliz. |
| **Time Frame** | | **Time Frame** |
| 11-98 to 01-00 | | 11-98 to 01-00 |
| **Method of Evaluation** | | |
| Discuss with Mark and PAL Coordinator | | |

Provision of Safe and Proper Care in Placement

Plans for Future Visitation

Plans for Preserving Child's Cultural Heritage

Supervision

Behavior Management (Discipline)
The child's discipline must suit the child's age, circumstances, and developmental needs. Methods of discipline may include: establishing routines, setting reasonable limits, modeling appropriate behavior, offering choices, giving explanations. repeating instructions, taking "time-out", enforcing or permitting logical or natural consequences, and reinforcing desired behavior. Physical punishment is not permitted. Additional strategies for managing the child's behavior are specified below.

Support Services to the Caregivers
Identify the support services to be provided to the caregiver to help them meet the child's needs and to ensure that the child receives safe and proper care. Include the planned frequency of worker visits to the child and to the caregiver's home.
Identify the support services to be provided to the caregiver to help them meet the child's needs. Include the planned frequency of worker visits to the child and to the foster home or group-care facility.

488

Case Name: Soliz, Mark
Case #: 17020998
Child's Name: Mark A Soliz     DOB: 1/27/1982

**CHILD'S SERVICE PLAN**
**Facility Review with PAL Asmt**

The caseworker will be available for phone consultation as needed.  Caseworker will visit Mark monthly or on an as needed basis and will participate in staffings regarding Mark's treatment and progress.

Travel
The child may travel to participate in normal activities (examples: church, school events). Any trips that last more than 72 hours must be approved in advance by the child's worker. Trips outside the state must be approved in advance by the child's worker and by the court. Additional stipulations regarding the child's travel are specified below.

489

Case Name: See Johna-s
Case #: 17020998
Child's Name: Mark A Soliz     DOB: 1/27/1982

## CHILD'S SERVICE PLAN
### Facility Review with PAL Asmt

**INVITED PARTIES AND PARTICIPATION INFORMATION**

| NAME | RELATIONSHIP TO CASE | DATE OF NOTIFICATION | TYPE OF NOTIFICATION | DATE COPY GIVEN | DATE OF PARTICIPATION |
|---|---|---|---|---|---|
| | Foster Parent | 9/10/1998 | Verbal | 11/4/1998 | 9/10/1998 |
| Soliz,Mark A | Self | 9/10/1998 | Verbal | 11/4/1998 | 9/10/1998 |
| Dr. Farmer | Therapist | 9/10/1998 | Verbal | 11/4/1998 | 9/10/1998 |

**EXPLANATION IF NO PARTICIPATION BY CHILD, MOTHER, FATHER OR CAREGIVER**

On 09-23-97 TDPRS was granted PMC of Mark. Ms. Soliz did not attend the hearing and has had no contact with this worker since prior to the hearing. Mr. Saenz has made it clear to the agency that he does not wish to be involved in any way, except to pay child support for Mark.


_____     ____     _____     ____
Signature-Worker                    Date     Signature-Child (Optional)           Date


_____     ____     _____     ____
Signature-Supervisor                Date     Signature-Level One Child-Placing Staff   Date
                                             (Required for initial placement only)


_____     ____
Signature-Program Director          Date
(required for initial placement only)

Attach a copy of the following updated items to the plan shared with the caregiver, unless this information has already been provided or obtained by the caregiver:

- medical log
- education log
- medical/developmental history, and
- the record of immunizations

490

Case Name: Soe Johnas
**Case #:** 17020998
**Child's Name:** Mark A Soliz          **DOB:** 1/27/1982

## CHILD'S SERVICE PLAN
## Facility Review with PAL Asmt

### Service Plan Review

**OVERVIEW:**

**A.      General:**

| Date of Last Plan | This Plan Submitted for Approval | Date of Next Review |
|---|---|---|
| 2/23/1999 | 2/23/1999 | 8/23/1999 |

| Worker Who Completed Form |
|---|
| Laura Flores |

**B.      Current Placement**

| Residence Name | Living Arrangement | Type of Facility |
|---|---|---|
|  |  |  |

**C.      Long-Range Goal For Permanency**

| Permanency Goal | |
|---|---|
| APPLA: Independent Living | |
| **Projected Date for Achieving Permanency** | **Estimated Length of Stay in Substitute Care** |
| 1/27/2000 | 1 year |
| If there is a discrepancy between the estimated length of stay in substitute care and the projected date of permanency, explain: | |
| none | |

**D.      Concurrent / Alternative Goal for Permanency**

### PROGRESS IN ADDRESSING NEEDS & SERVICES SINCE LAST PLAN
(Attach Facility Plan)

491

Case Name: Soliz, Donna S
**Case #:** 17020998
**Child's Name:** Mark A Soliz          DOB: 1/27/1982

## CHILD'S SERVICE PLAN
## Facility Review with PAL Asmt

Preparation for Independent Living Needs
*PAL Needs*
An independent living program has been implemented for Mark.  Mark has taken the Life Skills Assessment.
Mark needs improvement in Money Management/Consumer Awareness, Transportation, and Job Seeking Skills.
Mark has completed Personal/Interpersonal Skills, Housing/Transportation, Health, Planning for the Future, and
Money Management in PAL

Mark has had telephone contacts with family members.  Mark has had home visit with family members.  Future
home visit will be a necessity to transition Mark to  age out of care.

*Post- Discharge Objectives*
Mark Soliz' case will be referred to IPS to possibly locate an aging out guardian.  Mark will more than like return
home and reside with his Aunt Sharon Rangle. Mark has expressed an interest in continuing his education,
possibly attending technical school for computer programming.

Placement Needs
*Type of Placement*

*Appropriateness and Safety of Placement*
Explain why the type of placement chosen continues to be appropriate. Address any issues such as need for
placement with siblings which continue to be unmet.

This placement is the least restrictive;  it meets Mark's basic needs as well as his therapeutic. Mark is making
progress in aspects (i.e. home and school )  and is involved in extracurricular activities. At this group foster home
Mark is able to participate in a  PAL Program and re-establish family relationships.  Mark has begun to have visit
with his mother and brother and other family members.  Mark appears to be making progress in the
Group Home and his level of care will more than likely drop.

*Objectives of placement*
The objectives of this placement are to protect the child from abuse and neglect, and to provide the child with
care that meets the child's needs for permanency, safety and well being. Additional objectives are:

*Visitation Summary*

*Culture Heritage*

Permanency Needs
*Progress / Efforts Made Toward Permanency*
Describe 1) the progress made towards achieving the permanency planning goal during the last plan period,  2)
the actions to be taken with the child's family to achieve the goal, 3) obstacles and actions to be taken to
overcome them , 4) attempts to locate absent parents,  identify possible relative placements or  find possible
guardian.

It had been hoped that Mark could be reunited with his mother, however, this was not a possibility until recently
because Ms. Soliz made no progress on her service plan and on 09-23-97 TDPRS was awarded PMC of Mark.
Ms. Soliz had been sober for nearly a year after being admitted into a drug rehabilitation facility and  residing at a
half-way house.  Ms. Soliz recently failed a drug test and has a warrant out for her arrest.  Mark and his mother
have sporatic telephone contact but visitation has ceased. There is a slim possibility of returning Mark home/
Aunt's home, however, it would be prudent to have Mark complete an independent living program as well as
graduate from high school.

492

Case Name: age Johnes
**Case #:** 17020998
**Child's Name:** Mark A Soliz          **DOB:** 1/27/1982

## CHILD'S SERVICE PLAN
### Facility Review with PAL Asmt

*ASFA requirement, if applicable*

**Summary:**
Extent of Compliance (if a review):

Appropriateness of Services:
Describe extent to which services planned for or previously provided to the child, actually meet the child's needs.

The services documented in this plan are appropriate to meet Mark's needs. His physical, educational, and medical needs are met daily by his caregivers. Mark's social, emotional and educational needs are met through interaction with his caregivers and by participation in school. Mark is currently on medication to meet his therapuetic needs. An independent living program has been implemented to prepare Mark for adulthood.

Continuing Nessessity for Placement:
Explain why the child continues to require placement.

Mark continues to require placement because on 09-23-97 TDPRS was appointed PMC. Ms. Soliz has had no contact with this worker since prior to the hearing. Mr. Saenz does not want any involvement with Mark except for paying child support. Mark also continues to display inappropriate behaviors and still requires some individual and group counseling to address those behaviors. Mark also needs to complete an independent living program.

**Emergency Conditions**

FPS has determined that one of the following emergency conditions continues to exist for this case and, therefore, services continue to be necessary:

1. A child is at risk of abuse or neglect, as determined by FPS;
2. A child has been removed from his/her home and placed in FPS care; or
3. A child formerly in FPS care is at-risk of being returned to FPS care.

Printed: 10/11/2010                    TX Dept. of Family and Protective Services

Child's Name:
Case #: 17020998
Child's Name: Mark A Soliz          DOB: 1/27/1982

# CHILD'S SERVICE PLAN
## Facility Review with PAL Asmt

**PLANS**

<u>Plans to Address Permanency</u>

<u>Services to Meet Child's Needs</u>

| Need | Therapeutic Needs/Family Needs | |
|---|---|---|
| **Task** | | **PSFC/Caregiver Service** |
| Mark Soliz will participate in family and sibling visits when appropriate. | | CPS/Laura A. Floresand foster parents will arrange family/sibling visitation. |
| **Time Frame** | | **Time Frame** |
| Unspecified | | When appropriate and avai |
| **Method of Evaluation** | | |

| Need | Therapeutic Needs/Family Needs | |
|---|---|---|
| **Task** | | **PSFC/Caregiver Service** |
| Mark Soliz will participate in family and sibling visits. | | CPS/Laura A. Flores and foster parent will provide transportation for the family visits. |
| **Time Frame** | | **Time Frame** |
| Unspecified | | When necessary/applicable |
| **Method of Evaluation** | | |

| Need | Social and Emotional Needs | |
|---|---|---|
| **Task** | | **PSFC/Caregiver Service** |
| Mark Soliz will be provided structure. | | Foster parents will provide Mark Soliz with a structured environment/routine to meet Mark's needs. |
| **Time Frame** | | **Time Frame** |
| 02-99 to 01-00 | | 02-99 to 01-00 |
| **Method of Evaluation** | | |
| Telephone contact and visits with Mark and caregivers | | |

| Need | Social and Emotional Needs | |
|---|---|---|
| **Task** | | **PSFC/Caregiver Service** |
| Mark Soliz will be able to talk about birth family. | | Foster parents will allow Mark Soliz to talk about his/her family without criticizing the family. |
| **Time Frame** | | **Time Frame** |
| 02-99 to 01-00 | | 02-99 to -01-00 |
| **Method of Evaluation** | | |
| Telephone contacts and visits with Mark | | |

| Need | Educational Needs | |
|---|---|---|
| **Task** | | **PSFC/Caregiver Service** |
| Foster Parents will keep CPS informed of Mark Soliz'progress or needs. | | Foster Parents will provide CPS worker with copies of reports, i.e. school, medical, etc. |

494

Case Name: Sue Bonna's
**Case #:** 17020998
**Child's Name:** Mark A Soliz      **DOB:** 1/27/1982

## CHILD'S SERVICE PLAN
## Facility Review with PAL Asmt

| Time Frame | Time Frame |
|---|---|
| Unti graduation or equiva | Until graduation or equiv |
| **Method of Evaluation** | |
| Telephone contacts with facility | |

| **Need** Educational Needs | |
|---|---|
| **Task** | **PSFC/Caregiver Service** |
| Mark Soliz will participate in vocational counseling. | Foster Parents will encourage Mark Soliz) to talk with vocational counselor. |
| **Time Frame** | **Time Frame** |
| 02-99 to 01-00 | 02-99 to 01-00 |
| **Method of Evaluation** | |
| Telephone contact with foster parents | |

| **Need** Educational Needs | |
|---|---|
| **Task** | **PSFC/Caregiver Service** |
| Caregiver and Mark Soliz will attend conferences and ARD meetings. | CPS/Laura Flores and Foster Parents will attend parent/teacher conferences to monitor Mark's progress in school. |
| **Time Frame** | **Time Frame** |
| 02-99 to -01-00 | 02-99 to 01-00 |
| **Method of Evaluation** | |
| Telephone calls to Desert Hills staff and Mark and attend ARD Meetings | |

| **Need** Educational Needs | |
|---|---|
| **Task** | **PSFC/Caregiver Service** |
| Mark Soliz will attend school regularly. | Foster Parents will monitor Mark's school attendance and will provide transportation if needed. |
| **Time Frame** | **Time Frame** |
| Until graduation or equiv | Until Graduation or equiv |
| **Method of Evaluation** | |
| Discussion with Mark and Foster Parents | |

| **Need** Medical/Dental Needs | |
|---|---|
| **Task** | **PSFC/Caregiver Service** |
| Mark Soliz will be scheduled for follow up medical appointments including medication reviews. | CPS and/or Foster Parents will schedule appointments. |
| **Time Frame** | **Time Frame** |
| 02-99 to 01-00 | 02-99 to 01-00 |
| **Method of Evaluation** | |
| Discussion with Mark, Foster Parents, and medical staff | |

| **Need** Social and Emotional Needs | |
|---|---|
| **Task** | **PSFC/Caregiver Service** |
| Mark Soliz will participate in therapy. | Foster parents and therapist will suggest acceptable |

Case Name: SS    Jones S
Case #: 17020998
Child's Name: Mark A Soliz      DOB: 1/27/1982

## CHILD'S SERVICE PLAN
### Facility Review with PAL Asmt

| | behaviors to Mark Soliz to substitute for unacceptable behaviors. |
|---|---|
| **Time Frame** | **Time Frame** |
| 02-99 to 01-00 | 02-99 to 01-00 |
| **Method of Evaluation** | |
| Discussion with Mark, Foster parents, and Therapist | |

| **Need** Social and Emotional Needs | |
|---|---|
| **Task** | **PSFC/Caregiver Service** |
| Mark Soliz will participate in group therapy sessions to help reduce acting out behavior. | CPS and/or foster parents will arrange for group therapy sessions. |
| **Time Frame** | **Time Frame** |
| 02-99 to 01-00 | 02-99 to 01-00 |
| **Method of Evaluation** | |
| Discussion with Mark, Foster Parents and Therapist | |

| **Need** Social and Emotional Needs | |
|---|---|
| **Task** | **PSFC/Caregiver Service** |
| Mark Soliz will learn to accept the logical consequences of inappropriate behavior. | Foster parents will provide feedback regarding consequences of Mark's behavior. |
| **Time Frame** | **Time Frame** |
| 02-99 to 01-00 | 02-99 to 01-00 |
| **Method of Evaluation** | |
| Discussion with Foster Parents and Mark | |

| **Need** Therapeutic/Recreational Needs | |
|---|---|
| **Task** | **PSFC/Caregiver Service** |
| Mark Soliz will participate in recreational activities when appropriate. | CPS and/ or foster parents provide games, movies, sports etc. for recreational activities when appropriate. |
| **Time Frame** | **Time Frame** |
| 02-99 to 01-00 | 02-99 to 01-00 |
| **Method of Evaluation** | |
| Discussion with Mark and Foster Parents | |

| **Need** PAL Needs | |
|---|---|
| **Task** | **PSFC/Caregiver Service** |
| Mark Soliz will participate in educational/vocational training. | Worker will discuss progress with Mark Soliz. |
| **Time Frame** | **Time Frame** |
| 02-99 to 01-00 | 02-99 to 01-00 |
| **Method of Evaluation** | |
| Discussion with Mark and Foster Parents | |

| **Need** PAL Needs | |
|---|---|

496

Case Name: Soliz, John
Case #: 17020998
Child's Name: Mark A Soliz       DOB: 1/27/1982

## CHILD'S SERVICE PLAN
## Facility Review with PAL Asmt

| Task | PSFC/Caregiver Service |
|---|---|
| Mark will learn to use the public transportation system and enroll in drivers education when appropriate. | CPS will discuss progress with Mark. |
| **Time Frame** | **Time Frame** |
| 02-99 to 01-00 | 02-99 to 01-00 |
| **Method of Evaluation** | |
| Discuss with Mark and PAL Coordinator | |

| Need | PAL Needs | |
|---|---|---|
| **Task** | | **PSFC/Caregiver Service** |
| Mark Soliz) will participate in classes or training to prepare for the job market. | | CPS will discuss progress with Mark Soliz. |
| **Time Frame** | | **Time Frame** |
| 02-99 to 01-00 | | 02-99 to 01-00 |
| **Method of Evaluation** | | |
| Discuss with Mark and PAL Coordinator | | |

Provision of Safe and Proper Care in Placement

Plans for Future Visitation

Plans for Preserving Child's Cultural Heritage

Supervision

Behavior Management (Discipline)
The child's discipline must suit the child's age, circumstances, and developmental needs. Methods of discipline may include: establishing routines, setting reasonable limits, modeling appropriate behavior, offering choices, giving explanations. repeating instructions, taking "time-out", enforcing or permitting logical or natural consequences, and reinforcing desired behavior. Physical punishment is not permitted. Additional strategies for managing the child's behavior are specified below.

Support Services to the Caregivers
Identify the support services to be provided to the caregiver to help them meet the child's needs and to ensure that the child receives safe and proper care. Include the planned frequency of worker visits to the child and to the caregiver's home.
Identify the support services to be provided to the caregiver to help them meet the child's needs. Include the planned frequency of worker visits to the child and to the foster home or group-care facility.

The caseworker will be available for phone consultation as needed.  Caseworker will visit Mark monthly or on an as needed basis and will participate in staffings regarding Mark's treatment and progress.

Travel
The child may travel to participate in normal activities (examples: church, school events). Any trips that last more than 72 hours must be approved in advance by the child's worker. Trips outside the state must be approved in advance by the child's worker and by the court. Additional stipulations regarding the child's travel are specified below.

Case Name: Soliz, Sonnra S
Case #: 17020998
Child's Name: Mark A Soliz     DOB: 1/27/1982

## CHILD'S SERVICE PLAN
## Facility Review with PAL Asmt

**INVITED PARTIES AND PARTICIPATION INFORMATION**

| NAME | RELATIONSHIP TO CASE | DATE OF NOTIFICATION | TYPE OF NOTIFICATION | DATE COPY GIVEN | DATE OF PARTICIPATION |
|---|---|---|---|---|---|
| | Foster Parent | 1/19/1999 | Verbal | 2/19/1999 | 1/19/1999 |
| Juan Lajara | Counselor | 1/19/1999 | Verbal | 2/19/1999 | 1/19/1999 |
| James Farmer | Therapist | 1/19/1999 | Verbal | 2/19/1999 | 1/19/1999 |
| Soliz,Mark A | Self | 1/19/1999 | Verbal | 2/19/1999 | 1/19/1999 |
| Onyebuchi,Will N | PRS Staff | 2/18/1999 | Verbal | 2/18/1999 | 2/18/1999 |

**EXPLANATION IF NO PARTICIPATION BY CHILD, MOTHER, FATHER OR CAREGIVER**

On 09-23-97 TDPRS was granted PMC of Mark. Ms. Soliz did not attend the hearing and has had no contact with this worker since prior to the hearing. Mr. Saenz has made it clear to the agency that he does not wish to be involved in any way, except to pay child support for Mark.


| | | |
|---|---|---|
| Signature-Worker | Date | Signature-Child (Optional)                                      Date |

| | | |
|---|---|---|
| Signature-Supervisor | Date | Signature-Level One Child-Placing Staff                         Date<br>(Required for initial placement only) |

| | |
|---|---|
| Signature-Program Director | Date |
| (required for initial placement only) | |

Attach a copy of the following updated items to the plan shared with the caregiver, unless this information has already been provided or obtained by the caregiver:

- medical log
- education log
- medical/developmental history, and
- the record of immunizations

498

Case Name: S9  Soma S
Case #: 17020998
Child's Name: Mark A Soliz       DOB: 1/27/1982

## CHILD'S SERVICE PLAN
Review

### Service Plan Review

**OVERVIEW:**

**A.      General:**

| Date of Last Plan | This Plan Submitted for Approval | Date of Next Review |
|---|---|---|
| 8/9/1999 | 8/9/1999 | 2/9/2000 |

| Worker Who Completed Form |
|---|
| Laura Flores, |

**B.      Current Placement**

| Residence Name | Living Arrangement | Type of Facility |
|---|---|---|
| | | |

**C.      Long-Range Goal For Permanency**

| Permanency Goal |
|---|
| APPLA: Independent Living |

| Projected Date for Achieving Permanency | Estimated Length of Stay in Substitute Care |
|---|---|
| 1/27/2000 | 6 months |

| If there is a discrepancy between the estimated length of stay in substitute care and the projected date of permanency, explain: |
|---|
| none |

**D.      Concurrent / Alternative Goal for Permanency**

499

# CHILD'S SERVICE PLAN
## Review

**PROGRESS IN ADDRESSING NEEDS & PROVIDING SERVICES SINCE LAST PLAN**

**Caregiver observations about child's personality, behavior, special interests, and talents**

**Basic needs**
All children in placement have basic needs. They require food, shelter, and clothing; routine medical and dental care; safe, stimulating, and nurturing home environments; and friendships and recreational activities appropriate to their ages. FPS expects each child's caregiver to meet the child's basic needs without specifically identifying those needs in the case plan.

