**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| MARK ANTHONY SOLIZ, | § § § § § § § § § § § | |
| Appellant/Petitioner | | |
| v. | | 3:14-CV-4556-K |
| DIRECTOR, TDCJ. | | |
| *Appellee/Respondent* | | |

## NOTICE OF APPEAL

COMES NOW, MARK SOLIZ, and files this Notice of Appeal to the Fifth Circuit from the judgment entered September 6, 2017.  Doc. No. 31.

*/s/ Seth Kretzer*
_____
**SETH H. KRETZER**
SBN: 24043764

LAW OFFICES OF SETH KRETZER
440 Louisiana Street; Suite 1440
Houston, TX 77002

DIRECT: 713/775-3050
seth@kretzerfirm.com (email)

Attorney for Appellant Soliz

## CERTIFICATE OF SERVICE

I certify that on September 13, 2017, a copy of this document was served on all counsel of record through filing on the ECF System.

*/s/ Seth Kretzer*
_____
**SETH H. KRETZER**