SETH KRETZER, ATTORNEY AT LAW
THE LYRIC CENTER
440 LOUISIANA STREET; SUITE 1440
HOUSTON, TX 77002

TELEPHONE (713) 775-3050                                                                                             TELECOPIER (713) 929-2019
SETH@KRETZERFIRM.COM                                                                                                   SKYPE: SETH.KRETZER

August 20, 2019

Hon. Ed Kinkeade
United States District Court
Northern District of Texas
1100 Commerce Street, Room 1625
Dallas, Texas 75242

      Re: *Mark Soliz v. Lorie Davis, Director*, *TDCJ*, 3:14-CV-4556-K
      **DEATH PENALTY CASE**

Dear Judge Kinkeade:

We write to apprise the Court regarding the impending execution of Mr. Soliz on September 10, 2019.

Yesterday, we sent by overnight mail a clemency petition to the Board of Pardon and Parole.

We are also aware of the stay issued last week by the Fifth Circuit in *In Re Dexter Johnson* 2019 WL 3814384 and have supplemented our state successor writ accordingly.

                                             Respectfully submitted,

| | |
|---|---|
| Carlo D'Angelo | Seth Kretzer |
| Carlo D'Angelo, P.C. | Law Offices of Seth Kretzer |
| 100 East Ferguson; Suite 1210 | 440 Louisiana Street; Suite 1440 |
| Tyler, TX 75702 | Houston, TX 77002 |
| carlo@dangelolegal.com | seth@kretzerfirm.com |
| | |
| (903) 595-6776 (work) | (713) 775-3050 (work) |
| (903) 407-4119 (FAX) | (713) 929-2019 (fax) |
| | |
| | Court-Appointed Attorneys for Petitioner Soliz |