# SETH KRETZER, ATTORNEY AT LAW
THE LYRIC CENTER
440 LOUISIANA STREET; SUITE 1440
HOUSTON, TX 77002

TELEPHONE (713) 775-3050                                                     TELECOPIER (713) 929-2019
Seth@KretzerFirm.com                                                    SKYPE: SETH.KRETZER

August 21, 2019

Hon. Ed Kinkeade
United States District Court
Northern District of Texas
1100 Commerce Street, Room 1625
Dallas, Texas 75242

      Re: *Mark Soliz v. Lorie Davis, Director, TDCJ*, 3:14-CV-4556-K
      **\*\*DEATH PENALTY CASE\*\***

Dear Judge Kinkeade:

We write to inform you that today the Texas CCA denied our successor writ. A copy is attached to this letter.

In addition, we seek to relay that (also today) the State responded to our clemency petition which was timely received by the Board of Pardons and Parole.

Lastly, please know that Mr. Kretzer has arranged to see Mr. Soliz on death row this Friday morning, August 23, 2019.

                                      Respectfully submitted,

| | |
|---|---|
| Carlo D'Angelo | Seth Kretzer |
| Carlo D'Angelo, P.C. | Law Offices of Seth Kretzer |
| 100 East Ferguson; Suite 1210 | 440 Louisiana Street; Suite 1440 |
| Tyler, TX 75702 | Houston, TX 77002 |
| carlo@dangelolegal.com | seth@kretzerfirm.com |
| | |
| (903) 595-6776 (work) | (713) 775-3050 (work) |
| (903) 407-4119 (FAX) | (713) 929-2019 (fax) |

                                      Court-Appointed Attorneys for Petitioner Soliz