**Specific needs**
Social and Emotional Needs
Mark had made significant progress since his last service plan.  Mark completed his PAL Program.  Mark was preparing to age out of care when he was arrested in July of 1999 for                                    . Mark is currently being detained in the Johnson County Law Enforcement Center in Cleaburne, Texas pending a court date.  Mark basic needs are being met.  Mark is 17 years old and is being tried as an adult.

Educational Needs
Mark educational needs have been suspended due to being in jail.  Mark had made significant progress since his last service plan.  Mark completed his PAL Program.  Mark was preparing to age out of care when he was arrested in July of 1999 for                          Mark is currently being detained in the Johnson County Law Enforcement Center in Cleaburne, Texas pending a court date.  Mark basic needs are being met. Mark is 17 years old and is being tried as an adult.

Developmental Needs
Mark developmental needs have been suspended due to being in jail.  Mark had made significant progress since his last service plan.  Mark completed his PAL Program.  Mark was preparing to age out of care when he was arrested in July of 1999 for                          Mark is currently being detained in the Johnson County Law Enforcement Center in Cleaburne, Texas pending a court date.  Mark basic needs are being met. Mark is 17 years old and is being tried as an adult.

Medical and Dental Needs
Mark medical and dental needs continue to be met despite Mark being in jail.  Mark was arrested in July of 1999 for                          Mark is currently being detained in the Johnson County Law Enforcement Center in Cleaburne, Texas pending a court date.  Mark basic needs are being met.  Mark is 17 years old and is being tried as an adult.  Mark is receiving his medication and other medical needs via the on-site medical clinic at the jail.

Special Physical Needs
Mark's physical needs are being met despite Mark being in jail.  Mark was arrested in July of 1999 for                          . Mark is currently being detained in the Johnson County Law Enforcement Center in Cleaburne, Texas pending a court date.  Mark basic needs are being met  such as clothing and 3 meals a day.  Mark is 17 years old and is being tried as an adult.

Placement Needs
*Type of Placement*

500

Case Name: Soliza S
**Case #: 17020998**
**Child's Name: Mark A Soliz    DOB: 1/27/1982**

## CHILD'S SERVICE PLAN
### Review

*Appropriateness and Safety of Placement*
Explain why the type of placement chosen continues to be appropriate. Address any issues such as need for placement with siblings which continue to be unmet.

This placement is currently the least restrictive available.  Mark recently was arrested for
            and is being detained at the Johnson County Law Enforcement Center in Cleaburne, Texas.

*Objectives of placement*
The objectives of this placement are to protect the child from abuse and neglect, and to provide the child with care that meets the child's needs for permanency, safety and well being. Additional objectives are:

*Visitation Summary*

*Culture Heritage*

Permanency Needs
*Progress / Efforts Made Toward Permanency*
Describe 1) the progress made towards achieving the permanency planning goal during the last plan period,  2) the actions to be taken with the child's family to achieve the goal, 3) obstacles and actions to be taken to overcome them , 4) attempts to locate absent parents,  identify possible relative placements or  find possible guardian.

Significant progress has been made by Mark is achieving the permanency plan until recently.  Mark had completed the  CPS PAL Program.  It had been hoped that Mark would age out of care and attend a vocational school, however, this is currently not a possibility.  Mark was recently arrested for
            and is being detained at the Johnson County Law Enforcement Center pending a court date.  The plan should resume should Mark be released, however, it remains a indecipherable at this time.  Mark reuniting with his mother is not a possibility; on 09-23-97 TDPRS was awarded PMC of Mark.   Ms. Soliz had been sober for nearly a year after being admitted into a drug rehabilitation facility and . residing at a half-way house. Subsequently Ms. Soliz  failed a drug test and currently has a warrant out for her arrest.  Mark and his mother have sporadic telephone contact but visitation has ceased. Should Mark be released from the Johnson County Law Enforcement Center there is a  possibility for Mark to reside with his Aunt Sharon Rangel.

*ASFA requirement, if applicable*

**Summary:**
Extent of Compliance (if a review):

Appropriateness of Services:
Describe extent to which services planned for or previously provided to the child, actually meet the child's needs.

The services documented in this plan are appropriate to meet Mark's needs due to Mark being in jail.  His basic needs are met daily by his caregivers.

Continuing Nessessity for Placement:
Explain why the child continues to require placement.

Mark continues to require placement because on 09-23-97 TDPRS was appointed PMC. Ms. Soliz has had no contact with this worker since prior to the hearing.  Mr. Saenz does not want any involvement with Mark except

Printed: 10/11/2010           TX Dept. of Family and Protective Services

Case Name: See Soliz's
Case #: 17020998
Child's Name: Mark A Soliz        DOB: 1/27/1982

## CHILD'S SERVICE PLAN
### Review

for paying child support.   Mark also continues to display criminal and anti social  behaviors and still requires some individual and group counseling to address those behaviors.   Mark also needs to complete a GED program.


**Emergency Conditions**

    FPS has determined that one of the following emergency conditions continues to exist for this case and, therefore, services continue to be necessary:

1. A child is at risk of abuse or neglect, as determined by FPS;
2. A child has been removed from his/her home and placed in FPS care; or
3. A child formerly in FPS care is at-risk of being returned to FPS care.

502

## CHILD'S SERVICE PLAN
### Review

**PLANS**

Plans to Address Permanency

Services to Meet Child's Needs

| Need | Medical/Dental Needs | |
|---|---|---|
| **Task** | | **PSFC/Caregiver Service** |
| Mark Soliz will be scheduled for follow up medical appointments including medication reviews. | | Staff at Johnson county LEC will schedule appointments. |
| **Time Frame** | | **Time Frame** |
| 07-99 to Unspecified | | 07-99 to Unspecified |
| **Method of Evaluation** | | |
| Discussion with staff at Johnson County law enforcement center(LEC) | | |

| Need | Social and Emotional Needs | |
|---|---|---|
| **Task** | | **PSFC/Caregiver Service** |
| Mark Soliz will learn to accept the logical consequences of anti-social/criminal behavior by being detained at the Johnson County LEC. | | Johnson County LEC will reinforce Mark's understanding of the relationship between his/her behavior and the consequences which follow. |
| **Time Frame** | | **Time Frame** |
| 07-99 to Unspecified | | 07-99 to Unspecified |
| **Method of Evaluation** | | |
| Discussion with Mark | | |

| Need | PAL Needs | |
|---|---|---|
| **Task** | | **PSFC/Caregiver Service** |
| Mark will learn his/her legal rights and consequences of breaking the law. | | CPS will discuss progress with Mark. |
| **Time Frame** | | **Time Frame** |
| 07-99 to Unspecified | | 07-99 to Unspecified |
| **Method of Evaluation** | | |
| Discussion with Mark | | |

Provision of Safe and Proper Care in Placement

Plans for Future Visitation

Plans for Preserving Child's Cultural Heritage

Supervision
Mark is being supervised 24 hours a day 7 day a week due to being in jail. Mark was arrested in July of 1999 for . Mark is currently being detained in the Johnson County Law Enforcement Center in Cleaburne, Texas pending a court date. Mark basic needs are being met. Mark is 17 years old and is being tried as an adult.

Behavior Management (Discipline)

**Case Name:** Sc̄      Jonna S

**Case #:** 17020998

**Child's Name:** Mark A Soliz      **DOB:** 1/27/1982

## CHILD'S SERVICE PLAN
### Review

The child's discipline must suit the child's age, circumstances, and developmental needs. Methods of discipline may include: establishing routines, setting reasonable limits, modeling appropriate behavior, offering choices, giving explanations. repeating instructions, taking "time-out", enforcing or permitting logical or natural consequences, and reinforcing desired behavior. Physical punishment is not permitted. Additional strategies for managing the child's behavior are specified below.

Mark's discipline and consequences has been increased due to being in jail.  Mark was arrested in July of 1999 for                               Mark is currently being detained in the Johnson County Law Enforcement Center in Cleaburne, Texas pending a court date.  Mark basic needs are being met.  Mark is 17 years old and is being tried as an adult.


Support Services to the Caregivers

Identify the support services to be provided to the caregiver to help them meet the child's needs and to ensure that the child receives safe and proper care. Include the planned frequency of worker visits to the child and to the caregiver's home.

Identify the support services to be provided to the caregiver to help them meet the child's needs. Include the planned frequency of worker visits to the child and to the foster home or group-care facility.

Mark is currently being detained at the Johnson County Law Enforcement Center for                  pending a court date.  Mark's basic needs are being met.  Caseworker will visit Mark monthly or on an as needed basis.


Travel

The child may travel to participate in normal activities (examples: church, school events). Any trips that last more than 72 hours must be approved in advance by the child's worker. Trips outside the state must be approved in advance by the child's worker and by the court. Additional stipulations regarding the child's travel are specified below.

Mark's Travel privileges have been suspended due to being in jail.  Mark was arrested in July of 1999 for                               . Mark is currently being detained in the Johnson County Law Enforcement Center in Cleaburne, Texas pending a court date.  Mark basic needs are being met.  Mark is 17 years old and is being tried as an adult.

504

Case Name: Soliz, S
**Case #:** 17020998
**Child's Name:** Mark A Soliz       **DOB:** 1/27/1982

## CHILD'S SERVICE PLAN
### Review

**INVITED PARTIES AND PARTICIPATION INFORMATION**

| NAME | RELATIONSHIP TO CASE | DATE OF NOTIFICATION | TYPE OF NOTIFICATION | DATE COPY GIVEN | DATE OF PARTICIPATION |
|------|----------------------|----------------------|----------------------|-----------------|-----------------------|
| Soliz,Mark A | Self | 7/13/1999 | Verbal | | 7/13/1999 |
| Rutherford,Eula E | PRS Staff | 7/13/1999 | Verbal | | 7/13/1999 |
| Flores,Laura A | PRS Staff | 7/13/1999 | Verbal | | 7/13/1999 |

**EXPLANATION IF NO PARTICIPATION BY CHILD, MOTHER, FATHER OR CAREGIVER**

On 09-23-97 TDPRS was granted PMC of Mark. Ms. Soliz did not attend the hearing and has had no contact with this worker since prior to the hearing. Mr. Saenz has made it clear to the agency that he does not wish to be involved in any way, except to pay child support for Mark.

Signature-Worker _____ Date ____   Signature-Child (Optional) _____ Date ____

Signature-Supervisor _____ Date ____   Signature-Level One Child-Placing Staff _____ Date ____
(Required for initial placement only)

Signature-Program Director _____ Date ____
(required for initial placement only)

Attach a copy of the following updated items to the plan shared with the caregiver, unless this information has already been provided or obtained by the caregiver:

- medical log
- education log
- medical/developmental history, and
- the record of immunizations

505

Case Name: St    Johna S
Case #: 17020998
Child's Name: Mark A Soliz       DOB: 1/27/1982

## CHILD'S SERVICE PLAN
Review

### Service Plan Review

**OVERVIEW:**

**A.      General:**

| Date of Last Plan | This Plan Submitted for Approval | Date of Next Review |
|---|---|---|
| 11/2/1999 | 11/2/1999 | 5/2/2000 |

| Worker Who Completed Form |
|---|
| Laura Flores, |

**B.      Current Placement**

| Residence Name | Living Arrangement | Type of Facility |
|---|---|---|

**C.      Long-Range Goal For Permanency**

| Permanency Goal | |
|---|---|
| APPLA: Independent Living | |
| **Projected Date for Achieving Permanency** | **Estimated Length of Stay in Substitute Care** |
| 1/27/2000 | 3 months |
| **If there is a discrepancy between the estimated length of stay in substitute care and the projected date of permanency, explain:** | |
| none | |

**D.      Concurrent / Alternative Goal for Permanency**

506

Case Name: St    Jonna S
Case #: 17020998
Child's Name: Mark A Soliz        DOB: 1/27/1982

## CHILD'S SERVICE PLAN
### Review

**PROGRESS IN ADDRESSING NEEDS & PROVIDING SERVICES SINCE LAST PLAN**

**Caregiver observations about child's personality, behavior, special interests, and talents**

**Basic needs**
All children in placement have basic needs. They require food, shelter, and clothing; routine medical and dental care; safe, stimulating, and nurturing home environments; and friendships and recreational activities appropriate to their ages. FPS expects each child's caregiver to meet the child's basic needs without specifically identifying those needs in the case plan.

**Specific needs**
Social and Emotional Needs
Mark had made significant progress on his past service plans. Mark completed his PAL Program. Mark was preparing to age out of care when he was arrested in July of 1999 for                                  . Mark was detained for over a month. Upon Mark release he refused to return to care. Mark is currently on an unauthorized absence.

Educational Needs
Mark educational needs have been suspended due to being in jail and on runaway status. Mark had made significant progress on his past service plans. Mark completed his PAL Program. Mark was preparing to age out of care when he was arrested in July of 1999 for                          Upon his release from jail Mark refused to return to care.

Developmental Needs
Mark developmental needs have been suspended due to being in jail and on run away status. Mark had made significant progress on his past service plans. Mark completed his PAL Program. Mark was preparing to age out of care when he was arrested in July of 1999 for                          Upon his release Mark refused to return to care.

Medical and Dental Needs
Mark's medical and dental needs continue to be met despite Mark being in jail, however, have recently suspended due to Mark being on run away status. Mark was arrested in July of 1999 for                                  Upon his release Mark refused to return to care. Currently Mark's medical and dental needs are not being met.

Special Physical Needs
Due to Mark's age more than likely his physical needs are being met despite Mark being on run away status. Mark was arrested in July of 1999 for                                  Upon Mark's release from jail he refused to return to care.

Placement Needs
*Type of Placement*

*Appropriateness and Safety of Placement*
Explain why the type of placement chosen continues to be appropriate. Address any issues such as need for placement with siblings which continue to be unmet.

Mark is currently on an unauthorized leave/run away.

507

Case Name: Sc   Jonna S
Case #: 17020998
Child's Name: Mark A Soliz          DOB: 1/27/1982

# CHILD'S SERVICE PLAN
## Review

*Objectives of placement*
The objectives of this placement are to protect the child from abuse and neglect, and to provide the child with care that meets the child's needs for permanency, safety and well being. Additional objectives are:

*Visitation Summary*

*Culture Heritage*

Permanency Needs
*Progress / Efforts Made Toward Permanency*
Describe 1) the progress made towards achieving the permanency planning goal during the last plan period,  2) the actions to be taken with the child's family to achieve the goal, 3) obstacles and actions to be taken to overcome them , 4) attempts to locate absent parents,  identify possible relative placements or find possible guardian.

Significant progress has been made by Mark is achieving the permanency plan until recently.  Mark had completed the  CPS PAL Program.  It had been hoped that Mark would age out of care and attend a vocational school, however, this is currently not a possibility.  Mark was arrested for
and detained at the Johnson County Law Enforcement Center.  Upon his release Mark refused to return to care. Mark is currently on an unauthorized absence/run away.  Mark reuniting with his mother is not a possibility; on 09-23-97 TDPRS was awarded PMC of Mark.   Ms. Soliz had been sober for nearly a year after being admitted into a drug rehabilitation facility and  residing at a half-way house.  Subsequently Ms. Soliz  failed a drug test and was arrested. Ms. Soliz was released from jail last month and contact between Mark and his mother is unknown.

*ASFA requirement, if applicable*

**Summary:**
Extent of Compliance (if a review):

Appropriateness of Services:
Describe extent to which services planned for or previously provided to the child, actually meet the child's needs.

The services documented in this plan are appropriate to meet Mark's needs due to Mark being on run away status.  It is unknown if Mark's basic needs are met daily.

Continuing Nessessity for Placement:
Explain why the child continues to require placement.

Mark continues to require placement because on 09-23-97 TDPRS was appointed PMC. Ms. Soliz  had been in jail for some time due to violating her probation and drug use.  Ms. Soliz continues to live an unstable lifestyle. Mr. Saenz does not want any involvement with Mark except for paying child support.   Mark also continues to display criminal and anti social  behaviors and still requires some individual and group counseling to address those behaviors.   Mark also needs to complete a GED program.

**Emergency Conditions**

FPS has determined that one of the following emergency conditions continues to exist for this case and, therefore, services continue to be necessary:

Printed: 10/11/2010               TX Dept. of Family and Protective Services

Case Name: Sc   Jonna S
Case #: 17020998
**Child's Name:** Mark A Soliz     DOB: 1/27/1982

**CHILD'S SERVICE PLAN**
**Review**

1. A child is at risk of abuse or neglect, as determined by FPS;
2. A child has been removed from his/her home and placed in FPS care; or
3. A child formerly in FPS care is at-risk of being returned to FPS care.

Case Name: Se   Johna S
Case #: 17020998
Child's Name: Mark A Soliz      DOB: 1/27/1982

# CHILD'S SERVICE PLAN
## Review

## PLANS

Plans to Address Permanency

Services to Meet Child's Needs

| Need | Social and Emotional Needs | |
|---|---|---|
| **Task** | | **PSFC/Caregiver Service** |
| Mark Soliz will learn to accept the logical consequences of anti-social/criminal behavior | | Mark will need to understanding of the relationship between his/her behavior and the consequences which follow. |
| **Time Frame** | | **Time Frame** |
| 07-99 to Unspecified | | 07-99 to Unspecified |
| **Method of Evaluation** | | |
| Attempted visits and discussion with Mark | | |

| Need | Educational Needs | |
|---|---|---|
| **Task** | | **PSFC/Caregiver Service** |
| Other- Mark will need to understand the consequences of not completing his education or a GED Program | | Other-Discussion with Mark to help him understand the consequences for not completin his education |
| **Time Frame** | | **Time Frame** |
| 10-99 to unspecified | | 10-99 to unspecified |
| **Method of Evaluation** | | |
| Attempted visit with Mark | | |

Provision of Safe and Proper Care in Placement

Plans for Future Visitation

Plans for Preserving Child's Cultural Heritage

Supervision
Mark currently is on an unauthorized absence.  The supervision being provided to Mark is unknown.  Upon his release from jail for unauthorized use of a motor vehicle Mark refused to return to care.

Behavior Management (Discipline)
The child's discipline must suit the child's age, circumstances, and developmental needs. Methods of discipline may include: establishing routines, setting reasonable limits, modeling appropriate behavior, offering choices, giving explanations. repeating instructions, taking "time-out", enforcing or permitting logical or natural consequences, and reinforcing desired behavior. Physical punishment is not permitted. Additional strategies for managing the child's behavior are specified below.
Mark's discipline and consequences have been eliminated due to Mark being on an unauthorized absence. Upon Mark's release from jail for an                                     Mark refused to return to care.

Support Services to the Caregivers
Identify the support services to be provided to the caregiver to help them meet the child's needs and to ensure that the child receives safe and proper care. Include the planned frequency of worker visits to the child and to the

510

Case Name: So    Jonna S
Case #: 17020998
Child's Name: Mark A Soliz        DOB: 1/27/1982

## CHILD'S SERVICE PLAN
### Review

caregiver's home.
Identify the support services to be provided to the caregiver to help them meet the child's needs. Include the planned frequency of worker visits to the child and to the foster home or group-care facility.

Mark is currently on an unauthorized absence. Mark is more than likely living from relative to relative and/or with friends. Monthly attempts to known relative's home will be made in an attempt to bring Mark back into care. A run away/escapee report has been made to Fort Worth Police Department.

Travel
The child may travel to participate in normal activities (examples: church, school events). Any trips that last more than 72 hours must be approved in advance by the child's worker. Trips outside the state must be approved in advance by the child's worker and by the court. Additional stipulations regarding the child's travel are specified below.
Mark's Travel privileges have been suspended due to being in jail and being on an authorized absence. Mark was arrested in July of 1999 for                              Upon Mark's release he refused to return to care.

511

Case Name: S~~ol~~ ~~Johna~~ S

**Case #:** 17020998

**Child's Name:** Mark A Soliz        **DOB:** 1/27/1982

## CHILD'S SERVICE PLAN
### Review

### INVITED PARTIES AND PARTICIPATION INFORMATION

| NAME | RELATIONSHIP TO CASE | DATE OF NOTIFICATION | TYPE OF NOTIFICATION | DATE COPY GIVEN | DATE OF PARTICIPATION |
|------|---------------------|---------------------|---------------------|-----------------|----------------------|
| Onyebuchi,Will N | PRS Staff | 10/20/1999 | Verbal | 10/20/1999 | 10/20/1999 |
| Flores,Laura A | PRS Staff | 10/20/1999 | Verbal | 10/20/1999 | 10/20/1999 |
| Rutherford,Eula E | PRS Staff | 10/20/1999 | Verbal | 10/20/1999 | 10/20/1999 |

### EXPLANATION IF NO PARTICIPATION BY CHILD, MOTHER, FATHER OR CAREGIVER

On 09-23-97 TDPRS was granted PMC. Ms. Soliz has had no involvement with Mark or myself due to being in jail. Mr. Saenz has made it clear that he does not wish to be involved in any way, except to pay child support for Mark. Mark is currently on an unauthorized absence.

_____   _____   _____   _____
Signature-Worker                   Date     Signature-Child (Optional)         Date

_____   _____   _____   _____
Signature-Supervisor               Date     Signature-Level One Child-Placing Staff   Date
                                            (Required for initial placement only)

_____   _____
Signature-Program Director         Date
(required for initial placement only)

Attach a copy of the following updated items to the plan shared with the caregiver, unless this information has already been provided or obtained by the caregiver:

- medical log
- education log
- medical/developmental history, and
- the record of immunizations

512

| Case Name:   Soliz, Donna S |
|---|
| Child's Name:   Mark A Soliz          DOB: 1/27/1982 |

## Common Application for Placement of Children in Residential Care

### LEVEL OF CARE ASSESSMENT
#### A. Screening Profile

| Child's Name<br>Mark A Soliz | | Date of Birth<br>1/27/1982 | Age<br>15 | Social Security Number |
|---|---|---|---|---|
| Sex<br>Male | Ethnicity<br>Hispanic | Primary Language | Place of Birth (city, state, country) | Child's Agency ID Number<br>20338197 |
| Height<br>0 ft 0 in | Weight<br>0 | Religious Preference | Child's Current Location or Placement<br>*See current placement log* | |
| Country of Citizenship | | | | |

1. **Briefly describe your impressions of the child including present problems:**

Mark is very personable and capable of getting along well with other, however, Mark is also very attention seeking. Mark craves attention (positive or negative) and if acting out negatively gets a attention he will act out. Mark can be disruptive in school and at bed time. Mark at times can be defiant and physically aggressive. Mark is impulsive and test limits. Recently Mark has begun to make measurable improvement with his anti-social behaviors. Mark has begun to accept accountability for his actions and display remorse. Mark had begun to differentiate his criminal activities and his anti-social behaviors as abnormal in a therapeutic setting. . Mark at times has difficulty standing on his own merits and not following his peers, however, has begun to develop leadership skills. Mark had gained the trust of his foster parents and been allowed more liberties.    Mark also needs to address his family's lack of involvement and nurturing in a therapeutic setting as well.

**Briefly describe the child's strengths:**

Mark displays a mild mannered and sensitive demeanor. He has demonstrated good social skills and was learning leadership skills. Mark enjoys participating in recreational activities and will participate in therapeutic session although he will attempt to keep it at a superficial level. Mark is able to form attachments to adults and peers. Mark had begun to mature and become more responsible. Mark had earned the trust of his foster parents.

**Special Needs, Problems and Behaviors**

| Is child considered a danger to self? | Yes | No | Is child considered a danger to others? | Yes | No | Number runaways from home: | 0 |
|---|---|---|---|---|---|---|---|
| Number runaways from placement: | | 6 | Any history of setting fires? | | | Yes | No |
| Special Program Needs? | | | | | | | |
| Maternity | Yes | | Preparation for Adult Living | Yes | Other: | Yes | Specify:GED; if possible Driver's Education |

3. **Juvenile Justice History**
   Does the child have a history of involvement with the juvenile justice system?                                                    Yes   No   Unknown

| If Yes: | Number of referrals to juvenile authorities | 10 | Number of adjudications for delinquent acts: | 3 | Number of adjudications for CINS offenses: | 0 | Current Offense<br>Unauthorized use of motor vehicle and evading arrest |
|---|---|---|---|---|---|---|---|

4. **Placement History**
   Has the child been placed away from home before?  Do not include stopover placements such as emergency shelters, detention, TYC Reception Center, informal placements with relatives, or return(s) to home                                     Yes   No   Unknown

| If yes: Number of previous out-of-home placements: | *See current placement log* | Number of failed adoption placements: | *See current placement log* | LOC of current/most recent out-of-home placement: | 4 |
|---|---|---|---|---|---|
| Date of discharge from most recent out-of-home placement:<br>*See current placement log* | Reason for Discharge:<br>Charged with Unauthorized use of motor vehicle, arrested, and detained. | | | | |

5. **Substance Abuse History**
   Does the child have a history of substance abuse?                                                               Yes   No   Unknown
   If yes, indicate degree of substance abuse:

| Alcohol | | | | | Inhalants | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Unknown | None | Mild | Moderate | Severe | Unknown | None | Mild | Moderate | Severe |
| Cocaine/Crack | | | | | Marijuana | | | | |
| Unknown | None | Mild | Moderate | Severe | Unknown | None | Mild | Moderate | Severe |
| Other Drugs (Specify) | | | | | | | Mild | Moderate | Severe |

Page 1

Printed: 10/11/2010                    TX Dept. of Family and Protective Services

Case Name:  Soliz,Donna S
Case #:  17020998
Ch.  s Name:  Mark A Soliz
ge ;  1/27/1982

**Common Application for Placement of Children in**
**Residential Care**

| Is specialized program required? | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Yes | | No | | Unknown | | If yes, specify: Therapuetic Group Foster Home |

Page 2

514

| Case Name: | Soliz, Donna S |
| Child's Name: | Mark A Soliz |

DOB: 1/27/1982

# Common Application for Placement of Children in Residential Care

**6. History of Abuse and Neglect** (SEE SECTION 6)
Does the child have a history of abuse or neglect?                    Yes _X_  No _____  Unknown ___

If yes, indicate degree: Physical

| Unknown | | None | | Mild | | Moderate | | Severe | |
|---------|--|------|--|------|--|----------|--|--------|--|

Emotional

| Unknown | | None | | Mild | | Moderate | | Severe | |
|---------|--|------|--|------|--|----------|--|--------|--|

Sexual

| Unknown | | None | | Mild | | Moderate | | Severe | |
|---------|--|------|--|------|--|----------|--|--------|--|

Neglect

| Unknown | | None | | Mild | | Moderate | | Severe | |
|---------|--|------|--|------|--|----------|--|--------|--|

Abandonment?                                   Yes          No          Unknown

**7.-8. Family/Parental Involvement**

| Legal Status: PMC/ Rts Not Term  as of 11/28/1995 | | | | | | | |
| Will family/others participate in treatment or cooperate with others? | | Yes | | No | Can child return home? Yes-Permanently | No-Not At All | For Visits Only | Unkown |

**9. Education**

| Highest Grade Completed 10 th Grade | Currently Enrolled in School? Yes      No | Educational Needs Regular Classes     Vocational      Resource      Special Education On Campus     Other (specify): _____ |
| History of Truancy? Yes      No     Unknown | | |
| IQ Scores: Full    Verbal    Performance Scale | | Date of Most Recent IQ Test      Name of Test |
| 83 | 78 | 93 | Unknown | 07-28-98 | WISC-III |

**10. Physical Health/Disabilities**
Does the child have a diagnosed or suspected health condition or disability?                    Yes  No  Unknown
If yes, describe the condition and treatment required, if any:

| Condition     Acute     Chronic   Unknown | Severity Mild  Moderate          Severe  Unknown | Requires Specialized Treatment Yes      No        Unknown |
| List Current Medications | | List Allergies |

**11. Mental Health**
Does the child have mental health needs requiring treatment?                    Yes        No  Unknown

Date of most recent psychological or psychiatric evaluation:          07-28-98

DSM III Diagnosis: Anger control and oppositional defiant behaviors. Depressive D/O NOS

| Condition | | Severity | | | | | Requires Specialized Treatment | | |
| Acute | Chronic | Unknown | Mild | Moderate | Severe | Unknown | Yes | No | Unknown |
| Psychotropic medications prescribed? | | | If yes, specify: | | | | | | |
| Yes | No | Unknown | _____ | | | | | | |

| Referring Agency/Organization PRS | Agency Contact Person Laura A Flores | Telephone No. (Inc. A/C) (817) 590-9508  255 |
| Agency Address 951 W PIPELINE ROAD  SUITE 310  HURST, TX, 76053-4849 | | |
| Name of Person Completing Form Laura A Flores | Title Child Protective Services Specialist I | Date Completed 3/6/1997 |
| Where Placed--Facility Name and Location *See current placement log* | | |

| Case Name: | Soliz,Donna S |
|---|---|
| Case #: 24179209997 | |
| Child's Name: Mark A Soliz | DOB: 1/27/1982 |

## Common Application for Placement of Children in
## Residential Care

A. **Recommended level of care**

List the key elements, in order of importance, that led you to the recommended Level of Care:

1. **Most important:**

Involved in criminal activities placing himself and others at risk.

2. **Next most important:**

Anti-social behaviors- shows no remorse for his actions.

3. **Third most important:**

Physical aggressive behaviors towards other.

Other considerations or comments, if any:

B. **Billing Level of Care**

If the billing level of care is different from the recommended level of care, explain:

4

516

TX Dept. of Family and Protective Services

Printed: 10/11/2010

**Common Application for Placement of Children in
Residential Care**

C. **Referral/Admissions Packet**

CONTENTS

| | | |
|---|---|---|
| SECTION 1--Social and Developmental Assessment | SECTION 5--Substance Abuse History | SECTION 9--Education |
| SECTION 2--Special Needs, Problems, and Behaviors | SECTION 6--History of Abuse/Neglect | SECTION 10--Physical Health/Disabilities |
| SECTION 3--Juvenile Justice History | SECTION 7--Family History | SECTION 11--Mental Health |
| SECTION 4--Placement History | SECTION 8--Financial Information | SECTION 12--Other Attachments |

**SECTION 1--Social and Developmental Assessment**
Describe the child's general social and developmental history. Feel free to expand the description of your impressions of the child. Be sure to include all of the following:

A. **A description of the circumstances that led to the child's referral.**

Mark ran away from his placement (Buckner's Baptist Children's Home), broke into a business, and led police on an 85 mph chase. After being released from Dallas County Juvenile Detention Center Mark was placed in a shelter (The City House Shelter ). There he assaulted staff.

B. **The immediate and long-range goals of placement.**

Immediate goals are academics, counseling, and drug treatment.
Long-range goals - Mark requires a provider that can adequately address his aggressive anti-social behaviors and provide stability and structure.

C. **A description of the child's relationship with other significant adults and children.**

Mark is able to form attachments with adults and children. He tends to be a follower. Mark has difficulty standing on his own merits and not following his peers. Mark craves attention . Mark makes verbal threats to staff and peers and has been physically aggressive on several occasion.

D. **A description of the child's behavior, including both appropriate and inappropriate behavior:**

Nark has difficulty taking responsibility for his actions. He usually displays a mild mannered sensitive individual. Mark can become inexplicably angry. Mark will discuss with peers his families lack of involvement. Mark has taken a leadership role in Boy Scout. Mark craves attention (positive or negative) and if acting out negatively gets attention he will act out.

E. **The child's developmental history and current level of functioning.**

Mark appears to be age appropriate in functioning and development but is needy for attention and structure.

## Common Application for Placement of Children in
## Residential Care

**SECTION 2--Special Needs, Problems and Behaviors**
Describe in detail the special needs, problems, or behaviors identified in Section 2 of the Screening Profile.

A. **Suicide history.  Describe in detail suicide attempts and suicidal gestures.  Include the number of suicide attempts, and the date of the last known suicide attempt.**

Mark displays suicidal gestures frequently which will take the form of choking himself.   Mark may use suicidal threats and gestures to control people.

B. **History of assaultive behavior.**

Mark has an extensive history of assaultive behavior; the more recent being threatening staff at The City House Shelter with a knife and two physical confrontation with peers while in Dallas County Juvenile Detention Center.

C. **Runaway history.**

Mark has runaway from his placement at Buckner's  on three occasions including the most recent runaway on 01-03-1997.  Mark has in the past runaway on foot to visit his girlfriend.  Mark returned on his own two hours later weary from the travel.  The most recent runaway involved stealing a facility owned vehicle and driving it through the grounds gate.  He then broke into a business and stole a cell phone and pager.  In an attempt to evade police he went on a 85 mph speed and when the car blew a tire he continued to run on foot until accosted.

D. **Other significant needs, problems and behaviors (including setting fires, maternity, etc.).**

Page 6

518

Case #: 17020998     DOB:   1/27/1982
Child's Name:   Mark A Soliz

**Common Application for Placement of Children in
Residential Care**

SECTION 3 -- Juvenile Justice History

| REFERRALS (list only one referral per date) | | | | DISPOSITIONS | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Offense | Level* | Penal Code | Type** | Date | Offense | Level* | Penal Code (list only if different from referral) |
| 11-25-92 | | | | AP | 11-25-92 | | | AP |
| 01-03-97 | | | | | | Outcome Pending | | |
| 01-19-97 | | | | | | Outcome Pending | | |

*LEVEL OF OFFENSE CODES:    **TYPE OF DISPOSITION CODES:

FL=Felony              CR=Counseled and Released    RD=Released/Dismissed
M=Misdemeanor          (AI=Informal Adjustment       AT=Adjudicated to TYC
FC=Family Code         AP=Adjudicated to Probation   CA=Certified as Adult
                       PT=Proven by TYC Hearing

Total Number of Referrals:               3
(Count only one per date)   i

Total Number of Adjudications/
Certifications (AP, AT, PT, or CA):      1
(Count only one per date)   i

519

| Case Name: | Soliz, Donna S |
|---|---|
| Case #: | 17020998 |
| Child's Name: | Mark A Soliz |
| DOB: | 1/27/1982 |

## Common Application for Placement of Children in
### Residential Care

Briefly describe the child's history of delinquency. Include a description of contributing factors, and any patterns of delinquency you detect. Indicate whether the child is a follower or a leader.

Mark tends to be a follower and principally steals, damages property, and is threatening. Mark's delinquent behavior usually surfaces after Mark has had some contact with family (home visits). Mark appears to be assaultive verbally and physically after passes with family.

Describe the child's most recent criminal episode, contributing factors, the child's actions or role in the episode, and how this episode fits into the child's history of delinquency.

Mark had spent the 1996 Christmas holidays with his family. After his return to placement (01-03-97) Mark stole a facility car and drove through the grounds gate. Mark then stole some property from a local business and in an attempt to evade police he went on a speed chase with police. Mark runaway with other children and was the one driving the vehicle. This delinquent episode is typical of Mark's history of delinquent behavior.

| Does the child have gang affiliation? | Yes No Unknown | If yes, gang name: Mark claims several gangs |
|---|---|---|
| Do any family members or relatives have gang affiliation? | Yes No Unknown | If yes, gang name: Variety of gang affiliation |

TYC COMMITMENT          Yes No

| County | Commitment Date | Judge's Last Name | Court Name |
|---|---|---|---|
| Cause No. | Prosecuting Attorney's Name | | Probation I.D. No. |

TYPE OF COMMITMENT:          Direct Commitment          Revocation of Probation

| Probation Failure Yes No | If yes, describe most serious offense for which on probation: | Offense Code |
|---|---|---|
| Reason for Failure | | |

| scription of Current Offense | Offense Code |
|---|---|

| Weapon Used Firearm          Cutting Instrument          Blunt Object          Hands, Feet, etc. Other ———          None          Unknown | Determinate Sentence Yes No | Time (yrs./mos.) ——— |
|---|---|---|

| OFFENSE LEVEL | Felony Capital 1  2  3 | Misdemeanor A  B          C | Other Specify: ——— |
|---|---|---|---|
| Gang Related Yes No Unknown | Date of Prior TYC Commitment | Description of Offense | Offense Code |

**ATTACH ALL COURT ORDERS INVOLVING THE JUVENILE JUSTICE SYSTEM**

Page 8

520

| Case Name: | Soliz, Donna S |
|---|---|
| Case #: | 47820998 |
| Child's Name: | Mark A Soliz |
| DOB: | 1/27/1982 |

## Common Application for Placement of Children in Residential Care

**Section 4--Placement History**

*PRINT OUT PLACEMENT LOG AND ATTACH HERE*

Page 9

521

Case Name:  Soliz, Donna S
Case #: 1792098
Child's Name:  Mark A Soliz          DOB:  1/27/1982

**Common Application for Placement of Children in
Residential Care**

**SECTION 5--Substance Abuse History**

A. Describe the child's history of substance use, abuse, manufacture, possession, and/or delivery.

Mark began using drugs at the age of 12.  Mark's alcohol and inhalants use was severe while his use of marijuana was moderate.  Presently Mark is sniffing white out and glue the last known incident being in September of 1996.

B. Describe the child's family history of substance use, abuse, manufacture, possession, and/or delivery.  Include not only parents and siblings, but also extended-family members (such as grandparents, aunts, uncles) even if they do not live in the same household as the child.

Mark's mother is an admitted drug user.  Mark's mother has been using drug for over 15 years.  Mother has admitted herself twice in a drug treatment program and failed to complete either.  Mother stayed with the last program only five days .

C. Describe any treatment the child has received for substance abuse and the success or failure of this treatment.  Include the lengths and dates of treatment, whether the program was residential or outpatient, whether the child completed the program, whether the family was included in the treatment and so on

Drug education was received through residential treatment facility at Buckner's.

Page 10

522

## Common Application for Placement of Children in
## Residential Care

**SECTION 6--History of Abuse and Neglect**

A.  Type of Abuse and Neglect :

| Allegation | Disposition |
|---|---|
| Refuse Parental Resp | Reason to Believe |
| Neglectful Supv. (CPS) | Reason to Believe |

B.  What did the parent/perpetrator do?  Summarize the role of each parent/perpetrator.

  Mother was the designated perpetrator.  Mother is a known crack and heroin addict.  Mark was at his initial placement for 6 months before mother visited him.  Mother would make plans to visit then not show up.  Mother will say she wants Mark but has not worked to reunite the family.  Mother has no home or stability  and  is a severe drug user.   When Mark was living with family there was no adult supervision.  Mark was allowed to fend for himself.

Mark's  biological father has no emotional ties to Mark and cannot provide a home for him

C.  What happened to the child?  Summarize the extent of harm (or the substantial risk of harm) to the child.

  Mark is very angry about his families lack of involvement.  Mark's behavior fluctuates from being mild mannered to threatening and  assaultive to others.  Mark is very loyal to his family to the point that he is delusional about them.  Mark talks about returning home with his family.

Page 11

Printed: 10/11/2010

| Case Name: | Soliz,Donna S |
|---|---|
| Case #: | 17029990 |
| Child's Name: | Mark A Soliz |
| DOB: | 1/27/1982 |

## Common Application for Placement of Children in Residential Care

**SECTION 7--Family History**

| Home Address (Street, City, State, Country, ZIP)<br>5200 S BUCKNER BLVD  DALLAS, TX 75227-2006 | Telephone No. (inc. A/C)<br>(214) 319-3406 |
|---|---|

Marital Status of Birth Parents
    Never Married    Married    Separated    Widowed

Marital Status of Adoptive Parents
    Never Married    Married    Separated    Widowed

Deaths in immediate family (list names, relationships, and the referred child's age at the time of each death):
*See Attached Medical/Developmental History*
___

If adopted, what does the child know about his or her birth parents?
___

### Significant Persons

| | |
|---|---|
| **Name:** | Donna S Soliz |
| **Relationship:** | Other |
| **DOB:** | 10/1/1959 |
| **DOD:** | |
| **Address:** | 1225 DENVER AVE   FORT WORTH, TX 76106-9009 |
| **In Home?** | Yes ____  No ____ |
| **Currently Involved with the child?** | Yes ____  No ____ |

| | |
|---|---|
| **Name:** | Mike J Ortega |
| **Relationship:** | Other |
| **DOB:** | 1/5/1978 |
| **DOD:** | |
| **Address:** | 1704 WATER ST   FORT WORTH, TX 76102-5761 |
| **In Home?** | Yes ____  No ____ |
| **Currently Involved with the child?** | Yes ____  No ____ |

### Other Persons

| Name | Date of Birth* | Relationship | Social Security No. |
|---|---|---|---|
| Address (Street, City, State, Country, ZIP) | | Telephone No. (Inc. A/C) | Currently Involved with Child  Yes    No |
| Name | Date of Birth* | Relationship | Social Security No. |
| Address (Street, City, State, Country, ZIP) | | Telephone No. (Inc. A/C) | Currently Involved with Child  Yes    No |
| Name | Date of Birth* | Relationship | Social Security No. |
| Address (Street, City, State, Country, ZIP) | | Telephone No. (Inc. A/C) | Currently Involved with Child  Yes    No |
| Name* | Date of Birth* | Relationship | |
| | | | |

*Give approximate age if date of birth is unknown.

| Characteristics of Individual Family Members with Whom Child has Lived: | NO | YES | FAMILY MEMBER(S) |
|---|---|---|---|
| 1. Violent Toward Family Members | | | None documented |

Page 12

524

Case Name:   Soliz, Donna S
Case #: 17020998
Ch... s Name:   Mark A Soliz
                              1/27/1982

## Common Application for Placement of Children in
## Residential Care

| | | | |
|---|---|---|---|
| 2. Suicide | | | None documented |
| 3. Substance Abuse Problems | | | Mother- Donna Soliz DOB 10-01-59 |
| 4. Criminal Behavior | | | Brother- Mike Ortega |
| 5. Involving a Child in Criminal Behavior | | | None documented |
| 6. Mental Retardation or Limited Intellectual Ability | | | None documented |
| 7. Mental Illness or Disability | | | None documented |
| 8. Physical Illness or Disability | | | None documented |
| 9. Sexual Deviance | | | None documented |

| Characteristics of the Family as a Whole with Whom Child has Lived: | Not At All Like Family | Somewhat/ Sometimes Like Family | Very Much or Often Like Family | | Not At All Like Family | Somewhat/ Sometimes Like Family | Very Much or Often Like Family |
|---|---|---|---|---|---|---|---|
| 1. Chronic Poverty | | | | 7. Difficult or Unacceptable to Express Emotions | | | |
| 2. Chaotic Home Environment | | | | 8. Frequent Family Moves or School Moves | | | |
| 3. Rigid, Inflexible | | | | 9. Child Moved from One Parent or Family Member to Another | | | |
| 4. Smothering; Individualization of Members is Discouraged | | | | 10. Concern with Psychosomatic Complaints | | | |
| 5. Enmeshed; Few Outside Involvements | | | | 11. Social Isolation | | | |
| 6. Discipline Skills Lacking | | | | 12. Illiteracy | | | |

Page 13

525

Printed: 10/11/2010

| Case Name: | Soliz,Donna S |
|---|---|
| Case #: | 24782099S |
| Ch___s Name: | Mark A Soliz |
| ___: | 1/27/1982 |

## Common Application for Placement of Children in
## Residential Care

Briefly describe the child's relationships with family members and significant others, both in and out of the home.  Address both strengths and weaknesses.

Mark does not have a lot of contact with his family members.   Mark will make phones and speak with family members but Mark is usually the one that initiates the contacts.  Mark is very loyal to his family.  The last home visit Mark had was during Christmas of 1996.  Mark's mother stayed at the house for only a few hours and went out.  When Mark is home he does not get a lot of adult supervision.

Briefly describe the overall family situation, highlighting the positive and negative aspects of the child's family environment including all the "Family Characteristics" checked previously.

**Mark's mother is an admitted drug addict with an unstable lifestyle and no permanent address.  One of the reasons Mark got into trouble with the law was due to a lack of supervision.  Mark was fending for himself.  Mark's mother was admitted to a drug treatment program twice but did not complete either program.**

**Mark's  biological father has steady employment  but is unable to provide a home for Mark.  He has no emotional ties to Mark.**

Other significant information:

Printed: 10/11/2010

TX Dept. of Family and Protective Services

Case Name:   Soliz, Donna S
Ch... s Name:   Mark A Soliz
L...: 1/27/1982

## Common Application for Placement of Children in
## Residential Care

**SECTION 8--Financial Information**

Attach:        A copy of client's Medicaid card, if any.

| Name of Responsible Male | Disabled?  Yes        No | Occupation |
|---|---|---|

| Employer | | Salary                    per |
|---|---|---|

| Employer's Address |
|---|

| Other Income Source (1) | Amount | Other Income Source (2) | Amount |
|---|---|---|---|

| Name of Responsible Female | Disabled?  Yes        No | Occupation |
|---|---|---|

| Employer | | Salary                    per |
|---|---|---|

| Employer's Address |
|---|

| Other Income Source (1) | Amount | Other Income Source (2) | Amount |
|---|---|---|---|

Is the family eligible for Medicaid?                                          Yes        No        Unknown

Is the family currently receiving Medicaid?                              Yes        No        Unknown

Funds Applicable to Child:

| VA -- Amount | VA No. | Received By | | |
|---|---|---|---|---|
| Social Security -- Amount | Social Security No. | Received By | | |
| CHAMPUS -- Amount | CHAMPUS I.D. No. | Received By | | |
| AFDC/SPFC -- Amount | County Paid FC -- Amount | Child Support -- Amount | Paid By | County |

Insurance Applicable to Child:

| Insurance Company Name (1) | Policy Holder | Policy No. |
|---|---|---|
| Insurance Company Name (2) | Policy Holder | Policy No. |
| Insurance Company Name (3) | Policy Holder | Policy No. |
| Type of Insurance   Basic Medical | Hospitalization | Basic Dental | Orthodontic | Mental Health |

Other Resources Applicable to Child:

Page 15

527

Case Name:   Soliz,Donna S
Ch.   s Name:   Mark A Soliz          3:   1/27/1982

**Common Application for Placement of Children in
Residential Care**

**SECTION 9--Education**
Attach:          A.  Current IEP (Individualized Education Plan)
                 B.  Most Recent ARD Committee report (if any)
                 C.  Transcript
                 D.  Adaptive Behavior Level Information (if any)

| Name of Most Recent School Attended (See Attached Educational History Log Report) | School District |
|---|---|
| Address (fill in city and state at least, and street address if known) | |

Describe any educational problems, needs, or behaviors not otherwise documented.  Add any additional information you feel is important.

*PRINT OUT EDUCATIONAL HISTORY LOG AND ATTACH HERE*

Page 16

528

| Case Name: | Soliz, Donna S |
|---|---|
| Child's Name: | Mark A Soliz |
| | 1/27/1982 |

**Common Application for Placement of Children in
Residential Care**

**SECTION 10--Physical Health/Disabilities**
Attach:      A.  Medical Records
                    (1)  Physical Examination
                    (2)  Immunization Records
              B.  Dental Records

**Describe any physical health problems or disability not otherwise documented.  Add any additional information you feel is important.**


*PRINT OUT MED/MENTAL ASSESSMENT LOG AND ATTACH HERE*

529

| Case Name: | Soliz,Donna S |
|---|---|
| Child's Name: | Mark A Soliz |
| DOB: | 1/27/1982 |

**Common Application for Placement of Children in
Residential Care**

**SECTION 11--Mental Health**
Attach (as appropriate):
        A. Psychological Report(s)
        B. Psychiatric Report(s)

Describe any mental health problems not otherwise documented.  Add any additional information you feel is important.

**SECTION 12--Other Attachments**
Attach:      A. Birth Certificate or Other Birth Verification
          B. Legal Records (if any)
          C. Authorization Forms

Case Name:   Soliz,Donna S
Case #:   17620998
Ch. s Name:   Mark A Soliz        . : 3:   1/27/1982

## Common Application for Placement of Children in
### Residential Care

ATTACHMENT CHECKLIST

| Child's Name<br>Mark A Soliz | | | | Date Completed<br>____ |
|---|---|---|---|---|

| DOCUMENT | ATTACHED | FORTH-COMING | NOT RELEVANT | NOT AVAILABLE BECAUSE |
|---|---|---|---|---|
| **Birth Verification** | | | | |
| Birth Certificate | ___ | ___ | ___ | ___ |
| | | | | |
| **Legal Records** | | | | |
| Commitment Order | ___ | ___ | ___ | ___ |
| Other Court Orders | ___ | ___ | ___ | ___ |
| Police Records | ___ | ___ | ___ | ___ |
| Divorce Decree | ___ | ___ | ___ | ___ |
| Custody Order | ___ | ___ | ___ | ___ |
| | | | | |
| **Education** | | | | |
| Individual Education Plan (IEP) | ___ | ___ | ___ | ___ |
| Admission, Review, Dismissal (ARD) Report | ___ | ___ | ___ | ___ |
| Transcript | ___ | ___ | ___ | |
| Adaptive Behavior Level | ___ | ___ | ___ | |
| | | | | |
| **Physical Health/Disabilities** | | | | |
| Physical Examination | ___ | ___ | ___ | ___ |
| Immunization Record | ___ | ___ | ___ | |
| Dental Record | ___ | ___ | ___ | |
| | | | | |
| **Mental Health** | | | | |
| Psychological Report(s) | ___ | ___ | ___ | ___ |
| Psychiatric Report(s) | ___ | ___ | ___ | |
| | | | | |
| **Other** | | | | |
| Medicaid Approval/Application | ___ | ___ | ___ | ___ |
| Medicaid Card | ___ | ___ | ___ | |
| Social Security Card | ___ | ___ | ___ | |
| | | | | |

Page 19

Printed: 10/11/2010        TX Dept. of Family and Protective Services

| Case Name: | Soliz,Donna S |
|---|---|
| Case #: | 17020998 |
| Child's Name: | Mark A Soliz |
| DOB: | 1/27/1982 |

## FOSTER CARE ASSISTANCE ELIGIBILITY DETERMINATION

| Medicaid No. | Child's Worker<br>Sandra Mcguire | Mail Code<br>8191 |
|---|---|---|

Eligibility Determination - based on

   _ Foster Care Assistance Application

   x_ Foster Care Assistance Review

   _ Special Review

Received on (date):    01/30/1997

Eligibility Status:       State-Paid

Eligibility Start Date:    1/1/1997
Eligibility Review Date:   1/1/1998
Eligibility End Date:

Medicaid Eligibility Group: Regular

| Payment Computation for LOC | | | | Notifications |
|---|---|---|---|---|
| Daily Rate   82.64   x<br>30 | $ 2479.20 | - | | Have you reported the child's health Insurance on Form 1039?<br>_ Yes          X _ N/A |
| Less Child's Monthly Income | $ 0 | - | | Have you notified the child's worker of this eligibility determination?<br>x _ Yes     No ___ N/A |
| MONTHLY PAYMENT | $ 2479.20 | - | - | |

**Comments-Explain why this child is eligible for the type of foster-care assistance specified above.**

Child is 15 years old.  He does not have any income.  Child was removed from mother who had 0 income.
Parents did not live together.   Court orders receive with proper language.  Child removed from Buckners
after 21 month stay at Juv.   Child continues to be eligible for TP 10.

01/30/1997

Signature-Eligibility Worker             Date

cc:

532

| Case Name: | Soliz, Donna S |
|---|---|
| Case #: | 1020908 |
| Child's Name: | Mark A Soliz |
| DOB: | 1/27/1982 |

# FOSTER CARE ASSISTANCE ELIGIBILITY
## DETERMINATION

Worksheet (Optional)

| | | |
|---|---|---|
| 1. | Recognizable Needs (See Income Assistance Chart) | ——— |
| 2. | Total Gross Earned Income of Certified Group | ——— |
| 3. | Total WRE Standard Deduction | - ——— |
| 4. | Adjusted Earned Income (Line 2 minus Line 3) | = ——— |
| 5.a | $30 Disregard | - ——— |
| b | Subtotal (Line 4 minus Line 5.a) | = ——— |
| c | 1/3 of Line 5.b | - ——— |
| d | Subtotal (Line 5.b minus Line 5.c) | = ——— |
| 6. | Total Child/Incap. Care Costs | = ——— |
| 7. | Subtotal (Line 5.d minus Line 6.) | = ——— |
| 8. | Total Unearned Income | + ——— |
| 9. | Adjusted Gross Income (Line 7. plus Line 8.) | - ——— |
| 10. | Unmet Need (Line 1 minus Line 9) | = ——— |
| 11. | GRANT AMOUNT (Round Down to $) | = ——— |

Applied Income of Stepparent:  Complete only if a noncertified stepparent with income lives in the home.

| | | |
|---|---|---|
| 1. | Stepparent's Gross Earnings | = ——— |
| 2. | Standard Work-Related Expenses Deduction | = ——— |
| 3. | Net Earned Income (Line 1 minus Line 2 | = ——— |
| 4. | Other Income of Stepparent | + ——— |
| 5. | Total Adjusted Income (Line 3 plus Line 4) | = ——— |
| 6. | Payments to Dep. Outside Home | - ——— |
| 7. | Alimony and Child support Payments | - ——— |
| 8. | Remaining Income  (Subtotal) | = ——— |
| 9. | 100% Needs of Stepparent and Noncert Dep. | = ——— |
| 10. | Remaining Needs/Applied Income (Line 8 minus Line 9) | = ——— |

| Case Name: | Soliz,Donna S |
|---|---|
| Case #: | 17020908 |
| Child's Name: | Mark A Soliz |
| DOB: | 1/27/1982 |

## FOSTER CARE ASSISTANCE ELIGIBILITY DETERMINATION

| Medicaid No.<br>508092037 | Child's Worker<br>Laura A Flores | Mail Code<br>0122 |
|---|---|---|

Eligibility Determination - based on

_ Foster Care Assistance Application

x Foster Care Assistance Review

_ Special Review

Received on (date):   01-28-98_

Eligibility Status:     State-Paid

Eligibility Start Date:    1/28/1998
Eligibility Review Date:   1/28/1999
Eligibility End Date:

Medicaid Eligibility Group: Regular

Payment Computation for LOC   05        Notifications

| Daily Rate 99.68    x 30 | $ 2990.40 | - | Have you reported the child's health Insurance on Form 1039?<br>_ Yes        X N/A |
|---|---|---|---|
| Less Child's Monthly Income | $ 0.00 | - | Have you notified the child's worker of this eligibility determination?<br>X Yes    No   N/A |
| MONTHLY PAYMENT | $ 2990.40 | - | - |

**Comments-Explain why this child is eligible for the type of foster-care assistance specified above.**

TMC continues. Contrary to review form,placement on CAPs is correct and accepts Loc 05.Child has no income or child support. Bc is in case. SS# is on file. Domicile did not exist at initial certification for an 08 child. = TP10-A

Signature-Eligibility Worker                    Date

cc:

534

Printed: 10/11/2010          TX Dept. of Family and Protective Services

| Case Name: | Soliz, Donna S |
|---|---|
| Child's Name: | Mark A Soliz |
| DOB: | 1/27/1982 |

# FOSTER CARE ASSISTANCE ELIGIBILITY
## DETERMINATION

Worksheet (Optional)

| 1. | Recognizable Needs (See Income Assistance Chart) | |
|---|---|---|
| 2. | Total Gross Earned Income of Certified Group | |
| 3. | Total WRE Standard Deduction | - |
| 4. | Adjusted Earned Income (Line 2 minus Line 3) | = |
| 5.a | $30 Disregard | - |
| b | Subtotal (Line 4 minus Line 5.a) | = |
| c | 1/3 of Line 5.b | - |
| d | Subtotal (Line 5.b minus Line 5.c) | = |
| 6. | Total Child/Incap. Care Costs | = |
| 7. | Subtotal (Line 5.d minus Line 6.) | = |
| 8. | Total Unearned Income | + |
| 9. | Adjusted Gross Income (Line 7. plus Line 8.) | - |
| 10. | Unmet Need (Line 1 minus Line 9) | = |
| 11. | GRANT AMOUNT (Round Down to $) | = |

Applied Income of Stepparent:  Complete only if a noncertified stepparent with income lives in the home.

| 1. | Stepparent's Gross Earnings | = |
|---|---|---|
| 2. | Standard Work-Related Expenses Deduction | = |
| 3. | Net Earned Income (Line 1 minus Line 2 | = |
| 4. | Other Income of Stepparent | + |
| 5. | Total Adjusted Income (Line 3 plus Line 4) | = |
| 6. | Payments to Dep. Outside Home | - |
| 7. | Alimony and Child support Payments | - |
| 8. | Remaining Income  (Subtotal) | = |
| 9. | 100% Needs of Stepparent and Noncert Dep. | = |
| 10. | Remaining Needs/Applied Income (Line 8 minus Line 9) | = |

535

| Case Name: | Soliz,Donna S |
| Case #: | 17020908 |
| Child's Name: | Mark A Soliz |
| DOB: | 1/27/1982 |

# FOSTER CARE ASSISTANCE ELIGIBILITY
## DETERMINATION

| Medicaid No. | Child's Worker<br>Laura A Flores | Mail Code<br>0122 |
| --- | --- | --- |

Eligibility Determination - based on

     _ Foster Care Assistance Application

     x Foster Care Assistance Review

     _ Special Review

Received on (date):  4/2/99

Eligibility Status:  State-Paid

Eligibility Start Date:  1/28/1999
Eligibility Review Date:  1/28/2000
Eligibility End Date:

Medicaid Eligibility Group: Regular

| Payment Computation for LOC 03 | | | | Notifications |
| --- | --- | --- | --- | --- |
| Daily Rate  58.08  x 31 | $ 1800.48 | - | | Have you reported the child's health Insurance on Form 1039?<br>     Yes      X N/A |
| Less Child's Monthly Income | $ 0.00 | - | | Have you notified the child's worker of this eligibility determination?<br>   X Yes    No    N/A |
| MONTHLY PAYMENT | $ 1800.48 | - | | - |

**Comments-Explain why this child is eligible for the type of foster-care assistance specified above.**

TMC continues. Placement and LOC correct in CAPs.Child has no income other than child support in the amount of $120.00 sent to AG. Child has no resources. Bc is in case. SS# is on file.  Domicile for TP08 not met at initial cert. therefore, TP10.

Signature-Eligibility Worker                  Date

cc:

536

| Case Name: | Soliz,Donna S |
|---|---|
| Child's Name: | Mark A Soliz |

DOB: 1/27/1982

## FOSTER CARE ASSISTANCE ELIGIBILITY
## DETERMINATION

**Worksheet** (Optional)

| 1. | Budgetary (100%) Needs (See Income Assistance Chart) | ——— |
|---|---|---|
| 2. | Total Gross Earned Income of Certified Group | |
| 3. | Total WRE Standard Deduction   ($90) | |
| 4. | Adjusted Earned Income (Line 2 minus Line 3) | |
| 5. | Total Child/Incap. Care Costs | |
| 6. | Subtotal (Line 4 minus Line 5) | |
| 7. | Total Unearned Income | |
| 8. | Adjusted Gross Income (Line 6 plus Line 7) | |
| 9. | Unmet Need (Line 1 minus Line 8) | |

**If Unmet Need is less than Budgetary Need then income is low enough for IV-E.**

**Applied Income of Stepparent:**  Complete only if a noncertified stepparent with income lives in thehome.

| 1. | Stepparent's Gross Earnings | |
|---|---|---|
| 2. | Standard Work-Related Expenses Deduction   ($90) | |
| 3. | Net Earned Income (Line 1 minus Line 2) | |
| 4. | Other Income of Stepparent | |
| 5. | Total Adjusted Income (Line 3 plus Line 4) | |
| 6. | Payments to Dep. Outside Home | |
| 7. | Alimony and Child Support Payments | |
| 8. | Remaining Income  (Line 5 minus Line 6 and Line 7) | |
| 9. | Budgetary (100%) Needs of Stepparent and Noncert Dep. | |
| 10. | Remaining Needs/Applied Income (Line 8 minus Line 9) | |

537

Soliz,Donna S

Case #:   17020998

Child's Name:   Mark A Soliz          DOB:   1/27/1982

MEDICAL AND DEVELOPMENTAL HISTORY

**CASE PLAN - PART TWO**

| Complexion | Food/Medication Allergies |
|------------|---------------------------|
| . | No known allergies |

| Any Disabilities |
|------------------|
| None documented |

**CHILD'S MEDICAL HISTORY** - Obtain medical records as needed.

| ITEM | YES | COMMENTS | ITEM | YES | COMMENTS |
|------|-----|----------|------|-----|----------|
| Gestation Problems | | | Measles | | |
| Prematurity | | | Mumps | | |
| Congenital Defects | | | Rubella | | |
| Birth Injury | | | Diphtheria | | |
| Serious Illness | | | Tetanus | | |
| Serious Accidents | | | Pertussis | | |
| Hospitalizations | | at 7 y/o for bacterial infection | Polio | | |
| Surgeries | | | Chicken Pox | | at 6 y/o |
| Seizures | | | Scarlet Fever | | |
| Eye/Ear Infections | | frequent as a toddler | Rheumatic Fever | | |
| Respiratory Infections | | | Allergies | | No known allergies |
| Urinary Tract Infections | | | Constipation/Diarrhea | | |
| Vaginal Tract Infections | | | Worms/Parasites | | |
| Venereal Diseases | | | Digestive Problems | | |
| Headaches | | | Drug Use | | |
| Menses/Dysmenorrhea | | | AIDS/HIV | | |
| Enuresis/Encopresis | | | Fetal Alcohol Syndrome | | |
| Sexually Transmitted Disease | | | Other: | | |

Printed:
10/11/10

TX Dept. of Protective and Regulatory Services

Page: 1

538

Printed: 10/11/2010          TX Dept. of Family and Protective Services

Soliz,Donna S

Case #:   17020998

Child's Name:  Mark A Soliz          DOB:    1/27/1982

MEDICAL AND DEVELOPMENTAL HISTORY

**FAMILY HISTORY** - Obtain records and death certificates as needed.

| DISEASE or CONDITION | BFA | BMO | PGF | PGM | MGF | MGM | AU | UC | ___ | ___ |
|---|---|---|---|---|---|---|---|---|---|---|
| Diabetes | ___ | ___ | Yes | Yes | ___ | ___ | ___ | ___ | ___ | ___ |
| Cardiovascular Disease | ___ | ___ | Yes | Yes | Yes high blood press ure | ___ | Yes high blood press ure | ___ | ___ | ___ |
| Renal Disease | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ |
| Cancer or Leukemia | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ |
| Tuberculosis | ___ | ___ | ___ | ___ | ___ | ___ | Yes | ___ | ___ | ___ |
| Emotional/Mental Disorder | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ |
| Mental Retardation | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ |
| Genetic Abnormality | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ |
| Epilepsy/Convulsive Disorder | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ |
| Abuse/Neglect | ___ | Yes drug abuse | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ |
| Arthritis | ___ | ___ | ___ | ___ | ___ | ___ | Yes | ___ | ___ | ___ |
| Age at Death | ___ | ___ | ___ | ___ | ___ | ___ | Yes | ___ | ___ | ___ |
| Cause of Death | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ |

**HISTORY OF ILLNESSES PRIOR TO TDPRS CONSERVATORSHIP**

| ILLNESSES, INJURIES, OPERATIONS | YEAR | DOCTOR (If used) | RX |
|---|---|---|---|
| None Documented | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ |

Soliz,Donna S

Case #:   17020998

Child's Name:   **Mark A Soliz**                    DOB:   1/27/1982

MEDICAL AND DEVELOPMENTAL HISTORY

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Printed:
10/11/10

TX Dept. of Protective and Regulatory Services

Page: 3

540

Printed: 10/11/2010

TX Dept. of Family and Protective Services

Soliz,Donna S

Case #: **17020998**

| Child's Name: **Mark A Soliz** | DOB: **1/27/1982** |

MEDICAL AND DEVELOPMENTAL HISTORY

## CHILD'S BIRTH AND DEVELOPMENT

| Prenatal Problems None Documented | | | Term ___ | Birth Weight 8 pounds 15 ounces |
|---|---|---|---|---|

| Birth Defects / Birth Injury None Documented | | Postnatal Problems None Documented | Age of First Menstruation N/A |
|---|---|---|---|

| Sat Up 7 months | Stood 9 months | Walked 11-12 months | First Teeth 6 months | Words 11 months | Short Sentences 2 years old |
|---|---|---|---|---|---|

## FEEDING HISTORY

| Breast No | Formula Similac with Iron | Vitamins Poly Vi-Sol |
|---|---|---|
| Appetite Good | Likes ___ | Dislikes Carrots, Green Peas |

| Feeding Problems None Documented |
|---|

## HABITS

| Sleep No problems documented | Temper Tantrums None Documented | Nervous Habits Dx ADHD at 9 years old |
|---|---|---|
| Bowels No problems documented | Bedwetting Until the age of 7 years old | Masturbation ___ |

## IMMUNIZATION RECORD

| In Record Yes | Date Requested 02-29-96 |
|---|---|

## BIRTH CERTIFICATE

| In Record Yes | Date Requested 02-28-96 |
|---|---|

## TB TEST (If needed)

| In Record ___ | Date Requested ___ |
|---|---|

## TESTS

| TEST | NOT TESTED | NORMAL | ABNORMAL |
|---|---|---|---|
| PKU | | | |
| Urinalysis | | | |
| CBC | | | |
| Sickle Cell Hemoglobin | | | |
| Lead | | | |

| TEST | NORMAL | ABNORMAL |
|---|---|---|
| ___ | ___ | ___ |
| ___ | ___ | ___ |
| ___ | ___ | ___ |
| ___ | ___ | ___ |

TB ___

Case Name

Soliz, Donna S

Case #:  **17020998**

Child's Name:  **Mark A Soliz**          DOB:    **1/27/1982**

## FOSTER CARE ASSISTANCE
## REVIEW

| Race<br>Hispanic | Sex<br>M | Medicaid No. | SSN |
|---|---|---|---|

If no SSN, date applied for:
_____

| Worker's Name<br>Sandra Mcguire | Worker's BJN<br>03154C02 | Mail Code<br>8191 | Telephone No.<br>(817) 590-9508 | Extension<br>251 |
|---|---|---|---|---|
| Worker's Address (Street, City, State, Zip)<br>951 W PIPELINE ROAD SUITE 310,  HURST, TX 76053-4849 | | | | |

**1. Current Placement**

| Name of Placement<br>City House | Facility Number<br>200184 | LOC or Foster Care Daily Rate<br>4 |
|---|---|---|
| Address (Street, City, State, Zip)<br>902 E 16TH ST , PLANO, Texas 75074-5810 | | Date Placed in Facility<br>1/14/1997 |

**2. Deprivation of Parental Support - Address the conditions that apply now to the home from which the child was removed.**

| | | |
|---|---|---|
| PARENTS | Is either parent receiving disability benefits?  If yes, describe.<br>Yes    No           _____ | |
| LIVING TOGETHER | Is the primary wage-earner unemployed (AFDC-UP)?<br>Yes    No | If the parents are not married, has the man's paternity been established?<br>Yes    No |
| PARENTS NOT LIVING TOGETHER | Check one:<br>Never Married     Separation     Divorce<br>Desertion     Incarceration     Death | |
| CHILD REMOVED FROM A RELATIVE | Name of Relative<br>_____ | Relationship to Child<br>_____ |
| PARENTAL RIGHTS TERMINATED | Date of Termination<br>_____ | |

**Comments:**

**3. Child's Currently Effective Income(s) and Resource(s)**

**Income**

| Income Type | Amount | Verfication Method | Source |
|---|---|---|---|
| 0.00 | | | |

**Income Not Listed Above**

| Income Type | Amount | Verification Method | Source |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**Resources**

542

Case
Name:
Soliz,Donna S

Case #:  **17020998**

Child's Name:  **Mark A Soliz**          DOB:  **1/27/1982**

## FOSTER CARE ASSISTANCE
## REVIEW

| Resource Type | Amount | Verfication Method | Accessibility |
|---|---|---|---|
| | 0.00 | | |

### Resources Not Listed Above

| Resource Type | Amount | Verification Method | Accessibility |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**4. Resources - Does the child have more than $1000 equity in property and resources?  Yes  No**

**5.  Alien Status - If the child is a U.S. citizen, skip this item.**

Is the child's temporary-residence status still in effect?):................................................ Yes  No

If yes, when does it expire?

If yes, complete the following:        Effective Date    INS No.
                                          ——          ——

If no, has the child been granted permanent residency?          Yes  No

**6.  Address for Form 3087 (Medicaid I.D. Card) - if form 3087 is to be sent to someone other than the child's caregiver, specify who:**

Name

Medicaid Card Address

**7.  Extended Education - If the child is under 17, skip this item.**

| Will the child finish high school or a complete a vocational or technical training program before turning 19?  Yes  No | Will the child finish high school before turning 20?  Yes  No | Planned Date of Completion —— |
|---|---|---|

Attach a copy of the most recent court orders to this review
unless the court has not issued any orders since the last review).

Signature - Child's Worker          ——    Date

543

Case Name: Soliz,Donna S

**Case #:   17020998**

Child's Name:   Mark A Soliz          DOB:   1/27/1982

## FOSTER CARE ASSISTANCE
## REVIEW

| Race White (Hispanic) | Sex M | Medicaid No. | SSN |
|---|---|---|---|

If no SSN, date applied for:

| Worker's Name Laura A Flores | Worker's BJN 03163C03 | Mail Code 0122 | Telephone No. (817) 590-9508 | Extension 255 |
|---|---|---|---|---|
| Worker's Address (Street, City, State, Zip) 401 W. SANFORD STE 2040 , ARLINGTON, TX 76011-7087 | | | | |

### 1. Current Placement

| Name of Placement Harris County Juvenile Prob. | Facility Number 0 | LOC or Foster Care Daily Rate 5 |
|---|---|---|
| Address (Street, City, State, Zip) 1401 WARREN DR , MARSHALL, Texas 75672-5893 | | Date Placed in Facility 11/28/1997 |

### 2. Deprivation of Parental Support - Address the conditions that apply now to the home from which the child was removed.

| PARENTS LIVING TOGETHER | Is either parent receiving disability benefits? If yes, describe. Yes    No |  |
|---|---|---|
| | Is the primary wage-earner unemployed (AFDC-UP)? Yes    No | If the parents are not married, has the man's paternity been established? Yes    No |

| PARENTS NOT LIVING TOGETHER | Check one: Never Married    Separation    Divorce  Desertion    Incarceration    Death |
|---|---|

| CHILD REMOVED FROM A RELATIVE | Name of Relative | Relationship to Child |
|---|---|---|

PARENTAL RIGHTS TERMINATED          Date of Termination

**Comments:**

### 3. Child's Currently Effective Income(s) and Resource(s)

**Income**

| Income Type | Amount | Verification Method | Source |
|---|---|---|---|
| 0.00 | | | |

**Income Not Listed Above**

| Income Type | Amount | Verification Method | Source |
|---|---|---|---|

**Resources**

| Resource Type | Amount | Verification Method | Accessibility |
|---|---|---|---|

544

Case
Name:
Soliz,Donna S

Case #: 17020998

Child's Name:  Mark A Soliz          DOB:  1/27/1982

## FOSTER CARE ASSISTANCE
## REVIEW

| | 0.00 | | |
|---|---|---|---|

**Resources Not Listed Above**

| Resource Type | Amount | Verification Method | Accessibility |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

4. **Resources - Does the child have more than $1000 equity in property and resources?  Yes  No**

5. **Alien Status - If the child is a U.S. citizen, skip this item.**

Is the child's temporary-residence status still in effect?):..............................................  Yes  No

If yes, when does it expire?

| | Effective Date | INS No. |

If yes, complete the following:    ——        ——

If no, has the child been granted permanent residency?                    Yes   No

6. **Address for Form 3087 (Medicaid I.D. Card) - if form 3087 is to be sent to someone other than the child's caregiver, specify who:**

Name

Medicaid Card Address

7. **Extended Education - If the child is under 17, skip this item.**

| Will the child finish high school or a complete a vocational or technical training program before turning 19?  Yes  No | Will the child finish high school before turning 20?  Yes  No | Planned Date of Completion ——— |
|---|---|---|

Attach a copy of the most recent court orders to this review
 unless the court has not issued any orders since the last review).

——        Signature - Child's Worker        ———     Date

545

| Case | Soliz,Donna S |
|------|---------------|
| Case #: | 17020998 |
| Child's Name: | Mark A Soliz | DOB: | 1/27/1982 |

## FOSTER CARE ASSISTANCE
### REVIEW

| Race White (Hispanic) | Sex M | Medicaid No. | SSN |
|---|---|---|---|

If no SSN, date applied for: _____

| Worker's Name Laura A Flores | Worker's BJN C0001254 | Mail Code 0122 | Telephone No. (817) 274-7301 | Extension |
|---|---|---|---|---|
| Worker's Address (Street, City, State, Zip) 401 W. SANFORD STE 204 , ARLINGTON, TX 76011-7087 | | | | |

### 1. Current Placement

| Name of Placement Contreras Therapeutic Fg Home | Facility Number 200775 | LOC or Foster Care Daily Rate 4 |
|---|---|---|
| Address (Street, City, State, Zip) 302 MISTLETOE LN , KEENE, Texas 76059-2018 | | Date Placed in Facility 9/17/1998 |

### 2. Deprivation of Parental Support - Address the conditions that apply now to the home from which the child was removed.

| PARENTS LIVING TOGETHER | Is either parent receiving disability benefits?  If yes, describe. Yes   No   _____ |
|---|---|
| | If the parents are not married, has the man's paternity been established? Yes   No |

| PARENTS NOT LIVING TOGETHER | Check one: Never Married      Separation      Divorce Desertion      Incarceration      Death |
|---|---|

| CHILD REMOVED FROM A RELATIVE | Name of Relative _____ | Relationship to Child |
|---|---|---|

PARENTAL RIGHTS TERMINATED      Date of Termination _____

**Comments:**

### 3. Child's Currently Effective Income(s) and Resource(s)

**Income**

| Income Type | Amount | Verification Method | Source |
|---|---|---|---|
| | 0.00 | | |

**Income Not Listed Above**

| Income Type | Amount | Verification Method | Source |
|---|---|---|---|
| Child Support | $120.00/month | | Eddie Saenz-BFA |

**Resources**

| Resource Type | Amount | Verification Method | Accessibility |
|---|---|---|---|
| | 0.00 | | |

546

| Case    Soliz,Donna S |
| Case #:    17020998 |
| Child's Name:    Mark A Soliz    DOB:    1/27/1982 |

## FOSTER CARE ASSISTANCE
### REVIEW

**Resources Not Listed Above**

| Resource Type | Amount | Verification Method | Accessibility |
|---------------|--------|---------------------|---------------|
|               |        |                     |               |
|               |        |                     |               |
|               |        |                     |               |

4. **Resources** - Does the child have more than $1000 equity in property and resources?  Yes  No

5. **Alien Status** - If the child is a U.S. citizen, skip this item.

Is the child's temporary-residence status still in effect?):................................................. Yes  No

If yes, when does it expire?

|  | Effective Date | INS No. |
|---|---|---|
| If yes, complete the following: | ——— | ——— |

If no, has the child been granted permanent residency?                          Yes  No

6. **Address for Form 3087 (Medicaid I.D. Card)** - if form 3087 is to be sent to someone other than the child's caregiver, specify who:

Name
———

Medicaid Card Address
,

7. **Extended Education** - If the child is under 17, skip this item.

| Will the child finish high school or a complete a vocational or technical training program before turning 19?  Yes No | Will the child finish high school before turning 20?  Yes  No | Planned Date of Completion  06-01-2000 |
|---|---|---|

Attach a copy of the most recent court orders to this review
 unless the court has not issued any orders since the last review).

Signature - Child's Worker                    Date

547

| Case Name: | Soliz,Donna S | |
|---|---|---|
| Case #: | 17020998 | |
| Child's Name: | Soliz,Mark A | DOB: 1/27/1982 |

# PERMANENCY PLANNING
## ADMINISTRATIVE CASE REVIEW

| Unit: 54 | Date of Last PPT: | Date of This PPT Meeting: 11/26/1996 |
|---|---|---|

### FAMILY INFORMATION

I. Identifying Information

A. Principals:

| Name | DOB | Relationship |
|---|---|---|
| Mark A Soliz | 1/27/1982 | Self |
| Donna S Soliz | 10/1/1959 | Other |
| Mike J Ortega | 1/5/1978 | Other |

II. Family Service Plan

A. Date of the Family Service Plan being reviewed for this meeting:
May 5, 1996

B. Extent of Family's compliance with the service plan ( i.e. is the family attending counseling)
Ms. Soliz has made little progress on her service plan.  She was admitted twice to an in-patient drug treatment program, but did not complete either program.  She continues to live an unstable lifestyle.  Mr. Saenz is paying child support, as he agreed to do.

C. Extent of Family's progress with service plan ( i.e. is the family benefiting from counseling.)
She is not progressing at all

D. Why isn't it safe for the child to go home yet?
mom cannot provide a safe environment and his behaviors are very aggressive

Page 1 of 4

| Case Name: | Soliz,Donna S |
|---|---|
| Case #: | 17020998 |
| Child's Name: | Soliz,Mark A |
| DOB: | 1/27/1982 |

# PERMANENCY PLANNING
## ADMINISTRATIVE CASE REVIEW

### CHILD INFORMATION

**I. Current Placement**
Name of Placement*:   BUCKNER BAPTIST CHILDR
Living Arrangement:Basic Child Care
Authorized LOC:     4
Date Placed in Facility: 6/5/1996

(* respect confidentiality of caregiver as necessary)

**A.** Date CVS child initially placed in substitute care

Conservatorship Removal Date: 11-27-95
Conservatorship Removal Reason: Mark was court ordered to placement at Buckner's treatment facility on 2-9-94 after getting involved with JPD.  The plan for Mark had been for him to return to his mother after discharge, but Ms. Soliz made no effort to work towards having Mark returned. On 11-27-96 the court ordered that Mark be placed in custody of the Texas Dept. of Protective and Regulatory Services .

**B.** Date of most recent entry into substitute care if different from above

Conservatorship Removal Date:
Conservatorship Removal Reason:

**C.** Reason for CPS involvement (include risk/safety factors):

Page 2 of 4

Printed: 10/11/2010        TX Dept. of Family and Protective Services

# PERMANENCY PLANNING
## ADMINISTRATIVE CASE REVIEW

At the time Mark was to be discharged from the Buckner program (after being sent there through the JPD system), the case was referred to CPS for investigation. Mark's mother admitted to being a drug addict with an unstable lifestyle and no permanent address. CPS had previously investigated Ms. Soliz several times for not supervising her children properly. Mark's older brother was in jail at the time, and one of the reasons that Mark had gotten in trouble with the law was because he was fending for himself with no responsible adult to supervise him.

**D.** Current type of legal custody

Current Legal Status:   PMC/ Rts Not Term
Legal Status Date:      11/28/1995

**E.** Next Ch.263 review date:

May 1997

**F.** Any other scheduled court hearings?

No

## II. Services to the Child

**A.** Date of Child's Service Plan being reviewed for this meeting:
5-5-96

**B.** Child's Permanency Plan
1.  1. Long-range permanency goal: Family Reunification had been the plan, but it seems like long term care may be a more realistic plan for Mark.

2.  2. Proposed date to achieve permanency (dismiss TDPRS Conservatorship):
The plan and the proposed date are both uncertain at this time.

3.  3. Date that permanent placement is expected to be achieved ( i.e. placement into own home, relative home, or adoptive home):
Uncertain.

**C.** Continued Need for Placement
4.  1. Why is placement appropriate to meet the individual needs of the child? (i.e. What are the services offered by the caregiver, how does this placement maintain sibling r
5.                    relationships, how are child's level of care service needs being addressed, etc.)
He receives safety, structure and consistency

2. Why does the child continue to need out of home placement ( i.e. foster care, relative care, etc.). [example: parents cannot provide a safe environment or child's aggressive behavior is prohibiting an adoptive or relative placement]
Mom cannot provide a safe environment and his behaviors are still very aggressive

3. Extent of compliance with the child's service plan. (i.e. is the child in resource classes)

Page 3 of 4

TX Dept. of Family and Protective Services

| Case Name: | Soliz,Donna S |
|---|---|
| Case #: | 17020898 |
| Child's Name: | Soliz,Mark A |
| DOB: | 1/27/1982 |

# PERMANENCY PLANNING
## ADMINISTRATIVE CASE REVIEW

He is full residential treatment services.

4. Extent of progress on the child's service plan ( i.e. are the resource classes benefiting the child)
He still has aggressive behaviors and has other behavior problems

5. Are there any additional recommendations to help achieve the child's permanency goal?
SSI benefits will be applied for.

## III. Conclusion

A. Other Comments:
He will be going to a friend of the family's for Thanksgiving.  He is not on any meds.

B. Long Term Care in Adulthood (only for youth who are 16 or older and have special characteristics such as physical or mental disabilities.):

Is it a possibility this youth will need a guardian as an adult?      Yes _____  No _____

If No, disregard the following question:

Are there any relatives who might be willing to assume guardianship?      Yes _____  No _____

NOTE: Referral to APS must be made before the child's 17th birthday if there is no one who will assume guardianship.

Third Party Convener    Barney Hisanaga _____    Date for next PPT:   2/97

Page 4 of 4

Printed: 10/11/2010                TX Dept. of Family and Protective Services

| Case Name: | Soliz, Donna S |
|---|---|
| Case #: | 17020098 |
| Child's Name: | Mark A Soliz |
| DOB: | 1/27/1982 |

# PERMANENCY PLANNING
## ADMINISTRATIVE CASE REVIEW

| Unit: 54 | Date of Last PPT: 11/26/1996 | Date of This PPT Meeting: 2/11/1997 |
|---|---|---|

## FAMILY INFORMATION

### I. Identifying Information

**A. Principals:**

| Name | DOB | Relationship |
|---|---|---|
| Mark A Soliz | 1/27/1982 | Self |
| Donna S Soliz | 10/1/1959 | Other |
| Mike J Ortega | 1/5/1978 | Other |

### II. Family Service Plan

**A.** Date of the Family Service Plan being reviewed for this meeting:
November   1996

**B.** Extent of Family's compliance with the service plan ( i.e. is the family attending counseling)
Ms. Soliz has made little progress on her service plan.  She was admitted on two occasions to an in-patient drug treatment program.  Both times she failed to compete the program.  She has not been attending a twelve step program, and she continues to live an unstable lifestyle.

**C.** Extent of Family's progress with service plan ( i.e. is the family benefiting from counseling.)
She is not progressing very much

**D.** Why isn't it safe for the child to go home yet?
Mom cannot provide a safe environment and Mark's aggressive behaviors.

Page 1 of 4

552

| Case Name: | Soliz,Donna S |
|---|---|
| Case #: | 17020909 |
| Child's Name: | Mark A Soliz |
| DOB: | 1/27/1982 |

# PERMANENCY PLANNING
## ADMINISTRATIVE CASE REVIEW

## CHILD INFORMATION

### I. Current Placement

Name of Placement*:   Dallas County Juvenile Detention Center
Living Arrangement:
Authorized LOC:   5
Date Placed in Facility:        02-03-97

(* respect confidentiality of caregiver as necessary)

**A.** Date CVS child initially placed in substitute care

Conservatorship Removal Date:
Conservatorship
Removal Reason:

**B.** Date of most recent entry into substitute care if different from above

Conservatorship Removal Date:     11-27-95
Conservatorship         Mark was court ordered to placement at Buckner's treatment facility on
Removal Reason:         2-9-94 after getting involved with JPD.  The plan for Mark had been to
                        return him to his mother.  However, Ms. Soliz did not work with JPD or
                        Buckners, and the court was not comfortable discharging Mark to his
                        mother's care.  On 11-27-95 the court ordered that Mark be placed in
                        the custody of TDPRS, and he remained in the Buckner program.

**C.** Reason for CPS involvement (include risk/safety factors):

At the time Mark was to be discharged from the Buckner program (after being sent there
through the JPD system), the case was referred to CPS for investigation.  Mark's mother
admitted that she was a drug addict with an unstable lifestyle and no permanent address.
CPS had previously investigated Ms. Soliz several times for not supervising her children
properly.  Mark's older brother was in jail at the time, and one of the reasons that Mark
had gotten in trouble with the law was because he was fending for himself with no
responsible adult to supervise him.

**D.** Current type of legal custody

Current Legal Status:    TMC/ Rts Not Term
Legal Status Date:       11/28/1995

**E.** Next Ch.263 review date:

May  1997

**F.** Any other scheduled court hearings?

Mark's behavior has involved him with the juvenile system in Dallas, Collin and Tarrant
Countys.  A hearing is pending regarding his recent criminal charges, but a date has not

Page 2 of 4

553

# PERMANENCY PLANNING
## ADMINISTRATIVE CASE REVIEW

been set.

## II. Services to the Child

**A.** Date of Child's Service Plan being reviewed for this meeting:
November  1996

**B.** Child's Permanency Plan
1.   1. Long-range permanency goal: Foster Care with Commitment

2.   2. Proposed date to achieve permanency
1.       The plan and the proposed date are uncertain at this time.

1.   3. Date that permanent placement is expected to be achieved ( i.e. placement into own home, relative home, or adoptive home):
Uncertain.

**C.** Continued Need for Placement
1.   1. Why is  placement appropriate to meet the individual  needs of the child? (i.e. What are       the services offered by the caregiver, how does this placement maintain sibling
r
3.       relationships, how are child's level of care service needs being addressed, etc.)
He receives saety, structure and consistency

2. Why does the child continue to need out of home placement ( i.e. foster care, relative care, etc.).  [example: parents cannot provide a safe environment or child's aggressive behavior is prohibiting an adoptive or relative placement]
Mom cannot provide a safe environment and Mark's behaviors are very aggressive

3. Extent of compliance with the child's service plan. (i.e. is the child in resource classes)
He  is in detention in Dallas.

4. Extent of progress on the child's service plan ( i.e. are the resource classes benefiting the child)He visited his family at Thanksgiving and Christmas.  He stole a staff car at Buckner's, stole merchandise at a store and tried to break into a mall.  He stole a knife. The police chased them and he led them on a high speed chase.  He is in detention now and he has charges against him.  He is showing no remorse.

5. Are there any additional recommendations to help achieve the child's permanency goal?
Worker will work on getting his SSI benefits
Worker thinks he would do well at a wilderness camp.
Worker will pursue any possible relative placements and will do a report to the court regarding all that Mark has done.

## III. Conclusion

**A.** Other Comments:
He is not on any meds.

Page 3 of 4

| Case Name: | Soliz,Donna S |
|---|---|
| Case #: | 17020998 |
| Child's Name: | Mark A Soliz |
| DOB: | 1/27/1982 |

# PERMANENCY PLANNING
## ADMINISTRATIVE CASE REVIEW

**B.** <u>Long Term Care in Adulthood</u> *(only for youth who are 16 or older and have special characteristics such as physical or mental disabilities.)*:

Is it a possibility this youth will need a guardian as an adult?     Yes  _____  No  _____

If No, disregard the following question:

    Are there any relatives who might be willing to
assume guardianship?                                    Yes  _____  No  _____

    NOTE: Referral to APS must be made before the child's 17th birthday if there is no one who will assume guardianship.

Third Party Convener   <u>Barney Hisanaga</u>            Date for next PPT:   5/97

Page 4 of 4

555

| Case Name: | Soliz,Donna S |
|---|---|
| Case #: | 17020998 |
| Child's Name: | Mark A Soliz |
| DOB: | 1/27/1982 |

# PERMANENCY PLANNING
## ADMINISTRATIVE CASE REVIEW

| Unit: 54 | Date of Last PPT: 2/11/1997 | Date of This PPT Meeting: 5/13/1997 |
|---|---|---|

## FAMILY INFORMATION

### I. Identifying Information

**A. Principals:**

| Name | DOB | Relationship |
|---|---|---|
| Mark A Soliz | 1/27/1982 | Self |
| Donna S Soliz | 10/1/1959 | Other |
| Mike J Ortega | 1/5/1978 | Other |

### II. Family Service Plan

**A.** Date of the Family Service Plan being reviewed for this meeting:
5-5-97

**B.** Extent of Family's compliance with the service plan ( i.e. is the family attending counseling)
Mother is not in compliance.

**C.** Extent of Family's progress with service plan ( i.e. is the family benefiting from counseling.)
Mother is not progressing since there is no compliance.

**D.** Why isn't it safe for the child to go home yet?
Mother cannot provide a safe environment.

Page 1 of 4

Printed: 10/11/2010                TX Dept. of Family and Protective Services

# PERMANENCY PLANNING
## ADMINISTRATIVE CASE REVIEW

### CHILD INFORMATION

**I. Current Placement**
Name of Placement*:   Azleway Boys Ranch Inc
Living Arrangement:   Residential Treat
Authorized LOC:
Date Placed in Facility: 3/21/1997

(* respect confidentiality of caregiver as necessary)

**A.** Date CVS child initially placed in substitute care

Conservatorship Removal Date: 11-27-95
Conservatorship Removal Reason:
Mark was court ordered to placement at
Buckners' RTC on 02-09-94 after getting
involved with JPD. The plan was to return
Mark to his Ms. Soliz, however, she made
no effort to have Mark returned to her.
Mark was court ordered to the custody of
TDPRS.

**B.** Date of most recent entry into substitute care if different from above

Conservatorship Removal Date:
Conservatorship
Removal Reason:

**C.** Reason for CPS involvement (include risk/safety factors):

At the time Mark was to be discharged from the Buckner program (after being sent there
through the JPD system), the case was referred to CPS for investigation. Mark's mother
admitted that she was a drug addict with an unstable lifestyle and no permanent address.
CPS had previously investigated Ms. Soliz several times for not supervising her children
properly.  Mark's older brother was in jail at the time, and one of the reasons that Mark
had gotten in trouble with the law was because he was fending for himself with no
responsible adult to supervise him.

**D.** Current type of legal custody

Current Legal Status:   TMC/ Rts Not Term
Legal Status Date:   11/28/1995

**E.** Next Ch.263 review date:

May 29,1997

Page 2 of 4

Case Name:   Soliz, Donna S
Case #:   17020998
Child's
Name:   Mark A Soliz

# PERMANENCY PLANNING
# ADMINISTRATIVE CASE REVIEW

    F. Any other scheduled court hearings?

      No

## II. Services to the Child

    A. Date of Child's Service Plan being reviewed for this meeting:
      5-5-97

    B. Child's Permanency Plan
    1.  1. Long-range permanency goal: Foster Care with Commitment

    2.  2. Proposed date to achieve permanency (dismiss TDPRS Conservatorship): 3/1/1998

    1.  3. Date that permanent placement is expected to be achieved ( i.e. placement into own home, relative home, or adoptive home):
        six months

    C. Continued Need for Placement
    1.  1. Why is placement appropriate to meet the individual needs of the child? (i.e. What are the services offered by the caregiver, how does this placement maintain sibling
    3.      relationships, how are child's level of care service needs being addressed, etc.)
        He receives safety, structure and consistency.

      2. Why does the child continue to need out of home placement ( i.e. foster care, relative care, etc.). [example: parents cannot provide a safe environment or child's aggressive behavior is prohibiting an adoptive or relative placement]
        Mother cannot provide a safe environment.

      3. Extent of compliance with the child's service plan. (i.e. is the child in resource classes)
        He receives residential treatment services.

      4. Extent of progress on the child's service plan ( i.e. are the resource classes benefiting the child)
        He is doing well in his placement. He has not ranaway since the week after he moved in to Alzeway.

      5. Are there any additional recommendations to help achieve the child's permanency goal?
        No

## III. Conclusion

    A. Other Comments:
      He is not on meds.

    B. Long Term Care in Adulthood (only for youth who are 16 or older and have special

TX Dept. of Family and Protective Services

| Case Name: | Soliz,Donna S |
| Case #: | 17020998 |
| Child's Name: | Mark A Soliz |

DOB: 1/27/1982

# PERMANENCY PLANNING
## ADMINISTRATIVE CASE REVIEW

*characteristics such as physical or mental disabilities.)*:

Is it a possibility this youth will need a guardian as an adult?     Yes _____   No _____

If No, disregard the following question:

Are there any relatives who might be willing to
assume guardianship?                                        Yes _____   No _____

NOTE: Referral to APS must be made before the child's 17th birthday if there is no one
who will assume guardianship.

Third Party Convener    Barney Hisanaga_____    Date for next PPT:   8/97

Printed: 10/11/2010                     TX Dept. of Family and Protective Services

| Case Name: | Soliz, Donna S |
|---|---|
| Case #: | 17020998 |
| Child's Name: | Mark A Soliz |
| DOB: | 1/27/1982 |

# PERMANENCY PLANNING
## ADMINISTRATIVE CASE REVIEW

| Unit: 54 | Date of Last PPT: 5/13/1997 | Date of This PPT Meeting: 8/19/1997 |
|---|---|---|

## FAMILY INFORMATION

### I. Identifying Information

#### A. Principals:

| Name | DOB | Relationship |
|---|---|---|
| Mark A Soliz | 1/27/1982 | Self |
| Donna S Soliz | 10/1/1959 | Other |
| Mike J Ortega | 1/5/1978 | Other |

### II. Family Service Plan

**A.** Date of the Family Service Plan being reviewed for this meeting:

**B.** Extent of Family's compliance with the service plan ( i.e. is the family attending counseling)
   Mother is not working on her service plans.

**C.** Extent of Family's progress with service plan ( i.e. is the family benefiting from counseling.)
   Mother is not progressing in her plan.

**D.** Why isn't it safe for the child to go home yet?
   Mother cannot provide a safe environment.

Page 1 of 4

Printed: 10/11/2010          TX Dept. of Family and Protective Services

# PERMANENCY PLANNING
## ADMINISTRATIVE CASE REVIEW

## CHILD INFORMATION

### I. Current Placement

Name of Placement*:   Azleway Boys Ranch Inc
Living Arrangement:   Residential Treat
Authorized LOC:   5
Date Placed in Facility: 3/21/1997

(* respect confidentiality of caregiver as necessary)

**A.** Date CVS child initially placed in substitute care

Conservatorship Removal Date:       11-27-95
Conservatorship       RAPR
Removal Reason:

**B.** Date of most recent entry into substitute care if different from above

Conservatorship Removal Date:
Conservatorship
Removal Reason:

**C.** Reason for CPS involvement (include risk/safety factors):

At the time Mark was to be discharged from the Buckner program (after being sent there through the JPD system), the case was referred to CPS for investigation. Mark's mother admitted that she was a drug addict with an unstable lifestyle and no permanent address. CPS had previously investigated Ms. Soliz several times for not supervising her children properly. Mark's older brother was in jail at the time, and one of the reasons that Mark had gotten in trouble with the law was because he was fending for himself with no responsible adult to supervise him.

**D.** Current type of legal custody

Current Legal Status:   TMC
Legal Status Date:   11/28/1995

**E.** Next Ch.263 review date:

September 23,1997

**F.** Any other scheduled court hearings?

### II. Services to the Child

**A.** Date of Child's Service Plan being reviewed for this meeting:

Page 2 of 4

TX Dept. of Family and Protective Services

Printed: 10/11/2010

| Case Name: | Soliz,Donna S |
|---|---|
| Case #: | 17020998 |
| Child's Name: | Mark A Soliz |
| DOB: | 1/27/1982 |

# PERMANENCY PLANNING
## ADMINISTRATIVE CASE REVIEW

**B.** Child's Permanency Plan

1.   1. Long-range permanency goal: Foster Care with Commitment

2.   2. Proposed date to achieve permanency (dismiss TDPRS Conservatorship): 3/1/1998

1.   3. Date that permanent placement is expected to be achieved ( i.e. placement into own home, relative home, or adoptive home):
      six months

**C.** Continued Need for Placement

1.   1. Why is  placement appropriate to meet the individual  needs of the child? (i.e. What are        the services offered by the caregiver, how does this placement maintain sibling r

3.             relationships, how are child's level of care service needs being addressed, etc.)
      He receives safety, structure and consistency.

2. Why does the child continue to need out of home placement ( i.e. foster care, relative care, etc.).  [example: parents cannot provide a safe environment or child's aggressive behavior is prohibiting an adoptive or relative placement]
      Mother cannot provide a safe environment.

3. Extent of compliance with the child's service plan. (i.e. is the child in resource classes)
      Mark receives residential treatment services.  He is going to on-campus school in the ninth grade.

4. Extent of progress on the child's service plan ( i.e. are the resource classes benefiting the child)
      Mark is doing well in his placement.  He is on probation for steeling a car while he was on runaway status from Alzeway.

5. Are there any additional recommendations to help achieve the child's permanency goal?
      Worker is looking into a sponsor family for him.

# III. Conclusion

**A.** Other Comments:
      He is not on meds.

**B.** Long Term Care in Adulthood (only for youth who are 16 or older and have special characteristics such as physical or mental disabilities.):

Is it a possibility this youth will need a guardian as an adult?    Yes  _____  No  _____

If No, disregard the following question:

Page 3 of 4

562

Case Name:   Soliz,Donna S
Case #:   17020998
Child's   Mark A Soliz
Name:

# PERMANENCY PLANNING
## ADMINISTRATIVE CASE REVIEW

Are there any relatives who might be willing to
assume guardianship?                                      Yes _____ No _____

NOTE: Referral to APS must be made before the child's 17th birthday if there is no one
who will assume guardianship.

Third Party Convener   Barney Hisanaga _____   Date for next PPT:   11/97

Printed: 10/11/2010              TX Dept. of Family and Protective Services

Case Name:   Soliz, Donna S
Case #:   17020998
Child's
Name:   Mark A Soliz

# PERMANENCY PLANNING
## ADMINISTRATIVE CASE REVIEW

| Unit: 54 | Date of Last PPT: 8/19/1997 | Date of This PPT Meeting: 11/25/1997 |
|---|---|---|

## FAMILY INFORMATION

### I. Identifying Information

#### A. Principals:

| Name | DOB | Relationship |
|---|---|---|
| Mark A Soliz | 1/27/1982 | Self |
| Donna S Soliz | 10/1/1959 | Other |
| Mike J Ortega | 1/5/1978 | Other |

### II. Family Service Plan

A. Date of the Family Service Plan being reviewed for this meeting:
   11-97 - On 08-23-97 TDPRS was awared PMC/ Rts not Term of Mark

B. Extent of Family's compliance with the service plan ( i.e. is the family attending counseling)
   Ms. Soliz is not compliant and has made no progress on her service plan.

C. Extent of Family's progress with service plan ( i.e. is the family benefiting from counseling.)
   Ms. Soliz has made no progress on her service plan.

D. Why isn't it safe for the child to go home yet?
   Ms. Soliz has no home address and cannot provide a secure enviroment for Mark.

Page 1 of 4

# PERMANENCY PLANNING
## ADMINISTRATIVE CASE REVIEW

## CHILD INFORMATION

### I. Current Placement

Name of Placement*:   Choices
Living Arrangement:   Substance Abuse Treatment Center
Authorized LOC:   5
Date Placed in Facility: 10/27/1997

(* respect confidentiality of caregiver as necessary)

**A.** Date CVS child initially placed in substitute care

Conservatorship Removal Date: 11-27-95
Conservatorship Removal Reason: Mark
was court ordered to placement at
Buckner's RTC on 02-09-94 after getting
involved with JPD.  The plan had been to
return Mark to Ms. Soliz after discharge
but Ms. Soliz made no effort to have him
returned to her.  TDPRS was awarded
custody of Mark.

**B.** Date of most recent entry into substitute care if different from above

Conservatorship Removal Date:
Conservatorship
Removal Reason:

**C.** Reason for CPS involvement (include risk/safety factors):

At the time Mark was to be discharged from the Buckner program (after being sent there
through the JPD system), the case was referred to CPS for investigation.  Mark's mother
admitted that she was a drug addict with an unstable lifestyle and no permanent address.
CPS had previously investigated Ms. Soliz several times for not supervising her children
properly.  Mark's older brother was in jail at the time, and one of the reasons that Mark
had gotten in trouble with the law was because he was fending for himself with no
responsible adult to supervise him.

**D.** Current type of legal custody

Current Legal Status:   PMC/ Rts Not Term
Legal Status Date:   9/23/1997

**E.** Next Ch.263 review date:

March 17, 1998

Page 2 of 4

Printed: 10/11/2010          TX Dept. of Family and Protective Services

# PERMANENCY PLANNING
## ADMINISTRATIVE CASE REVIEW

F.  Any other scheduled court hearings?

No

## II. Services to the Child

A.  Date of Child's Service Plan being reviewed for this meeting:
10-10-97

B.  Child's Permanency Plan
1.  1.  Long-range permanency goal: Foster Care with Commitment

2.  2.  Proposed date to achieve permanency (dismiss TDPRS Conservatorship): 9/1/1998

1.  3.  Date that permanent placement is expected to be achieved ( i.e. placement into own home, relative home, or adoptive home):  12 months

C.  Continued Need for Placement
1.  1.  Why is  placement appropriate to meet the individual  needs of the child? (i.e. What are     the services offered by the caregiver, how does this placement maintain sibling r
3.           relationships, how are child's level of care service needs being addressed, etc.)
This placement is appropriate because it provides Substance Abuse Treatment as well as stability, close supervision, and positive role models.

2.  Why does the child continue to need out of home placement ( i.e. foster care, relative care, etc.). [example: parents cannot provide a safe environment or child's aggressive behavior is prohibiting an adoptive or relative placement]
CPS has PMC

3.  Extent of compliance with the child's service plan. (i.e. is the child in resource classes)
He is receiving residential treatment center services.

4.  Extent of progress on the child's service plan ( i.e. are the resource classes benefiting the child)
He is doing well in his current placement.

5.  Are there any additional recommendations to help achieve the child's permanency goal?
No

## III. Conclusion

A.  Other Comments:
He is not on meds.

B.  Long Term Care in Adulthood (only for youth who are 16 or older and have special

Page 3 of 4

Printed: 10/11/2010       TX Dept. of Family and Protective Services

Case Name:   **Soliz, Donna S**
Case #:   **17020998**
Child's
Name:   **Mark A Soliz**

# PERMANENCY PLANNING
## ADMINISTRATIVE CASE REVIEW

*characteristics such as physical or mental disabilities.):*

Is it a possibility this youth will need a guardian as an adult?     Yes  _____   No  _____

If No, disregard the following question:

> Are there any relatives who might be willing to
> assume guardianship?                                    Yes  _____   No  _____

> NOTE: Referral to APS must be made before the child's 17th birthday if there is no one
> who will assume guardianship.

Third Party Convener   ___Jo Anne Coe_____     Date for next PPT:   2/98

Page 4 of 4

TX Dept. of Family and Protective Services

Printed: 10/11/2010

# PERMANENCY PLANNING
## ADMINISTRATIVE CASE REVIEW

| Unit: 63 | Date of Last PPT: 11/25/1997 | Date of This PPT Meeting: 2/5/1998 |
|---|---|---|

## FAMILY INFORMATION

### I. Identifying Information

**A. Principals:**

| Name | DOB | Relationship |
|---|---|---|
| Mark A Soliz | 1/27/1982 | Self |
| Donna S Soliz | 10/1/1959 | Other |
| Mike J Ortega | 1/5/1978 | Other |

### II. Family Service Plan

**A.** <u>Date of the Family Service Plan being reviewed for this meeting:</u>
PMC without termination.

**B.** <u>Extent of  Family's compliance with the service plan ( i.e. is the family attending counseling)</u>
PMC without termination.

**C.** <u>Extent of Family's progress with service plan ( i.e. is the family benefiting from counseling.)</u>
PMC without termination.

**D.** <u>Why isn't it safe for the child to go home yet?</u>
PMC without termination.

Page 1

Case Name:   Soliz,Donna S
Case #:

568

# PERMANENCY PLANNING
## ADMINISTRATIVE CASE REVIEW

### CHILD INFORMATION

**I. Current Placement**
Name of Placement*:  Desert Hills  Rtc
Living Arrangement:Residential Treat
Authorized LOC:        5
Date Placed in Facility: 12/5/1997

(* respect confidentiality of caregiver as necessary)

**A.**  Date CVS child initially placed in substitute care

Conservatorship Removal Date: 11-27-95
Conservatorship Removal Reason:  Mark
was court ordered to  placement at
Buckner's RTC and was to be returned to
Ms. Soliz at time of discharge. Ms. Soliz
made no effort to have Mark returned to her
and TDPRS was awarded TMC of Mark.

**B.**  Date of most recent entry into substitute care if different from above

Conservatorship Removal Date:
Conservatorship
Removal Reason:

**C.**  Reason for CPS involvement (include risk/safety factors):

At the time Mark was to be discharged from the Buckner program (after being sent there
through the JPD system), the case was referred to CPS for investigation.  Mark's mother
admitted that she was a drug addict with an unstable lifestyle and no permanent address.
CPS had previously investigated Ms. Soliz several times for not supervising her children
properly.  Mark's older brother was in jail at the time, and one of the reasons that Mark
had gotten in trouble with the law was because he was fending for himself with no
responsible adult to supervise him.

**D.**  Current type of legal custody

Current Legal Status:    PMC/ Rts Not Term
Legal Status Date:        9/23/1997

**E.**  Next Ch.263 review date:

March 17,1998

**F.**  Any other scheduled court hearings?

No

Case Name:    Soliz,Donna S
Case #:

569

# PERMANENCY PLANNING
## ADMINISTRATIVE CASE REVIEW

### II. Services to the Child

**A.** Date of Child's Service Plan being reviewed for this meeting:
01-22-98

**B.** Child's Permanency Plan
1. 1. Long-range permanency goal: Foster Care with Commitment

2. 2. Proposed date to achieve permanency (dismiss TDPRS Conservatorship): 9/1/1998

1. 3. Date that permanent placement is expected to be achieved ( i.e. placement into own home, relative home, or adoptive home):
    One more year

**C.** Continued Need for Placement
1. 1. Why is  placement appropriate to meet the individual  needs of the child? (i.e. What are the services offered by the caregiver, how does this placement maintain sibling r
3.              relationships, how are child's level of care service needs being addressed, etc.)
        This placement is appropriate because it meets Mark's needs by providing counseling, drug education, academic education, and recreational activities in a therapeutic setting.

    2. Why does the child continue to need out of home placement ( i.e. foster care, relative care, etc.). [example: parents cannot provide a safe environment or child's aggressive behavior is prohibiting an adoptive or relative placement]
        Mark continues to require placement because on 9-23-97 TDPRS was appointed PMC.

    3. Extent of compliance with the child's service plan. (i.e. is the child in resource classes)
        He runaway form Choices two weeks into the program and was trying to steel a car.
                        He was in several detention placements before he went to his current RTC Placement.

    4. Extent of progress on the child's service plan ( i.e. are the resource classes benefiting the child)
        He is now doing well in school and his behavior is improving.

    5. Are there any additional recommendations to help achieve the child's permanency goal?
        He needs to be enrolled in the PAL Program.

### III. Conclusion

**A.** Other Comments:
He is on Zoloft.

Page 3

| Case Name: | Soliz,Donna S |
|---|---|
| Case #: | 17020998 |
| Child's Name: | Mark A Soliz |
| DOB: | 1/27/1982 |

# PERMANENCY PLANNING
## ADMINISTRATIVE CASE REVIEW

**B.** Long Term Care in Adulthood (only for youth who are 16 or older and have special characteristics such as physical or mental disabilities.):

Is it a possibility this youth will need a guardian as an adult?     Yes  _____   No  _____

If No, disregard the following question:

  Are there any relatives who might be willing to
  assume guardianship?                                             Yes  _____   No  _____

  NOTE: Referral to APS must be made before the child's 17th birthday if there is no one
  who will assume guardianship.

Third Party Convener   ___Barney Hisanaga  LMSW-ACP___   Date for next PPT:   7/98

---

Page 4

| Case Name: | Soliz,Donna S |
|---|---|
| Case #: | |

571

| Case Name: | Soliz,Donna S |
|---|---|
| Case #: | 17020998 |
| Child's Name: | Mark A Soliz |
| DOB: | 1/27/1982 |

# PERMANENCY PLANNING
## ADMINISTRATIVE CASE REVIEW

| Unit: 63 | Date of Last PPT: 2/5/1998 | Date of This PPT Meeting: 7/28/1998 |
|---|---|---|

## FAMILY INFORMATION

### I. Identifying Information

A. Principals:

| Name | DOB | Relationship |
|---|---|---|
| Mark A Soliz | 1/27/1982 | Self |
| Donna S Soliz | 10/1/1959 | Parent (Birth) |
| Mike J Ortega | 1/5/1978 | Sibling |

### II. Family Service Plan

A. <u>Date of the Family Service Plan being reviewed for this meeting</u>:
   N/A

B. <u>Extent of Family's compliance with the service plan ( i.e. is the family attending counseling)</u>
   N/A

C. <u>Extent of Family's progress with service plan ( i.e. is the family benefiting from counseling.)</u>
   N/A

D. <u>Why isn't it safe for the child to go home yet?</u>
   N/A - PRS was granted PMC of the child in 09-97

Page 1 of 6

Printed: 10/11/2010          TX Dept. of Family and Protective Services

# PERMANENCY PLANNING
# ADMINISTRATIVE CASE REVIEW

## CHILD INFORMATION

**I. Current Placement**
Name of Placement*:  Desert Hills  Rtc
Living Arrangement:  Residential Treat
Authorized LOC:      5
Date Placed in Facility: 12/5/1997

(* respect confidentiality of caregiver as necessary)

**A.** Date CVS child initially placed in substitute care

Conservatorship Removal Date: 11-27-95
Conservatorship Removal
Reason:  Mark was court ordered
to placement at Buckner
Children's Home  on 02-09-94
after getting involved with JPD.
The plan had been to return him
home to his mother after
discharge, but Ms. Soliz made no
effort to work towards having Mark
returned. Ms. Soliz admitted to
being a drug addict with an
unstable lifestyle and no
permanent address.  On 11-27-95
the court ordered that Mark be
placed in custody of TDPRS.

**B.** Date of most recent entry into substitute care if different from above

Conservatorship Removal Date:  N/A
Conservatorship Removal
Reason:  N/A

**C.** Reason for CPS involvement (include risk/safety factors):

At the time Mark was to be discharged from the Buckner program (after being sent
there through the JPD system), the case was referred to CPS for investigation.
Mark's mother admitted that she was a drug addict with an unstable lifestyle and
no permanent address.  CPS had previously investigated Ms. Soliz several times
for not supervising her children properly.  Mark's older brother was in jail at the
time, and one of the reasons that Mark had gotten in trouble with the law was
because he was fending for himself with no responsible adult to supervise him.

**D.** Current type of legal custody

Page 2 of 6

573

| Case Name: | Soliz, Donna S |
|---|---|
| Case #: | 17020998 |
| Child's Name: | Mark A Soliz |
| DOB: | 1/27/1982 |

# PERMANENCY PLANNING
## ADMINISTRATIVE CASE REVIEW

Current Legal Status:   PMC/ Rts Not Term
Legal Status Date:       9/23/1997

**E.** Next Ch.263 review date:

September 1998

**F.** Any other scheduled court hearings?

June 16, 1998 -Order to change payee for child support

## II. Services to the Child

**A.** Date of Child's Service Plan being reviewed for this meeting:
07-06-98

**B.** Child's Permanency Plan
1.   1. Long-range permanency goal: Independent Living

2.   2. Proposed date to achieve permanency (dismiss TDPRS Conservatorship):
1/27/2000

3.   3. Date that permanent placement is expected to be achieved ( i.e. placement
into own home, relative home, or adoptive home)  N/A- OV is expected to age
out of placement

**C.** Continued Need for Placement
4.   1. Why is  placement appropriate to meet the individual  needs of the child? (i.e.
What are the services offered by the caregiver, how does this placement
maintain sibling relationships, how are child's level of care service needs being
addressed, etc.)
1.              Mark has been enrolled in the PAL Program through Texas A & M
University.                          Mark   has taken the Daniel Memorial Institute
Independent Living Assessment                          for Life Skills.  The facility has
been able to meet Mark's basic needs but there             is some question as to
how well the therapeutic aspect of the program is going.                          The facility was
investigated due to Mark being assaulted by a staff member,
who has since been terminated from employment.  Mark has made little
progress in the Desert Hills program and has once again been placed on
medications.  Pending a psychological evaluation another facility presently
would better meet Mark's needs.

Page 3 of 6

574

| Case Name: | Soliz,Donna S |
|---|---|
| Case #: | 47020998 |
| Child's Name: | Mark A Soliz |
| DOB: | 1/27/1982 |

# PERMANENCY PLANNING
## ADMINISTRATIVE CASE REVIEW

2. Why does the child continue to need out of home placement ( i.e. foster care, relative    care, etc.). [example: parents cannot provide a safe environment or child's aggressive behavior is prohibiting an adoptive or relative placement]
Mark continues to require placement because on 09-23-97 TDPRS was appointed PMC. Mark continue to physical display inappropriate behaviors such as aggression and displays poor staff and peer relations.

3. Extent of compliance with the child's service plan. (i.e. is the child in resource classes)
Mark has been enrolled in the PAL program at Desert Hills. Mark academic and recreational needs are being met. The facility is attempting to meet Mark's therapeutic needs through counseling and group sessions.

4. Extent of progress on the child's service plan ( i.e. are the resource classes benefiting the child)
Mark has performed well in school, however, has made minimal progress therapeutically.

5. Are there any additional recommendations to help achieve the child's permanency goal?
Search for an alternative placement.

## III. Conclusion

A. Other Comments:
He is on Adderol and Serzone.

B. Long Term Care in Adulthood (only for youth who are 16 or older and have special characteristics such as physical or mental disabilities.):

Is it a possibility this youth will need a guardian as an adult?   Yes _____ No   X

If No, disregard the following question:

Are there any relatives who might be willing to assume guardianship?           Yes _____ No _____

NOTE: Referral to APS must be made before the child's 17th birthday if there is no one who will assume guardianship.

Third Party Convener   Barney Hisanaga  LMSW-ACP   Date for next PPT:   11/99

Page 4 of 6

575

| Case Name: | Soliz,Donna S |
|---|---|
| Case #: | 17020898 |
| Child's Name: | Mark A Soliz |
| DOB: | 1/27/1982 |

## PERMANENCY PLANNING
## ADMINISTRATIVE CASE REVIEW

Page 5 of 6

576

| Case Name: | Soliz,Donna S |
|---|---|
| Case #: | 47820809 |
| Child's Name: | Mark A Soliz |
| DOB: | 1/27/1982 |

# PERMANENCY PLANNING
## ADMINISTRATIVE CASE REVIEW

| Unit: 54 | Date of Last PPT: 7/28/1998 | Date of This PPT Meeting: 11/17/1998 |
|---|---|---|

## FAMILY INFORMATION

### I. Identifying Information

#### A. Principals:

| Name | DOB | Relationship |
|---|---|---|
| Mark A Soliz | 1/27/1982 | Self |
| Donna S Soliz | 10/1/1959 | Parent (Birth) |
| Mike J Ortega | 1/5/1978 | Sibling |

### II. Family Service Plan

**A.** Date of the Family Service Plan being reviewed for this meeting:
N/A -PMC granted 09-97

**B.** Extent of Family's compliance with the service plan ( i.e. is the family attending counseling)
N/A - PMC granted 09-97

**C.** Extent of Family's progress with service plan ( i.e. is the family benefiting from counseling.)
N/A - PMC granted 09-97

**D.** Why isn't it safe for the child to go home yet?
MO resides in a half-way house.  MO does not have a permanent residence nor employment.

Page 1 of 5

577

# PERMANENCY PLANNING
## ADMINISTRATIVE CASE REVIEW

### CHILD INFORMATION

**I. Current Placement**

Name of Placement*: Therapeutic Fg Home
Living Arrangement: Ind Ther F Grp Home
Authorized LOC: 4
Date Placed in Facility: 9/17/1998

(* respect confidentiality of caregiver as necessary)

**A.** <u>Date CVS child initially placed in substitute care</u>

Conservatorship Removal Date: 11-27-95
Conservatorship Removal Reason:
At the time Mark was to be discharged from the Buckner program (after being sent there through the JPD system), the case was referred to CPS for investigation. Mark's mother admitted that she was a drug addict with an unstable lifestyle and no permanent address. CPS had previously investigated Ms. Soliz several times for not supervising her children properly. Mark's older brother was in jail at the time, and one of the reasons that Mark had gotten in trouble with the law was because he was fending for himself with no responsible adult to supervise him.

**B.** <u>Date of most recent entry into substitute care if different from above</u>

Conservatorship Removal Date:
Conservatorship Removal Reason:

**C.** <u>Reason for CPS involvement (include risk/safety factors):</u>

At the time Mark was to be discharged from the Buckner program (after being sent there through the JPD system), the case was referred to CPS for investigation. Mark's mother admitted that she was a drug addict with an unstable lifestyle and no permanent address. CPS had previously investigated Ms. Soliz several times for not supervising her children properly. Mark's older brother was in jail at the time, and one of the reasons that Mark

Page 2 of 5

Printed: 10/11/2010      TX Dept. of Family and Protective Services

# PERMANENCY PLANNING
## ADMINISTRATIVE CASE REVIEW

had gotten in trouble with the law was because he was fending for himself with no responsible adult to supervise him.

**D.** Current type of legal custody

    Current Legal Status:   PMC/ Rts Not Term
    Legal Status Date:   9/23/1997

**E.** Next Ch.263 review date:

    April 1999

**F.** Any other scheduled court hearings?

    None

## II. Services to the Child

**A.** Date of Child's Service Plan being reviewed for this meeting:
    11-04-98

**B.** Child's Permanency Plan
1.   1. Long-range permanency goal: Independent Living

2.   2. Proposed date to achieve permanency (dismiss TDPRS Conservatorship): 1/27/2000

1.   3. Date that permanent placement is expected to be achieved ( i.e. placement into own home, relative home, or adoptive home): 01-27-00

**C.** Continued Need for Placement
1.   1. Why is placement appropriate to meet the individual needs of the child? (i.e. What are the services offered by the caregiver, how does this placement maintain sibling relationships, how are child's level of care service needs being addressed, etc.)

    This placement meets Mark's need because it is the least restrictive placement for him. Mark reside in a group foster home with 6 other children. Mark is able to experience a home like setting at the Home which assists in transitioning Mark for independent living and returning home. Mark attends public school. Mark is able to have family contact and home visits. Mark also receives individual and group counseling. Mark's behavior is improving and his level of care is dropping.

Page 3 of 5

Case Name:   Soliz, Donna S
Case #:   17020998
Child's
Name:   Mark A Soliz   DOB: 1/27/1982

# PERMANENCY PLANNING
## ADMINISTRATIVE CASE REVIEW

2. Why does the child continue to need out of home placement ( i.e. foster care, relative care, etc.). [example: parents cannot provide a safe environment or child's aggressive behavior is prohibiting an adoptive or relative placement]

Mark continues to need out of the home placement due to Mark continuing need for I individual and group counseling.  Mark also needs to complete the independent living program as well. Mark's mother reside in a half- way house and does not have a permanent address nor employment.

3. Extent of compliance with the child's service plan. (i.e. is the child in resource classes)

Mark is in compliance with his service plan. Mark is attending public school in special education and attending counseling weekly.  Mark has begun having visit with his mother and brother.

4. Extent of progress on the child's service plan ( i.e. are the resource classes benefiting the child)

Mark is making progress on his service plan and is benefiting from the special education classes offered at the high school.  Mark studies for his school work at the local college's library.  He is doing very well in his current placement.

5. Are there any additional recommendations to help achieve the child's permanency goal?

Continue with the PAL program and visit with mother and brother and other family members.

## III. Conclusion

A. Other Comments:
He is on Adderol and Serzone.

B. Long Term Care in Adulthood (only for youth who are 16 or older and have special characteristics such as physical or mental disabilities.):

Is it a possibility this youth will need a guardian as an adult?   Yes   X   No ____

If No, disregard the following question:

Are there any relatives who might be willing to assume guardianship?   Yes   X   No ____

NOTE: Referral to APS must be made before the child's 17th birthday if there is no one who will assume guardianship.

Third Party Convener   Barney Hisanaga  LMSW-ACP   Date for next PPT:  5/99

Page 4 of 5

Printed: 10/11/2010   TX Dept. of Family and Protective Services

| Case Name: | Soliz,Donna S |
|---|---|
| Case #: | 17020998 |
| Child's Name: | Mark A Soliz |
| DOB: | 1/27/1984 |

# PERMANENCY PLANNING
## ADMINISTRATIVE CASE REVIEW

Page 5 of 5

581

| Case Name: | Soliz, Donna S |  |
|---|---|---|
| Case # | 17020999 |  |
| Child's Name: | Mark A Soliz | DOB: 1/27/1982 |

# PERMANENCY PLANNING
# ADMINISTRATIVE CASE REVIEW

| Unit: 54 | Date of Last PPT: 11/17/1998 | Date of This PPT Meeting: 5/27/1999 |
|---|---|---|

## FAMILY INFORMATION

### I. Identifying Information

**A. Principals:**

| Name | DOB | Relationship |
|---|---|---|
| Mark A Soliz | 1/27/1982 | Self |
| Donna S Soliz | 10/1/1959 | Parent (Birth) |
| Mike J Ortega | 1/5/1978 | Sibling |

### II. Family Service Plan

**A.** Date of the Family Service Plan being reviewed for this meeting:
N/A -PMC Granted 09-23-97

**B.** Extent of Family's compliance with the service plan ( i.e. is the family attending counseling)
N/A -PMC Granted 09-23-97

**C.** Extent of Family's progress with service plan ( i.e. is the family benefiting from counseling.)

N/A -PMC Granted 09-23-97

**D.** Why isn't it safe for the child to go home yet?

N/A -PMC Granted 09-23-97

Page 1 of 4

| Case Name: | Soliz,Donna S |
| --- | --- |
| Case #: | 17020998 |
| Child's Name: | Mark A Soliz |
| DOB: | 1/27/1982 |

# PERMANENCY PLANNING
## ADMINISTRATIVE CASE REVIEW

<u>CHILD INFORMATION</u>

I. Current Placement

Name of Placement*:          Therapeutic Fg Home
Living Arrangement:     Ind Ther F Grp Home
Authorized LOC:          3
Date Placed in Facility: 9/17/1998

(* respect confidentiality of caregiver as necessary)

A. <u>Date CVS child initially placed in substitute care</u>

Conservatorship Removal Date: 11-27-95
Conservatorship          ABAN
Removal Reason:

B. <u>Date of most recent entry into substitute care if different from above</u>

Conservatorship Removal Date:
Conservatorship
Removal Reason:

C. <u>Reason for CPS involvement (include risk/safety factors):</u>

At the time Mark was to be discharged from the Buckner program (after being sent there through the JPD system), the case was referred to CPS for investigation. Mark's mother admitted that she was a drug addict with an unstable lifestyle and no permanent address. CPS had previously investigated Ms. Soliz several times for not supervising her children properly. Mark's older brother was in jail at the time, and one of the reasons that Mark had gotten in trouble with the law was because he was fending for himself with no responsible adult to supervise him.

D. Current type of legal custody

Current Legal Status:    PMC/ Rts Not Term
Legal Status Date:       9/23/1997

E. Next Ch.263 review date:

September 1999

F. <u>Any other scheduled court hearings</u>?

N/A

II. Services to the Child

A. <u>Date of Child's Service Plan being reviewed for this meeting</u>:

Page 2 of 4

| Case Name: | Soliz, Donna S |
|---|---|
| Case #: | 17020998 |
| Child's Name: | Mark A Soliz |

DOB: 1/27/1982

# PERMANENCY PLANNING
## ADMINISTRATIVE CASE REVIEW

02-23-99

**B.** Child's Permanency Plan

1.  1. Long-range permanency goal: Independent Living

2.  2. Proposed date to achieve permanency (dismiss TDPRS Conservatorship): 1/27/2000

1.  3. Date that permanent placement is expected to be achieved ( i.e. placement into own home, relative home, or adoptive home):  01-27-00

**C.** Continued Need for Placement

1.  1. Why is  placement appropriate to meet the individual  needs of the child? (i.e. What are        the services offered by the caregiver, how does this placement maintain sibling relationships, how are child's level of care service needs being addressed, etc.)

Mark continues to have some behavior problems and is in alternative education program.  TDPRS was granted PMC of Mark in 09-97.  Mark's mother continues to use drugs and lead an unstable lifestyle. Mark's mother currently has a warrant out for her arrest.

2. Why does the child continue to need out of home placement ( i.e. foster care, relative care, etc.).  [example: parents cannot provide a safe environment or child's aggressive behavior is prohibiting an adoptive or relative placement]

Mark continues to have some behavior problems and is in alternative education program.  TDPRS was granted PMC of Mark in 09-97.  Mark's mother continues to use drugs and lead an unstable lifestyle. Mark's mother currently has a warrant out for her arrest.

3. Extent of compliance with the child's service plan. (i.e. is the child in resource classes)

Mark is compliant with his service plan.  Mark is in resources classes and an alternative education school.  Mark attend and participates in school regularly.

4. Extent of progress on the child's service plan ( i.e. are the resource classes benefiting the child)

Mark is compliant with his service plan.  Mark is in resources classes and an alternative education school.  Mark attend and participates in school regularly.  Mark will turn 18 years old next January 2000 and a GED program should be explored. He is planning to participate in Mini PAL this summer.

5. Are there any additional recommendations to help achieve the child's permanency goal?

Mark will turn 18 years old next January 2000 and a GED program should be explored as well as a driver's education course and post graduation education. He is planning to pursu his education.

**III. Conclusion**

Page 3 of 4

584

| Case Name: | Soliz, Donna S |
|---|---|
| Case #: | 17020998 |
| Child's Name: | Mark A Soliz |
| DOB: | 11/27/1982 |

# PERMANENCY PLANNING
## ADMINISTRATIVE CASE REVIEW

**A.** <u>Other Comments:</u>
During the last review 6 mo. ago he was on Aderoll   Azerone the worker was on vacation.

**B.** <u>Long Term Care in Adulthood</u> *(only for youth who are 16 or older and have special characteristics such as physical or mental disabilities.)*:

Is it a possibility this youth will need a guardian as an adult?   Yes   X   No _____

If No, disregard the following question:

Are there any relatives who might be willing to assume guardianship?   Yes   X   No _____

NOTE: Referral to APS must be made before the child's 17th birthday if there is no one who will assume guardianship.

Third Party Convener   <u>Barney Hisanaga LMSW-ACP</u>   Date for next PPT:   11/99

Page 4 of 4

585

| Case Name: | Soliz, Donna S |  |  |
| Case #: | 17020899 |  |  |
| Child's Name: | Mark A Soliz | DOB: | 1/27/1982 |

# PERMANENCY PLANNING
## ADMINISTRATIVE CASE REVIEW

| Unit: 54 | Date of Last PPT: 5/27/1999 | Date of This PPT Meeting: 11/2/1999 |

## FAMILY INFORMATION

### I. Identifying Information

**A. Principals:**

| Name | DOB | Relationship |
|------|-----|--------------|
| Sharon Rangle | 1/1/1960 | Aunt/Uncle |
| Mark A Soliz | 1/27/1982 | Self |
| Donna S Soliz | 10/1/1959 | Parent (Birth) |
| Mike J Ortega | 1/5/1978 | Sibling |

### II. Family Service Plan

**A.** Date of the Family Service Plan being reviewed for this meeting:
N/A-TDPRS was granted PMC on 09-23-97-Ms. Soliz has not worked on any service plans

**B.** Extent of Family's compliance with the service plan ( i.e. is the family attending counseling)

N/A-TDPRS was granted PMC on 09-23-97-Ms. Soliz has not worked on any service plans

**C.** Extent of Family's progress with service plan ( i.e. is the family benefiting from counseling.)

N/A-TDPRS was granted PMC on 09-23-97-Ms. Soliz has not worked nor made any progress on any service plans

**D.** Why isn't it safe for the child to go home yet?
Ms. Soliz continues to live an unstable lifestyle. Ms. Soliz had been incarcerated due to probation violation and drug use. Ms. Soliz recently was released from jail, however, does not have a stable home to live in nor is she employed.

Page 1 of 4

| Case Name: | Soliz,Donna S |
|---|---|
| Case #: | 17029090 |
| Child's Name: | Mark A Soliz |
| DOB: | 1/27/1982 |

# PERMANENCY PLANNING
## ADMINISTRATIVE CASE REVIEW

## CHILD INFORMATION

### I. Current Placement
Name of Placement*:   N/A- Mark is currently on run away status.  A report to Fort Worth Police has been made regarding Mark being an escapee.
Living Arrangement:   Unauthorized Absence
Authorized LOC:      3
Date Placed in Facility: 9/14/1999

(* respect confidentiality of caregiver as necessary)

**A.** Date CVS child initially placed in substitute care

Conservatorship Removal Date: 11-27-95
Conservatorship Removal Reason: RAPR and ABAN- Mark was placed at Buckners Children's Home via Juvenile. However, upon his release Ms. Soliz' whereabouts were unknown and TDPRS was awarded TMC of Mark

**B.** Date of most recent entry into substitute care if different from above

Conservatorship Removal Date:
Conservatorship Removal Reason:

**C.** Reason for CPS involvement (include risk/safety factors):

At the time Mark was to be discharged from the Buckner program (after being sent there through the JPD system), the case was referred to CPS for investigation.  Mark's mother admitted that she was a drug addict with an unstable lifestyle and no permanent address.  CPS had previously investigated Ms. Soliz several times for not supervising her children properly.  Mark's older brother was in jail at the time, and one of the reasons that Mark had gotten in trouble with the law was because he was fending for himself with no responsible adult to supervise him.

**D.** Current type of legal custody

Page 2 of 4

587

| Case Name: | Soliz,Donna S |
|---|---|
| Case #: | 17028998 |
| Child's Name: | Mark A Soliz |
| DOB: | 1/27/1982 |

# PERMANENCY PLANNING
## ADMINISTRATIVE CASE REVIEW

Current Legal Status:   PMC/ Rts Not Term
Legal Status Date:      9/23/1997

**E.** Next Ch.263 review date:

March 2000

**F.** Any other scheduled court hearings?

No

## II. Services to the Child

**A.** Date of Child's Service Plan being reviewed for this meeting:
10-20-99

**B.** Child's Permanency Plan
1.   1. Long-range permanency goal: Independent Living- Aging Out of Care

2.   2. Proposed date to achieve permanency (dismiss TDPRS Conservatorship): 1/27/2000

1.   3. Date that permanent placement is expected to be achieved ( i.e. placement into own home, relative home, or adoptive home):01-27-00

**C.** Continued Need for Placement
2.   1. Why is  placement appropriate to meet the individual  needs of the child? (i.e. What are        the services offered by the caregiver, how does this placement maintain sibling
r
3.              relationships, how are child's level of care service needs being addressed, etc.)

N/A- Mark is currently on an unauthorized leave.
Mark continues to need placement due to not having completed his
education or               a GED Program.

2. Why does the child continue to need out of home placement ( i.e. foster care, relative care, etc.).  [example: parents cannot provide a safe environment or child's aggressive behavior is prohibiting an adoptive or relative placement]
N/A- Mark is currently on an unauthorized leave.
Mark continues to need placement due to not having
completed his education or                    a GED Program

3. Extent of compliance with the child's service plan. (i.e. is the child in resource classes)

N/A- Mark is currently on an unauthorized leave. Mark has,
however, completed the                    PAL program

4. Extent of progress on the child's service plan ( i.e. are the resource classes benefiting the child)

Page 3 of 4

# PERMANENCY PLANNING
## ADMINISTRATIVE CASE REVIEW

N/A- Mark is currently on an unauthorized leave. Mark has, however, completed the PAL program. He will be 18 in 1/27/2000.

5. Are there any additional recommendations to help achieve the child's permanency goal?

N/A- Mark is currently on an unauthorized leave. Mark has completed the PAL program, however, has not completed his education. Should he return to foster care he will need to be enrolled in a GED Program

## III. Conclusion

A. Other Comments:

B. Long Term Care in Adulthood (only for youth who are 16 or older and have special characteristics such as physical or mental disabilities.):

Is it a possibility this youth will need a guardian as an adult?   Yes _____ No ___X___

If No, disregard the following question:

Are there any relatives who might be willing to assume guardianship?   Yes _____ No _____

NOTE: Referral to APS must be made before the child's 17th birthday if there is no one who will assume guardianship.

Third Party Convener   BarneyHisanaga LMSW_ACP   Date for next PPT:   4/2000

Page 4 of 4

Printed: 10/11/2010        TX Dept. of Family and Protective Services

# Child's Service Plan
## PLACEMENT INFORMATION

**CASE PLAN - PART TWO**

I.  **PLACEMENT**

Date Placed: 2/17/1994                     Emergency Placement: N
Date Parent's Notified:                    Date of Preplacement Visit:

Placement Type: JPC (S.O. use only)
Living Arrangement: Residential Treat
Placing Agency:
Facility Name: BUCKNER BAPTIST CHILDR
Facility Nbr: 23013960
Person Placed With:
Contact Person:

Residence Address: 5200 S BUCKNER BLVD       Telephone: (512) 424-6700
DALLAS, Texas 752272006            Ext:
DALLAS

Address Notes:

Medicaid Addr (if different):
401 W SANFORD ST
ARLINGTON Texas 76011-7087
TARRANT

Other Placement Info:

Dt Removed From This Plcmt: 11/27/1995
Removal Reason: Other
Continued Contact Recommended: Y
Removal Comments:

590

**Child's Service Plan**
**PLACEMENT INFORMATION**

III.      **APPROVAL**
          Approved By:
          Approved Date:

591

## Child's Service Plan
## PLACEMENT INFORMATION

IV.   **DISCUSSIONS AND DOCUMENTATION**

[Date]   **Discussion with the Child**

Describe your discussion with the child about the reasons for this placement. Describe the child's understanding of and response to the placement. If this is the initial placement, describe your discussion of the reasons for the child's removal as well:

[Date]   **Discussion with the Caregiver** - of all information known about the child's social and psychological history and needs, as it relates to the child's care and management.

[Date]   **Medical History and Needs** (or MEDICAL AND DEVELOPMENTAL HISTORY AND PHYSICAL EXAMINATION Form, including immunization records) given to caregiver.

[Date]   **Educational History and Needs** (or EDUCATION LOG) given to caregiver, if appropriate.
N/A? Y

[Date]   **School Records** given to caregiver, if appropriate.
N/A? Y

[Date]   **Child's Service Plan** (updated, if necessary) given to caregiver.

If the caregiver has not been given any of the above documents, explain:

592

# Child's Service Plan
## PLACEMENT INFORMATION

**CASE PLAN - PART TWO**

I.      **PLACEMENT**

|  |  |  |  |
|---|---|---|---|
| Date Placed: | 11/27/1995 | Emergency Placement: | N |
| Date Parent's Notified: |  | Date of Preplacement Visit: |  |

Placement Type: JPC (S.O. use only)
Living Arrangement: Residential Treat
Placing Agency:
Facility Name: BUCKNER BAPTIST CHILDR
Facility Nbr: 23013960
Person Placed With:
Contact Person:

Residence Address: 5200 S BUCKNER BLVD      Telephone: (512) 424-6700
DALLAS, Texas 752272006                                Ext:
DALLAS

Address Notes:

Medicaid Addr (if different):

401 W SANFORD ST
ARLINGTON Texas 76011-7087
TARRANT

Other Placement Info:

Dt Removed From This Plcmt: 6/5/1996
Removal Reason: Other
Continued Contact Recommended:  Y
Removal Comments:

593

Case Name: Soliz, Thomas S
Case #:  17020998
Child's Name:  Mark A  Soliz      DOB:  1/27/1982

### Child's Service Plan
## PLACEMENT INFORMATION

III.      **APPROVAL**
Approved By:
Approved Date:

| Child's Name: | Page 301 of 301 |
|---|---|
| Case #: | 17020998 |
| Child's Name: | Mark A Soliz      DOB: 1/27/1982 |

# Child's Service Plan
## PLACEMENT INFORMATION

**IV.**   **DISCUSSIONS AND DOCUMENTATION**

| Date |
|---|

**Discussion with the Child**

Describe your discussion with the child about the reasons for this placement. Describe the child's understanding of and response to the placement. If this is the initial placement, describe your discussion of the reasons for the child's removal as well:

| Date |
|---|

**Discussion with the Caregiver** - of all information known about the child's social and psychological history and needs, as it relates to the child's care and management.

| Date |
|---|

**Medical History and Needs** (or MEDICAL AND DEVELOPMENTAL HISTORY AND PHYSICAL EXAMINATION Form, including immunization records) given to caregiver.

| Date |
|---|

**Educational History and Needs** (or EDUCATION LOG) given to caregiver, if appropriate.
N/A? Y

| Date |
|---|

**School Records** given to caregiver, if appropriate.
N/A? Y

| Date |
|---|

**Child's Service Plan** (updated, if necessary) given to caregiver.

If the caregiver has not been given any of the above documents, explain:

595